No. 22-16613

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PRUTEHI LITEKYAN: SAVE
RITIDIAN,
*Plaintiff/Appellant*,

v.

UNITED STATES DEPARTMENT OF THE AIR FORCE; FRANK KENDALL,
Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE;
LLOYD AUSTIN, Secretary of Defense,
*Defendants/Appellees*.

Appeal from the United States District Court of Guam
No. 1:22-cv-00001 (Hon. Frances Tydingco-Gatewood)

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

TODD KIM
*Assistant Attorney General*

Of Counsel:

AMELIA G. YOWELL
ROBERT P. STOCKMAN
*Attorneys*

MARVIN W. TUBBS, II
*Environmental Litigation Attorney*
U.S. Air Force

Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-3527
Robert.Stockman@usdoj.gov

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

### Volume 1 of 3

| Description | District. No. | Page |
|---|---|---|
| Draft RCRA Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, which includes Andersen Air Force Base's application for permit renewal, dated May 17, 2021 (Application).  Exhibit 1 to Plaintiff's Opposition to Motion to Dismiss.   (From beginning to Appendix J.) | Dckt. 20, Exhibit 1 (beginning) | 2 - 254 |

### Volume 2 of 3

| Description | District. No. | Page |
|---|---|---|
| Draft RCRA Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, which includes Andersen Air Force Base's application for permit renewal, dated May 17, 2021 (Application).  Exhibit 1 to Plaintiff's Opposition to Motion to Dismiss.   (From Appendix K to the end of the document.) | Dckt. 20, Exhibit 1 (continued) | 256 - 356 |
| Letter from Guam EPA and the RCRA Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, dated September 4, 2018 (2018 Permit).  Exhibit 2 to Plaintiff's Opposition to Motion to Dismiss. (From beginning to Appendix F.) | Dckt. 20, Exhibit 2 (beginning) | 357 - 505 |

**Volume 3 of 3**

| Description | District. No. | Page |
|---|---|---|
| RCRA Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, dated September 4, 2018 (2018 Permit). Exhibit 2 to Plaintiff's Opposition to Motion to Dismiss. (From Appendix G to the end of the document.) | Dckt. 20, Exhibit 2 (continued) | 507 - 713 |
| Letter from Guam EPA entitled "Notice of Preliminary Decision – Andersen Air Force Base, Guam Explosive Ordnance Disposal Open Burn/Open Detonation Facility Application." Exhibit 4 to Plaintiff's Opposition to Motion to Dismiss | Dckt. 20, Exhibit 4 | 714 - 715 |
| Plaintiff's Opposition to Defendants' Motion to Dismiss (excerpts) | Dckt. 20 | 716 - 718 |