No. 22-16613

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PRUTEHI LITEKYAN: SAVE
RITIDIAN,
*Plaintiff/Appellant*,

v.

UNITED STATES DEPARTMENT OF THE AIR FORCE; FRANK KENDALL,
Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE;
LLOYD AUSTIN, Secretary of Defense,
*Defendants/Appellees*.

Appeal from the United States District Court of Guam
No. 1:22-cv-00001 (Hon. Frances Tydingco-Gatewood)

**SUPPLEMENTAL EXCERPTS OF RECORD**
**VOLUME 2 OF 3**

TODD KIM
*Assistant Attorney General*

Of Counsel:

MARVIN W. TUBBS, II
*Environmental Litigation Attorney*
U.S. Air Force

AMELIA G. YOWELL
ROBERT P. STOCKMAN
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-3527
Robert.Stockman@usdoj.gov

**Appendix K**

**Flight Operating Instruction 32-3002**

**SER 256**

FOI 32-3002 15 September 2020

BY ORDER OF THE
SECRETARY OF THE AIR FORCE

FLIGHT OPERATING INSTRUCTION
32-3002

15 September 2020



EXPLOSIVE ORDNANCE DISPOSAL (EOD)
DEMOLITION RANGE
PROCEDURES

## COMPLIANCE WITH THIS PUBLICATION IS MANDATORY

**NOTICE:** This Flight Operating Instruction (FOI) is available digitally on the shared drive.

OPR: 36 CES/CED (TSgt Kurt Ziobro) Certified by: 36 CED/Superintendent
(SMSgt William Knight)

Supersedes EOD FOI 32-3001, 23 January 2019
Pages: 21
Distribution: X

This instruction implements AFPD 32-30, Explosive Ordnance Disposal, as well as a memorandum from PACAF/SEW rescinding compensatory measures from Andersen-06-S60CM05 and supplements procedures contained in 36 Wing Instruction 13-204, Airfield Operations. It establishes procedures for the safe operation of the EOD Demolition Range. This instruction applies to all military, civilian, and local law enforcement organizations and members; assigned, TDY, or deployed to Andersen AFB (including AFRC or ANG units or members). This publication may not be supplemented by lower organizational elements.

### SUMMARY OF REVISIONS

Changes to this edition are primarily grammatical and reflect the new updated references.
Added Para 3.6. to the Range Safety Brief addressing smoking on the range.
Added Flight Chief Risk Assessment requirement to Range Notifications.
Range Safety Brief was formatted to look more professional and better reflect its inclusion in the AF TTP.

**1. References:**

    1.1. Explosive Site Plan Requests, Explosives Ordnance Disposal (EOD) Fragmenting Demolition Range, EOD Demolition Control Site, and Aboveground Magazine, Andersen AFB, Guam (PACAF-Andersen 06-S060, 07-S004 and 07-S005), 27 Sep 2007

    1.2. Explosive Site Plan, (PACAF-Andersen 06-S060, 07-S04 and 07-S05) EOD Disposal Range, 27 Sep 2007

**SER 257**

FOI 32-3002                                                            15 September 2020

    1.3.  AFMAN 32.3001, Explosive Ordnance Disposal Program, 26 April 2019

    1.4.  Technical Order 60A-1-1-4, Protection of Personnel and Property, 2 May 2015

    1.5.  Technical Order 60A-1-1-31, General Info on EOD Disposal Procedures, 9 Dec 2014

    1.6.  AFMAN 91-201, Explosive Safety Standards, PACAF Supplement, 9 June 2017

    1.7.  36 WGI 13-204, Airfield Operations, 27 April 2015

    1.8.  Air Force Policy Directive 32-30, Explosive Ordnance Disposal, 25 July 2018

    1.9.  PACAF/SEW Memorandum of 17 Jul 2008, Subject: Rescission of Compensatory Measure

    1.10.  AF TTP 3-32.5. Volume 7, EOD Range Operations, 24 February 2015

**2. General Information:**

    2.1.  The EOD Demolition Range is intended for use by the EOD Flight for the demolition of hazardous/unserviceable munitions (emergency and routine), explosives, and for maintaining proficiency in general demolition procedures and the operation of explosive actuated EOD tool sets.  Other agencies requiring range use must coordinate their request through the 36th Civil Engineer Squadron EOD Flight prior to use.  Furthermore, agencies requesting range use will provide all equipment and materials required for the operation and will be escorted by an NCO possessing a senior (or higher) EOD badge or a certified 7-level assigned to the 36 CES EOD Flight.

    2.2.  The EOD Demolition Range is located on the northern coastline 8,000 feet west of Pati Point and 4,600 feet north of runway 06L/24R.  The MGRS coordinates for the range demolition site are 55P BR 75750 04400.  The range is also within the Combat Arms Training and Maintenance small arms firing range "footprint". CATM and EOD operation can be conducted simultaneously with proper coordination. Communications must be maintained with CATM personnel to ensure that no small arms firing is taking place while personnel are transiting to and from the EOD range on the access road. Coordination with CATM personnel is imperative prior to planning any operation.  For planning purposes, Fridays are used for pre-scheduled and routine detonations since the CATM range is generally active Monday through Thursday.

    2.3.  The Mk-84 (2,000 pound) bomb was selected as the worst case fragment producing item; consequently, all items detonated on the range must have a fragmentation range less than that of a Mk-84 bomb.

    2.4.  The destruction area will be policed after every use.  The reef and jungle area will be policed quarterly from the reef line to 100 feet east of the detonation area (see attachment 5).

    2.5. A stand-by team will maintain radio communications with Fire/Crash if assisting during destruction operations to facilitate timely responses.  In the event of an EOD response, range operations will cease until the stand-by team completes and reconstitutes from the response.

**3. Personnel Limits:**

    3.1.  The maximum number of personnel on range will be commensurate with a safe and

**SER 258**

FOI 32-3002                                                      15 September 2020

efficient operation, but will not be less than two qualified EOD personnel.

3.2.  No visitors will be allowed on range during explosive operations. If visitors arrive, explosive operations will stop and an escort will be assigned and will not exceed a visitor to escort ratio of 1:5. The Range Safety Officer (RSO) may be the Escort, but only if there is a separate TL leading the operation (one person may not be all three, TL, RSO and Escort). All visitors will be off range before operations restart.

3.3.  Only one supervisor and one worker will be present during priming operations.

**4. Explosive Limits:**

4.1.  The range explosive limit is **600 pounds** NEW Hazard Class/Division 1.1 for any single detonation.  This includes all demolition materials.

4.2.  The range explosive limit for open burn is **100 pounds** NEW for any single operation. This includes all demolition materials.

**5. Safety:**

5.1.  When conducting live explosive training, (e.g., tool use, inert ordnance destruction, or other demolition) emergency medical support must be available  within 30 minutes while the operations are being performed.

5.2.  Medical support during planned high-explosives operations (destruction of live munitions) is a mandatory safety  requirement.  Medical support personnel will remain in a designated safe area unless required  for injury/incident response.

5.3.  The range will not be used without permission of the 36 CES EOD Flight CC/Chief.

5.4.  The EOD Range Book will be on-site during all operations and will contain at a minimum:

    5.4.1.  A copy of this instruction.

    5.4.2.  Technical Order 11A-1-42, General Instructions for Disposal of Conventional Munitions.

    5.4.3.  Technical Order 11A-1-66, General Instructions, Demolitions.

    5.4.4.  Flight Operating Instruction 32-3003, Transportation of Explosives.

5.5.  The CATM and EOD range flags will be raised before conducting any explosive operations.

5.6.  The RSO, the highest-ranking EOD personnel with minimum 7-skill level, will maintain  positive control over all firing devices.

5.7.  Demolition explosives and initiators will be separated and secured in bunkers, if feasible, when not in use.

**SER 259**

15 September 2020

5.8.  For operations involving munitions greater than five inches in diameter, a minimum of 4 feet of dirt shall be placed on the munitions.  All personnel working in facilities within 2,000 feet will be evacuated, if ordnance is buried.

5.9.  A personnel protective bunker is located 1,250 feet west of the detonation point and must be utilized during all fragmentation producing operations.

5.10.  The minimum withdrawal distance for non-essential personnel is 1,250 feet.  This distance was selected since all detonations are conducted at the base of a 520-foot cliff and that cliff line channels fragments out to sea.

5.11.  During all instances of lost communications, demolition operations will cease until communications are restored.

**6.  Misfire Procedures:**

6.1.  A **1-hour** wait time will be observed for all non-electric misfires.  One EOD technician, with minimum senior EOD badge, will clear the misfire with another EOD technician serving as a safety observer.

6.2.  A **30-minute** wait time will be observed for all electric misfires.  One EOD technician, with minimum senior EOD badge will clear the misfire with another EOD technician serving as a safety observer.

6.3.  Immediately notify the Andersen Tower and Airfield Management Operations (AMOPS) of any misfire that involves the restriction of airspace and the associated wait time.

**7.  Non-Fragmentation Producing Operations**
**\*Applies to all planned detonations in excess of 300 pounds NEW.**

7.1.  The EOD Flight Commander/Chief will designate a Team Leader for each operation.  The senior EOD member present (minimum senior EOD badge) will serve as the RSO.  The Team Leader and RSO may be the same individual if necessary due to manning constraints.

\*7.2.  **2-weeks** prior to the planned operation, the operation dates/times will be forwarded to Public Affairs for base newspaper and TV bulletin release.  A template for the TV bulletin is located at shared drive: \\ajjy-fs-022v\36 CES\CED\2. Operations & Training\2a. Operations\04. Range\03. Range Ops\TV and Newspaper Template.

\*7.3.  **2-weeks** prior to the planned operation, an e-mail will be sent to the following distribution lists via the 36 CES/CC:

    7.3.1.  36 WG/CC

    7.3.2.  36 WG/GROUP CC's

    7.3.3.  36 WG/Squadron CCs

    7.3.4.  Andersen Chief's Group

**SER 260**

FOI 32-3002                                                              15 September 2020

Sample Statement is below:

*"The 36 CES Explosive Ordnance Disposal Flight will be destroying munitions at the EOD range from (time window) on (Day), (Date). As a safety precaution, Pati Beach, the CATM range, Tarague overlook, and some facilities on the North Ramp will be closed during this time. Please contact the 36 CES Explosive Ordnance Disposal Flight at 366-5198 for more information."*

7.4. The Team Leader will ensure proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid. The AGL will be included on the range notification worksheet and can be found on shared drive: \\ajjy-fs-022v\36 CES\CED\2. Operations & Training\2a. Operations\04. Range\02. Range Notifications.

    7.4.1. **72-hours** prior to a scheduled operation, a completed range notification worksheet will be emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. U.S. Coast Guard & Environmental will in turn issue a "General Warning" to watercraft in the Tarague Basin.

7.5. If manning permits, standby team will remain in EOD Operations to facilitate coordination as needed. If manning is not available, the operation Team Leader will perform these duties from the range.

7.6. The operation Team Leader will:

    7.6.1. Ensure all required notifications are recorded using attachment 1.

    7.6.2. Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

    7.6.3. Ensure all required tools/equipment, vehicles and technical data are on-hand and functional prior to conducting explosive operations.

    7.6.4. Maintain radio contact with either EOD Operations or Crash Control throughout the operation.

    7.6.5. Perform a 360-degree visual scan of the area prior to any detonation. If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

    7.6.6. Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

    7.6.7. Contact Andersen Tower and AMOPS 5 minutes prior to detonation.

    7.6.8. Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

**SER 261**

15 September 2020

**8.  Fragmentation and Non-Fragmentation Producing Operations Involving Ordnance Less Than 300 Pounds**

8.1.  The EOD Flight Commander/Chief will designate a Team Leader for each operation.  The senior EOD member present (minimum senior EOD badge) will serve as the RSO.  The Team Leader and RSO may be the same individual if necessary due to manning constraints.

8.2. The Team Leader will ensure proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid.  The AGL will be included on the range notification worksheet and can be found on shared drive: \\ajjy-fs-022v\36 CES\CED\2. Operations & Training\2a. Operations\04. Range\02. Range Notifications.

8.2.1.  **72-hours** prior to a scheduled operation, a completed range notification worksheet will be emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. U.S. Coast Guard will in turn issue a "General Warning" to watercraft in the Tarague Basin.

8.3.  For operations with calculated fragmentation distances over 1,850 feet, EOD Team Leader will ensure the Tarague Overlook is clear of personnel.  One EOD team member will be posted where 32nd street makes a sharp bend to the south by the MSA 2 fence (MGRS:  55P BR 05749 92917).

8.4.  For emergency destruction operations, the 36 CES/CC will be notified by the most expeditious manner possible (e.g. phone, Land Mobile Radio (LMR), email) before initiation of the detonation, if possible.

8.5.  The standby team will remain in EOD Operations to facilitate  coordination.

8.6.  The operation Team Leader will:

8.6.1.  Ensure all required notifications are recorded using attachment 1.

8.6.2.  Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

8.6.3.  Ensure all required tools/equipment, vehicles, and technical data are on-hand and in good working condition prior to conducting explosive operations.

8.6.4.  Maintain radio contact with either EOD Operations or Crash Control throughout the operation.

8.6.5.  Perform a 360-degree visual scan of the area prior to any detonation.  If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

8.6.6.  Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

**SER 262**

FOI 32-3002                                                                                          15 September 2020

        8.6.7.   Contact Andersen Tower and AMOPS five minutes prior to detonation.

        8.6.8.   Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

### 9.  Fragmentation Producing Operations Involving Ordnance Greater Than 300 Pounds

    9.1.  The EOD Flight Commander/Chief will designate a Team Leader for each operation.  The senior EOD member present, minimum senior EOD badge, will serve as the RSO.  The Team Leader and RSO can be the same individual if necessary due to manning constraints.

    9.2.  **2-weeks** prior to the planned operation, the operation dates/times will be forwarded to Public Affairs for base newspaper and TV bulletin release.  A template for the TV bulletin is located on shared drive \\ajjy-fs-022v\36 CES\CED\2. Operations & Training\2a. Operations\04. Range\03. Range Ops\TV and Newspaper Template.

    9.3.  **2-weeks** prior to the planned operation, an e-mail will be sent to the following distribution lists via the 36 CES/CC:

        9.3.1.  36 WG/CC

        9.3.2.  36 WG/GROUP CC's

        9.3.3.  36 WG/Squadron CCs

        9.3.4.  Andersen Chief's Group

Sample statement is below:

*"The 36 CES Explosive Ordnance Disposal Flight will be destroying munitions at the EOD range from (time window) on (Day), (Date).  As a safety precaution, Pati Beach, the CATM range, Tarague overlook, and some facilities on the North Ramp will be closed during this time.  Please contact the 36 CES Explosive Ordnance Disposal flight at 366-5198 for more information."*

    9.4.  Due to mission requirements, if any Commander cannot support on the requested day/time, notify the 36 CES/CC as soon as possible.

    9.5. The Team Leader will ensure the proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid.  The AGL will be included on the range notification worksheet and can be found on shared drive: \\ajjy-fs-022v\36 CES\CED\2. Operations & Training\2a. Operations\04. Range\02. Range Notifications.

        9.5.1.  **72-hours** prior to a scheduled operation, a completed range notification worksheet will be emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. The Coast Guard will in turn issue a "General Warning" to watercraft in the Tarague Basin.

**SER 263**

9.6.  **Emergency destruction** operations will be coordinated through the 36 CES/CC in the most expeditious manner possible (e.g. phone, LMR, e-mail) before initiation of the detonation, if possible.

**10.  Day of Planned Operation Involving Buried Ordnance Greater than 300 Pounds**

10.1.  36 SFS will:

10.1.1.  Ensure all personnel on the CATM firing range complex are afforded frontal and overhead protection during detonation.

10.2.  36 CES will:

10.2.2.  Direct the construction management office to account for and evacuate all contractors working inside the 2,000-foot arc.

11.8.3.  Ensure that a 10K, AT front-end loader is available for range support.

10.3.  The EOD Team Leader will:

10.3.1.  Ensure all required notifications are recorded using attachment 1.

10.3.2.  Verify evacuation is complete.

10.3.3.  Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

10.3.4.  Ensure all required tools/equipment, vehicles, and technical data are on-hand and functional prior to conducting explosive operations.

10.3.5.  Maintain radio contact with EOD Operations, Crash Control, and SFS throughout the operation.

10.3.6.  Perform a 360-degree visual scan of the area prior to any detonation.  If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

10.3.7.  Position bombs/projectiles as close to the cliff line as possible.  Refer to attachment 5.

10.3.8.  Ensure general purpose bombs (i.e. M117, Mk 80-series, BLU-109, etc.) are placed perpendicular to and within three feet of the cliff line.  Position base plate directly towards the Philippine Sea and nose directly into the cliff line.  Remove lugs when possible, and angle strong backs towards the ground.  Munitions items must be buried a minimum of 4 feet.

10.3.9.  Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

**SER 264**

FOI 32-3002                                                                                          15 September 2020

    10.3.10.  Contact Andersen Tower and AMOPS five minutes prior to detonation.

    10.3.11.  Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

    10.3.12.  After each detonation, EOD personnel will police  the detonation area of explosive residue and inspect the integrity of the cliff face.  When the area is cleared, the next bomb will be placed.  If the cliff face is deemed unsafe, remaining operations will be delayed until the problem is resolved or cancelled.

**11.  Emergency Procedures:**

    11.1.  Cease operations and secure area/items involved in an accident/incident.

    11.2.  Render first aid, as required.

    11.3.  Request emergency assistance via EOD Operations or Andersen Crash Control, if required.

    11.4.  Notify the operation Team Leader/RSO, Flight Chief or Commander immediately.  Notify the 36 CES/CC and Wing Safety as soon as possible.

    11.5.  Take all actions necessary to secure the area for emergency responders.

        11.5.1. This includes making contact with CATM to call a cease fire for vehicles transiting to and from the EOD Range.

**12.  Supplemental Range Information:**

    12.1.  The EOD Demolition Range is a culturally and ecologically sensitive area.  Limit vehicle  operations to the road and destruction area, as much as practical.

    12.2.  The beach is a protected habitat.  Green Sea Turtle nesting on Guam may occur at any time of the year.  Because of this vehicle traffic in the destruction area  should be minimized.  Close coordination with University of Guam Marine Laboratory Sea Turtle Monitoring Section (671-734-4054) should occur to identify nesting sites.  Furthermore, reduced N.E.W. should be utilized to minimize ground shock in accordance with A-1-1-4 when nests are in the vicinity of the destruction site.

    12.3.  The range is also home to two protected species of bats and crows.  The 36 CES Environmental flight must be notified before and after operations to ensure these species were not affected.

WILLIAM J. KNIGHT, SMSgt, USAF
Superintendent, EOD Flight

**SER 265**

FOI 32-3002                                                    15 September 2020

**Attachments:**

1. Range Notification Lists

2. Range Operation Checklist

3. Post Range Operations Checklist

4. Safety Briefing

5. Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area

6. Rescission of Compensatory Measure Andersen-06-S60-CM05

**SER 266**

FOI 32-3002 15 September 2020

**Attachment 1**
**Range Notification List**

| AGENCY | INITIALS/DATE | | TIME | |
|---|---|---|---|---|
| *EOD Leadership (Risk Assessment) | | | | |
| *Law Enforcement Desk:  366-2910/2911/2912 | | | | |
| *Fire Department:  366-5284/5264/5261 | | | | |
| *Medical:  366-4706/3231 | | | | |
| *Command Post:  366-2981/2982 | | | | |
| 36 WG Safety:  366-4222/7233 | | | | |
| Coast Guard:  355-4821/4866 Email: rccguam@uscg.mil | | | | |
| 36 WG Tower:  366-4737/4281 | Initial | 30 Min | 5 Min | Cold |
| Airfield Management Operations:  366-4188/1010 Email: 36 OSS-OSAM | Initial | 30 Min | 5 Min | Cold |
| Guam CCF:  99-473-1210 | | | | |
| Munitions Control:  366-6393/6300/6394/6395 | | | | |
| CATM:  366-2254/3220 | | | | |
| CES Environmental:  366-2101/2556/2557 | | | | |
| Seismology:  727-3544 (If over 300 lbs. NEW) | | | | |
| Public Affairs:  366-4202/2228 (If over 300 lbs. NEW refer to para. 7.2 & 9.2) | | | | |
| Weather:  366-5230 | | | | |
| *Minimum Calls for Off-Range Use of Tools | | | | |

**Date:** _____

**N.E.W.:** _____

**AGL Required:** _____

**# of Shots:** _____

**CHECKLIST COMPLETED BY:**
**PRINT/SIGN/DATE:**_____

**SER 267**

FOI 32-3002                                                                15 September 2020

**Attachment 2**
**Range Operation Checklist**

_____        Provide a safety briefing prior to the operation

_____        Ensure emergency permit is received for non-permitted items (see EPA permit), if
              required

_____        Ensure ADR items are inventoried and only authorized munitions are being treated

_____        Notify all agencies before beginning explosive operations

_____        Secure all entrances to the range prior to detonations

_____        Post range warning signs

_____        Ensure the red range flag is flown at the CATM gate and on EOD range until
              completion of the operation

_____        Comply with all requirements for safe transportation of explosives

_____        Ensure first aid equipment is immediately available on the range

_____        Function check/make available satellite phone and Motorola radios for use on the
              range

_____        Confirm there are no electrical storms within 5 nautical miles prior to beginning
              operations

_____        Ensure blasting caps, bulk explosives, and munitions are properly segregated

_____        Inspect tools/equipment, vehicles, and the range prior to and immediately following
              any operation

_____        Ensure fire extinguishers are available

_____        Ensure range is clear of unauthorized personnel to include beach, cliff line, and water

_____        Check beach to determine if hazardous materials have washed ashore in
              the immediately area

_____        Ensure all personnel, except for the initiation team, are withdrawn from the
              detonation site prior to connecting initiators to explosives

_____        Obtain clearance from tower immediately prior to initiating any explosives

_____        Ensure all personnel take appropriate cover prior to initiating fragment producing
              detonations

**SER 268**

FOI 32-3002                                                                15 September 2020

**Attachment 3**
**Post Range Operations Checklist**

_____     Perform a detailed inspection of the range after all detonations are complete for the day and ensure no residue remains

_____     Ensure all munitions are visually inspected for explosive residue

_____     Perform clean up shot if necessary.  Under no circumstances will kick outs be removed from the range and restored.

_____     Collect scrap metal and other trash and dispose of accordingly.

_____     Collect spent cartridges and turn into the Munitions Inspections section

**SER 269**

FOI 32-3002                                                   15 September 2020

**Attachment 4 Safety Briefing**
**AFTTP 3-32.5, Volume 7, EOD Range Operations, Attachment 3, STANDARD PRE-OPERATION SAFETY BRIEFING**

This pre-operation sheet will be filled out and briefed before conducting any explosive operation on Andersen AFB and/or Guam. The purpose of the checklist is to maximize safety during operations by ensuring personnel are aware of all explosive hazards involved and the appropriate actions to take in the event of an emergency.

1.  Explosive and Personnel Limits.

1.1.  Operation to be performed: _____

1.1.1.  Munitions involved: _____

1.1.2.  Number and NEWQD (w/TNT-equivalent) of Detonations: _____

1.1.3.  Maximum Fragmentation Distance (per T.O. 60A-1-1-4, Protection of Property and Personnel, TDA, and applicable 60 series publications) for each Detonation: _____

1.1.3.1.  Hazardous Fragmentation Range (HFR): _____

1.1.3.2.  Maximum Fragmentation Range – Horizontal (MFR-H): _____

1.1.3.3.  Maximum Fragmentation Range – Vertical (MFR-V): _____

1.1.4.  Explosive Hazards (per applicable 60 series publications):

_____

_____

1.2.  Location where operation is to be performed (detonation site): _____

1.3.  Operating Location for Essential Personnel (For operating locations with aerospace vehicle traffic seek the appropriate Air Ground Level (AGL) clearance (based on calculated MFR-V) from local Air Traffic Controllers.): _____

1.3.1.  Distance from detonation site: _____

1.3.1.1. If distance from detonation is less than Maximum Fragmentation Distance:

1.3.1.1.1. Apply protective measures (AFMAN 91-201 para 12.74.4 and 12.74.8):

_____

1.3.1.1.2. Note all standing or approved ORM considerations IAW AFPAM 90-902 and overall assessments (i.e. Range OI, etc.): _____

1.3.2.  Commander approving ORM assessment based on being inside the maximum fragmentation distance (if applicable): _____

1.4.  Evacuation Assembly Point / Non-Essential Personnel: _____

1.5.  Explosive Limits: _____

1.6.  Personnel Limit for the range is _____

1.6.1.  A minimum of three EOD personnel, one who is a PAFSC 3E871 or higher, will be present

**SER 270**

FOI 32-3002                                                                15 September 2020

during explosive operations.

1.6.2. The parameter in 1.6.1 may be adjusted to a minimum of two EOD-qualified personnel, one of which is an E-5 that has been awarded a 5-skill level, when the mission is defined by EOD-coordinated instructions (local stand-by duties, exercise support, testing support, etc), or when approved through Commander ORM determination during periods of critical manning or other unique circumstances to meet mission requirements. Document commander ORM data and maintain for inclusion in EODIMS report.

1.7. Personnel/Duty assignments (name/rank):

Range Safety Officer (RSO): _____

EOD Team Leader (TL): _____

EOD Team Members (TM): _____

Support Team / Medical (Casuals): _____

Non-Essentials (Stop all operations when visitors are present): _____

Non-Essential Escort: _____

1.8. Conduct briefing to ensure personnel are familiar with all the hazards involved prior to commencing.

2. Equipment Requirements.

2.1. General Safety Equipment Requirements:

_____ Water                                        _____ Portable radios

_____ Gloves                                       _____ First Aid Kit

_____ Sun-screen (as needed)                       _____ Fire Extinguishers

_____ Safety glasses (explosive ops)

2.2. Special personnel protective equipment (e.g., laser goggles, helmet, body armor):

_____            _____

_____            _____

2.3. Special operational equipment (e.g., Mk-series tools, robotics, etc.):

_____            _____

_____            _____

3. Pre-operational Safety Assessment.

3.1. EOD operations will be conducted under the supervision and control of the EOD Team Leader (TL).

3.2. Prior to the start of disposal or training operations, the TL designates a Range Safety Officer (RSO). The RSO is responsible for ensuring all safety aspects of the operation are properly applied in support of the TL. The RSO will not participate as a worker during the explosive operation.

3.2.1. The RSO will conduct a briefing to cover tasks to be performed, safety precautions and emergency procedures. The duties of the RSO and TL may be performed by the same person.

**SER 271**

FOI 32-3002                                                                                    15 September 2020

**WARNING**

Ground yourself prior to handling initiating explosives; work on grounded surfaces if possible.

Personnel handling electrically initiated explosive devices will avoid wearing clothes made of material, which have high static generating characteristics.

Use available frontal/overhead protection during detonation – do not stand in view of the munitions to be detonated.

**CAUTION**

Remember Cardinal Principal of Explosive Safety: "Expose the minimum amount of people to the minimum amount of explosives for the minimum amount of time."

3.2.2. The RSO will brief visitors and casuals on type of ordnance and associated hazards. Provide specific instructions on where to drive, park, and walk; and not to touch items they may encounter ("if you didn't drop it, don't pick it up"). Show visiting and casual personnel the specific frontal/overhead protected area in which to take cover.

3.3. Non-Essential Personnel Escort: If visitors are on range, stop all operations and assign an escort to ensure safety rules are followed. Escort to visitor ratio will not exceed 1:5. The RSO may be the Escort, but only if there is a separate TL leading the operation (one person may not be all three, TL, RSO and Escort).

**NOTE**

All personnel wanting to proceed down range after commencement of the operation will do so only after obtaining approval from the Range Safety Officer (RSO). Personnel will then be briefed on all hazards present.

Any unsafe actions observed by EOD personnel will be immediately brought to the attention of the RSO. The RSO will cease operations until unsafe condition is corrected. If unable to resume safe operations, withdraw to a safe distance and inform EOD Operations [and appropriate Range Control Office] that the EOD operation is terminated.

3.4. The TL will ensure two-way radio (or phone) communication is operational and available (for both TL and RSO) during all explosive operations. Both a primary and a secondary means communication are preferred.

**WARNING**

Do not conduct hand-held radio transmissions within 25 feet (100 feet when using vehicle radios) of electro-explosive devices (EEDs).

Modern Mobile Emitters (MME) such as key fobs and cellular phones will not be operated within 10 feet of EEDs.

3.5. Remove rings and watches prior to starting any explosive operation.

3.6. No smoking will be conducted on the range during live explosive operations. RSO can designate a

**SER 272**

FOI 32-3002                                                                15 September 2020

proper smoking location that will be downwind and no closer than 50 feet from any explosives or flammables.

3.7. Do not handle munitions roughly (e.g., rolled, tumbled, dropped, dragged or thrown).

3.8. If an abnormal condition occurs, stop the operation until the condition is corrected.

3.9. Observe wait times of 30 minutes for electrically primed misfires and 1 hour for non-electrically primed misfires.

3.10. Cease all explosive operations when there is lightning within 5 nautical miles (AFMAN 91-201, paragraph 7.34).

3.11. Only one EOD technician will check the detonation point after a planned detonation with a second person acting as a safety backup. This rule also applies when checking items kicked out by a detonation. Deviation for the sake of training is not authorized.

3.12. Do not proceed directly down range if the detonation results in a range fire. If it can be ascertained that the fire can be contained, immediately respond and try to control the fire while the FD is responding (AFMAN 91-201, para 10.9.4). If the decision is made not to fight the fire, the area should be evacuated and remain so until it has cooled for at least 24 hours. Inform [the range controller or other local authorities] as to the extent of the fire so appropriate notifications can be made. Follow the safety measures outlined in AFTO 60A-1- 1-31 and below prior to returning to the detonation site.

3.12.1. Wait at least 24 hours after the fire has been extinguished to check the detonation point.

3.12.2. Do not approach a pyrotechnic or incendiary ordnance burn area for 24 hours after the cessation of burning.

3.13. Make positive identification before taking any action on a munition item.

3.14. Destroy in place or clearly mark for later destruction any dud munitions that cannot be safely moved.

4. Emergency Procedures.

4.1. In the event of an accident or fire,_____(normally the RSO) will notify the appropriate agency (e.g. fire department, ambulance, range controller or EOD Operations).

4.1.1. Evacuate all nonessential personnel_____feet as required.

4.1.2. The Evacuation Assembly Point is _____

4.2. Fire extinguishers/equipment are located: _____

4.3. First Aid Kit is located: _____

4.4. _____and_____will fight the fire and note the time if any munitions become engulfed in flames.

**WARNING**

**SER 273**

FOI 32-3002                                                                15 September 2020

Do not fight fires involving 1.1 munitions engulfed in flames unless attempting a rescue.

4.5. _____ will sound the alarm and go to the Evacuation Assembly Point and direct emergency responding personnel to the scene.

4.6. _____ and _____ will secure the site of unused explosives for storage or later disposition.

4.7. When evacuation is accomplished, RSO will account for everyone involved in the operation.

FOI 32-3002 15 September 2020

## Attachment 5
### Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area



**SER 275**

1-273

**Attachment 6**

**Rescission of Compensatory Measure**
**Andersen-06-S60-CM05**



**DEPARTMENT OF THE AIR FORCE**

**PACIFIC AIR FORCES**

17 Jul 08

MEMORANDUM FOR HQ AFSC/SEWV

FROM: PACAF/SEW

SUBJECT: Rescission of Compensatory Measure Andersen-06-S60-CM05

1. PACAF/SEW has reviewed and concurs with rescission of compensatory measure Andersen-06-S60-CM05.

2. Direct questions to HQ PACAF/SEW, 448-2990/1/89 or e-mail PACAF.SEW@hickam.af.mil.

BRUCE R. MARTINEAU, MSgt, USAF
Command Weapons Safety Manager

Attachment:
1. 36 WG/SEW Compensatory Measure Rescission Memo

**SER 276**

1-274



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, 36TH AIR BASE WING (PACAF)
UNIT 14003, APO AP 96543-4003

17 July 08

MEMORANDUM FOR PACAF/SE

FROM: 36 WO/SEW
Unit 14003, Box 27
APO AP 96543-4003

SUBJECT: Rescission of Compensatory Measure CMOS from Site Plan Andersen-06-S60

1. Per DDESB recommendation during Guam Military Munitions Working Group. Compensatory measure CMOS contained in site plan Andersen 06-S60 should be rescinded. CMOS calls for a 4,000-foot clear zone for destruction of munitions greater than five inches on Andersen's EOD range.

2. Fragmentation modeling using TRAJ and CONWEP has produced recommended distances of 2,000 feet for all operations on the Andersen range. The range is at the base of a S20 foot cliff and actual detonation point is contained under a cliffline overhang that removes potential for fragmentation above the cliffline. Current range operating procedures require exact placement of munitions for detonation based on OPS coordinates to remove any margin of error. All items are buried to a depth of 4 feet with lugs down and baseplate facing out towards the open water. The 4,000-foot requirement was used as an additional precaution that is no longer needed due to use of OPS coordinates for munitions placement. Removal of 4,000-foot requirement will also allow for OSD planned Marine buildup at Andersen to take place.

3. Any questions pertaining to this subject can be forwarded to the 36 WO/SEW office at 366-2904 or 366-4222.

DAVID C. SAWYER, MSgt, USAF
Superintendent, Weapons Safety

**SER 277**

**Appendix L**

**Biological Mitigation Plan**

**SER 278**

**APPENDIX L - BIOLOGICAL MITIGATION PLAN**

BIOLOGICAL MITIGATION PLAN
FOR OPEN BURN-OPEN DETONATION OPERATIONS
ANDERSEN AFB

Mariana Crow

The last remaining Mariana crow on Guam, known as Kahit, was introduced from the island of Rota, has been monitored by SWCA Environmental Consultants over the last 3 consecutive years. However, as of July 2011, the individual has not been spotted on the installation and the last known acoustic observation of this individual was in August of 2011. This species is now believed to be extirpated from the island of Guam.

Mariana Fruit Bat

In 1973, the Air Force set aside 281 hectares of cliff line habitat, designated as the Pati Point Natural Area immediately north of the Andersen AFB OB/OD area for nature conservation. A recent review of Real Estate documents suggests the Pati Point Area may be GovGuam property. The Pati Point Natural Area is off limits to human intrusion except for colony monitoring. GDAWR will be consulted at each three-year permit renewal to review possible changes to the situation. Any significant changes in the level of OB/OD activity that occur during interim periods will be submitted to Guam EPA and GDAWR for review before implementation.

Nighttime use of the range would be of concern since the range lies within the colony's foraging area and along the foraging route of the bats when flying to western feeding sites. However, OB/OD activities are prohibited at night so this is not an issue.

Based on fruit bat surveys conducted in 2011 and 2012, the last remaining bat colony on Guam is believed dispersed. However, a large family group (10-15 individuals) has been observed infrequently in Munitions Storage Area 1.

Green Sea Turtles

The beach adjacent to the OB/OD area is nesting habitat for the endangered Green Sea Turtle. Beach areas and adjacent waters are scanned for turtle activity prior to conducting OB/OD activities. When green sea turtles are present on the beach or in adjacent waters, operations will be tailored to limit the ground shock imparted at the nearest nest. Driving on beaches used by turtles for egg-laying can crush incubating eggs, crush hatchlings in the nest, and trap hatchlings after they emerge from the nest cavity. Vehicles are prohibited from the EOD and OB/OD beach.

Candidate Species

Two butterfly and three snail species are currently priority 2 for listing under the Endangered Species Act, as amended. Extensive surveys are ongoing at the installation to document any observations of these individuals. Though the host plants *(Procris*

**SER 279**

1

APPENDIX L - BIOLOGICAL MITIGATION PLAN

*pedunculata, Elatostema calcerum,* and *Maytenus thompsonii)* have been infrequently observed throughout the Tarague Basin, no known individuals occupy the vicinity of the site. Furthermore, no observations have been made of the candidate invertebrates within the area or adjacent lands for over 5 years. Therefore, we believe that detonation activities at the site in question will have no direct or indirect impacts on the species or their survival.

Due to the location of the site outside of the jointly managed Guam National Wildlife Refuge Overly Area, no additional species of concern are considered. The cooperative management agreement from 1994 and a copy of the Endangered Species Act consultation concurrence letter from the U.S. Fish and Wildlife Service (2004) for this action are attached as reference to this appendix. According to Federal environmental regulation, no further consultation or species considerations are required to approve, or undertake this action as outlined. If species' status or the proposed action changes, then Andersen Environmental will reinitiate consultation with the Service. This determination and outlined conservation actions are in compliance with the Joint Region Mariana Integrated Natural Resources Management Plan, as drafted.

Migratory Birds

The Migratory Bird Treaty Act of 1918 (MBTA) is administered by the U.S. Fish and Wildlife Service (USFWS) and is the cornerstone of migratory bird conservation and protection in the United States and its territories. The Act authorizes the Secretary of Interior to regulate the taking of migratory birds, the Act provides that it shall be unlawful, except as permitted by regulations to pursue, take, or kill any migratory birds, or any part, nest or egg of any such bird.

Migratory birds are frequently observed foraging and resting along Andersen's shores and within Andersen Air Force Base Open Detonation site. The Permittee will use deterrent devices to disperse birds to include but not limited to visual and auditory techniques, using both simple and sophisticated devices in order to respond to the unique habits of different bird species and surrounding environments.

Some frequently observed species on Andersen Air Force Base include the Common Sandpiper *(Actitis hypoleucos)*, Ruddy Turnstone *(Arenaria interpres)*, Pacific Golden Plover *(Pluvialis fulva)*, Wandering Tattler *(Tringa incana)*, and the Wedge-tailed Shearwater *(Puffinus pacificus)*.

To avoid potential impacts to these species during coordinated activities, the Permittee will conduct a visual survey of the site and its immediate vicinity. If migratory birds are spotted in the area, personnel will utilize bull horns, vehicle sirens, or other mechanical devices to deter the migratory birds from entering the area during blasting activities. No birds will be harmed. If EOD personnel or Base natural resource staff determines that the taking (killing) of a bird species may be necessary, then a permit will be obtained from the US Fish and Wildlife as appropriate. The above subject actions serve to avoid the taking of protected migratory bird species during operation of the detonation site.

**SER 280**

1-278

**APPENDIX L - BIOLOGICAL MITIGATION PLAN**

Accidental taking of migratory bird(s) during the detonation of munitions will be reported to the Guam Environmental Protection Agency and Department of Agriculture within twenty-four hours. The report shall include but not limited to the following information:

**AVIAN MORTALITY REPORT**

1) Date of Report:
2) Time of Call:
3) Source of Information (Name/Department);
4) Phone Number:
5) Date/Time carcass was discovered:
6) Species (If Known):
7) Nest?  Taken/Salvaged?  Eggs? (Quantity)   Taken/Salvaged?
8) Is the bird banded/marked?  If yes, provide band number:
9) Sex, if known:
10) Suspected Cause of Death:
11) Weather Condition:
12) GPS (Latitude/Longitude or UTM)
13) Carcass collected by:    Date/Time:
14) Guam Environmental Protection Agency Representative Notified:    Date/Time:
15) Department of Agriculture Representative Notified:    Date/Time:
16) Carcass delivered/disposed to:

**SER 281**

3

**Appendix M**

**OB/OD Groundwater Monitoring Plan**

**SER 282**

# THE UNITED STATES AIR FORCE



## FINAL

## OPEN BURN/OPEN DETONATION RANGE GROUNDWATER MONITORING PLAN FOR ANDERSEN AIR FORCE BASE, GUAM

### AUGUST 2015

PREPARED BY:



**SER 283**

**SER 284**

# THE UNITED STATES AIR FORCE

# FINAL

# OPEN BURN/OPEN DETONATION RANGE GROUNDWATER MONITORING PLAN FOR ANDERSEN AIR FORCE BASE, GUAM

# AUGUST 2015

Prepared by:

**DZSP21, LLC**
**P.O. Box GH**
**Hagatna, Guam 96932**
**Tel: 671-479-3977**
**Fax: 671-479-3990**

**SER 285**

**SER 286**

## Table of Contents

List of Acronyms .................................................................................................................................. iii
1.0    Introduction ....................................................................................................................... 1-1
    1.1.    Site Introduction .................................................................................................... 1-1
    1.2.    Purpose and Objectives ......................................................................................... 1-2
    1.3.    Plan Organization ................................................................................................... 1-2
2.0    AAFB and OB/OD Range Background ................................................................................. 2-1
    2.1    Geology .................................................................................................................. 2-1
    2.2    Groundwater and Groundwater Seeps ................................................................... 2-1
    2.3    Land Use, Sensitive Receptors and Essential Habitats ........................................... 2-2
    2.4    Cultural Resources ................................................................................................. 2-2
3.0    Groundwater Sampling and Analysis Plan ......................................................................... 3-1
    3.1    Sampling Locations ................................................................................................ 3-1
    3.2    Hazardous Constituent Criteria ............................................................................. 3-3
    3.3    Sampling Phases and Frequency Schedule ............................................................. 3-3
    3.4    Background Data Collection ................................................................................... 3-4
        3.4.1    Groundwater Geochemistry ..................................................................... 3-4
        3.4.2    Background Water Quality / Constituent Baseline Levels ......................... 3-5
    3.5    Detection Monitoring ............................................................................................ 3-5
    3.6    Verification Resampling ......................................................................................... 3-5
    3.7    Permit Modification for Compliance Monitoring ................................................... 3-5
    3.8    Groundwater Flow and Direction .......................................................................... 3-5
    3.9    Monitoring Well Decommissioning ........................................................................ 3-5
4.0    Sampling Procedures ......................................................................................................... 4-1
    4.1    Sample Collection .................................................................................................. 4-1
        4.1.1    Upgradient Well (Groundwater) Sampling ............................................... 4-2
        4.1.2    Downgradient Seeps Sampling ................................................................. 4-2
    4.2    Sampling Documentation, Handling and Packaging ................................................ 4-3
        4.2.1    Well Sampling Form .................................................................................. 4-3
        4.2.2    Groundwater Seeps Sampling Form .......................................................... 4-3
        4.2.3    Sample Labeling ....................................................................................... 4-3
        4.2.4    Chain-of-Custody ..................................................................................... 4-4
        4.2.5    Sample Packaging and Delivery ................................................................ 4-4
    4.3    Equipment Decontamination ................................................................................. 4-4
    4.4    Investigation Derived Waste .................................................................................. 4-4
    4.5    Quality Assurance / Quality Control (QA/QC) ........................................................ 4-5
        4.5.1    Field Duplicate Samples ........................................................................... 4-5
        4.5.2    Field Blank ............................................................................................... 4-5
        4.5.3    Equipment Rinsate Blank .......................................................................... 4-5
        4.5.4    QA/QC Review of Data ............................................................................. 4-5
5.0    Statistical Analysis ............................................................................................................ 5-1
    5.1    Inter-Well Comparisons ......................................................................................... 5-1
    5.2    Intra-Well Comparisons with Shewhart-CUSUM Control Charts ............................ 5-1
    5.3    Groundwater Monitoring Analysis Software .......................................................... 5-1
6.0    Record Keeping and Reporting .......................................................................................... 6-1
    6.1    Record Keeping – Data Entry ................................................................................. 6-1
    6.2    Reporting ............................................................................................................... 6-1
        6.2.1    Semiannual Site Monitoring Report ......................................................... 6-1
        6.2.2    Initial Exceedance Notification Procedure ................................................ 6-1

**SER 287**

1-285

6.2.3    Exceedance Confirmation Procedure ................................................................... 6-1

6.2.4    Other Potential Sources of Contamination......................................................... 6-2

**7.0    *References*...............................................................................................................7-1**

**List of Tables**

Table 3-1:  Summary of Sample Locations

Table 3-2:  Hazardous Constituent Risk-Based Concentration Limits

Table 3-3:  Summary of Sampling Phases

Table 4-1:  Analytical Methods and Sample Requirements for Groundwater Geochemistry Samples

Table 4-2:  Analytical Methods and Sample Requirements for the Permit-Stipulated Monitoring Parameters

**List of Figures**

Figure 1-1:  Location Map of OB/OD Range, AAFB, Guam

Figure 2-1:  Illustration of Basal and Parabasal Groundwater

Figure 2-2:  Location Map of Tarague Embayment

Figure 3-1:  Map of Upgradient Well

Figure 3-2:  Map of Downgradient Seeps

**Appendices**

Appendix A: Andersen Air Force Base Standard Operating Procedures

Appendix B: Low Flow Double Valve Pump Field SetUp

Appendix C: Process Requirements for Sample Collection

**SER 288**

## List of Acronyms

| | |
|---|---|
| AAFB | Andersen Air Force Base |
| ACL | Alternate Concentration Limit |
| ASTM | American Society for Testing and Materials |
| CAFP | Corrective Action Feasibility Plan |
| CFR | Code of Federal Regulations |
| COC | Chain of Custody |
| DEHP | bis(2-ethylhexyl)phthalate *aka* di(2-ethylhexyl)phthalate |
| DOT | Department of Transportation |
| DTS | Dye Trace Study |
| EOD | Explosive Ordnance Disposal |
| GAR | Guam Administrative Rules |
| Guam EPA | Guam Environmental Protection Agency |
| GHPO | Guam Historic Preservation Officer |
| GHWMR | Guam Hazardous Waste Management Regulations |
| GWMP | Groundwater Monitoring Plan |
| IDW | Investigation Derived Waste |
| IRP | Installation Restoration Program |
| MCL | Maximum Contaminant Level |
| µg/L | micrograms per liter |
| MSL | mean seal level |
| NGL | Northern Guam Lens |
| NOAA | National Oceanic and Atmospheric Administration |
| OB/OD | Open Burn/Open Detonation |
| QA/QC | quality assurance/quality control |
| RCRA | Resource Conservation and Recovery Act |
| RDX | cyclotrimethylenetrinitramine *aka* hexahydro-1,3,5-trinitro-1,3,5-triazine |
| SOP | Standard Operating Procedure |
| SP | Seep |
| SSI | statistically significant increase |
| SWMU | Solid Waste Management Unit |
| USEPA | United States Environmental Protection Agency |

**SER 289**

1-287

*This page intentionally left blank.*

# 1.0 Introduction

## 1.1. *Site Introduction*

The mission of the Open Burn/Open Detonation (OB/OD) Range is to render unserviceable ordnance, other pyrotechnic devices, and waste munitions or explosive harmless by either open burning or open detonation. The OB/OD Range exists within the Explosive Ordnance Disposal (EOD) Range of Andersen Air Force Base (AAFB). Located at the extreme eastern sector of Tarague Beach on AAFB ending just before Tagua Point (Figure 1-1), the OB/OD Range is defined as the open beach area surrounded by the Pacific Ocean to the north and limestone forest in all other directions. The range has a 2,400 foot radius safety zone.

The active open detonation (OD) Unit is situated along the face of the cliff, which allows the projection of any residue from waste ammunition or explosive detonations away from occupied areas. The open burn (OB) Unit is located approximately 80 feet from the adjacent limestone forest and 180 feet from the ocean, was dismantled in 2007, and is currently non-operational.



Figure 1-1: Location Map of OB/OD Range, AAFB, Guam

**SER 291**

1-289

## 1.2.  *Purpose and Objectives*

The OB/OD Range is required to comply with the Guam Environmental Protection Agency (Guam EPA) Rules and Regulations under the Guam's Solid Waste Management and Litter Control Act (10 Guam Code) and Solid Waste Disposal Act as amended by the Resource Conservation and Recovery Act (RCRA) of 1976, as amended by the Hazardous Waste Regulations promulgated under Guam EPA as well as regulations promulgated by the United States Environmental Protection Agency (USEPA) referenced in Title 40 of the Code of Federal Regulations.

This Groundwater Monitoring Plan adopted the guidance provided in the United States Environmental Protection Agency's (USEPA's) *Statistical Analysis of Groundwater Monitoring Data at RCRA Facilities* (USEPA, 2009).

In accordance with Guam EPA Operating Permit for a Hazardous Waste Management Facility (number GUS002), a site monitoring program shall be developed and consist of groundwater monitoring to ensure that any release of hazardous waste or hazardous constituents from open burning/open detonation of reactive wastes to the shallow unconfined aquifer beneath the OB/OD Range are detected. If a release is detected, plans for corrective actions would be developed and submitted separately from this Groundwater Monitoring Plan (GWMP). See Section 6.

This GWMP has been prepared to satisfy the permit requirements for a groundwater monitoring plan, and includes: (1) the well system/locations for sampling which will yield groundwater samples from the shallow unconfined aquifer which represent the quality of upgradient water and water passing the downgradient boundaries of the OB/OD Range; (2) criteria for establishing whether or not a release that may have adverse effects on human health and the environment has occurred from the OB/OD Range to groundwater; (3) sampling and analysis procedures and techniques; (4) statistical methods for conducting trend analysis on the collected groundwater data; and (5) procedures for notifying the Administrator of an exceedance of risk-based concentration limits and follow-up actions. AAFB has previously completed a Dye Trace Study for the OB/OD Range, results of which have been incorporated into this GWMP (AAFB 2006a).

## 1.3.  *Plan Organization*

This GWMP is organized into the following sections:

- **Section 1** briefly introduces the OB/OD Range and describes the purpose of the plan and the plan organization.
- **Section 2** describes the AAFB and OB/OD Range geology, groundwater and groundwater seeps, land use, and cultural significance.
- **Section 3** contains a description of the groundwater sampling and analysis plan, including proposed sample locations, hazardous constituent release criteria, sampling frequency, background data collection, detection, verification resampling, and compliance monitoring phases, and groundwater flow and direction.
- **Section 4** presents sampling procedures for the upgradient well and downgradient groundwater seeps ,, including procedures for inspecting the monitoring well and seeps, measuring water level, collecting groundwater and groundwater seeps, sample handling and documentation, decontamination of sampling equipment, and field quality assurance/quality control (QA/QC).
- **Section 5** describes the statistical analysis approach, an overview of inter-well comparisons and intra-well comparisons with Shewhart-CUSUM control charts and the proposed statistical analysis software.
- **Section 6** describes the record keeping and reporting procedures as required by the permit, and includes the semiannual site monitoring report, exceedance notification and confirmation procedures, constituent release confirmation, and other potential contamination sources.
- **Section 7** provides a list of the references.

**SER 292**

1-2

1-290

## 2.0   AAFB and OB/OD Range Background

### 2.1   Geology

AAFB is situated on an undulating limestone plateau with karst features. The geology of the Main Base consists of outcrops of the Mariana and Barrigada Limestones, underlain at the basement by the volcanic rocks of the Alutom Formation. The Pliocene- and Pleistocene-aged Mariana Limestone consists of reef and lagoonal limestone, which is clay-rich. Permeability ranges from moderate to high near the older volcanic uplands to very high in deposits that contain fissures and channels. The minor reef beach deposits are composed of mostly sand and gravel with some deposits of volcanic sand (Gingerich, 2003).

The Miocene-aged Barrigada Limestone lies beneath Mariana Limestone and is generally a deep-water deposit of medium to coarse grained textures that ranges from compact and well- lithified to extremely friable. It is the principal water-bearing unit, and contains abundant solution openings, voids, and fissures. The Eocene/Oligocene-aged Alutom Formation unconformably underlies the Barrigada Limestone and consists of well-bedded, fine-to-coarse-grained volcanic and volcanoclastic rocks (Tracey et al, 1964). The OB/OD Range exists in an area that is mainly composed of Mariana Limestone (reef beach deposits) without Barrigada Limestone.

### 2.2   Groundwater and Groundwater Seeps

Throughout most of northern Guam, fresh groundwater floats on seawater in an approximate buoyant equilibrium described by the Ghyben-Herzberg model. Practical application of this model, when combined with the effect of dynamics of the freshwater flow, will result in a lens-shaped configuration of freshwater with parabolic surfaces at both the freshwater-air interface and freshwater-seawater interface (AAFB, 2006b).

The groundwater aquifer on northern Guam is commonly referred to as the Northern Guam Lens (NGL). The NGL occurs under two conditions, basal and parabasal. The basal groundwater lens is the portion of the freshwater lens described by the Ghyben-Herzberg model where the lower boundary of the freshwater lens directly overlies the transition zone or seawater. As the groundwater moves inland, to areas where the base of the NGL directly intercepts the rising Alutom volcanics, the Ghyben-Herzberg model no longer applies. The volcanic surface becomes the lower boundary and the fresh water that rest directly on volcanic rocks is referred to as parabasal groundwater. A general illustration of basal and parabasal groundwater is provided in Figure 2-1.

### Figure 2-1: Basal and Parabasal Groundwater



Source:  *USGS Fact Sheet 2010-3084*

**SER 293**

The OB/OD Range is located approximately 150 to 200 feet from the shoreline of the Pacific Ocean. The NGL is under basal conditions at the OB/OD Range, and the freshwater lens is expected to be very thin to non-existent due to the mixing action caused by tidal fluctuations. Furthermore, due to its proximity to the ocean, the NGL at this site probably consists of a relatively thin zone of brackish water floating atop seawater.

Regionally, the groundwater flow direction in the NGL moves from the limestone/volcanic contacts of the Alutom formation toward the sea (AAFB, 2006a). The Dye Trace Study (DTS) conducted in 2006 at the OB/OD Range supports that flow direction. Dye concentrations demonstrated groundwater movement from the OB/OD Range toward the seeps located in the beach area (AAFB, 2006b). No additional aquifer tests have been conducted after the 2006 DTS since only well IRP-52 exists within a 150 meter radius of the OB/OD Range.

A DTS conducted in the AAFB Landfill Complex indicated that groundwater in the vicinity of the OB/OD Range travels through the aquifer at average velocities ranging from 20 to 36 feet per day (AAFB, 2006b). The velocities increase as the groundwater reaches the shore and exits from the seeps.[1]

## 2.3   Land Use, Sensitive Receptors and Essential Habitats

The OB/OD Range is located in a locked, fenced area of AAFB, with restricted access and precludes the building or inhabitation of any permanent structures. Human receptors are limited to EOD personnel and wildlife that occasionally access/use this site. As such, human exposures to the OB/OD Range are limited (AAFB, 2006b).

## 2.4   Cultural Resources

The OB/OD Range is located within an area of the Tarague Historic District, which has been evaluated for inclusion in the National Register of Historic Places (Earth Tech, 2003). The Tarague Historic District is a group of archaeological sites located within the Tarague Embayment. The OB/OD Range is situated in the eastern portion of the Tarague Embayment as depicted in Figure 2-2 (AAFB, 2006b).



Figure 2-2: Location Map of Tarague Embayment

---

[1] The generalized velocity of groundwater flow at the OB/OD range is presumed to increase because hydraulic conductivity increases as groundwater moves more rapidly in gravels and sands than in clay or tiny rock fractures where movement is slower (UCD, 2003). The hydraulic conductivity of the NGL can vary from speeds of 2 feet/day to over 20,000 feet/day (AAFB, 1998).

**SER 294**

# 3.0   Groundwater Sampling and Analysis Plan

## 3.1   Sampling Locations

IRP-52, which is upgradient of the OB/OD Range, shall be utilized as a background sample location (See Figure 3-1).  This well was installed by the Installation Restoration Program (IRP) in October 1996 to test for contaminants at a nearby landfill (Site 11) and Solid Waste Management Unit (SWMU-29B).  IRP-52 was selected to provide background samples that are representative of the quality of groundwater that has not been affected by potential contaminants from the OB/OD Range.  This background location follows the *RCRA Groundwater Monitoring Draft Technical Guidance* (USEPA, 1992b).

There are no existing wells downgradient of the OB/OD Range.  Installation of new downgradient wells would be problematic.  As discussed in Section 2.0, the OB/OD Range is located within the Tarague Historic District where drilling to install downgradient wells would require consultation with the Guam Historic Preservation Officer (GHPO).  The OD Unit is less than 150 feet from the shore (AAFB, 2006a).  This proximity would make the installation of downgradient wells impractical as they would likely sustain damage from open detonation and would be located too close to the ocean.

Four groundwater seeps (SP-1, SP-2, SP-4, and SP-5) will serve as the downgradient sample locations (See Figure 3-2).  These seeps were used during the Dye Trace Study (DTS) conducted in June 2006 at the OB/OD Range.  Hydraulic connectivity between the upgradient well IRP-52, the OB/OD Range, and the seeps were observed during the study.  The results of the DTS also recommended these seeps as groundwater monitoring locations because they demonstrated the strongest dye concentrations coming from the OB/OD Range.  Further, the location of the seeps is geographically adjacent to the hazardous waste management area limits, which follows guidance conditions in the *RCRA Groundwater Monitoring Draft Technical Guidance* (USEPA, 1992b).  These locations are ideal to intercept potential pathways of contaminant migration.

Table 3-1 below provides survey coordinates for the upgradient well for background data collection and the downgradient groundwater seeps which will serve as the detection monitoring points.  At the time of sampling, if there is no flow at the groundwater seeps, alternate monitoring points at the nearest distance from the OD/OD Range and listed coordinates will be selected.

| Table 3-1: Summary of Sample Locations | | |
|---|---|---|
| Well/Seep[2] | Survey Coordinates[3] | |
| IRP-52 | 207653.28 Northing | 226771.98 Easting |
| SP-1 | 209814.4 Northing | 226722.5 Easting |
| SP-2 | 209833.5 Northing | 226486.0 Easting |
| SP-4 | 209938.4 Northing | 226205.9 Easting |
| SP-5 | 209953.5 Northing | 225931.0 Easting |

---

[2] Seep numbers obtained from Figure 2-1 of the AAFB Dye Trace Study Results at the OB/OD Range, September 2006.

[3] Seep coordinates obtained from Table 2-2 of the AAFB WP/SAP for Dye Trace Study and Groundwater Monitoring at OB/OD Range, May 2006.

**SER 295**

### Figure 3-1: Map of Upgradient Well



### Figure 3-2: Map of Downgradient Seeps



**SER 296**

## *3.2    Hazardous Constituent Criteria*

The permit requires the establishment of criteria for determining whether or not a release (which may have adverse effects on human health and the environment) has occurred from the OB/OD Range to groundwater at the monitoring points. The criteria must be based either on risk-based concentration limits or background concentrations. The permit-stipulated chemicals of concern include: lead, mercury, bis(2-ethylhexyl)phthalate (DEHP or di(2-ethylhexyl)phthalate), and cyclotrimethylenetrinitramine (RDX or hexahydro-1, 3, 5-trinitro-1, 3, 5-triazine). If DEHP is not detected during the first two years of detection monitoring or its presence can be attributed to non-OB/OD Range activities, it will be removed from the constituent list.

In order to expedite implementation of this groundwater monitoring plan, AAFB will utilize risk-based concentration limits to determine whether or not a release has occurred from the OB/OD Range. This approach would allow AAFB to begin the detection monitoring phase immediately after background data collection because the criteria for determining a release has been predetermined (whereas, if background concentration limits were selected, AAFB would be required to submit to Guam EPA proposed limits subsequent to the submittal of this GWMP).

This GWMP will use risk-based concentration limits provided by United States Environmental Protection Agency (USEPA) as depicted in Table 3-2 to determine if a release has occurred. The values in the table are based on the *USEPA Regional Screening Level Summary Table* (USEPA, 2011). Results from the detection monitoring phase will be compared to these values to determine if any of the hazardous constituents pose a potential risk to human health or the environment.

| Table 3-2: Hazardous Constituent Risk-Based Concentration Limits | |
|---|---|
| **Parameter** | **MCL (µg/L)** |
| **DEHP or bis(2-ethylhexyl)phthalate or di(2-ethylhexyl) phthalate** | 6.0 |
| **Lead & Compounds** | 15.0 |
| **Mercury (elemental)** | 2.0 |
| **RDX or cyclotrimethylenetrinitramine or hexahydro-1,3,5-trinitro-1, 3, 5 - triazine** | 0.25[1] |
| Source: *USEPA Regional Screening Level Summary Table* (May 2011)<br>MCL – Maximum Contaminant Level<br>µg/L – microgram per liter<br>[1] Value taken from USEPA 8330 Explosives Method Reporting Limit | |

## *3.3    Sampling Phases and Frequency Schedule*

This GWMP describes three distinct phases of sampling: Background Data Collection; Detection Monitoring; and Verification Resampling. These phases were developed per permit requirements and USEPA Technical Guidance, and are summarized in Table 3-3 below.

**SER 297**

| Table 3-3: Summary of Sampling Phases | | | | |
|---|---|---|---|---|
| **Phase** | **Frequency** | **Locations** | **Parameters** | **Number of Water Samples Collected** |
| **Background Data Collection:** Groundwater Geochemistry | Semiannually during 1st year only | IRP-52 and four seeps (SP-1, SP-2, SP-4, and SP-5) | Chloride, Sulfate, Sodium, Potassium, Magnesium, Calcium, Bicarbonate | 2 from each location |
| **Background Data Collection:** Constituent Baseline Levels | Quarterly during 1st year only | IRP-52 and four seeps (SP-1, SP-2, SP-4, and SP-5) | DEHP, Lead, Mercury, RDX | 2 from each location |
| **Detection Monitoring** | Semiannually starting the 2nd year of Implementation | IRP-52 and four seeps (SP-1, SP-2, SP- 4, and SP-5) | DEHP, Lead, Mercury, RDX | 1 from each location (including 1 blind duplicate) |
| **Verification Resampling** | Immediately upon identification of exceedance | Four seeps (SP-1, SP-2, SP-4, and SP-5); IRP-52 (only if exceedance detected) | Parameter(s) with Exceedance | 1 from each location (including 1 blind duplicate) |

## 3.4 Background Data Collection

Groundwater geochemistry data and background water quality/constituent baseline levels were collected in 2014 and 2015 under the original permit requirements.

### 3.4.1 Groundwater Geochemistry

The inorganic geochemistry of the groundwater at the OB/OD Range was analyzed using both upgradient well, IRP-52, and downgradient seep locations, SP-1, SP-2, SP-4, and SP-5. A total of two (2) water samples were taken from each location in June 2014 and March 2015. Chloride, sulfate, sodium, potassium, magnesium, calcium and bicarbonate were analyzed for their total ionic concentrations. Semiannual detection monitoring samples collected in May 2015 do not show any differences in groundwater quality between the sample locations over time. The results indicate similar geochemistry, as described in the September 2006 Dye Trace study results at the OB/OD Range, indicating that groundwater from the upgradient and the downgradient locations originate from the same source.

**SER 298**

1-296

### 3.4.2  Background Water Quality / Constituent Baseline Levels

Background water quality levels were established by taking two (2) water samples quarterly in June 2014, September 2014, November 2014, and March 2015, from the upgradient well, IRP-52, and downgradient seeps, SP-1, SP-2, SP-4, and SP-5, to establish baseline levels for background chemical concentrations or existing constituent/parameter levels (USEPA, 2009). All samples were analyzed for the parameters listed in Table 3-2 (DEHP, lead, mercury and RDX).

## 3.5    Detection Monitoring

Semiannual sampling for detection monitoring will be conducted upon completion of background data collection. During detection monitoring, one (1) water sample each from upgradient well IRP-52 and downgradient seeps SP-1, SP-2, SP-4, and SP-5, will be collected approximately 7 to 21 days following an OB/OD event and analyzed. One (1) blind duplicate shall be submitted to the laboratory for each monitoring event.

## 3.6    Verification Resampling

If the concentration levels of contaminants from a sampled seep during detection monitoring are above the risk-based concentration limit(s), a verification sample must immediately be collected at the seep where the exceedance occurred. Analytical results shall be analyzed for the contaminants that exceeded concentration limits. Sampling procedures must follow those outlined in Section 4.0. AAFB must notify Guam EPA within seven (7) days of the initial exceedance determination as stipulated in Sections IV H(4)(a) and H(4)(b) of the permit.

## 3.7    Permit Modification for Compliance Monitoring

Per Section IV H(4)(d) of the permit, if verification resampling confirms an exceedance, AAFB must submit to Guam EPA, within ten (10) days of receipt of analytical results, a written notice that identifies the concentration(s) of these contaminants at each monitoring location. AAFB must also submit a notice of intent for an application for permit modification containing a corrective action feasibility plan. See Section 6.0 for details on permit modification requirements.

## 3.8    Groundwater Flow and Direction

Per Section IV G(3) of the permit, groundwater flow rate and direction in the uppermost aquifer shall be determined at least annually. However, as discussed in Section 2.2 of this GWMP, groundwater flow rate and direction have been established for the uppermost aquifer and verified in a previous DTS conducted at the landfill complex. Groundwater elevation maps from 2003 indicate that the groundwater in the area flows in a north-northeast direction that eventually discharges into the Pacific Ocean (AAFB, 2011). A site-specific aquifer test to determine groundwater flow rate and direction is not feasible at the OB/OD Range because only well IRP-52 exists within a 150 meter radius of the OB/OD Range.[4]

---

[4] Groundwater monitoring systems, as stated in 40 CFR 258.51(a)(2), should have wells that represent the quality of ground water passing the relevant point of compliance as specified by the Director of an approved State under §258.40(d) or at the waste management unit boundary in unapproved States. Design criteria, as stated in 40 CFR 258.40(d), provides that the "relevant point of compliance by the Director of an approved State shall be no more than 150 meters from the waste management unit boundary and shall be located on land owned by the owner of the MSWLF unit."

## 3.9    Monitoring Well Decommissioning

Per Section IV B(3) of the permit, monitoring wells must be properly decommissioned and closed once they no longer serve the purpose for which they were constructed. AAFB shall submit a written statement to the Administrator providing details for abandoning wells within thirty (30) days of removal from the monitoring program and following the guidance set forth in 22 GAR, Water Resource Development and Operating Regulations (amended August 1990).

**SER 299**

Before the hole is filled, a licensed and certified well driller shall determine the well condition, details of construction, and whether there are obstructions that will interfere with filling and sealing. The certified well driller shall submit an application along with a description of the work, site map, and construction diagram of the well to be abandoned. Forty-eight (48) hours prior to the abandonment, AAFB shall notify the Administrator of the intent to commence work in order to give Guam EPA the opportunity to inspect the work and insure that proper procedures are carried out.

Wells will be sealed starting at the bottom of the well using a tremie pipe to place the appropriate fill material and impervious sealing material. All surface completions, traffic vaults, and well head materials shall also be removed.

**SER 300**

# 4.0 Sampling Procedures

## 4.1 Sample Collection

The seeps are exposed to significant tidal mixing, which would result in high chloride concentrations. It is important to minimize the intermixing of the seawater with the groundwater seeps to obtain samples that are representative of the groundwater from the aquifer beneath the OB/OD Range. To minimize this effect, all samples shall be collected thirty (30) to sixty (60) minutes[5] prior to the lowest tide (lower low water) as predicted in the charts posted by the National Oceanic and Atmospheric Administration (NOAA) found in the website: http://tidesandcurrents.noaa.gov/geo.shtml?location=1631428; and by also obtaining the current moon phase calendar during the Spring tides to find the predicted date for a new moon or full moon appearance (see website: http://www.calendar-365.com/moon/moon-calendar.html).[6] Procedures and techniques for well and seep sample collection, sample preservation and shipment, analytical procedures and chain-of-custody control are discussed in the sections below.

Table 4-1 provides a summary of analytical methods and sample requirements for samples collected during the groundwater geochemistry investigations of the background data collection phase. Table 4-2 provides a summary of the analytical methods and sample requirements for the samples collected during background data collection, detection monitoring and verification resampling phases.

| Table 4-1: Analytical Methods and Sample Requirements for Groundwater Geochemistry Samples | | | | |
|---|---|---|---|---|
| **Analyte** | **Analytical Method** | **Sample Container/Size** | **Preservative** | **Holding Time** |
| Chloride | SM 4500 Cl$^-$ | (1)500-mL Poly | None | 28 days until analysis |
| Sulfate | SM 4500 SO$_4^{2-}$ E | (1)500-mL Poly | None | 28 days until analysis |
| Sodium, Potassium, Magnesium, Calcium | 6010C | (1)1-Liter Poly | HNO$_3$ | 180 days (6 months) |
| Bicarbonate | SM 2320B | (1)1-Liter Poly | None | 14 days until analysis |

| Table 4-2: Analytical Methods and Sample Requirements for the Permit-Stipulated Parameters | | | | |
|---|---|---|---|---|
| **Analyte** | **Analytical Method** | **Sample Container/Size** | **Preservative** | **Holding Time** |
| RDX | 8330 | (2) 1-Liter Amber Glass | None | 7 days to extraction; analyze within 40 days after extraction |
| Lead | 6010C | 1-Liter Poly | HNO$_3$ | 6 months (180 days) |
| Mercury | 7470A | 500-mL Poly | HNO$_3$ | 28 days |
| DEHP | 8270C | 1-Liter Amber Glass | None | 14 days |

[5] Recommendation based on dye concentration levels and data that support that some seeps "turn-off" or do not have available flow during extreme low tides (AAFB, 2006a).

[6] Spring tides occur during the full moon and new moon, when the gravitational pull of the moon and sun are combined resulting in very high tides or very low tides. In the Pacific, Spring tides occur between eleven (11) and fourteen (14) days after the previous new or full moon (UK Hydrographic Office, 2011).

**SER 301**

4-1

1-299

### 4.1.1 Upgradient Well (Groundwater) Sampling

***Water Level Measurements***

The water level at IRP-52 shall be measured prior to each sampling event using a water level indicator (such as a Solinst$^{®}$) or equivalent device, by slowly lowering the probe into the monitoring well until it contacts the water surface, resulting in an audible alarm. The reading shall be obtained from an established mark on the well casing, measured to the nearest 0.01 foot. The groundwater level measurement will be recorded into a field log book. The appropriate procedure to be used by personnel for measuring groundwater levels is discussed in detail in Appendix A SOP #3, Groundwater Level Measurements.

Sea water elevations relative to mean sea level (MSL) shall also be obtained for the same period well water level measurements are obtained. Data for sea water elevations will be obtained from NOAA database at the following website: *http://tidesandcurrents.noaa.gov/geo.shtml?location=1630000*.

***Low-Flow Purging and Sampling***

Prior to collecting a sample from the upgradient well, groundwater will be purged. Low-flow purging (also commonly referred to as micro-purging, low-stress purging, low-impact purging, or minimal drawdown purging) involves the same approach and equipment as low-flow sampling.

Groundwater monitoring well IRP-52 will be purged and sampled using a portable lowflow double valve pump. During low-flow purging, field measurements (pH, temperature, and conductivity at a minimum) will be monitored. The well will be purged until field measurements have stabilized to within 10% of the previous readings.

An example of a field setup of a portable low flow double valve pump assembly is illustrated in Appendix B. Appendix C provides a breakdown of the process and a listing of SOPs to be used for sampling; Appendix A includes all the SOPs required for sampling of the upgradient well (IRP-52).

### 4.1.2 Downgradient Seeps Sampling

Appendix C provides a detailed discussion of the process and a listing of SOPs to be used for sampling; Appendix A includes all the SOPs for sampling of the downgradient seeps.

***Field Chloride Test***

Field chloride tests shall be conducted before obtaining a grab sample from the seeps using a field chloride ion test kit.

Due to the proximity of seeps (sample locations) to the Pacific Ocean, there will be significant tidal mixing. As a result, chloride concentrations will fluctuate. Chloride concentrations at the seeps will range between 500 and 5,000 mg/L; as such, a chloride reading within this range shall constitute a fresh water seep sample (AAFB, 2006b).

***Grab Sampling***

The seep samples shall be collected in accordance with SOP #2 Groundwater Seeps Sampling and by using the Semiannual Groundwater Seeps Sampling Form (Appendix A), with the exception of chloride measurements. If flow is minimal or does not allow for collection with a transfer bottle, it may be necessary to use a battery or hand-operated peristaltic pump with Teflon® hose to obtain a sample.

**SER 302**

## *4.2    Sampling Documentation, Handling and Packaging*

### 4.2.1  Well Sampling Form

All well samples collected will be documented using well sampling form.  One well sampling form  shall be completed per sample per well. At a minimum, the following information shall be noted:

- Sample Location
- Personnel Present
- Sampling Date and Time
- Time Departing Site
- Weather Conditions
- Depth-to-Water
- Sampling Device Used
- Well Appearance Description
- Purge Method
- Purge Start Time
- Purge Completion Time
- Total Purge Volume
- Well Water pH Reading
- Conductivity
- Temperature
- Estimated Flow Rate
- Water Turbidity
- Water Odor (if any)

Examples of the well sampling form can be found in Appendix A SOP #1.

### 4.2.2  Groundwater Seeps Sampling Form

All seep samples shall be documented using the Semiannual Groundwater Seeps Sampling Form.  Well measurements and well sampling methods will not apply to seep samples.  An example of the Semiannual Groundwater Seeps Sampling Formis found in Appendix A SOP #2.

### 4.2.3  Sample Labeling

To prevent misidentification of samples, all containers shall be pre-labeled. Sample identification numbers will be affixed to each sample container and entered on the chain-of-custody form.  The sample number will uniquely identify the sample to a specific location.  The labels will be filled out  using waterproof ink and be protected with clear, water-resistant tape. The labels will contain the  following information:

- Sample Date and Time;
- Sample Location;
- Analysis Required;
- Sampler's Initials.

Both field and duplicate samples shall be labeled in the same manner.  Sample identification  numbers shall be determined by the analytical laboratory. For samples requiring multiple  containers, a single sample identification number shall be used on all containers (AAFB, 2006b).

**SER 303**

4-3

### 4.2.4   Chain-of-Custody

Chain-of-Custody (COC) procedures will provide an accurate written record that can be used to trace the possession of each sample from the time it is collected until completion of all required analyses. The coolers in which samples are packed will be accompanied by a COC record. When transferring samples, the assigned personnel relinquishing and receiving them will sign, date, and note the time on the chain-of-custody record to document sample custody transfer. Details pertaining to custody procedures can be found in Appendix A, SOP #9. The chain-of-custody record will include the following types of information:

- Collection Date and Time;
- Sample Matrix;
- Sample Location;
- Number of Containers;
- Analytical Test Parameters;
- Signature of Collector;
- Signature(s) of Person(s) Involved In Chain and Dates of Possession.

### 4.2.5   Sample Packaging and Delivery

All collected samples will be packaged and delivered to a certified laboratory in a manner that will ensure the safety and integrity of every sample. Sample procedures will be in accordance with applicable federal and territorial requirements.

Each sample bottle set will be separated from other sets with a sealed plastic bag. A cooler will be used as a shipping container and the temperature of approximately 4 degrees Celsius (°C) ± 2° C maintained by using ice or frozen gel packs. The drain plug will be taped shut from the inside and outside. Paperwork accompanying the samples will be placed inside a plastic bag, sealed, and taped to the inside of the cooler lid. Custody seals will be placed across the lid and body of the cooler.

Sample transport time to a certified laboratory shall not exceed 6 hours. All shipments shall be in compliance with applicable packaging, labeling and shipping requirements as indicated in SOPs #8 and #9of Appendix A.

## 4.3   Equipment Decontamination

All sampling and measuring equipment shall be thoroughly decontaminated with distilled water and non-phosphate detergent (e.g. Liquinox or Alconox) prior to and after each use at sampling locations. The water level indicator tape shall be wiped with clean paper towels while reeling in from each well. Decontaminated sampling equipment should not be allowed to come into contact with the ground or other contaminated surface prior to sample collection. See Appendix A SOPs #1 and #10 for further information.

## 4.4   Investigation Derived Waste

All Investigation Derived Waste (IDW) generated during well purging and water sample collection activities must be properly packed in approved United States Department of Transportation (DOT) containers. The containers must be labeled to include: project name, project location, date, container contents, and emergency contact name and phone number. IDW containers and content shall be recorded in a field log. IDW shall be stored in a secure location until analytical (laboratory) results are obtained, and the IDW is accepted at a final disposal facility (hazardous or non-hazardous waste disposal facility). Maintain proper disposal manifests in project records. Filter membranes, gloves, and paper towels shall be disposed as solid waste. See Appendix A SOP #11.

**SER 304**

## *4.5   Quality Assurance / Quality Control (QA/QC)*

### 4.5.1   Field Duplicate Samples

Field duplicate samples will be collected to check for natural sample variance, and consistency of field collection techniques and laboratory analyses. Field duplicate samples will be submitted blind to the laboratory and analyzed for the same parameters as the original sample (AAFB, 2006b).

### 4.5.2   Field Blank

Field blanks will be collected and analyzed to detect contamination that may be introduced to the groundwater samples during sampling. The field blank will consist of deionized, distilled, containers. When a field blank is used to monitor ambient conditions during sampling, the container holding the field blank shall be opened, remain open throughout the process of filling all sample containers, and then closed thereafter. The sample location where the field blank is prepared will be identified on the field sampling form, along with any observations that may help explain anomalous results (i.e., potential sources of contamination). One field blank will be analyzed per 20 samples or one per day if less than 20 samples. The field blank will be handled in the same manner as the rest of the samples (AAFB, 2006b).

### 4.5.3   Equipment Rinsate Blank

Equipment rinsate blank samples will be used to assess the efficiency of the decontamination process and possible cross-contamination between samples. Equipment rinsate blanks will be collected and analyzed only when non-dedicated sampling equipment is used. Equipment rinsate blank samples will be collected by pouring laboratory-provided "analyte-free" water (distilled water) over decontaminated sampling equipment used for collecting various samples (AAFB, 2006b).

### 4.5.4   QA/QC Review of Data

Prior to statistical analysis, all data shall be reviewed by a certified laboratory QA officer for data verification and validation. QA/QC parameters will include measures of accuracy (percent recovery), precision (relative percent difference), and sample contamination (blank determination), if any. Data that appears questionable should be flagged and reevaluated by the QA officer.

All data shall then undergo a second level of review of historical trends analysis as they become available and compare those trends with new results; apparent visual outliers or other anomalies shall be flagged and reevaluated. If an apparent outlier or anomaly is detected, the data shall be reevaluated by the laboratory QA officer before accepting the result.

**SER 305**

# 5.0   Statistical Analysis

AAFB shall perform statistical analyses upon receipt of the semiannual detection monitoring laboratory results. Statistical tests shall be performed for each constituent for each well and seep. The background data collected during the first year of plan implementation will be included in the statistical tests.

The statistical analysis will include inter-well and intra-well comparisons using combined Shewhart-CUSUM control charts, an approach that gives control limits for each constituent, to monitor hazardous constituents in the groundwater. This analysis will detect trends in constituent concentrations. If a significant increase in trend is apparent, AAFB shall treat the finding as if an exceedance has been identified as stipulated in Section IV A(1)(f) of the permit.

Per Section IV F(1) of the permit, four statistical methods may be used to evaluate groundwater results: Analysis of variance (ANOVA), parametric ANOVA, tolerance or prediction interval, and control chart. According to the EPA's Unified Guidance: Statistical Analysis of Groundwater Monitoring Data, at least 50% of the data should be detectable in order to compare either well means or medians. However, results for background and the 1st semi-annual detection monitoring have been mostly non-detects rendering the ANOVA and parametric ANOVA methods not applicable for evaluating groundwater data from the OB/OD Range.

## *5.1   Inter-Well Comparisons*

Inter-well comparisons will compare the concentration of each hazardous constituent from each sampling location. This comparison will be useful in identifying variability between the upgradient well and downgradient seeps, thereby better attributing an exceedance either to other potential sources of contamination (outside of the EOD) or to the OB/OD Range activities.

## *5.2   Intra-Well Comparisons with Shewhart-CUSUM Control Charts*

Intra-well comparisons using Shewhart-CUSUM control charts will provide two types of analyses. First, the control charts will indicate whether or not a sample from the well or seep has exceeded the risk-based concentration levels. Second, the control charts will compare the sample results at each well and seep, with previous results and determine if concentrations of a hazardous constituent are significantly increasing.

The concentration of each monitored parameter at each well/seep will also be compared to its respective background concentration to determine if there has been a release. The comparison involves creating a plot (time vs. concentration) of the parameter on its appropriate Shewhart-CUSUM control chart.

## *5.3   Groundwater Monitoring Analysis Software*

DUMPStat, a computer program, will be utilized to perform the above-described routine trend analyses of the sampling results at each well and seep. DUMPStat imports lab data for each sampling event at each well and seep, and provides complete analysis of constituents in a simple step. It utilizes algorithm calculations that can evaluate error rates for various facilities. It also automatically selects the most appropriate statistics to minimize both false positive and false negative rates. DUMPStat is consistent with EPA RCRA Subtitle C and D regulations, all applicable EPA regulations and guidance, and ASTM (American Society for Testing and Materials) D6312-98 guidance. DUMPStat utilizes prediction limits, tolerance limits, and control charts for statistical evaluation and it addresses distribution abnormalities by correcting for spatial variability in intra-well comparisons and seasonal variability over time. Per Section IV F(2)(b) of the permit, error levels of no less than 0.01 for each event or no less than 0.05 for multiple comparisons must be maintained. However, these limits only apply to ANOVA, and not tolerance limits, prediction limits, or control charts. Tolerance and prediction limits will not be used unless the distribution is abnormal, in which case, a statistical method in addition to control charts may be needed.

**SER 306**

# 6.0    Record Keeping and Reporting

## *6.1    Record Keeping – Data Entry*

AAFB shall maintain a written facility operating record for the OB/OD Range for a minimum of five (5) years.  The following must be recorded:

- Monitoring, testing, and analytical data obtained from the range;
- All computations and results associated with evaluating groundwater monitoring data;
- Groundwater monitoring data collected and actual level of constituents.

## *6.2    Reporting*

### 6.2.1    Semiannual Site Monitoring Report

A semiannual site monitoring report shall be submitted to Guam EPA within sixty (60) days of  receipt of analytical results of each semiannual sampling event.  The following shall be included  in the semiannual report:

- A description of the sampling event(s);
- Analytical results of samples collected; and
- A determination of whether or not there is an exceedance of a risk-based concentration  limit.

### 6.2.2    Initial Exceedance Notification Procedure

If the semiannual results show that an exceedance of a risk-based concentration limit has  occurred or if there is a significant trend toward increased concentrations, AAFB shall:

- Notify Guam EPA within seven (7) days of the determination;
- Immediately resample the groundwater in the well/seep(s) that exhibited the increase;
- Determine the concentration of the particular constituent(s) that exhibited the increase;
- AAFB may choose to establish the background value(s) for the particular constituent(s);
- AAFB may also propose changes in operating and/or monitoring procedures to address the apparent trend increase.

### 6.2.3    Exceedance Confirmation Procedure

If an exceedance of a risk-based concentration limit is confirmed by the resampling results  (verification resampling) AAFB shall submit to Guam EPA, a written notice, within ten (10) days of  receipt of analytical results.  The notice will identify the concentration of any constituent(s) in the  groundwater at each monitoring well/seep location.  AAFB also must submit a notice of intent for  an application for permit modification containing a corrective action feasibility plan (CAFP).

*Permit Modification Requirements*
The permit modification must include the following:

- An identification of the concentration of constituents found in the groundwater at each monitoring well/seep(s) at the point of compliance;
- Any proposed changes to the groundwater monitoring system at the OB/OD Range necessary to meet the requirement of compliance monitoring;
- Any proposed changes to the monitoring frequency, sampling and analysis procedures, methods or statistical procedures necessary to meet the requirements of compliance monitoring;
- For each hazardous constituent found at the point of compliance, a notice of intent to  seek an alternate concentration limit (ACL) for a hazardous constituent;
- If no alternate ACL will be sought, then AAFB shall submit to Guam EPA a schedule for

**SER 307**

submittal of a CAFP in accordance with Part VI of the Guam Hazardous Waste

Management Regulations (GHWMR) (40 CFR Part 264.100) within one hundred eighty (180) days.

***Submittal of CAFP***

If AAFB chooses to submit to Guam EPA a CAFP, it must be developed in accordance with Part VI of the GHWMRs, and must be submitted to Guam EPA within one hundred eighty (180) days of confirmation of the release as discussed in Section 6.2.4.

## 6.2.4 Other Potential Sources of Contamination

If an exceedance determination of a risk-based concentration limit is confirmed by verification resampling, then AAFB may demonstrate that a source other than a regulated unit within the OB/OD Range caused the increase; or, that the increase resulted from a possible error in sampling, analysis, or evaluation.

If AAFB chooses to do this, then AAFB shall submit to Guam EPA:

- Written notice within seven (7) days that it intends to make a demonstration;
- A report, within ninety (90) days of the notice, which demonstrates that a source, other than a regulated unit within the OB/OD Range or possible error in sampling, analysis, or evaluation, caused the increase;
- An application for permit modification, within ninety (90) days of the notice, to make any appropriate changes to the groundwater monitoring program.

AAFB shall continue to monitor in accordance with this GWMP pending Guam EPA permit modification approval.

**SER 308**

## 7.0   References

AAFB, Guam.  Final Groundwater Summary Report.  August, 1998

---.  Integrated Natural Resource Management Plan for Andersen Air Force Base,  Guam.
        December, 2003.

---.  Final Basewide Sampling and Analysis Plan for Andersen Air Force Base,  Guam.
        January, 2005a.

---.  Final Basewide Quality Assurance Project Plan for Andersen Air Force Base,  Guam.
        Revision 3.0., June, 2005b.

---. Standard Operating Procedures for Andersen Air Force Base, Guam:  SOPs #1 through #11.

---.  Air Force Draft Open Burn/Open Detonation Range Dye Trace Study Results for  Andersen Air
        Force Base, Guam. September, 2006a.

---.  Final Work Plan and Sampling and Analysis Plan for Dye Trace Study and Groundwater  Monitoring
        at Open Burn and Open Detonation Range; Andersen Air Force Base, Guam.  2006b.

---.  Long-Term Groundwater Monitoring, Main Base and Marbo Annex Operable Units.
        October 2010.

---.  Work Plan, Long-Term Maintenance and Monitoring, Site 2/Landfill 2.  January 2011.

Earth Tech, Inc.  Final Integrated Cultural Resource Management Plan for Andersen Air Force
        Base, Guam. November, 2003.

Gibbons, R.D.  Statistical Tolerance Limits for Ground-water Monitoring. Groundwater 29(4),  563-
        570. 1991.

---.  Statistical Methods for Groundwater Monitoring. John Wiley & Sons, New York.  1994.

Gingerich, Stephen B., United States Geological Survey Investigations Report 03-4126, 2003
        http://pubs.usgs.gov/wri/wri034126/htdocs/wrir03-4126.html

Guam EPA.  RCRA Subpart X Permit 1: Section IV, Ground Water Monitoring for Andersen
        Air Force Base Hazardous Waste Management Facility. Permit Number GUS002. 2009.

---.  22 Guam Administrative Rules. Division II – Water Control. Water Resource Development and
        Operating Regulations, January 25, 1985 and amended August 2, 1990

Moon Calendar, Moon Phase, http://www.calendar-365.com/moon/moon-calendar.html

Mylroie, John E., John W. Jenson, Danko Taborosi, John M.U. Jocson, David T. Vann and Curt  Wexel.
        Karst Features of Guam in Terms of a General Model of Carbonate Island Karst.  Journal of
        Cave and Karst Studies 63(1): 9-22. April, 2001.

National Oceanic and Atmospheric Administration, Tides and Currents, 2011 Tide Predictions,
        http://tidesandcurrents.noaa.gov/get_predictions.shtml?year=2011&stn=4310+Guam

National Oceanic and Atmospheric Administration, Apra Harbor, Station ID 1630000,

**SER 309**

http://tidesandcurrents.noaa.gov/noaatidepredictions/
NOAATidesFacade.jsp?Stationid=1630000

Naval Facilities Engineering Command, Guidance for Environmental Background Analysis, Volume III, Groundwater October 2003  http://vsp.pnnl.gov/docs/Draft_Guidance_for_Review.pdf

Tracey Jr., J.I., S.O. Schlanger, J.T. Stark, D.B. Doan, and H.G. May.  <u>General Geology of</u> <u>Guam: U.S.</u> <u>Geological Survey Professional Paper 403-A."</u>  U.S. Government Printing Office, Washington. 1964.

UK Hydrographic Office, Admiralty Easytide, 2011
http://easytide.ukho.gov.uk/EASYTIDE/EasyTide/Support/faq.aspx

United States EPA.  <u>Environmental Investigations Standard Operating Procedures and Quality Assurance Manual</u>. May, 1996.

---.  <u>EPA Ground-Water Sampling Guidelines for Superfund and RCRA Project Managers</u>. 1992.

---.  <u>Management of Investigation-Derived Wastes During Site Inspections.</u> Office of Solid Waste and Emergency Response (OSWER) Directive 9345.3-02. EPA/540/G-91/009. May, 1991.

---.  <u>Methods for Evaluating the Attainment of Cleanup Standards</u>. Vol. 2:  Ground Water. US Environmental Protection Agency. 1992a.

---. RCRA <u>Groundwater Monitoring: Draft Technical Guidance.</u> Office of Solid Waste. U.S. Environmental Protection Agency. 1992b.

---.  Regional Screening Level Summary Table. Office of Solid Waste. U.S. Environmental Protection Agency. 2011. Found online: http://www.epa.gov/reg3hwmd/risk/human/rb-concentration_table/Generic_Tables /pdf/soil2gw_sl_table_bwrun_MAY2011.pdf

---.  <u>Statistical Analysis of Ground-Water Monitoring Data at RCRA Facilities,</u> <u>Unified Guidance</u>. Office of Resource Conservation and Recovery Program Implementation and Information Division, U.S. Environmental Protection Agency. March, 2009.

---.  <u>Statistical Methods for Evaluating the Attainment of Superfund Cleanup Standards</u>.  Vol. 2: Groundwater Draft. US Environmental Protection Agency. 1988.

---.  <u>Test Methods for Evaluating Solid Waste, Physical/Chemical Methods,</u> <u>Draft Update IVB of SW-846</u>.  Volume 65, Number 228. November 27, 2000.

United States Geological Survey, Groundwater Availability Study for Guam, Fact Sheet 2010- 3084, http://pubs.usgs.gov/fs/2010/3084/fs2010-3084.pdf

University of California, Davis, Division of Agriculture and Natural Resources, Publication 8083 http://groundwater.ucdavis.edu/Publications/Harter_FWQFS 8083.pdf

**SER 310**

APPENDICES

APPENDIX A: AAFB STANDARD OPERATING PROCEDURES
APPENDIX B: LOW FLOW DOUBLE VALVE PUMP FIELD SET-UP
APPENDIX C: PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

**SER 312**

*This page intentionally left blank.*

APPENDIX A: AAFB STANDARD OPERATING PROCEDURES

SOP #1 - Groundwater Well Sampling
SOP #2 - Groundwater Seep Sampling
SOP #3 - Groundwater Level Measurements
SOP #4 - Water Quality Field Measurements: pH
SOP #5 - Water Quality Field Measurements: Specific Conductivity
SOP #6 - Water Quality Field Measurements: Temperature
SOP #7 - Water Quality Field Measurements: Chlorides
SOP #8 - Sample Packing
SOP #9 - Sample Custody Procedures
SOP #10 - Decontamination of Sampling Equipment
SOP #11 - Investigative Derived Waste Management

**SER 314**

*This page intentionally left blank.*

**SER 315**

| **GROUNDWATER WELL SAMPLING (IRP-52)** |
| --- |

## 1.0     SCOPE AND APPLICATION

Groundwater samples collected from groundwater monitoring wells provide vital information that can be used in the evaluation of groundwater quality and movement in the aquifer. This Standard Operating Procedure is applicable only to the collection of representative groundwater samples at well IRP-52. Samples are to be collected from well IRP-52 using a low-flow double valve pump.

Groundwater sampling procedures will be split into two, purging and sampling. Purging is the process of removing stagnant water from the well prior to sampling and replacing it with groundwater from the adjacent formation. This will ensure that the sampler(s) collect a more representative sample of the actual aquifer condition.

## 2.0     EQUIPMENT

- Electronic Pump Control Unit (Solinst Model 464)
- Portable Double valve pump (Model 408 SS 1.66" diameter)
- Electronic water level indicator
- Portable nitrogen air tank
- YSI 556 Multi-probe meter (pH, specific conductance, and temperature)
- Orion Star A214 chloride meter
- pH buffer solution (4, 7, and 10)
- Specific Conductivity calibration solutions; 1,000 µS and 10,000 µS
- Deionized water
- Field Logbook and pen
- Container to containerize purged water
- Plastic sheeting
- Cotton gloves
- Nitrile gloves
- Glass beaker
- Sample bottles
- Coolers and Icepacks
- Camera
- Activity Hazard Analysis

**SER 316**

| GROUNDWATER WELL SAMPLING (IRP-52) |
|---|

## 3.0 PROCEDURES

3.1  All staff involved in the sampling of well IRP-52 will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2  Calibrate water quality instrument for pH, specific conductance, and temperature and chloride using SOPs #4, #5, #6 and #7. Record results on the Equipment Calibration Daily Log Sheet.

3.3  Lay sample bottles on a plastic sheeting.

3.4  Remove well cap.

3.5  Using an electronic water level indicator, measure the depth to water from the reference point on the top of the well casing and record the depth in hundredths of a foot in the field logbook and in the Semiannual Groundwater Sampling Form (Attachment A).

3.6  Connect the Air Supply Line to the Air fitting on the control unit. Attach the other end of the supply line to the fitting on the nitrogen air tank regulator.

3.7  Connect the Drive Line from the Air Out fitting to the fitting on the reel (drive and sample line).

3.8  Connect the Sample Line and Drive Line (from the tubing reel) to the assembled double valve pump.

3.9  Attach the stainless steel safety line (Solinst Tag Line) to the eye bolt on the double valve pump.

3.10  Attach a short (3 ft.) length of ¼" OD sample line to the sample connector located on the reel.

3.11  Using the Tag Line, carefully lower the double valve pump down the well 10 feet below the water table surface.

3.12  Press any button on the keypad to turn the Control Unit on.

3.13  Set the nitrogen gas supply regulator to 250 psi.

3.14  Set the Control Unit to 250 psi.

3.15  Set the drive/vent cycle to 75 drive and 80 cycle.

**Purging**

3.16  Start the selected drive/vent cycle.

3.17  With pump operating, monitor and record field parameters approximately once every 1 Liter. Measure temperature, pH, and specific conductivity. Record all results in the field logbook and transfer this information to the Semiannual Groundwater Sampling Form. Continue purging until the field parameters have

**SER 317**

**GROUNDWATER WELL SAMPLING (IRP-52)**

stabilized. Water Chemistry is considered stabilized when the following conditions have been met for three consecutive readings:

- Change in temperature is within ± 1°C,
- pH is within ± 0.1 unit
- Conductivity is within ± 5%

**Sample Collection**

3.18    For RDX and DEHP, fill sample bottles directly from the discharge tubing.

3.19    Record the required information for each sample in the field logbook and transfer this information to the Semiannual Groundwater Sampling Form.

3.20    Immediately place the sample into a cooler with ice. Refer to SOPs #7 and #8 for sample packing/shipping and sample custody procedures, respectively.

**Decontamination**

3.21    After sampling well IRP-52 with the portable double valve pump, decontaminate pump as follows:

- With the tubing on the pump reel, scrub the outside of the pump and the tubing (submerged below the water table), with a detergent solution consisting of potable water and Liquinox, or equivalent laboratory grade detergent.
- Place the pump in a clean drum with a solution of potable water and Liquinox.
- Start the pump and pump the solution through the tubing. The water and detergent solution can be recycled in the container.
- Continue pumping for about 15 minutes. After circulating for 15 minutes, transfer the solution to the bulk IDW holding tank.
- Rinse the outside of the pump with potable water and place the pump in a clean container filled with only potable water and purge at least three to five tubing volumes.
- Do not recycle rinse water back into the drum.
- The remainder of the tubing column that was not in contact with groundwater will be thoroughly rinsed with potable water to ensure that

**SER 318**

1-316

**GROUNDWATER WELL SAMPLING (IRP-52)**

sufficient water is applied to rinse the outside of the tubing. This rinse water will be allowed to fall onto the ground.

3.22    At the end of each sampling day, pumps will be decontaminated in accordance with the procedures outlined in 3.21, wrapped or contained in plastic, and stored in an appropriate storage area. Pumps should not be stored in an area where volatile sources (e.g., household cleaning chemicals, fuels, oils) are present; pumps shall not be stored without appropriate decontamination. Prior to use, the outside of the pump and tubing should be thoroughly rinsed with clean water.

## 4.0    INVESTIGATIVE DERIVED WASTE MANAGEMENT

4.1    Purged water and decontamination fluid shall be handled in accordance with SOP #11.

4.2    Measure the chloride concentrations of all purged water, using a chloride meter, prior to disposal of purge water on the ground. If field chloride measurements exceed the USEPA National Secondary Drinking Water Regulations (NSDWR or secondary standard) value of 250 mg/L, then the purge water will be containerized and transported from the well to a temporary storage located at a designated staging area on Andersen AFB.

## 5.0    PRECAUTIONS

5.1    Protect equipment from contamination by storing on plastic sheeting or portable table.

5.2    Use a clean pair of gloves.

5.3    Avoid activities at the wellhead that may result in the introduction of foreign materials into the well.

## 6.0    ATTACHMENTS

Attachment A – Semiannual Groundwater Sampling Form

**SER 319**

SOP #1                            August 2015
Attachment A                    Page 1 of 1

### SEMIANNUAL GROUNDWATER SAMPLING FORM

**DZSP|21**

**Andersen AFB Open Burning Open Detonation**
**Semiannual Groundwater Sampling Form**
**(Detection Monitoring)**

Well ID: IRP-52                                Date:_____
Reference Point/Top of Riser Pipe:    ~2.5 feet         By:_____
Casing Diameter:                5 inches           _____
Elevation/Depth to Top of Screen:      532 feet
Elevation/Depth to Bottom of Screen:   552 feet      Mean Sea Level: _____
Depth to Water (DTW): _____ Water Column: _____(552 – DTW = WC)

**Semiannual**

**Field Analyses: Initial Purging**

| Time | pH | Temp (°C) | Specific Conductance ($\mu$ohm/cm) | Chloride (mg/L) | Flow Rate (gpm) | Volume Purged (gal.) | DTW (ft.) | Observations (Color, Odor, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Field Analyses: During Purging**       $V = 3.14 \times r^2 \times L$;
$V$ = volume, $r$ = radius of pipe (0.0635m), $L$ = length of water in column in meter (total depth – depth to water)

| Time | pH | Temp (°C) | Specific Conductance ($\mu$ohm/cm) | Chloride (mg/L) | Flow Rate (gpm) | Volume Purged (gal.) | DTW (ft.) | Observations (Color, Odor, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Analysis | Bottle Size | Preservative | Quantity | Method Number | Holding Time |
|---|---|---|---|---|---|
| Lead | 1 500 mL HDPE | HNO₃ (5 ml) | 1 | 6010C | 180 days |
| Mercury | 1 500 mL HDPE | HNO₃ (5 ml) | 1 | 7470C | 28 days |
| RDX | 1 Liter Amber Glass | None | 1 | 8330 | 7 days to extraction; analyze w/in 40 days after extraction |
| DEHP | 1 Liter Amber Glass | None | 1 | 8270C | 14 days |
| Bottle Count: | | | 4 | | |

ENV-F-0114A Rev 0       Printed document may be obsolete – validate before use       Date last update: 8/12/15

Page 1 of 1

**SER 320**

Standard Operating Procedure August  2015

SOP #2 Page 1 of 2

| GROUNDWATER SEEPS SAMPLING (OB/OD RANGE) |
|---|

## 1.0   SCOPE AND APPLICATION

This standard operating procedure (SOP) is to be followed when collecting groundwater samples from groundwater seeps occurring along the shorelines.

## 2.0   EQUIPMENT

- Field chloride meter
- pH, specific conductivity, and temperature meter
- GPS system
- Groundwater seeps coordinates
- Sample bottles
- Cooler and Icepack
- pH buffer solution (4, 7, and 10)
- Specific Conductivity calibration solutions; 1,000 µS and 10,000 µS
- Deionized water
- Field Logbook and pen
- Nitrile gloves
- Glass beaker
- Camera
- Activity Hazard Analysis

## 3.0   PROCEDURES

3.1   All staff involved in the sampling of the groundwater seeps sampling will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2   Locate groundwater seeps using the coordinates and the GPS system.

3.3   It may be necessary to scoop a depression in the beach sediment to allow a pool of water to form. Allow sediment to settle out, and then fill the sample bottle as described in step 3.5. If a depression cannot be scooped out, a new location will be chosen for sample collection. If there is no flow of water at the groundwater seep(s), alternate monitoring points at the nearest distance from the OB/OD Range will be selected.

3.4   Measure chloride concentration of seeps before sampling. A Chloride reading at the seeps between 500 mg/L to 5,000 mg/L constitutes a groundwater seep sample. Record chloride measurements in the field logbook.

**SER 321**

Standard Operating Procedure | August 2015
SOP #2 | Page 2 of 2

**GROUNDWATER SEEPS SAMPLING (OB/OD RANGE)**

3.5 Collect a groundwater sample and measure pH, specific conductivity, and temperature. Record all measurements in the field logbook.

3.6 The groundwater will be collected into sample bottles as follows:

3.6.1 Collect groundwater seeps samples for semi-volatiles by submerging the sample containers into the groundwater seeps. If flow is minimal and sample bottles cannot be submerged, collect groundwater seeps samples using a transfer container such as a glass beaker. Transfer the collected groundwater seep sample from the transfer container into the semi-volatile sample bottles, place the cap on and secure.

3.6.2 Sample collection for mercury and lead can either be directly or by using a transfer container such a glass beaker.

3.6.3 Record the required information for each sample on the Semiannual Groundwater Seeps Sampling Form (Attachment A). Immediately place the sample into a cooler containing ice. Refer to SOPs #8 and #9 for sample packing/shipping and sample custody procedures, respectively.

**4.0 PRECAUTIONS**

4.1 Use gloves and appropriate foot wear when collecting groundwater seeps samples. Use personal protective equipment outlined in the Activity Hazard Analysis. Avoid activities at the wellhead that may result in the introduction of foreign materials into the well.

**5.0 ATTACHMENTS**

Attachment A – Semiannual Groundwater Seeps Sampling Form

**SER 322**

SOP #2 August 2015
Attachment A Page 1 of 1

| SEMIANNUAL GROUNDWATER SEEPS SAMPLING FORM |
|---|

**Andersen AFB Open Burning and Open Detonation**
**Semiannual Groundwater Seeps Sampling Form**
**(Detection Monitoring)**

Location (Seep ID): _____ Date: _____
Time on Site: _____ Weather Condition: _____
Time Departed Site: _____ Sample Method: _____
Low Tide Time: _____

Personnel: _____ _____
_____ _____
_____ _____

| Field Analyses | | | | | |
|---|---|---|---|---|---|
| Sample Time | Chloride (mg/L) | pH | Temperature (°C) | Specific Conductance (µohm/cm) | Sample Observation (Color, Odor, Etc.) |
| | | | | | |
| | | | | | |
| | | | | | |

| Analysis | Bottle Size | Preservative | Quantity | Method Number | Holding Time |
|---|---|---|---|---|---|
| Lead | 1 500 mL HDPE | HNO$_3$ (5 ml) | 1 | 6010C | 180 days |
| Mercury | 1 500 mL HDPE | HNO$_3$ (5 ml) | 1 | 7470C | 28 days |
| RDX | 1 Liter Amber Glass | None | 1 | 8330 | 7 days to extraction; analyze w/in 40 days after extraction |
| DEHP | 1 Liter Amber Glass | None | 1 | 8270C | 14 days |
| **Bottle Count** | | | 4 | | |

Note:

ENV-F-0115A Rev 0 Printed document may be obsolete – validate before use Date last updated 8/12/15

Page 1 of 1

**SER 323**

1-321

Standard Operating Procedure August 2015
SOP #3 Page 1 of 2

| GROUNDWATER LEVEL MEASUREMENTS (IRP-52) |
|---|

**1.0 SCOPE AND APPLICATION**

This standard operating procedure (SOP) describes the procedures for measuring groundwater levels; a technique often used to evaluate the aquifer groundwater surface gradient. Groundwater measurements will be obtained by using an electronic water level indicator.

**2.0 EQUIPMENT**
- Electronic water level indicator (Solinst Model 101)
- Decontamination Equipment
- Field Logbook and pen
- Camera
- Personal protective equipment
- Activity Hazard Analysis

**3.0 PROCEDURES**

3.1 All staff involved in the sampling of well IRP-52 will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2 Water Level Measurement:

3.2.1 Prior to leaving the field office, decontaminate the probe and cable by washing with detergent and thoroughly rinsing with clean water. Decontamination will be completed in the field after measurement, consisting of rinsing the probe with detergent (such as Liquinox) and clean water.

3.2.2 Inspect well casing and locking cap for tampering, damage, rust, or odor, and make note of the conditions in the field logbook.

3.2.3 Pre-test the water indicator to ensure battery has charge and to ensure the equipment is properly working.

3.2.4 Slowly lower the probe into the monitoring well until it contacts the water surface, resulting in an audible alarm. Gently lift and lower the probe until an accurate measurement can be determined. Obtain the reading from an established mark on the well casing and measure to the nearest 0.01 feet, then record results in the field logbook and on the

**SER 324**

Standard Operating Procedure                                     August 2015
SOP #3                                                            Page 2 of 2

| GROUNDWATER LEVEL MEASUREMENTS (IRP-52) |
|---|

Semiannual Groundwater Sampling Form. Document and record any problems encountered during measurement.

**4.0     PRECAUTIONS**

4.1     Check batteries of electronic water level indicator to ensure proper operation prior to using in the field.

**5.0     ATTACHMENTS**

None

**SER 325**

Standard Operating Procedure            August 2015
SOP #4                                                   Page 1 of 2

| **WATER QUALITY FIELD MEASUREMENTS** |
| --- |

**1.0      pH MEASUREMENT    -      SCOPE AND APPLICATION**

This standard operating procedure (SOP) will be used to obtain pH readings for all aqueous solutions, including groundwater and groundwater seeps. pH is a measurement of the hydrogen ion activity in a solution and indicates the acidity of an aqueous sample.

Measurement of pH can be used to check the quality and corrosivity of water samples, and to correlate other chemical analyses to determine probable sources. This may be a separate meter, or may be in a combination with specific conductance meter.

**2.0      EQUIPMENT**
- Portable field pH meter with probes for pH and temperature measurements
- Buffer solutions of pH 4, 7, and 10
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and pen

**3.0      PROCEDURES**

3.1      Decontaminate equipment by rinsing with deionized water.

3.2      The instrument will be cleaned, checked, and calibrated according to the equipment operations manual.

3.3      The pH meter shall be calibrated once a week, or after every 10 samples. At least two buffer solutions that bracket the expected sample pH shall be used (e.g., 7.0 and 10.0). Record calibration result in the Equipment Calibration Daily Log Sheet (Attachment A).

3.4      Obtain the water sample in a beaker, after having rinse with source water.

3.5      Rinse electrode with deionized water.

3.6      Immerse the electrode in water sample. Make sure groundwater seep is one-inch above electrode for proper measurement. Allow sample to stabilize and record pH and temperature readings in the field logbook.

3.7      Following field measurements:

3.7.1      Report and log any problems on the field logbook and in the calibration daily log sheet (Attachment A).

3.7.2      Clean all dirt off meter and inside carrying case.

**SER 326**

1-324

**WATER QUALITY FIELD MEASUREMENTS**

    3.7.3   Clean electrode and store in deionized water, or as required by the manufacturer.

## 4.0   PRECAUTIONS

4.1    When calibrating the meter, use pH buffers 4 and 7 for samples where pH is anticipated <7, and 7 and 10 when pH is anticipated >7.

4.2    Measurement of pH is temperature dependent. Therefore, the buffer temperature should be within 2 °C of sample temperatures.

4.3    Weak organic or inorganic salts, and oil and grease, interfere with pH measurements. If oil and grease are visible, note it on the sample log sheet.

4.4    Accuracy and precision are dependent on the instrument used; refer to manufacturer's manual. Expected accuracy and precision are ± 0.1 pH units.

4.5    Use buffer solutions that have not expired.

4.6    Refer to operation manual for recommended maintenance.

4.7    Keep instrument and water sample out of direct sunlight.

## 5.0   ATTACHMENTS

Attachment A – Equipment Calibration Daily Log Sheet

**SER 327**

1-325

## EQUIPMENT CALIBRATION DAILY LOG SHEET



**Andersen AFB Open Burning Open Detonation
Equipment Calibration Daily Log Sheet**

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model | | **Barometer (mmHg)** http://w1.weather.gov/obhistory/PGUA.html | N/A | | | |
| | | **\*Conductivity/Specific Conductance/Salinity** | 55 ml | | | |
| | | **pH (7.0) Range 0 mV ± 50 mV** | 30 ml | | | |
| | | **pH (10.0) Range -165 to -180 from 7 buffer mV value** | 30 ml | | | |
| | | **pH (4.0) Range + 165 to + 180 from 7 buffer mV value** | 3 ml (1/8") | | | |
| Chloride Meter (YSI Pro Plus) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage to the threads.
5. \*Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0                   Printed document may obsolete-validate before use           Date Last Update: 8/12/15

Page 1 of 1

**SER 328**

1-326

Standard Operating Procedure August 2015
SOP #5 Page 1 of 2

| **WATER QUALITY FIELD MEASUREMENTS** |
|---|

## 1.0    <u>SPECIFIC CONDUCTIVITY</u>    -    SCOPE AND APPLICATION

This standard operating procedure (SOP) is used to obtain specific conductance measurements for aqueous solutions, including groundwater sample and groundwater seeps samples. Specific conductance is the ability of a solution to pass an electrical current. The current is primary carried by dissolved inorganic anions such as chlorides, nitrates, and sulfates, as well as cation such as sodium, calcium, and magnesium.

This may be a separate meter, or may be in a combination with temperature, and or specific conductance meters.

## 2.0    EQUIPMENT

- Portable field conductivity meter and electrode
- Calibration solutions; 1,000 µS and 10,000 µS
- Confidence solution
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

## 3.0    PROCEDURES

3.1    Decontaminate equipment by rinsing with deionized water.

3.2    The instrument will be cleaned, checked, and calibrated according to the equipment operations manual.

3.3    Calibrate the meter using the 1,000 µS and 10,000 µS calibration solutions. After calibration, Record calibration result in the Equipment Calibration Daily Log Sheet (Attachment A).

3.4    After calibration, rinse the sensors with deionized water. Rinse the sensors with a small portion of confidence solution (YSI 5580). Pour the confidence solution into a clean dry calibration cup making sure that the top vent hole of the conductivity sensor is immersed in the solution during the check. Place probes into the calibration cup and turn on instrument.

3.5    Wait about approximately 2 minutes for readings to stabilize.

**SER 329**

1-327

| **WATER QUALITY FIELD MEASUREMENTS** |
|---|

3.6     Take reading values and compare with values listed in the confidence solution container. If reading is within the listed range, the instrument is ready to collect data. Record results in the calibration daily log sheet.

3.7     Obtain the water sample in a beaker, after having rinse with source water.

3.8     Rinse electrode with deionized water.

3.9     Immerse the electrode in water sample. Make sure groundwater seep is one-inch above electrode for proper measurement. Allow sample to stabilize and record pH and temperature readings in the field logbook.

3.10     Following field measurements:

      3.10.1 Report and record any problems in the field logbook and on the calibration daily log sheet (Attachment A).

      3.10.2 Clean all dirt off meter and inside carrying case.

      3.10.3 Clean electrode and store in deionized water, or as required by the manufacturer.

**4.0     PRECAUTIONS**

4.1     Use standards that have not expired.

4.2     Refer to operations manual for recommendations on calibration and maintenance.

4.3     Keep instrument and water sample out of direct sunlight.

**5.0     ATTACHMENTS**

Attachment A – Equipment Calibration Daily Log Sheet

**SER 330**

SOPs  #4, #5, #7 | August 2015
Attachment A | Page 1 of 1

## EQUIPMENT CALIBRATION DAILY LOG SHEET



**Andersen AFB Open Burning Open Detonation
Equipment Calibration Daily Log Sheet**

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model | | **Barometer (mmHg)** http://w1.weather.gov/obhistory/PGUA.html | N/A | | | |
| | | ***Conductivity/Specific Conductance/Salinity** | 55 ml | | | |
| | | **pH (7.0) Range 0 mV ± 50 mV** | 30 ml | | | |
| | | **pH (10.0) Range -165 to -180 from 7 buffer mV value** | 30 ml | | | |
| | | **pH (4.0) Range + 165 to + 180 from 7 buffer mV value** | 3 ml (1/8")| | | |
| Chloride Meter (YSI Pro Plus) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage to the threads.
5. *Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0          Printed document may obsolete-validate before use          Date Last Update: 8/12/15

Page 1 of 1

**SER 331**

1-329

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-3, Page 78 of 251

| **WATER QUALITY FIELD MEASUREMENTS** |
| --- |

**1.0    <u>TEMPERATURE</u>        -        SCOPE AND APPLICATION**

This standard operating procedure (SOP) is used to obtain temperature readings for a liquid sample. Temperature measurements will be taken using a digital portable meter. This may be a separate meter, or may be in a combination with the pH, and or specific conductance meters.

**2.0    EQUIPMENT**
- Temperature meter
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

**3.0    PROCEDURES**

3.1    Multi-probe instruments (e.g., YSI or equivalent) typically have factory-calibrated temperature probes. For those probes that are not factory-calibrated, calibrate according to manufacturer's operation manual. When calibrating, use temperatures that bracket the expected range of sample temperatures. Record on Equipment Calibration Daily Log Sheet (Attachment A).

3.2    Following calibration, rinse temperature probe with deionized water.

**4.0    PRECAUTIONS**

4.1    Refer to operations manual for recommendations on calibration and maintenance.

4.2    Keep dirt off meter when not in use. Clean probe and meter prior to leaving site and before probe is immersed in another sample.

4.3    Keep instrument and water sample out of direct sunlight.

**5.0    ATTACHMENTS**

None

**SER 332**

**WATER QUALITY FIELD MEASUREMENTS**

### 1.0 <u>CHLORIDE MEASUREMENTS</u> - SCOPE AND APPLICATION

This standard operating procedure (SOP) will be used to obtain chloride readings for all aqueous solutions including groundwater and groundwater seeps.

Chloride concentrations at the groundwater seeps will range between 500 mg/L and 5,000 mg/L. A chloride reading between 500 mg/L to 5,000 mg/L constitutes a fresh water seep sample.

### 2.0 EQUIPMENT

- Portable field chloride meter
- Chloride calibration solution up to 1,000 mg/L
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

### 3.0 PROCEDURES

3.1 Decontaminate equipment by rinsing with deionized water.

3.2 Use a calibration solution of up to 1,000 mg/L. If reading is above 1,000 mg/L, dilution of the sample may be necessary to meet the specified range.

3.3 Calibrate the instrument at the beginning of each sampling day according to manufacturer's operation manual. Clean the probe according to manufacturer's recommendations. Record data and time of calibration on calibration daily log sheet (Attachment A).

3.4 Collect water sample in beaker and immerse chloride probe. Allow probe reading to stabilize and record chloride reading in logbook.

### 4.0 PRECAUTIONS

4.1 Use standards that have not expired.

4.2 Refer to operations manual for recommendations on calibration and maintenance.

4.3 Keep dirt off meter when not in use. Clean probe and meter prior to leaving site and before probe is immersed in another sample.

**SER 333**

1-331

Standard Operating Procedure                                     August 2015
SOP #7                                                          Page 2 of 4

**WATER QUALITY FIELD MEASUREMENTS**

    4.4      Keep instrument and water sample out of direct sunlight.

**5.0    ATTACHMENTS**

    Attachment A – Equipment Calibration Daily Log Sheet

**SER 334**

1-332

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-3, Page 81 of 251

## EQUIPMENT CALIBRATION DAILY LOG SHEET



### Andersen AFB Open Burning Open Detonation
### Equipment Calibration Daily Log Sheet

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model | | Barometer (mmHg) http://w1.weather.gov/obhistory/PGUA.html | N/A | | | |
| | | *Conductivity/Specific Conductance/Salinity | 55 ml | | | |
| | | pH (7.0) Range 0 mV ± 50 mV | 30 ml | | | |
| | | pH (10.0) Range -165 to -180 from 7 buffer mV value | 30 ml | | | |
| | | pH (4.0) Range + 165 to + 180 from 7 buffer mV value | 3 ml (1/8") | | | |
| Chloride Meter (YSI Pro Plus) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage the threads.
5. *Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0      Printed document may obsolete-validate before use      Date Last Update: 8/12/15

Page 1 of 1

**SER 335**

| SAMPLE PACKING AND SHIPPING |
| :---: |

## 1.0    SCOPE AND APPLICATION

This standard operating procedure is applicable to the packing and shipping of samples of all media types. Proper packing/shipping is critical to the sample Chain-of-Custody, as well as protection of the shipper and carrier.

The properly labeled samples are placed in plastic bags, put in a cooler with bubble wrap and ice, which is then taped shut. Custody seals are applied and the samples are shipped to the laboratory.

## 2.0    EQUIPMENT

- Plastic resealeable bags
- Custody seals
- Strapping tape
- Clear tape
- Bubble wrap
- Ice cooler and ice
- "This Side Up" and "Fragile" labels
- Bubble wrap or other packing/cushioning material

## 3.0    PROCEDURES

3.1    Prepare cooler(s) for shipment:
- Tape drain(s) shut with duct tape or equivalent.
- Affix "This Side Up" and "Fragile" labels on all four sides of each cooler.
- Place mailing labels with laboratory address atop of cooler(s).
- Line inside of cooler(s) with bubble wrap making sure bottom layer is at least ½ inch thick.
- Place appropriate packing lists, applicable permits and corresponding custody seals atop each cooler.

3.2    Arrange the decontaminated sample containers in groups by sample number.

3.3    Secure the appropriate sample identification/label to the sample containers.

3.4    Secure the container caps/lids with strapping tape or equivalent.

3.5    Arrange containers in front of their assigned coolers.

3.6    Wrap all glass containers in bubble wrap, and seal each container in a separate plastic resealable bag.

**SER 336**

1-334

Standard Operating Procedure

SOP #8

August 2015

Page 2 of 3

**SAMPLE PACKING AND SHIPPING**

3.7 Arrange containers in each cooler so that they do not touch (place bubble wrap between samples as appropriate).

3.8 If ice is required to preserve the samples, it should be repackaged in a double ziploc bags and placed on and around the containers.

3.9 Fill the remaining spaces with bubble wrap or poly foam liner on top of the samples.

3.10 Sign the Chain-of-Custody (COC) record form (or obtain the signature) and indicate the time and date it will be relinquished to the carrier.

3.11 Separate the copies of the forms. One copy accompanies the cooler and one copy is held in the project file. Photocopy the COC if more than one cooler is sent. Each cooler should have a copy of COC, indicating shipper and waybill number.

3.12 Close the lid and latch the cooler.

3.13 Sign and date the custody seal. Carefully peel the custody seals from their backings and place them intact over the edge of the cooler (right front and left back). Cover the seals with clear packaging tape.

3.14 Tape the cooler shut on both ends, making several complete revolutions with packaging tape.

3.15 Attach all applicable permits, including United States Department of Agriculture (USDA) soil permit and compliance agreement, preform invoice, and shipping waybill.

3.16 Relinquish the cooler(s) to the laboratory, the overnight carrier, or commercial airlines.

3.17 Email the laboratory to inform them that a shipment was sent Attach a copy of the COCs to the email and provide the following information:

- Your name
- Project name
- Number of samples sent to each laboratory for analysis
- Airbill numbers

This must be done immediately following sample shipment.

**4.0 PRECAUTIONS**

4.1 Perform sample packing and shipping with experienced/qualified personnel.

**SER 337**

**SAMPLE PACKING AND SHIPPING**

**5.0    ATTACHMENTS**

None.

**SER 338**

Standard Operating Procedure                                          August 2015
SOP #9                                                                Page 1 of 4

| SAMPLE CUSTODY PROCEDURES |
|---|

## 1.0     SCOPE AND APPLICATION

This standard operating procedure (SOP) describes the necessary steps for transferring samples through the use of Chain-of-Custody (COC) record forms. A COC record form is required, without exception, for the tracking and recording of all samples collected for on-site or off-site analysis. Use of the COC record form creates a written record that can be used to trace the possession and handling of the sample from the moment of its collection through analysis. The guideline identifies the necessary custody records and describes their completion.

The term "Chain-of-Custody" refers to procedures which ensure that evidence presented in a court of law is what it is represented to be. THE COC procedures track the evidence from the time and place it is first obtained to the courtroom. These procedures also provide an auditable trail for the evidence as it is moved and/or passes from the custody of one individual to another. In addition, procedures for consistent and detailed records facilitate the admission of evidence under Rule 803(b) of the Federal Rules of Evidence (P.L. 93-575).

## 2.0     EQUIPMENT

- COC record forms
- Idelible ink pen
- Site logbook

## 3.0     PROCEDURES

3.1     The following information must be written in the sample logbook when in-situ measurements or samples for laboratory analysis are collected:

- Project code
- Station number
- Location of station
- Date and time of measurement
- Field observations (include date and time)
- Level of personal protection (if required)

**SER 339**

**SAMPLE CUSTODY PROCEDURES**

Measurements and observations shall be recorded using black or blue waterproof ink.

3.2     Sample Label

Samples, other than in-situ measurements, are removed and transported from the sample location to another location for analysis. Before removal, however, a sample is often divided into portions, depending upon the analyses to be performed. Each portion is preserved in accordance with the Groundwater Monitoring Plan. Each sample container is identified by a sample label.

The sample fills out the following information on the sample label:

- Sample Number – The unique number identifying this sample.
- Date – An eight-digit number indicating the month, day, and year of the sample collection (e.g., 06/08/2004).
- Time – A four-digit number indicating the 24-hour time of collection (e.g., 0954h is 9:54am).
- Matrix – Water, Soil, Sediment, Sludge, Leachate.
- Sample Type – Grab or composite.
- Preservation – Type, quantity, and concentration of preservative added.
- Analysis – Same as analyses on sample identification tag.
- Sample By – Name of sampler(s).

3.3     COC Procedures

After collection, separation, identification, and preservation, the sample is maintained under COC procedures until it is in the custody of the analytical laboratory and has been stored or disposed of (Attachment A).

3.4     Field Custody procedures

- Samples are collected as described in the Groundwater Monitoring Plan. Care must be taken to record precisely the sample location and to ensure that the sample number on the label exactly matches those numbers on the sample log sheet and the COC record form (Attachment A).

**SER 340**

**SAMPLE CUSTODY PROCEDURES**

- The person undertaking the actual sampling in the field is responsible for the care and custody of the samples collected until they are properly transferred or dispatched.

- When photographs are taken of the sampling as part of the documentation procedure, the name of the photographer, date, time, site location, and site description are entered sequentially in the site logbook or by use of a dry erase board or equivalent.

- Sample labels are to be completed for each sample using waterproof ink unless prohibited by weather conditions.

3.5    Transfer of Custody and Shipment

Samples are accompanied by a COC record form. When transferring the possession of samples, the individuals relinquishing and receiving will sign, date, and note the time on the record form. This record documents sample custody transfer from the sampler, often through another person, to the analyst in the laboratory. The COC record form is completed as follows:

- Enter header information (project number and name) for each station number, enter date, time, composite/grab, station location, number of containers, analytical parameters and name of sampler(s).

- Sign, date, and enter the time under "Relinquished by" entry.

- Make sure that the person receiving the sample signs the "Received by" entry, or enter the name of the carrier (e.g., UPS) under "Received by."Receiving laboratory will sign "Received for Laboratory by" on the lower line and enter the date and time.

- Enter the bill-of-lading or airbill number under COC if appropriate.

- Place the original (top, signed copy) of the COC record form, secured with packaging tape to the top inside of the appropriate sample shipping package.

- Shipping containers should be secured to ensure samples have not been disturbed during transport by using nylon strapping tape and custody seals. The custody seals should be placed on the containers so that they cannot be opened without breaking the seal.

- Complete other carrier-required shipping papers.

**SER 341**

1-339

| SAMPLE CUSTODY PROCEDURES |
|---|

The custody record is competed using waterproof ink. Any corrections are made by drawing a line through and initialing and dating the change, then entering the correct information. Erasures are not permitted.

Common carriers usually will not accept responsibility for handling COC record forms; this necessitates packing the record in the sample container (enclosed with other documentation in a plastic resealable bag). As long as custody forms are sealed inside the sample container and the custody seals are intact, commercial carriers are not required to sign off on the custody form.

The laboratory representative who accepts the incoming sample shipment signs and dates the COC record, completing the sample transfer process. It is then the laboratory's responsibility to maintain internal logbooks and custody records throughout the sample preparation and analysis.

## 4.0    PRECAUTIONS

4.1    Duplicate or field spike samples shall not be identified as such on the label, as this may compromise the quality control function.

4.2    Complete information must be supplied.

4.3    Cross-out errors with single line and initial.

## 5.0    ATTACHMENTS

Attachment A – COC record form

**SER 342**

1-340

SOP #9
Attachment A

**CHAIN – OF – CUSTODY FORM**

# CHAIN OF CUSTODY

DZSP|21

US NAVY LABORATORY

DATE : _____

COC #: _____

PAGE: ___ OF ___

| CUSTOMER: | ADDRESS: | PROJECT ABBREV: | Disposal Instructions |
| | | SAMPLED BY: | Shipment Method |
| POINT OF CONTACT: | CONTACT NUMBER: | UNIT/COMPANY: | Waybill Number |

COMMENTS:

CONTAINERS & PRESERVATIVES — # of Bottles

TURN AROUND TIME (TAT)   URGENT (3 Days) ☐   RUSH (7 Days) ☐   ROUTINE (14 Days) ☐

SAMPLE INFORMATION | METHODS FOR ANALYSIS

| No. | Sample ID / Description | Date Sampled | Time Sampled | Matrix | Composite (hr) | Grab | Sampler | | | | | | | QC (MS/MSD) | TOTAL BOTTLES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |

| Relinquished By: | Unit/Company: | Date: | Time: 0915H | Laboratory Contact Information |
| Received By: | Unit/Company: | Date: | Time: | Laboratory Manager: STACY DEMAC LD - 349-8457 |
| | | | | AA/Sample Custodian: MARI SABAUTA - 349-0251 |
| Relinquished By: | Unit/Company: | Date: | Time: | **LABORATORY NOTES:** |
| Received By (LAB): | Unit/Company: | Date: | Time: | |

Form ID: LAB-F-0001
Revision #: 0
Revision Date: 04/10/2012

Printed document may be obsolete - validate before use
DZSP 21 Proprietary

Standard Operating Procedure                                August 2015
SOP #10                                                     Page 1 of 2

| DECONTAMINATION OF SAMPLING EQUIPMENT |
|---|

**1.0    SCOPE AND APPLICATION**

The purpose of this standard operating procedure (SOP) is to provide methodology, protocol, and reference information on the proper decontamination procedures to be used on sampling equipment. Decontaminate sampling equipment used at sites that directly or indirectly contacts contaminated media at a designated area within the boundaries of the site. All decontamination activities should be documented (see Attachment A) and all efforts will be made to minimize generation of wastes during decontamination.

**2.0    EQUIPMENT**
- Liquinox or equivalent laboratory grade detergent
- Scrub brushes
- Buckets
- Rinse water
- Plastic sheeting
- Logbook and pen
- Decontamination Log Sheet (Attachment A)

**3.0    PROCEDURES**

3.1    After sampling each well with the portable double valve pump, decontaminate the pump as follows:

- With the tubing on the pump reel, scrub the outside of the pump and the tubing (submerged below the water table) with a detergent solution consisting of potable water with Liquinox, or equivalent laboratory grade detergent.
- Then place the pump in a clean drum, bucket, or other suitable container filled with a solution of potable water and Liquinox.
- Start the pump and pump the solution through the tubing. The water and detergent solution can be recycled in the container.
- Continue pumping for about a 15-minute cycle. After circulating for 15 minutes, transfer solution to the bulk IDW container.

**SER 344**

1-342

**DECONTAMINATION OF SAMPLING EQUIPMENT**

- Rinse the outside of the pump with the potable water and place the pump in a clean container filled only with potable water, and purge at least three to five tubing-volumes.
- Do not recycle rinse water back into the drums.

The remainder of tubing column that was not in contact with groundwater will be thoroughly rinsed with potable water, to ensure that sufficient water is applied to rinse the outside of the tubing. This rinse water will be allowed to fall onto the ground.

Potable water should be obtained from a routinely tested source such as the Andersen AFB water system.

3.2     At  the end of each day of sampling, pumps will be decontaminated and wrapped or contained in plastic, and stored in an appropriate storage area. Pumps should not be stored in an area where volatile sources are present. Pumps shall not be stored without appropriate decontamination. Prior to use, the outside of the pump and the tubing should be thoroughly rinsed with clean potable water.

## 4.0    PRECAUTIONS

4.1     Hexane is not to be used as a rinse solvent according to Guam Environmental Protection Agency.

## 5.0    ATTACHMENTS

Attachment A – Decontamination Log Sheet

**SER 345**

1-343

SOP #10                                                                                          August 2015
Attachment A                                                                                     Page 1 of 1

## DECONTAMINATION LOG SHEET

**DZSP|21**

### Andersen AFB Open Burning Open Detonation
### Decontamination Log Sheet

| Date: | Site Location: |
|-------|----------------|
| Recorded By: | Checked By: (including the date) |

**Decontamination Checklist:**

| Equipment | Purpose of Use | Liquinox / Water Rinse | Potable Water Rinse | Type II Reagent Water Rinse | Other Water Rinse | Isopropanol/ HNO$_3$ (dilution) Rinse |
|-----------|----------------|------------------------|---------------------|-----------------------------|-------------------|----------------------------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Decontamination Procedure Checklist (Mark Y for Yes and N for No, If No explain in comments) | Yes | No |
|-----------------------------------------------------------------------------------------------|-----|-----|
| Placed washing tubs on plastic sheeting? | | |
| Scrubbed sampling equipment in Liquinox/water until all visible dirt/grim grease, oil, etc. have been removed? | | |
| Rinsed sampling equipment with a final rinse using the designated water listed in the table above? | | |
| Placed decontaminated equipment on clean plastic sheeting for drying and transport? | | |
| Placed decontamination fluids in sealed container? | | |

**Comments (e.g. initial decontamination, between locations, or last decontamination for the day):**

_____
_____
_____
_____
_____

ENV-F-0119
A Rev 0                              Printed document may obsolete – validate before use          Last date updated: 8/12/15

Page 1 of 1

**SER 346**

1-344

## INVESTIGATIVE DERIVED WASTE MANAGEMENT

**1.0     SCOPE AND APPLICATION**

This standard operating procedure (SOP) describes the procedures for handling of investigative derived wastes (IDW) at Andersen AFB. IDW will be generated as a result of groundwater sampling and decontamination of sampling equipment. Water derived from purging activities will be containerized for later disposal in the publicly owned treatment works (POTW) upon receiving Base approval.

**2.0     EQUIPMENT**

- Plastic sheetings
- Waste containers
- Chloride meter

**3.0     PROCEDURES**

3.1     For purge water collected during groundwater sampling activities, the water will be collected in bulk storage containers/drums or directed to the ground surface at the well using the procedures. If low-flow sample techniques are utilized, approximately 55-gallons of purge water will be produced at the well.

3.2     If analytical data indicates any analytes above regulatory limits (safe Drinking Water Act MCLs) for the respective well, or chloride measurements are above 250 mg/L (Secondary MCL), then the purge water will be placed in a container or drum and will be transported from the well to a temporary storage tank located at a designated staging area on Andersen AFB. As needed or at the end of the groundwater sampling, the purge water will be sampled and sent to an off-island laboratory for analysis.

**4.0     PRECAUTIONS**

4.1     Read all relevant health and safety plan, work plan, Groundwater Sampling Plan.

4.2     Read all appropriate SOPs

4.3     Make sure monitoring instruments are properly calibrated and SOPs are followed for calibration.

**SER 347**

1-345

Standard Operating Procedure
SOP #11

August 2015
Page 2 of 2

| INVESTIGATIVE DERIVED WASTE MANAGEMENT |
|---|

4.4    Ensure that proper containment is provided for cuttings that are derived from below the water table. Excess water could run off the plastic sheeting and onto the ground prior to approved disposal.

**5.0    ATTACHMENTS**

None.

**SER 348**

*This page intentionally left blank.*

**SER 349**

1-347

*Andersen Air Force Base, Guam*
*Open Burn/Open Detonation Range*
*Groundwater Monitoring Plan*

APPENDIX B: LOW FLOW DOUBLE VALVE PUMP FIELD SETUP

**Low Flow Double Valve Pump Illustration**



**Low Flow Double Valve Pump Setup**



**Low Flow Double Valve Pump Setup in Field**



**SER 350**

*This page intentionally left blank.*

1-349

APPENDIX C: PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

**SER 352**

*This page intentionally left blank.*

1-351

APPENDIX C:
PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

To minimize the collection of marine water during sample collection, all samples shall be collected during the lowest tide (lower low water) as predicted in the charts posted by NOAA found in the website: http://tidesandcurrents.noaa.gov/geo.shtml?location=1631428; and by also obtaining the current moon phase calendar to find the predicted date for a quarter moon (near the new moon and full moon) appearance (see the website: http://www.calendar-365.com/moon/moon-calendar.html).

**A.  MONITORING WELL SAMPLING (to be used for upgradient well)**
- SOPs needed:  1, 3, 4, 5, 6, 7, 8, 9, 10, 11
- Forms needed:  Semiannual Groundwater Sampling Form, Equipment Calibration Daily Log Sheet, Chain-of-Custody Record, and Decontamination Log Sheet.
- Steps needed:
    1. Follow **SOP: 1** Groundwater Well Sampling
    2. Calibrate equipment for pH, conductivity, temperature, and chloride measurements (See **SOP: 4 through 7** Water Quality Field Measurements)
    3. Use electric water level meter (See **SOP: 3** Groundwater Level Measurements)
    4. Follow **SOP: 1** Groundwater well Sampling
        i.   Purge well
        ii.  Measure pH, conductivity, temperature, and chloride levels
        iii. Record results
    5. Follow **SOP: 1**,obtain samples using the Groundwater Well Sampling procedures
        i.   Record information for each sample
        ii.  Refer to **SOP: 8** for Sample Packing/Shipping Procedures
        iii. Refer to **SOP: 9** for Custody Procedures
    6. Follow **SOP: 1** and **SOP: 10**, for Decontamination of Sampling Equipment
    7. Follow **SOP: 11** for Investigative Derived Waste Management

**B.  GROUNDWATER SEEPS SAMPLING (to be used for downgradient seeps)**
- SOPs needed:  2, 8, 9
- Forms needed: Semiannual Groundwater Seeps Sampling Form, Equipment Calibration Daily Log Sheet, and Chain-of-Custody Record
- Steps needed:
    1. Follow **SOP: 1** Groundwater Seeps Sampling
    2. Check seeps for proper water flow
    3. Check chloride concentration of seeps before sampling
    4. Use peristaltic pump with Teflon®, if necessary
    5. Collect sample and record chloride, pH, conductivity, salinity, and temperature measurements
    6. Photograph sample area and record information in field/site logbook and on the Semiannual Groundwater Seeps Sampling Form (attached)
    7. Refer to **SOP: 8** for Sample Packing/Shipping Procedures
    8. Refer to **SOP: 9** for Sample Custody Procedures

**SER 354**

1-352

*This page intentionally left blank.*

**SER 355**

1-353

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-3, Page 102 of 251



# GUAM
# ENVIRONMENTAL PROTECTION AGENCY
AHENSIAN PRUTEKSION LINA'LA GUAHAN

EDDIE BAZA CALVO
GOVERNOR OF GUAM

RAY TENORIO
LT. GOVERNOR OF GUAM

17-3304 MARINER AVENUE TIYAN, BARRIGADA, GUAM 96913-1617     FIND US ONLINE AT EPA.GUAM.GOV

## SEP 0 5 2018

Brigadier General Gentry W. Boswell
Installation Commander
Andersen AFB, Guam
Unit 14003
APO AP 96543-4003

RE:     Resource Conservation and Recovery Act Permit for Andersen Air Force Base
Hazardous Waste Management Facility, Permit Number GUS002

Hafa Adai General Boswell:

This letter is to officially notify you that the Guam Environmental Protection Agency has approved the Resource Conservation and Recovery Act (RCRA) Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number GUS002, Facility Identification Number GU6571999519 located in Yigo, Guam.

A copy of the permit authorization and permit is enclosed for your information and distribution. Should you have any questions concerning the technical aspects of this letter and enclosure, please contact Vincent J. Pereira or Don Quinata at 300-4751/2.

Sincerely,

FOR  WALTER S. LEON GUERRERO
Administrator

cc:     Mr. Carl Goldstein, USEPA Region 9, Guam Program Manager

## EXHIBIT 2
## Part 1 of 3

**SER 356**

Todo Y Nilala Y Tano Man Uno – All Living Things Of the Earth Are One



# GUAM
# ENVIRONMENTAL PROTECTION AGENCY
AHENSIAN PRUTEKSION LINA'LA GUAHAN

EDDIE BAZA CALVO
GOVERNOR OF GUAM

RAY TENORIO
LT. GOVERNOR OF GUAM

17-3304 MARINER AVENUE TIYAN, BARRIGADA, GUAM 96913-1617    FIND US ONLINE AT EPA.GUAM.GOV

## GUAM ENVIRONMENTAL PROTECTION AGENCY
## PERMIT FOR A HAZARDOUS WASTE MANAGEMNT FACILITY

Permittee:                            Andersen Air Force Base

Facility Identification Number:       GU6571999519

Permit Number:                        GUS002

Expiration Date:                      September 3, 2021

This permit is issued by the Guam Environmental Protection Agency (Guam EPA) under the authority of Guam's Solid Waste Management and Litter Control Act (10 Guam Code Annotated, Chapter 51) and pursuant to the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act of 1976, as amended (42 USC 6901 et seq., commonly known as RCRA), the Hazardous and Solid Waste Amendments of 1984 (HSWA), and Guam's Hazardous Waste Management Regulations (GHWMRs) promulgated thereunder Guam EPA, as well as regulations promulgated thereunder by the United States Environmental Protection Agency (USEPA) (codified and to be codified in Title 40 of the Code of Federal Regulations).

This Permit is issued to Andersen Air Force Base (hereafter called the Permittee), to operate a hazardous waste treatment facility located in Yigo, Guam. The facility, also known as the Explosive Ordnance Disposal (EOD) Range, is located within the boundaries of the Air Force Base at the extreme reach of Tarague Beach ending just before Tagua Point. The coordinates for the Open Detonation Unit is at latitude 13°34'13"N and longitude 144°54'34"E. Andersen Air Force Base is a federal installation in Guam that is currently the home of the Pacific Air Force 36th Wing.

The hazardous waste management unit authorized by this Permit is the open burning/open detonation unit (hereafter called OB/OD unit) that is used to treat hazardous wastes that are reactive (D003) and/or Toxicity Characteristic Leaching Procedure (TCLP) toxic hazardous wastes under Guam EPA and USEPA Region IX's regulations. The hazardous wastes include waste munitions and waste explosives. This Permit requires that the Permittee conduct site monitoring for ground water beneath the unit and a mitigation plan to protect biological receptors during the OB/OD operations. The Permittee has not conducted OB activities for

**SER 357**

several years and the OB unit is in a non-operational condition. This Permit also requires the Permittee to undertake a schedule of improvements to upgrade the open burning components of the OB/OD unit before resuming OB activities. The Permittee has submitted a plan that would call for a clean closure of the OB/OD unit at the end of its useful life. This Permit requires preparation and submittal of a contingent post-closure care plan that would be implemented in the event the Permittee cannot clean-close the unit at the end of its useful life.

This Permit is based on the information submitted in the Part B Permit Application attached to the Permittee's letter dated April 6, 2018 (hereafter referred to as the Application), and that the facility will be operated as specified in the Application, and any approved revisions hereto. Any inaccuracies found in the submitted information may be grounds for the termination, revocation and re-issuance, or modification of this Permit in accordance with Part X.A. [Adopts by reference 40 CFR 270.41, 270.42 and 270.43] of the GHWMRs and for enforcement action. The Permittee must inform Guam EPA of any deviation from or changes in the information in the application which would affect the Permittee's ability to comply with applicable regulations or permit conditions.

This Permit is effective as of <u>September 4, 2018</u>, and shall remain in effect until <u>September 3, 2021</u>, unless revoked and reissued under Part X.A. [Adopts by reference 40 CFR 270.41] of the GHWMRs, terminated under Part X.A. [Adopts by reference 40 CFR 270.43] of the GHWMRs, or continued in accordance with Part X.A. [Adopts by reference 40 CFR 270.51(a)] of the GHWMRs.

_For_ _~~Nunlefle~~_
_____
WALTER S. LEON GUERRERO
Administrator

_0904 2019_
_____
Date

**SER 358**

2-003

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-3, Page 104 of 251

# ANDERSEN AIR FORCE BASE, GUAM

# HAZARDOUS WASTE MANAGEMENT FACILITY PERMIT

## Permit Number:  GUS002

### EXPLOSIVE ORDNANCE DISPOSAL
### OPEN BURN/OPEN DETONATION FACILITY



**SER 359**

2-004

OMB# 2050-0024; Expires 05/31/2020

| Guam Environmental Protection Agency<br>RCRA SUBTITLE C SITE IDENTIFICATION FORM |  |
| --- | --- |

**1. Reason for Submittal** (Select only one.)

| | |
| --- | --- |
| ☐ | Obtaining or updating an EPA ID number for an on-going regulated activity that will continue for a period of time. (Includes HSM activity) |
| ☐ | Submitting as a component of the Hazardous Waste Report for _____ (Reporting Year) |
| ☐ | Site was a TSD facility and/or generator of > 1,000 kg of hazardous waste, > 1 kg of acute hazardous waste, or > 100 kg of acute hazardous waste spill cleanup in **one or more months of the reporting year** (or State equivalent LQG regulations) |
| ☐ | Notifying that regulated activity is no longer occurring at this Site |
| ☐ | Obtaining or updating an EPA ID number for conducting Electronic Manifest Broker activities |
| ☑ | Submitting a new or revised Part A Form |

**2. Site EPA ID Number**

| G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**3. Site Name**

Andersen Air Force Base

**4. Site Location Address**

| Street Address | **Explosive Ordnance Disposal Range, Tarague Beach** | |
| --- | --- | --- |
| City, Town, or Village **Yigo** | | County |
| State **GU** | Country **United States** | Zip Code **96543** |

**5. Site Mailing Address**  ☐ Same as Location Address

| Street Address | **36th Wing, Unit 14003** | |
| --- | --- | --- |
| City, Town, or Village **Yigo** | | |
| State **GU** | Country **United States** | Zip Code **96543-4003** |

**6. Site Land Type**

| ☐ Private | ☐ County | ☐ District | ☑ Federal | ☐ Tribal | ☐ Municipal | ☐ State | ☐ Other |
| --- | --- | --- | --- | --- | --- | --- | --- |

**7. North American Industry Classification System (NAICS) Code(s) for the Site (at least 5-digit codes)**

| A. (Primary)    **928110** | C. |
| --- | --- |
| B.    **493910** | D. |

EPA Form 8700-12, 8700-13 A/B, 8700-23

SER 360

EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 | OMB# 2050-0024; Expires 05/31/2020

## 8. Site Contact Information

☐ Same as Location Address

| First Name **Thomas** | MI | Last Name **Spriggs** |
|---|---|---|
| Title | **Chief, Environmental Flight** | |
| Street Address | **36 CES/CEV Unit 14007** | |
| City, Town, or Village | **Yigo** | |

| State **GU** | Country **United States** | Zip Code **96543-4007** |
|---|---|---|
| Email | **thomas.spriggs@us.af.mil** | |
| Phone **(671) 366-2556** | Ext | Fax |

## 9. Legal Owner and Operator of the Site

### A. Name of Site's Legal Owner

☐ Same as Location Address

| Full Name **United States Navy** | Date Became Owner (mm/dd/yyyy) **10/1/2009** |
|---|---|

Owner Type
☐ Private ☐ County ☐ District ☑ Federal ☐ Tribal ☐ Municipal ☐ State ☐ Other

| Street Address | **36th Wing, Unit 14003** |
|---|---|
| City, Town, or Village | **Yigo** |

| State **GU** | Country **United States** | Zip Code **96543-4003** |
|---|---|---|
| Email | | |
| Phone **366-3600** | Ext | Fax |
| Comments | | |

### B. Name of Site's Legal Operator

☐ Same as Location Address

| Full Name **BRIGADIER GENERAL DOUGLAS A. COX** | Date Became Operator (mm/dd/yyyy) **5/1/2016** |
|---|---|

Operator Type
☐ Private ☐ County ☐ District ☑ Federal ☐ Tribal ☐ Municipal ☐ State ☐ Other

| Street Address | **36th Wing, Unit 14003** |
|---|---|
| City, Town, or Village | **Yigo** |

| State **GU** | Country **United States** | Zip Code **96543-4003** |
|---|---|---|
| Email | | |
| Phone **(671) 366-3600** | Ext | Fax |
| Comments | | |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 361**8

EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 | OMB# 2050-0024; Expires 05/31/2020

## 10. Type of Regulated Waste Activity (at your site)

Mark "Yes" or "No" for all current activities (as of the date submitting the form); complete any additional boxes as instructed.

### A. Hazardous Waste Activities

| ☑Y ☐N | | 1. Generator of Hazardous Waste—If "Yes", mark only one of the following—a, b, c |
|---|---|---|
| | ☑ a. LQG | -Generates, in any calendar month (includes quantities imported by importer site) 100 kg/mo (220 lbs/mo) or more of non-acute hazardous waste; or <br> - Generates, in any calendar month, or accumulates at any time, more than 1 kg/mo (2.2 lb/mo) of acute hazardous waste; or <br> - Generates, in any calendar month or accumulates at any time, more than 50 kg /mo (110 lb /mo) of acute hazardous spill cleanup material. |
| | ☐ b. SQG | 50 to less than 100 kg/mo (110 -219 lbs/mo) of non-acute hazardous waste and no more than 1 kg (2.2 lb) of acute hazardous waste and no more than 100 kg (220 lb) of any acute hazardous spill cleanup material. |
| | ☐ c. VSQG | Less than 50 kg/mo (110 lbs/mo) of non-acute hazardous waste. |

| If "Yes" above, indicate other generator activities in 2 and 3, as applicable. |
|---|

| ☐Y ☑N | 2. Short-Term Generator (generates from a short-term or one-time event and not from on-going processes). If "Yes", provide an explanation in the Comments section. |
|---|---|
| ☐Y ☑N | 3. Mixed Waste (hazardous and radioactive) Generator |
| ☑Y ☐N | 4. Treater, Storer or Disposer of Hazardous Waste—Note: A hazardous waste Part B permit is required for these activities. |
| ☐Y ☑N | 5. Receives Hazardous Waste from Off-site |
| ☐Y ☑N | 6. Recycler of Hazardous Waste |

| | ☐ a. Recycler who stores prior to recycling |
|---|---|
| | ☐ b. Recycler who does not store prior to recycling |

| ☐Y ☑N | 7. Exempt Boiler and/or Industrial Furnace—If "Yes", mark all that apply. |
|---|---|

| | ☐ a. Small Quantity On-site Burner Exemption |
|---|---|
| | ☐ b. Smelting, Melting, and Refining Furnace Exemption |

**B. Waste Codes for Federally Regulated Hazardous Wastes.** Please list the waste codes of the Federal hazardous wastes handled at your site. List them in the order they are presented in the regulations (e.g. D001, D003, F007, U112). Use an additional page if more spaces are needed.

| D003 | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

~~C. Waste Codes for State Regulated (non-Federal) Hazardous Wastes. Please list the waste codes of the State hazardous wastes handled at your site. List them in the order they are presented in the regulations. Use an additional page if more spaces are needed.~~ **NOT APPLICABLE IN GUAM**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 3628**

EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 | OMB# 2050-0024; Expires 05/31/2020

**11. Additional Regulated Waste Activities** (NOTE: Refer to your State regulations to determine if a separate permit is required.)

### A. Other Waste Activities

| | | |
|---|---|---|
| ☐Y ☑N | 1. Transporter of Hazardous Waste—If "Yes", mark all that apply. | |
| | ☐ | a. Transporter |
| | ☐ | b. Transfer Facility (at your site) |
| ☐Y ☑N | 2. Underground Injection Control | |
| ☐Y ☑N | 3. United States Importer of Hazardous Waste | |
| ☐Y ☑N | 4. Recognized Trader—If "Yes", mark all that apply. | |
| | ☐ | a. Importer |
| | ☐ | b. Exporter |
| ☐Y ☑N | 5. Importer/Exporter of Spent Lead-Acid Batteries (SLABs) under 40 CFR 266 Subpart G—If "Yes", mark all that apply. | |
| | ☐ | a. Importer |
| | ☐ | b. Exporter |

### B. Universal Waste Activities

| | | |
|---|---|---|
| ☐Y ☑N | 1. Large Quantity Handler of Universal Waste (you accumulate 5,000 kg or more) - If "Yes" mark all that apply. Note: Refer to your State regulations to determine what is regulated. | |
| | ☐ | a. Batteries |
| | ☐ | b. Pesticides |
| | ☐ | c. Mercury containing equipment |
| | ☐ | d. Lamps |
| | ☐ | e. Other (specify) _____ |
| | ☐ | f. Other (specify) _____ |
| | ☐ | g. Other (specify) _____ |
| ☐Y ☑N | 2. Destination Facility for Universal Waste  Note: A hazardous waste permit may be required for this activity. | |

### C. Used Oil Activities

| | | |
|---|---|---|
| ☐Y ☑N | 1. Used Oil Transporter—If "Yes", mark all that apply. | |
| | ☐ | a. Transporter |
| | ☐ | b. Transfer Facility (at your site) |
| ☐Y ☑N | 2. Used Oil Processor and/or Re-refiner—If "Yes", mark all that apply. | |
| | ☐ | a. Processor |
| | ☐ | b. Re-refiner |
| ☐Y ☑N | 3. Off-Specification Used Oil Burner | |
| ☐Y ☑N | 4. Used Oil Fuel Marketer—If "Yes", mark all that apply. | |
| | ☐ | a. Marketer Who Directs Shipment of Off-Specification Used Oil to Off-Specification Used Oil Burner |
| | ☐ | b. Marketer Who First Claims the Used Oil Meets the Specifications |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 363**8

| EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 | OMB# 2050-0024; Expires 05/31/2020 |

**12. Eligible Academic Entities with Laboratories—Notification for opting into or withdrawing from managing laboratory hazardous wastes pursuant to 40 CFR 262 Subpart K.** NOT APPLICABLE IN GUAM

| ☐ Y ☐ N | A. Opting into or currently operating under 40 CFR 262 Subpart K for the management of hazardous wastes in laboratories—If "Yes", mark all that apply. Note: See the item-by-item instructions for definitions of types of eligible academic entities. |
| | ☐ | 1. College or University |
| | ☐ | 2. Teaching Hospital that is owned by or has a formal written affiliation with a college or university |
| | ☐ | 3. Non-profit Institute that is owned by or has a formal written affiliation with a college or univer- |
| ☐ Y ☐ N | B. Withdrawing from 40 CFR 262 Subpart K for the management of hazardous wastes in laboratories. |

**13. Episodic Generation** NOT APPLICABLE IN GUAM

| ☐ Y ☐ N | Are you an SQG or VSQG generating hazardous waste from a planned or unplanned episodic event, lasting no more than 60 days, that moves you to a higher generator category. If "Yes", you must fill out the Addendum for Episodic Generator. |

**14. LQG Consolidation of VSQG Hazardous Waste** NOT APPLICABLE IN GUAM

| ☐ Y ☐ N | Are you an LQG notifying of consolidating VSQG Hazardous Waste Under the Control of the Same Person pursuant to 40 CFR 262.17(f)? If "Yes", you must fill out the Addendum for LQG Consolidation of VSQGs hazardous waste. |

**15. Notification of LQG Site Closure for a Central Accumulation Area (CAA) (optional) OR Entire Facility (required)** NOT APPLICABLE IN GUAM

| ☐ Y ☐ N | LQG Site Closure of a Central Accumulation Area (CAA) or Entire Facility. |
| | A. ☐ Central Accumulation Area (CAA) or ☐ Entire Facility |
| | B. Expected closure date: _____ mm/dd/yyyy |
| | C. Requesting new closure date: _____ mm/dd/yyyy |
| | D. Date closed : _____ mm/dd/yyyy |
| | ☐ 1. In compliance with the closure performance standards 40 CFR 262.17(a)(8) |
| | ☐ 2. Not in compliance with the closure performance standards 40 CFR 262.17(a)(8) |

**16. Notification of Hazardous Secondary Material (HSM) Activity** NOT APPLICABLE IN GUAM

| ☐ Y ☐ N | A. Are you notifying under 40 CFR 260.42 that you will begin managing, are managing, or will stop managing hazardous secondary material under 40 CFR 260.30, 40 CFR 261.4(a)(23), (24), or (27)? If "Yes", you must fill out the Addendum to the Site Identification Form for Managing Hazardous Secondary Material. |
| ☐ Y ☐ N | B. Are you notifying under 40 CFR 260.43(a)(4)(iii) that the product of your recycling process has levels of hazardous constituents that are not comparable to or unable to be compared to a legitimate product or intermediate but that the recycling is still legitimate? If "Yes", you may provide explanation in Comments section. You must also document that your recycling is still legitimate and maintain that documentation on site. |

**17. Electronic Manifest Broker**

| ☐ Y ☑ N | Are you notifying as a person, as defined in 40 CFR 260.10, electing to use the EPA electronic manifest system to obtain, complete, and transmit an electronic manifest under a contractual relationship with a hazardous waste generator? |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 364** Page 8

EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 |     OMB# 2050-0024; Expires 05/31/2020

**18. Comments** (include item number for each comment)

**19. Certification** I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations. **Note: For the RCRA Hazardous Waste Part A permit Application, all owners and operators must sign (see 40 CFR 270.10(b) and 270.11).**

| Signature of legal owner, operator or authorized representative | Date (mm/dd/yyyy) |
|---|---|
| *Douglas A. Cox* | 04/06/2018 |
| Printed Name (First, Middle Initial Last) | Title |
| Douglas A. Cox | Commander, 36th Wing |
| Email douglas.cox@us.af.mil | |

| Signature of legal owner, operator or authorized representative | Date (mm/dd/yyyy) |
|---|---|
| | |
| Printed Name (First, Middle Initial Last) | Title |
| | |
| Email | |

EPA Form 8700-12, 8700-13 A/B, 8700-23

Page __6__ of __8__

**SER 365**

2-010

| EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 | OMB# 2050-0024; Expires 05/31/2020 |

| United States Environmental Protection Agency<br><br>HAZARDOUS WASTE PERMIT PART A FORM |  |

**1. Facility Permit Contact**

| First Name | **Thomas** | MI | | Last Name | **Spriggs** |
|---|---|---|---|---|---|
| Title | **Chief, Environmental Flight** | | | | |
| Email | **thomas.spriggs@us.af.mil** | | | | |
| Phone | **(671) 366-2556** | Ext | | Fax | |

**2. Facility Permit Contact Mailing Address**

| Street Address | **36 CES/CEV Unit 14007, Building 18001, Arc Light Boulevard** | |
|---|---|---|
| City, Town, or Village | **Yigo** | |
| State **GU** | Country **United States** | Zip Code **96543-4007** |

**3. Facility Existence Date (mm/dd/yyyy)**

| 10/30/1980 |

**4. Other Environmental Permits**

| A. Permit Type | B. Permit Number | | | | | | | | | | | | C. Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | **See attached sheets for list of permits.** |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**5. Nature of Business**

| |
|---|
| |
| |
| |
| |
| |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 366**[7][8]

| EPA ID Number | G | U | 6 | 5 | 7 | 1 | 9 | 9 | 9 | 5 | 1 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

OMB# 2050-0024; Expires 05/31/2020

## 6. Process Codes and Design Capacities

| Line Number | | A. Process Code | | | B. Process Design Capacity | | C. Process Total Number of Units | D. Unit Name |
|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Amount | (2) Unit of Measure | | |
| | | X | 0 | 1 | 0.05 | N | 001 | |
| | | X | 0 | 1 | 0.30 | N | 001 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## 7. Description of Hazardous Wastes (Enter codes for Items 7.A, 7.C and 7.D(1) )

| Line No. | A. EPA Hazardous Waste No. | | | | B. Estimated Annual Qty of Waste | C. Unit of Measure | D. Processes | | | | | | | | | (2) Process Description (if code is not entered in 7.D1)) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (1) Process Codes | | | | | | | | | |
| 1 | D | 0 | 0 | 3 | 5000 | P | X | 0 | 1 | | | | | | | Open Burn |
| 2 | D | 0 | 0 | 3 | 30,000 | P | X | 0 | 1 | | | | | | | Open Detonation |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

## 8. Map

Attach to this application a topographical map, or other equivalent map, of the area extending to at least one mile beyond property boundaries. The map must show the outline of the facility, the location of each of its existing intake and discharge structures, each of its hazardous waste treatment, storage, or disposal facilities, and each well where it injects fluids underground. Include all spring, rivers, and other surface water bodies in this map area. See instructions for precise requirements.

## 9. Facility Drawing

All existing facilities must include a scale drawing of the facility. See instructions for more detail.

## 10. Photographs

All existing facilities must include photographs (aerial or ground-level) that clearly delineate all existing structures; existing storage, treatment, and disposal areas; and sites of future storage, treatment, or disposal areas. See instructions for more detail.

## 11. Comments

| Section 10, 11, and 12 are attached in Part B of this application. |
|---|
| |
| |
| |

EPA Form 8700-12, 8700-13 A/B, 8700-23

**SER 367**

EPA ID NO. GU6571999519

SECTION 5. OTHER ENVIRONMENTAL PERMITS

| A. Facility Type (Enter Code) | B. Permit Number | C. Description |
|---|---|---|
| UIC  for Disposal of Storm Water Runoff | U1705095 | DW-AF1 |
| UIC  for Disposal of Storm Water Runoff | U1705096 | DW-AF2 |
| UIC  for Disposal of Storm Water Runoff | U1705097 | DW-AF3 |
| UIC  for Disposal of Storm Water Runoff | U1705098 | DW-AF4 |
| UIC  for Disposal of Storm Water Runoff | U1705099 | DW-AF5 |
| UIC  for Disposal of Storm Water Runoff | U1705100 | DW-AF6 |
| UIC  for Disposal of Storm Water Runoff | U1705101 | DW-AF7 |
| UIC  for Disposal of Storm Water Runoff | U1705102 | DW-AF8 |
| UIC  for Disposal of Storm Water Runoff | U1705103 | DW-AF9 |
| UIC  for Disposal of Storm Water Runoff | U1705104 | DW-AF10 |
| UIC  for Disposal of Storm Water Runoff | U1705105 | DW-AF11 |
| UIC  for Disposal of Storm Water Runoff | U1705106 | DW-AF12 |
| UIC  for Disposal of Storm Water Runoff | U1705107 | DW-AF13 |
| UIC  for Disposal of Storm Water Runoff | U1705108 | DW-AF14 |
| UIC  for Disposal of Storm Water Runoff | U1705109 | DW-AF15 |
| UIC  for Disposal of Storm Water Runoff | U1705110 | DW-AF16 |
| UIC  for Disposal of Storm Water Runoff | U1705111 | DW-AF17 |
| UIC  for Disposal of Storm Water Runoff | U1705112 | DW-AF18 |
| UIC  for Disposal of Storm Water Runoff | U1705113 | DW-AF19 |
| UIC  for Disposal of Storm Water Runoff | U1705114 | DW-AF20 |
| UIC  for Disposal of Storm Water Runoff | U1705115 | DW-AF21 |
| UIC  for Disposal of Storm Water Runoff | U1705116 | DW-AF22 |
| UIC  for Disposal of Storm Water Runoff | U1705117 | DW-AF23 |
| UIC  for Disposal of Storm Water Runoff | U1705118 | DW-AF24 |
| UIC  for Disposal of Storm Water Runoff | U1705119 | DW-AF25 |
| UIC  for Disposal of Storm Water Runoff | U1705120 | DW-AF26 |
| UIC  for Disposal of Storm Water Runoff | U1705121 | DW-AF28 |
| UIC  for Disposal of Storm Water Runoff | U1705122 | DW-AF29 |
| UIC  for Disposal of Storm Water Runoff | U1705123 | DW-AF30 |
| UIC  for Disposal of Storm Water Runoff | U1705124 | DW-AF31 |
| UIC  for Disposal of Storm Water Runoff | U1705125 | DW-AF32 |
| UIC  for Disposal of Storm Water Runoff | U1705126 | DW-AF33 |
| UIC  for Disposal of Storm Water Runoff | U1705127 | DW-AF34 |
| UIC  for Disposal of Storm Water Runoff | U1705128 | DW-AF35 |
| UIC  for Disposal of Storm Water Runoff | U1705129 | DW-AF36 |
| UIC  for Disposal of Storm Water Runoff | U1705130 | DW-AF37 |
| UIC  for Disposal of Storm Water Runoff | U1705131 | DW-AF38 |
| UIC  for Disposal of Storm Water Runoff | U1705132 | DW-AF40 |
| UIC  for Disposal of Storm Water Runoff | U1705133 | DW-AF41 |
| UIC  for Disposal of Storm Water Runoff | U1705134 | DW-AF42 |
| UIC  for Disposal of Storm Water Runoff | U1705135 | DW-AF43 |
| UIC  for Disposal of Storm Water Runoff | U1705136 | DW-AF44 |
| UIC  for Disposal of Storm Water Runoff | U1705137 | DW-AF45 |
| UIC  for Disposal of Storm Water Runoff | U1705138 | DW-AF46 |
| UIC  for Disposal of Storm Water Runoff | U17057139 | DW-AF47 |
| UIC  for Disposal of Storm Water Runoff | U1705140 | DW-AF48 |

**SER 368**

2-013

EPA ID NO. GU6571999519

SECTION 5. OTHER ENVIRONMENTAL PERMITS

| UIC for Disposal of Storm Water Runoff | U1705141 | DW-AF49 |
|---|---|---|
| UIC for Disposal of Storm Water Runoff | U1705142 | DW-AF50 |
| UIC for Disposal of Storm Water Runoff | U1705143 | DW-AF51 |
| UIC for Disposal of Storm Water Runoff | U1705144 | DW-AF52 |
| UIC for Disposal of Storm Water Runoff | U1705145 | DW-AF56 |
| UIC for Disposal of Storm Water Runoff | U1705146 | DW-AF56A |
| UIC for Disposal of Storm Water Runoff | U1705147 | DW-AF57 |
| UIC for Disposal of Storm Water Runoff | U1705148 | DW-AF58 |
| UIC for Disposal of Storm Water Runoff | U1705149 | DW-AF59 |
| UIC for Disposal of Storm Water Runoff | U1705150 | DW-AF60 |
| UIC for Disposal of Storm Water Runoff | U1705151 | DW-AF61 |
| UIC for Disposal of Storm Water Runoff | U1705152 | DW-AF62 |
| UIC for Disposal of Storm Water Runoff | U1705153 | DW-AF63 |
| UIC for Disposal of Storm Water Runoff | U1705154 | DW-AF64 |
| UIC for Disposal of Storm Water Runoff | U1705155 | DW-AF65 |
| UIC for Disposal of Storm Water Runoff | U1705156 | DW-AF68 |
| UIC for Disposal of Storm Water Runoff | U1705157 | DW-AF69 |
| UIC for Disposal of Storm Water Runoff | U1705158 | DW-AF70 |
| UIC for Disposal of Storm Water Runoff | U1705159 | DW-AF71 |
| UIC for Disposal of Storm Water Runoff | U1705160 | DW-AF72 |
| UIC for Disposal of Storm Water Runoff | U1705161 | DW-AF73 |
| UIC for Disposal of Storm Water Runoff | U1705162 | DW-AF74 |
| UIC for Disposal of Storm Water Runoff | U1705163 | DW-AF74A |
| UIC for Disposal of Storm Water Runoff | U1705164 | DW-AF75 |
| UIC for Disposal of Storm Water Runoff | U1705165 | DW-AF76 |
| UIC for Disposal of Storm Water Runoff | U1705166 | DW-AF77 |
| UIC for Disposal of Storm Water Runoff | U1705167 | DW-AF78 |
| UIC for Disposal of Storm Water Runoff | U1705168 | DW-AF79 |
| UIC for Disposal of Storm Water Runoff | U1705169 | DW-AF80 |
| UIC for Disposal of Storm Water Runoff | U1705170 | DW-AF80A |
| UIC for Disposal of Storm Water Runoff | U1705171 | DW-AF81 |
| UIC for Disposal of Storm Water Runoff | U1705172 | DW-AF82 |
| UIC for Disposal of Storm Water Runoff | U1705173 | DW-AF83 |
| UIC for Disposal of Storm Water Runoff | U1705174 | DW-AF84 |
| UIC for Disposal of Storm Water Runoff | U1705175 | DW-AF85 |
| UIC for Disposal of Storm Water Runoff | U1705176 | DW-AF86 |
| UIC for Disposal of Storm Water Runoff | U1705177 | DW-AF87 |
| UIC for Disposal of Storm Water Runoff | U1705178 | DW-AF88 |
| UIC for Disposal of Storm Water Runoff | U1705179 | DW-AF89 |
| UIC for Disposal of Storm Water Runoff | U1705180 | DW-AF90 |
| UIC for Disposal of Storm Water Runoff | U1705181 | DW-AF91 |
| UIC for Disposal of Storm Water Runoff | U1705182 | DW-AF92 |
| UIC for Disposal of Storm Water Runoff | U1705183 | DW-AF93 |
| UIC for Disposal of Storm Water Runoff | U1705184 | DW-AF94 |
| UIC for Disposal of Storm Water Runoff | U1705185 | DW-AF95 |
| UIC for Disposal of Storm Water Runoff | U1705186 | DW-AF96 |
| UIC for Disposal of Storm Water Runoff | U1705187 | DW-AF97 |
| UIC for Disposal of Storm Water Runoff | U1705188 | DW-AF98 |

**SER 369**

2-014

EPA ID NO. GU6571999519

SECTION 5. OTHER ENVIRONMENTAL PERMITS

| | | |
|---|---|---|
| UIC for Disposal of Storm Water Runoff | U1705189 | DW-AF99 |
| UIC for Disposal of Storm Water Runoff | U1705190 | DW-AF100 |
| UIC for Disposal of Storm Water Runoff | U1705191 | DW-AF101 |
| UIC for Disposal of Storm Water Runoff | U1705192 | DW-AF102 |
| UIC for Disposal of Storm Water Runoff | U1705193 | DW-AF103 |
| UIC for Disposal of Storm Water Runoff | U1705194 | DW-AF104 |
| UIC for Disposal of Storm Water Runoff | U1705195 | DW-AF105 |
| Production Wells | 0314-006P | AF-1 |
| Production Wells | 0314-007P | AF-2 |
| Production Wells | 0314-008P | AF-3 |
| Production Wells | 0314-009P | AF-4 |
| Production Wells | 0314-010P | AF-5 |
| Production Wells | 040717057R | BPM-1 |
| Production Wells | 040717058R | MW-1 |
| Production Wells | 040717059R | MW-2 |
| Production Wells | 040717060R | MW-3 |
| Production Wells | 040717061R | MW-5A |
| Production Wells | 040717062R | MW-6A |
| Production Wells | 012617054R | MW-7A |
| Production Wells | 0813-069P | MW-8A |
| Production Wells | 040717063R | MW-9A |
| Production Wells | 0712-084P | TMW-1 |
| Title V Air Permit | FO-001 | Title V - Clean Air Operating |
| Underground Storage Tank | GEPA-UST-001 | AAFES Service Station, AAFB - (4 |
| Underground Storage Tank | GEPA-UST-127 | AAFB Fuel Pump House: (5 USTs: Tank #1 & Receipt Pad; |
| Underground Storage Tank | GEPA-UST-138 | AAFB Andy III Tank Farm (6 USTs :Tank #19, #20, #21, |
| Solid Waste Management Facility | 99-1001LF | Municipal Solid Waste (MSW) |
| Solid Waste Management Facility | 99-1001LF | Construction and Demolition |
| Solid Waste Management Facility | 04-032PRO | Recycling Facility (Processing) |
| Solid Waste Management Facility | 14-040TRA | Municipal Solid Waste |
| Solid Waste Management Facility | Pending | Concrete Crusher (Processing) |
| Solid Waste Management Facility | Pending | Tub Grinder (Processing) |

**SER 370**

2-015

**Permit Conditions**

**Table of Contents**

SECTION I - GENERAL PERMIT CONDITIONS ........................................................... 1

    I.A. EFFECT OF PERMIT ............................................................................. 1

    I.B. PERMIT ACTIONS............................................................................... 1

    I.C. SEVERABILITY ................................................................................. 1

    I.D. DEFINITIONS .................................................................................. 2

    I.E. DUTIES AND REQUIREMENTS ................................................................. 2

    I.F. SIGNATORY REQUIREMENT .................................................................. 6

    I.G. REPORTS, NOTIFICATIONS, AND SUBMISSIONS TO THE ADMINISTRATOR .... 7

    I.H. CONFIDENTIAL INFORMATION ............................................................. 7

    I.I. DOCUMENTS TO BE SUBMITTED AFTER PERMIT ISSUANCE............................. 7

    I.J. DOCUMENTS TO BE MAINTAINED AT THE FACILITY ................................... 7

SECTION II - GENERAL FACILITY CONDITIONS .................................................... 9

    II.A. DESIGN AND OPERATION OF FACILITY.................................................... 9

    II.B. REQUIRED NOTICES ......................................................................... 9

    II.C. GENERAL WASTE ANALYSIS ............................................................... 9

    II.D. SECURITY ................................................................................... 10

    II.E. GENERAL INSPECTION REQUIREMENTS................................................. 10

    II.F. PERSONNEL TRAINING .................................................................... 10

    II.G. SPECIAL PROVISIONS FOR IGNITABLE, REACTIVE, OR INCOMPATIBLE
    WASTE................................................................................................ 10

    II.H. PREPAREDNESS AND PREVENTION ..................................................... 10

    II.I. CONTINGENCY PLAN ....................................................................... 11

    II.J. DOCUMENTATION OF SHIPMENTS FROM OFF-SITE SOURCES ..................... 11

    II.K. RECORDKEEPING AND REPORTING....................................................... 12

    II.L. GENERAL CLOSURE REQUIREMENTS..................................................... 12

    II.M. GENERAL CONTINGENT POST-CLOSURE REQUIREMENTS............................ 13

    II.N. COST ESTIMATE AND FINANCIAL ASSURANCE FOR FACILITY CLOSURE
    AND CONTINGENT POST-CLOSURE........................................................... 14

    II.O. LIABILITY REQUIREMENTS ............................................................... 14

SECTION III - TREATMENT OF REACTIVE WASTES ........................................... 15

    III.A. SECTION HIGHLIGHTS...................................................................... 15

    III.B. PERMITTED AND PROHIBITED WASTE IDENTIFICATION ............................ 16

i

**SER 372**

2-017

III.C. DESIGN, CONSTRUCTION, AND OPERATING REQUIREMENTS ..................... 16

III.D. HANDLING REQUIREMENTS ............................................................... 17

III.E. INSPECTION SCHEDULES AND PROCEDURES ...................................... 17

III.F. PREVENTION OF UNINTENDED IGNITION OR REACTION OF WASTES ........ 17

III.G. MONITORING REQUIREMENTS .......................................................... 17

III.H. FACILITY MODIFICATION/EXPANSION ................................................ 18

III.I. CLOSURE AND CONTINGENT POST-CLOSURE ....................................... 18

III.J. RECORDKEEPING .............................................................................. 18

III.K. SCHEDULE FOR IMPROVEMENTS ...................................................... 18

SECTION IV - GROUNDWATER MONITORING ................................................ 19

IV.A. SECTION HIGHLIGHTS ...................................................................... 19

IV.B. WELL LOCATION, INSTALLATION AND CONSTRUCTION ...................... 21

IV.C. INDICATOR PARAMETER AND MONITORING CONSTITUENTS ............... 22

IV.D. SAMPLING AND ANALYSIS PROCEDURES........................................... 22

IV.E. ELEVATION OF THE GROUNDWATER SURFACE ................................... 22

IV.F. STATISTICAL PROCEDURES............................................................... 23

IV.G. MONITORING PROGRAM AND DATA EVALUATION ............................. 24

IV.H. RECORDKEEPING AND REPORTING ................................................... 25

IV.I. REQUEST FOR PERMIT MODIFICATION ............................................... 27

SECTION V - CONTINGENT POST-CLOSURE CARE......................................... 28

V.A. UNIT IDENTIFICATION ...................................................................... 28

V.B. POST-CLOSURE PROCEDURES AND USE OF PROPERTY ........................ 28

V.C. INSPECTIONS ................................................................................... 29

V.D. NOTICES AND CERTIFICATION .......................................................... 29

V.E. FINANCIAL ASSURANCE ................................................................... 30

V.F. POST-CLOSURE PERMIT MODIFICATIONS ........................................... 30

SECTION VI: ADDITIONAL PERMIT CONDITION............................................ 31

SECTION VII - CORRECTIVE ACTION FOR SOLID WASTE ............................. 32

MANAGEMENT UNITS.............................................................................. 32

VII.A. DEFINITIONS ................................................................................. 33

VII.B. STANDARD CONDITIONS ................................................................ 34

VII.C. SPECIFIC CONDITION - CLOSURE & POST-CLOSURE (Reserved) ........... 39

VII.D. SPECIAL CONDITIONS .................................................................... 39

ii

**SER 373**

VII.E. CORRECTIVE ACTION ........................................................................... 39

VII.F. REPORTING REQUIREMENTS ............................................................. 40

VII.G. NOTIFICATION REQUIREMENTS FOR AND ASSESSMENT OF NEWLY-IDENTIFIED SOLID WASTE MANAGEMENT UNITS (SWMUs) .................... 41

VII.H. NOTIFICATION REQUIREMENTS FOR NEWLY-DISCOVERED RELEASES AT SWMU(s) .............................................................................................. 42

VII.I. INTERIM MEASURES ............................................................................. 42

VII.J. RFI WORKPLAN .................................................................................... 43

VII.K. RFI IMPLEMENTATION ....................................................................... 44

VII.L. RFI FINAL REPORT AND SUMMARY ................................................. 44

VII.M. DETERMINATION OF NO FURTHER ACTION .................................... 45

VII.N. CMS PLAN ............................................................................................ 45

VII.O. CMS IMPLEMENTATION ..................................................................... 46

VII.P. CMS FINAL REPORT AND SUMMARY ................................................ 46

VII.Q. CORRECTIVE MEASURE (REMEDY) SELECTION AND IMPLEMENTATION 47

VII.R. RFI SCOPE OF WORK ........................................................................... 47

VII.S. CORRECTIVE MEASURES STUDY (CMS) SCOPE OF WORK ............ 59

VIII.  Project Coordinator ................................................................................. 68

   Table 1: FACILITY CORRECTIVE ACTION SUBMISSION SUMMARY ..................... 69

   Table 2:  AOCs/SWMUs Listing ...................................................................... 70

iii

**SER 374**

**APPENDICES**

Appendix A          OB/OD Waste Analysis Plan

Appendix B          Security Procedures and Equipment

Appendix C          Inspection Schedule

Appendix D          Personnel Training

Appendix E          Prevention of Accidental Ignition or Reaction

Appendix F          Contingency Plan

Appendix G          Closure and Post-Closure Plan

Appendix H          EOD OB/OD Facility Map and Photos

Appendix I          Process Information

Appendix J          OB/OD Residue Management Plan

Appendix K          Flight Operating Instruction 32-3002

Appendix L          Biological Mitigation Plan

Appendix M          Groundwater Monitoring Plan

iv

**SER 375**

2-020

## SECTION I - GENERAL PERMIT CONDITIONS

**I.A. EFFECT OF PERMIT**

The Permittee is allowed to treat hazardous waste at the OB/OD unit in accordance with the conditions of this Permit. Any treatment of hazardous waste not authorized in this Permit is prohibited, except for treatment of hazardous waste, which occurs in RCRA permit-exempt units. Subject to Part X.A. (Adopts by reference 40 CFR 270.4) of Guam's Hazardous Waste Management Regulations (herein referred to as GHWMRs), compliance with this Permit generally constitutes compliance, for purposes of enforcement, with 10 Guam Code Annotated (GCA), Chapter 51, Solid Waste Management and Litter Control (Subtitle C of RCRA). Issuance of this Permit does not convey any property rights of any sort or any exclusive privilege; nor does it authorize any injury to persons or property, any invasion of other private rights, any infringement of state or local law or regulations, or preclude compliance with any other Federal, State, and/or local laws and/or regulations governing the treatment and handling of explosives. Compliance with the terms of this Permit does not constitute a defense to any order issued or any action brought under Sections 3008(a), 3008(h), 3013, or 7003 of RCRA, except as provided in 40 CFR 270.4(a); Sections 106(a), 104 or 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq., commonly known as CERCLA), or any other law providing for protection of public health or the environment. Part X.A. [Adopts by reference 40 CFR 270.4, 270.30(g)] in the GHWMRs.

**I.B. PERMIT ACTIONS**

I.B.1. Permit Modification, Revocation and Reissuance, and Termination

This Permit may be modified, revoked and reissued, or terminated for cause, as specified in Part X.A., L, M, N, O, P, Q, and R (Adopts by reference 40 CFR 270.41, 270.42, and 270.43) of the GHWMRs. The filing of a request for a Permit modification, revocation and reissuance, or termination, or the notification of planned changes or anticipated noncompliance on the part of the Permittee, does not stay the applicability or enforceability of any Permit Condition. Part X.A. [Adopts by reference 40 CFR 270.4(a) and 270.30(f)] of the GHWMRs.

I.B.2. Permit Renewal

This Permit may be renewed as specified in Part X.A. [Adopts by reference 40 CFR 270.30(b)] of the GHWMRs and Permit Condition I.E.2. Review of any application for a Permit renewal shall consider improvements in the state of control and measurement technology, as well as changes in applicable regulations. Part X.A. [Adopts by reference 40 CFR 270.30(b), HSWA Section 212] of the GHWMRs.

**I.C. SEVERABILITY**

The provisions of this Permit are severable, and if any provision of this Permit, or the application

1

**SER 376**

2-021

of any provision of this Permit to any circumstance is held invalid, the application of such provision to other circumstances and the remainder of this Permit shall not be affected thereby. Part XI.A. [Adopts by reference 40 CFR 124.16(a)] of the GHWMRs.

## I.D. DEFINITIONS

For purposes of this Permit, terms used herein shall have the same meaning as those in Parts XI.A., II.A., VI.A., VIII.A., IX.A., and X.A. [Adopts by reference 40 CFR Parts 124, 260, 264, 266, 268, and 270] of the GHWMRs, unless this Permit specifically provides otherwise; where terms are not defined in the regulations or the Permit, the meaning associated with such terms shall be defined by a standard dictionary reference or the generally accepted scientific or industrial meaning of the term. "Administrator" means the Administrator of Guam EPA, or his/her designee or authorized representative. "Foreign Source" or "Foreign Country" means any place, location, point, or area outside the territory of Guam.

## I.E. DUTIES AND REQUIREMENTS

I.E.1. Duty to Comply

The Permittee shall comply with all conditions of this Permit, except to the extent and for the duration such noncompliance is authorized by an emergency Permit. Any Permit noncompliance, other than noncompliance authorized by an emergency Permit, constitutes a violation of RCRA, and 10 GCA Chapter 51 (Solid Waste Management and Litter Control) and is grounds for enforcement action; for Permit termination, revocation and reissuance, or modification; or for denial of a Permit renewal application.  Part X.A. [Adopts by reference 40 CFR 270.30(a)] of the GHWMRs.

I.E.2. Duty to Reapply

If the Permittee wishes to continue an activity allowed by this Permit after the expiration date of this Permit, the Permittee shall submit a complete application for a new Permit at least 180 days prior to Permit expiration. Part X.A. [Adopts by reference 40 CFR 270.10(h), 270.30(b)] of the GHWMRs.

I.E.3. Permit Expiration

Pursuant to Part X.A., and T. [Adopts by reference 40 CFR 270.50] of the GHWMRs, this Permit shall be effective for a fixed term of three (3) years as described under Part X.S. [Adopts by reference 40 CFR 270.50(a) as amended] of the GHWMRs.   As long as Guam EPA is the Permit issuing authority, this Permit and all conditions herein will remain in effect beyond the Permit's expiration date, if the Permittee has submitted a timely, complete application (see Parts X. A, D, E, and F [adopts by reference 40 CFR 270.10, 270.13 through 270.29] of the GHWMRs and, if through no fault of the Permittee, the Administrator has not issued a new Permit, as set forth in Part X.A., and U. [Adopts by reference 40 CFR 270.51] of the GHWMRs.

**SER 377**

2-022

I.E.4. Need to Halt or Reduce Activity Not a Defense

It shall not be a defense for the Permittee, in an enforcement action, that it would have been necessary to halt or reduce the Permitted activity in order to maintain compliance with the conditions of this Permit. Part X.A. [Adopts by reference 40 CFR 270.30(c)] of the GHWMRs.

I.E.5. Duty to Mitigate

In the event of noncompliance with this Permit, the Permittee shall take all reasonable steps to minimize releases to the environment and shall carry out such measures, as are reasonable, to prevent significant adverse impacts on human health or the environment. Part X.A. [Adopts by reference 40 CFR 270.30(d)] of the GHWMRs.

I.E.6. Proper Operation and Maintenance

The Permittee shall at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the Permittee to achieve compliance with the conditions of this Permit. Proper operation and maintenance includes effective performance, adequate funding, adequate operator staffing and training, and adequate laboratory and process controls including appropriate quality assurance/quality control procedures. This provision requires the operation of back-up or auxiliary facilities or similar systems only when necessary to achieve compliance with the conditions of this Permit. Part X.A. [Adopts by reference 40 CFR 270.30(e)] of the GHWMRs.

I.E.7. Duty to Provide Information

The Permittee shall furnish to the Administrator, within a reasonable time, any relevant information which the Administrator may request to determine whether cause exists for modifying, revoking and reissuing, or terminating this Permit, or to determine compliance with this Permit. The Permittee shall also furnish to the Administrator, upon request, copies of records required to be kept by this Permit. Part X.A. [Adopts by reference 40 CFR 264.74(a), 270.30(h)] of the GHWMRs.

I.E.8. Inspection and Entry

Pursuant to Part X.A. [Adopts by reference 40 CFR 270.30(i)] of the GHWMRs, the Permittee shall allow the Administrator, or an authorized representative, upon the presentation of credentials and other documents, as may be required by law, to:

I.E.8.a. Enter at reasonable times upon the Permittee's premises where a regulated facility or activity is located or conducted, or where records must be kept under the conditions of this Permit;

I.E.8.b. Have access to and copy, at reasonable times, any records that must be kept under the

3

**SER 378**

2-023

conditions of this Permit;

I.E.8.c. Inspect at reasonable times any facilities, equipment (including monitoring and control equipment), practices, or operations regulated or required under this Permit; and

I.E.8.d. Sample or monitor, at reasonable times, for the purposes of assuring Permit compliance or as otherwise authorized by RCRA, any substances or parameters at any location.

I.E.9. Monitoring and Records

The Administrator may require such testing by the Permittee and may make such modifications to this Permit deemed necessary to ensure implementation of new regulations or requirements, or to ensure protection of human health and the environment.

I.E.9.a. Samples and measurements taken for the purpose of monitoring shall be representative of the monitored activity. The method used to obtain a representative sample of the waste to be analyzed must be the appropriate method from Part III.A. [Adopts by reference Appendix I of 40 CFR Part 261] of the GHWMRs or an equivalent method approved by the Administrator. Laboratory methods must be those specified in Test Methods for Evaluating Solid Waste: Physical/Chemical Methods SW-846, Standard Methods of Wastewater Analysis, or an equivalent method, as specified in the Waste Analysis Plan (Appendix A). Part X.A. [Adopts by reference 40 CFR 270.30(j)(1)] of the GHWMRs.

I.E.9.b. The Permittee shall retain records of all monitoring information, including, as applicable, all calibration and maintenance records and all original strip chart recordings for continuous monitoring instrumentation, copies of all reports and records required by this Permit, the certification required by Part X.VI. [Adopts by reference 40 CFR 264.73(b)(9)] of the GHWMRs, and records of all data used to complete the application for this Permit for a period of at least 3 years from the date of the sample, measurement, report, record, certification, or application. These periods may be extended by request of the Administrator at any time and are automatically extended during the course of any unresolved enforcement action regarding this facility. Part VI.A. and X.A. [Adopts by reference 40 CFR 264.74(b) and 270.30(j)(2)] of the GHWMRs. These requirements will also be applicable to open burning/open detonation units if groundwater monitoring is required.

I.E.9.c. Pursuant to Part X.A. [Adopts by reference 40 CFR 270.30(j)(3)] of the GHWMRs, records of monitoring information shall specify:

i. The dates, exact place, and times of sampling or measurements

ii. The individuals who performed the sampling or measurements

iii. The date's analyses were performed

4

**SER 379**

2-024

iv. The individuals who performed the analyses

v. The analytical techniques or methods used and

vi. The results of such analyses.

I.E.10. Reporting Planned Changes

The Permittee shall give notice to the Administrator, as soon as possible, of any planned physical alterations or additions to the Permitted facility. Part X.A. [Adopts by reference 40 CFR 270.30(l)(1)] of the GHWMRs.

I.E.11. Reporting Anticipated Noncompliance

The Permittee shall give advance notice to the Administrator of any planned changes in the permitted facility or activity, which may result in noncompliance with Permit requirements. Part X.A. [Adopts by reference 40 CFR 270.30(l)(2)] of the GHWMRs.

I.E.12. Transfer of Permits

This Permit is not transferable to any person, except after notice to the Administrator. The Administrator may require modification or revocation and reissuance of the Permit pursuant to Part X.A. [Adopts by reference 40 CFR 270.40] of the GHWMRs. Before transferring ownership or operation of the facility during its operating life, the Permittee shall notify the new owner or operator in writing of the requirements of Parts VI.A. and X.A. [Adopts by reference 40 CFR Parts 264 and 270] of the GHWMRs and this Permit. Parts X.A. and VI.A. [Adopts by reference 40 CFR 270.30(l)(3) and 264.12(c)] of the GHWMRs.

I.E.13. Eight Hour Reporting

I.E.13.a. The Permittee shall report to the Administrator any noncompliance, which may endanger health or the environment. Any such information shall be reported orally within eight (8) hours from the time the Permittee becomes aware of the circumstances. The report shall include the following:

i. Information concerning release of any hazardous waste that may cause an endangerment to public drinking water supplies.

ii. Any information of a release or discharge of hazardous waste, or of a fire or explosion from the hazardous waste management facility which could threaten the environment or human health outside the facility.

I.E.13.b. The description of the occurrence and its cause shall include:

5

**SER 380**

2-025

i. Name, address, and telephone number of the owner or operator;

ii. Name, address, and telephone number of the facility;

iii. Date, time, and type of incident;

iv. Name and quantity of materials involved;

v. The extent of injuries, if any;

vi. An assessment of actual or potential hazards to the environment and human health outside the facility, where this is applicable; and

vii. Estimated quantity and disposition of recovered material that resulted from the incident.

I.E.13.c. A written submission shall also be provided within five days of the time the Permittee becomes aware of the circumstances. The written submission shall contain a description of the noncompliance and its cause; the period(s) of noncompliance (including exact dates and times); whether the noncompliance has been corrected; and, if not, the anticipated time it is expected to continue; and steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance. The Administrator may waive the five day written notice requirement in favor of a written report within fifteen (15) days. Part X.A. [Adopts by reference 40 CFR 270.30(l)(6)] of the GHWMRs.

I.E.14. Other Noncompliance

The Permittee shall report all other instances of noncompliance not otherwise required to be reported above, Permit Conditions I.E.10.–14., at the time monitoring reports are submitted. The reports shall contain the information listed in Permit Condition I.E.13. Part X.A. [Adopts by reference 40 CFR 270.30(l)(10)] of the GHWMRs.

I.E.15. Other Information

Whenever the Permittee becomes aware that it failed to submit any relevant facts in the Permit application, or submitted incorrect information in a Permit application or in any report to the Administrator, the Permittee shall promptly submit such facts or information. Part X.A. [Adopts by reference 40 CFR 270.30(l)(11)] of the GHWMRs.

**I.F. SIGNATORY REQUIREMENT**

All applications, reports, or information submitted to or requested by the Administrator, his/her designee, or authorized representative, shall be signed and certified in accordance with Part X.A. [Adopts by reference 40 CFR 270.11 and 270.30(k)] of the GHWMRs.

**SER 381**

**I.G. REPORTS, NOTIFICATIONS, AND SUBMISSIONS TO THE ADMINISTRATOR**

All applications, reports, notifications, or other submissions which are required by this Permit to be sent or given to the Administrator should be sent by certified mail or given to:

Administrator
Guam Environmental Protection Agency
17-3304 Mariner Avenue Tiyan
Barrigada, Guam 96913-1617

Attn: Air and Land Division

(671) 300-4760: Administrator Air & Land Programs
(671) 300-4751: Hazardous Waste Management Program

**I.H. CONFIDENTIAL INFORMATION**

In accordance with Part X.A. [Adopts by reference 40 CFR 270.12] of the GHWMRs, the Permittee may claim confidential, any information required to be submitted by this Permit.

**I.I. DOCUMENTS TO BE SUBMITTED AFTER PERMIT ISSUANCE**

The Permittee shall submit the following documents to the Administrator by the date shown:

Contingent Post-Closure Care Plan ninety (90) days from the date that the Permittee or Administrator determines that the hazardous waste management unit cannot be clean-closed pursuant to Permit Condition V.

Monitoring plans for Groundwater as described in Permit Condition IV.

Schedule and deliverables for the Corrective Action Program as described in Permit Condition VII.

**I.J. DOCUMENTS TO BE MAINTAINED AT THE FACILITY**

The Permittee shall maintain at the facility, until closure is completed and certified by an independent, registered professional engineer, the following documents, and all amendments, revisions and modifications to these documents:

Waste Analysis Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.13] of the GHWMRs and this Permit.

Inspection schedules, as required by Part VI.A. [Adopts by reference 40 CFR 264.15(b)(2)] of the GHWMRs and this Permit.

7

**SER 382**

2-027

Personnel training documents and records, as required by Part VI.A. [Adopts by reference 40 CFR 264.16(d)] of the GHWMRs and this Permit.

Contingency Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.53(a)] of the GHWMRs and this Permit.

Operating record, as required by Part VI.A. [Adopts by reference 40 CFR 264.73] of the GHWMRs and this Permit.

Closure Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.112(a)] of the GHWMRs and this Permit.

Contingent Post-Closure Plan and other plans as required by Part VI.A. [Adopts by reference 40 CFR 264.118 (a)] of the GHWMRs, Permit Conditions I.I and V, Contingent Post-Closure Care.

All other documents required by Permit Conditions I-VI.

**SER 383**

## SECTION II - GENERAL FACILITY CONDITIONS

**II.A. DESIGN AND OPERATION OF FACILITY**

The Permittee shall construct, maintain, and operate the facility to minimize the possibility of an unplanned fire, explosion, or any unplanned, sudden or non-sudden release of hazardous waste constituents to air, soil, or surface water which could threaten human health or the environment, as required by Part VI.A. [Adopts by reference 40 CFR 264.31] of the GHWMRs.

**II.B. REQUIRED NOTICES**

II.B.1. Hazardous Waste from Off-Site Sources

When the Permittee is to receive hazardous waste from an off-site source (except where the Permittee is also the generator), it must inform the generator in writing that it has the appropriate Permits, and will accept the waste the generator is shipping. The Permittee must keep a copy of this written notice as part of the operating record. Part VI.A. [Adopts by reference 40 CFR 264.12(b)] of the GHWMRs.

II.B.2. Hazardous Waste Imports

The Permittee shall notify the Administrator in writing as least four (4) weeks in advance of the date the Permittee expects to receive hazardous waste from a foreign source, as required by Part VI.C. [Adopts by reference 40 CFR 264.12(a) and amended] of the GHWMRs. Notice of subsequent shipments of the same waste from the same foreign source in the same calendar year is required. When the Permittee imports hazardous waste into Guam from a foreign source, the Permittee must comply with the requirements delineated for imports of hazardous waste Part IV.N. [Adopts by reference 40 CFR 262.60(a) as amended] of the GHWMRs.

**II.C. GENERAL WASTE ANALYSIS**

The Permittee shall follow the waste analysis procedures required by Part VI.A. [Adopts by reference 40 CFR 264.13] of the GHWMRs, as described in the Waste Analysis Plan, Appendix A. Before the Permittee treats any reactive waste at the OB/OD unit having identifiable markings or other means of identification, it must review manufacturers or Department of Defense data or information which must be known to treat the waste safely and in accordance with this Permit. If waste or environmental media are subjected to analytical testing, the Permittee shall maintain proper functional instruments, use approved sampling and analytical methods, verify the validity of sampling and analytical procedures, and perform correct calculations.

If the Permittee uses a contract laboratory to perform analyses, then the Permittee shall inform the laboratory in writing that it must operate under the waste analysis conditions set forth in this Permit.

9

**SER 384**

2-029

## II.D. SECURITY

The Permittee shall comply with the security provisions of Part VI.A. [Adopts by reference 40 CFR 264.14(b)] of the GHWMRs and Appendix B of the Permit.

## II.E. GENERAL INSPECTION REQUIREMENTS

The Permittee shall follow the inspection schedule set out in Appendix C of the Permit. The Permittee shall remedy any deterioration or malfunction discovered by an inspection, as required by Part VI.A. [Adopts by reference 40 CFR 264.15(c)] of the GHWMRs.

Records of inspection shall be kept, as required by Part VI.A. [Adopts by reference 40 CFR 264.15(d)] of the GHWMRs.

## II.F. PERSONNEL TRAINING

The Permittee shall conduct personnel training, as required by Part VI.A. [Adopts by reference 40 CFR 264.16] of the GHWMRs. This training program shall follow the procedures set out in Appendix D of the Permit. The Permittee shall maintain training documents and records, as required by Part VI.A. [Adopts by reference 40 CFR 264.16(d) and (e)] of the GHWMRs.

## II.G. SPECIAL PROVISIONS FOR IGNITABLE, REACTIVE, OR INCOMPATIBLE WASTE

The Permittee shall comply with the requirements of Part VI.A. [Adopts by reference 40 CFR 264.17(a)] of the GHWMRs. The Permittee shall follow the procedures for handling ignitable, reactive, and incompatible wastes set forth in Appendix E of the Permit.

## II.H. PREPAREDNESS AND PREVENTION

II.H.1. Required Equipment

At a minimum, the Permittee shall maintain at the facility the equipment set forth in the Contingency Plan, Appendix F of the Permit, as required by Part VI.A. [Adopts by reference 40 CFR 264.32] of the GHWMRs.

II.H.2. Testing and Maintenance of Equipment

The Permittee shall test and maintain the equipment specified in the Contingency Plan, Appendix F of the Permit, as necessary, to assure its proper operation in time of emergency, as required by Part VI.D. [Adopts by reference 40 CFR 264.33] of the GHWMRs.

II.H.3. Access to Communications or Alarm System

10

**SER 385**

2-030

The Permittee shall maintain access to the communications or alarm system, as required by Part VI.A. [Adopts by reference 40 CFR 264.34] of the GHWMRs.

II.H.4. Arrangements with Local Authorities

The Permittee shall attempt to make arrangement with state and local authorities, as required by Part VI.A. [Adopts by reference 40 CFR 264.37] of the GHWMRs. If state or local officials decline to enter into preparedness and prevention arrangements with the Permittee, the Permittee must document this refusal in the operating record.

## II.I. CONTINGENCY PLAN

II.I.1. Implementation of Plan

The Permittee shall immediately carry out the provisions of the Contingency Plan, Appendix F of the Permit, whenever there is an unplanned fire, explosion, or release of hazardous waste or constituents which could threaten human health or the environment.

II.I.2. Copies of Plan

The Permittee shall maintain a copy of the Contingency Plan at the facility and shall provide a copy to all local police departments, fire departments, hospitals, and State and local emergency response teams that may be asked to provide emergency assistance, as required by Part VI.A. [Adopts by reference 40 CFR 264.53] of the GHWMRs.

II.I.3. Amendments to Plan

The Permittee shall review and immediately amend, if necessary, the Contingency Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.54] of the GHWMRs.

II.I.4. Emergency Coordinator

A trained emergency coordinator shall be available at all times in case of an emergency, as required by Part VI.A. [Adopts by reference 40 CFR 264.55] of the GHWMRs.

The names, addresses, and phone numbers of all persons qualified to act as emergency coordinators must be kept up to date and included in the Contingency Plan. Part VI.A. [Adopts by reference 40 CFR 264.52(d)] of the GHWMRs.

## II.J. DOCUMENTATION OF SHIPMENTS FROM OFF-SITE SOURCES

The Permittee shall use Incident Form 3265 to document and track shipments of reactive wastes from off-site sources to the installation.

11

**SER 386**

2-031

## II.K. RECORDKEEPING AND REPORTING

In addition to the record keeping and reporting requirements specified elsewhere in this Permit, the Permittee shall do the following:

II.K.1. Operating Record

The Permittee shall maintain a written operating record at the facility, in accordance with Part VI.A. [Adopts by reference 40 CFR 264.73] of the GHWMRs.

II.K.2. Annual Report

The Permittee shall comply with the annual reporting requirements of Part VI.F. [Adopts by reference 40CFR 264.75 as amended] of the GHWMRs.

II.K.3. Manifest System

The Permittee shall comply with the manifest requirements of Part VI.A. [Adopts by reference 264.71, 264.72, 264.76] of the GHWMRs.

## II.L. GENERAL CLOSURE REQUIREMENTS

Closure of the facility must be in accordance with the provisions of the Part VI. [Adopts by reference 40 CFR Part 264] of the GHWMRs and the approved closure plan (Appendix G of the Permit, which includes the Sampling and Analysis Plan for Closure).

II.L.1. Performance Standard

The Permittee shall close the facility, as required by Part VI. [Adopts by reference 40 CFR 264.111] of the GHWMRs and in accordance with the Closure Plan, Appendix G of the Permit.

II.L.2. Amendment to Closure Plan

The Permittee shall amend the Closure Plan in accordance with Part VI. [Adopts by reference 40 CFR 264.112(c)] of the GHWMRs, whenever necessary.

II.L.3. Notification of Closure

The Permittee shall notify the Administrator in writing at least forty-five (45) days prior to the date on which he expects to begin closure of the OB/OD unit or final closure of the facility, as required by Part VI. [Adopts by reference 40 CFR 264.112(d)] of the GHWMRs.

II.L.4. Time Allowed For Closure

12

**SER 387**

2-032

After receiving the final volume of hazardous waste at the OB/OD unit, the Permittee shall treat, remove from the unit or facility, or dispose of on-site all hazardous waste and shall complete closure activities, in accordance with Part VI.A. [Adopts by reference 40 CFR 264.113] of the GHWMRs and the schedules specified in the Closure Plan, Appendix G of the Permit.

II.L.5. Disposal or Decontamination of Equipment, Structures, and Soils

The Permittee shall decontaminate and/or dispose of all contaminated equipment, structures, and soils, as required by Part VI.A. [Adopts by reference 40 CFR 264.114] of the GHWMRs and the Closure Plan, Appendix G of the Permit.

II.L.6. Certification of Closure

The Permittee shall certify that the facility has been closed in accordance with the specifications in the Closure Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.115] of the GHWMRs.

## II.M. GENERAL CONTINGENT POST-CLOSURE REQUIREMENTS

II.M.1. Post-Closure Care Period

The Permittee shall begin post-closure care, if required, for the OB/OD unit after completion of closure of the unit and continue for thirty (30) years after that date, or for a shorter or longer period pursuant to Part VI.A. [Adopts by Reference 40 CFR 264.117(a)(2)] of the GHWMRs. Post-Closure care shall be in accordance with Part VI.A. [Adopts by reference 40 CFR 264.117] of the GHWMRs and the Contingent Post-Closure Plan required by Appendix G of the Permit.

II.M.2. Post-Closure Security

The Permittee shall maintain security at the facility during the post-closure care period, in accordance with the Contingent Post-Closure Plan, and Part VI.A. [Adopts by reference 40 CFR 264.117(b)] of the GHWMRs.

II.M.3. Amendment to Contingent Post-Closure Plan

The Permittee shall amend the Contingent Post-Closure Plan in accordance with Part VI.A. [Adopts by reference 40 CFR 264.118(d)] of the GHWMRs, whenever necessary.

II.M.4. Post-Closure Notices

II.M.4.a. No later than sixty (60) days after certification of closure of the OB/OD unit, the Permittee shall submit a record to the Administrator of the types and estimated quantity of hazardous waste treated at the OB/OD unit over its operating life, to the best of its knowledge.

13

**SER 388**

II.M.4.b. No later than submission of the certification of closure of the OB/OD unit, the Permittee shall submit to the Administrator and the local zoning authority or the authority with jurisdiction over local land use, a survey plat indicating the location and dimensions of the closed unit with respect to permanently surveyed benchmarks. This plat must be prepared and certified by a professional land surveyor. The plat must contain a note, prominently displayed, which states the Permittee's obligation to restrict disturbance of the closed unit in accordance with applicable Closure and Post-Closure regulations.

II.M.4.c. The Permittee shall request and obtain a Permit modification prior to post-closure removal of hazardous wastes, hazardous waste residues, liners, or contaminated soils, in accordance with Part VI.A. [Adopts by reference 40 CFR 264.119(c)] of the GHWMRs.

II.M.5. Certification of Completion of Post-Closure Care

The Permittee shall certify that the post-closure care period was performed in accordance with the specifications in the Contingent Post-Closure Plan, as required by Part VI.A. [Adopts by reference 40 CFR 264.120] of the GHWMRs.

## II.N. COST ESTIMATE AND FINANCIAL ASSURANCE FOR FACILITY CLOSURE AND CONTINGENT POST-CLOSURE

In accordance with Part VI.A. [Adopts by reference 40 CFR 264.140] of the GHWMRs, the federal government is exempt from the financial assurance requirements of Part VI.A. [Adopts by reference 40 CFR Part 264, Subpart H] of the GHWMRs. Consequently, cost estimates and a financial assurance mechanism for closure and contingent post-closure care of the OB/OD units are not required.

## II.O. LIABILITY REQUIREMENTS

In accordance with Part VI.A. [Adopts by reference 40 CFR 264.140(c)] of the GHWMRs, the federal government is exempt from maintaining liability coverage for sudden and non-sudden accidental occurrences.

**SER 389**

## SECTION III - TREATMENT OF REACTIVE WASTES

### III.A. SECTION HIGHLIGHTS

Open burning and open detonation of waste ordnance materials occurs at the Explosive Ordnance Disposal (EOD) Range. The unit is located at the extreme eastern reach of Tarague Beach, ending just before Tagua Point (Appendix H of the Permit). The grid coordinates for the Open Detonation unit is 13 degrees, 35.58 minutes north, 144 degrees, 56.48 minutes east. This area has been in constant use since its inception at least 20 years ago. Its mission is to render unserviceable ordnance and other pyrotechnic devices harmless by either suppressed detonation or open burning. In addition, the EOD range has been used for EOD training purposes and emergency purposes.

The EOD range is defined as the open beach area bounded by the Pacific Ocean to the north and the jungle and/or limestone to the east, south, and west. Surrounding the active treatment units is a 2,400 foot-radius safety zone, as defined by operational requirements.

The active detonation units are located at the extreme eastern edge of Tarague Beach. They consist of two (2) pits; each located directly along the face of the cliff. Detonation of the munitions at the cliff face directs the destructive force of the detonation away from the occupied areas. Open detonation operations consists of several steps, including properly placing: the waste munitions, an explosive charge to detonate the waste munitions (if required), and an igniter to initiate the detonator. Detonations are initiated from the personnel bunker.

The inactive open burning pit is located approximately 80 feet from the jungle and 180 feet from the Pacific Ocean, approximately midway east west in the EOD Range. Open burning was conducted in a burn kettle approximately four feet in diameter and five feet tall. The OB pit was roughly 45 feet long by 14 feet wide by 6 feet deep.

Open burning operations consists of placing dunnage (wood) in the burn kettle to provide access for combustion air, placing the waste munitions in the burn kettle, placing a remote-controlled ignition device, placing approximately ten (10) gallons of virgin diesel fuel in the burn kettle, then remotely activating the ignition device from the personnel bunker.

Facility Pictures and a topographic map of the EOD Range are attached in Appendix H of the Permit.

After review of the ecological risk assessment in the Permit application, the Administrator has concluded that the mortality of biological receptors has to be protected from OB/OD activities. Therefore, the Permittee is required to follow the Biological Mitigation Plan, Appendix L, as described in this Permit.

Currently, the OB unit burn kettle is non-operational due to severe corrosion and the unit has not been used for several years. Before any open burning activity is allowed under the permit, the

15

**SER 390**

unit must meet the design and operational specifications described in the permit application as adopted in this Permit.

The Permittee shall operate the OB/OD unit in accordance with the Waste Analysis Plan, Standard Operating Procedures, Residue Management Plan, Groundwater Monitoring Plan, and the Biological Mitigation Plan as described in the Permit.

## III.B. PERMITTED AND PROHIBITED WASTE IDENTIFICATION

III.B.1. The Permittee may open burn/open detonate at the OB/OD unit hazardous wastes (also referenced in this Permit as "reactive waste") that consist of common military ordnance material (such as black powder, white/red phosphorus, tear gas, ammunitions, propellants, and explosive materials).

The Permittee shall abide by the restrictions for treatment through OB/OD of RCRA Hazardous waste materials as described in Appendix I, of the Permit, "Open Burning/Open Detonation RCRA hazardous waste treatment waste materials restrictions".

III.B.2. The Permittee is prohibited from treating hazardous waste at the OB/OD unit that is not identified in Permit Condition III.B.1.

## III.C. DESIGN, CONSTRUCTION, AND OPERATING REQUIREMENTS

III.C.1. Open Burning in a Containment Device

Open burning of the OB/OD unit shall be conducted pursuant to the information provided to meet design, construction, and operating requirements provided in the Process Information, the OB/OD Residue Management Plan, Flight Operating Instruction 32-3002 (FOI 32-3002), and the Biological Mitigation Plan (Appendix I, J, K and L of the Permit). The information addresses the following requirements:

III.C.1.a. The Permittee shall operate and maintain the open burning device in accordance with the Process Information, the OB/OD Residue Management Plan, FOI 32-3002, and the Biological Mitigation Plan (Appendix I, J, K and L of the Permit).

III.C.1.b. The Permittee shall design, construct, operate, and maintain a precipitation cover for the open burning tray(s) in accordance with the Procedures identified in Appendix I of the Permit.

III.C.1.c. The Permittee shall design, construct, operate, and maintain the open burning unit to minimize air emissions or exposure of people (onsite or offsite) to toxic or hazardous emissions in accordance with the Process Information, the OB/OD Residue Management Plan, FOI 32-3002, and the Biological Mitigation Plan (Appendix I, J, K and L of the Permit).

16

**SER 391**

2-036

III.C.1.d. The Permittee shall provide guidance on how ash/residues from the open burning unit will be managed in accordance with the OB/OD Residue Management Plan (Appendix J of the Permit).

III.C.1.e.   The Permittee shall follow the procedures for the protection of ecological receptors in accordance with the Biological Mitigation Plan in Appendix L of the Permit.

III.C.2. Open Detonation On/In the Ground

III.C.2.a. The Permittee shall operate and maintain the open detonation area at the OB/OD unit in accordance with the operating procedures, the Process Information, the OB/OD Residue Management Plan, FOI 32-3002, and the Biological Mitigation Plan (Appendix I, J, K and L of the Permit).

III.C.2.b. The Permittee shall operate and maintain the open detonation area to minimize air emissions or exposure of people (onsite or offsite) to toxic or hazardous emissions in accordance with the hazard prevention procedures Appendix I of the Permit.

III.C.2.c. The Permittee shall manage residues from open detonation in accordance with Appendix J of the Permit.

## III.D. HANDLING REQUIREMENTS

The Permittee shall handle/manage reactive waste that will be treated at the OB/OD unit in accordance with the Process Information, OB/OD Residue Management Plan, and FOI 32-3002 (Appendix I, J and K of the Permit).

## III.E. INSPECTION SCHEDULES AND PROCEDURES

The Permittee shall inspect the OB/OD unit in accordance with the inspection schedule set out in Appendix C of the Permit.

## III.F. PREVENTION OF UNINTENDED IGNITION OR REACTION OF WASTES

The Permittee shall follow the procedures, contained in Appendix E of the Permit, designed to prevent unintended ignition or reaction of waste.

## III.G. MONITORING REQUIREMENTS

The Permittee shall conduct ground water monitoring at the OB/OD unit in accordance with Permit Condition IV.   In addition, the Permittee shall follow the appropriate monitoring procedures under the Biological Mitigation Plan (Appendix L).

17

**SER 392**

## III.H. FACILITY MODIFICATION/EXPANSION

III.H.1. Permit Modification

Guam EPA reserves the right to modify this Permit in accordance with Part X.A. (Adopts by reference 40 CFR 270.41) of the GHWMRs.

III.H.2. Permit Modification At The Request Of The Permittee

Modifications or expansions of the facility shall be accomplished in accordance with Part X.A. (Adopts by reference 40 CFR 270.42) of the GHWMRs.

## III.I. CLOSURE AND CONTINGENT POST-CLOSURE

III.I.1. At final closure of the OB/OD unit, the Permittee shall follow the procedures in the Closure Plan, Appendix G of the Permit.

III.I.2. If, after closure, the Permittee finds that not all contaminated soils and debris can be removed or decontaminated in accordance with the Closure Plan, then the Permittee shall close the OB/OD unit and perform post-closure care in accordance with requirements contained in Permit Condition V.

## III.J. RECORDKEEPING

The Permittee shall develop and maintain all records required to comply with Part VI.A. [Adopts by reference 40 CFR 264.73 and 40 CFR 264.602] of the GHWMRs.

## III.K. SCHEDULE FOR IMPROVEMENTS

The OB unit of the EOD range is in a non-operational condition and has not been maintained. In the event that the Permittee needs to conduct OB operations, the Permittee shall submit a schedule of repair for the OB unit to the Guam Environmental Agency for review and approval. The scope of repair work must enable the unit to meet the performance requirements and specifications for the OB unit described in the Permit. Pending completion and commencement of use of the improvements, the Permittee shall conduct open burning under interim status in accordance with Part VII.A. [Adopts by reference 40 CFR 265.382] of the GHWMRs.

The Permittee shall commence use of the permitted open burn component of the OB/OD unit if, within thirty (30) days of submission of certification of construction, the Administrator has not inspected the unit component; otherwise, the Permittee shall commence use of the permitted unit component at an earlier time upon Administrator inspection and approval.

18

**SER 393**

## SECTION IV - GROUNDWATER MONITORING

### IV.A. SECTION HIGHLIGHTS

Open burning and open detonation of waste ordnance materials occurs at the Explosive Ordnance Disposal (EOD) Range. The unit is located at the extreme eastern reach of Tarague Beach, ending just before Tagua Point (Photo 9, Appendix H of the Permit). The grid coordinates for the Open Detonation unit is 13 degrees, 35.58 minutes north, 144 degrees, 56.48 minutes east. This area has been in constant use since its inception at least twenty (20) years ago. Its mission is to render unserviceable ordnance and other pyrotechnic devices harmless by either suppressed detonation or open burning. In addition, the EOD range has been used for EOD training purposes and emergency purposes.

The EOD range is defined as the open beach area bounded by the Pacific Ocean to the north and the jungle and/or limestone to the east, south, and west. Surrounding the active treatment units is a 2,400 foot-radius safety zone, as defined by operational requirements.

The reactive wastes treated at the OB/OD unit consist of common military ordnance material (such as black powder, white/red phosphorus, tear gas, ammunitions, propellants, and explosive materials).

After considering the Permittee's Subpart X application for the OB/OD unit, the Administrator has determined that the site monitoring program shall consist of ground-water monitoring to ensure that any release of hazardous waste or hazardous constituents from open burning/open detonation of reactive wastes to the shallow unconfined aquifer beneath the OB/OD unit are detected and, as appropriate, addressed through corrective action. The elements of the site-monitoring program to be established by the Permittee are derived from Part VI.A. [Adopts by reference 40 CFR Part 264, Subpart F] of the GHWMRs, but have been tailored as detailed herein to the site- and unit-specific risks and circumstances posed by this Subpart X unit. Therefore, any references herein to particular Part VI.A. [Adopts by reference 40 CFR Part 264, Subpart F] of the GHWMRs, requirements do not imply that the full Subpart F standards are applicable.

Due to the proximity of the facility to the ocean, additional information was collected for the design of the groundwater-monitoring program. The Permittee submitted a Dye Trace Study Work Plan for the purpose of determining suitable monitoring points for monitoring groundwater. The Dye Trace Study Work Plan has been implemented, and results reported in the Dye Trace Study Results Report. The Permittee used the data from the Dye Trace Study Results Report to prepare the facility Groundwater Monitoring Plan (Appendix M of the Permit). The Groundwater Monitoring Plan was approved by the Administrator in 2012 and is currently being implemented.

IV.A.1.   Groundwater Monitoring Plan

**SER 394**

The Permittee has submitted an application for Permit modification to the Administrator for the groundwater monitoring program for the shallow unconfined aquifer beneath the OB/OD unit. To the extent applicable, the application for Permit modification includes:

IV.A.1.a. The design of a well system which will yield ground-water samples from the shallow unconfined aquifer which represent the quality of up gradient water and water passing the down gradient boundaries of the OB/OD unit. Well locations and well construction details (for existing and any proposed wells) shall be specified in the design report. For proposed wells, the design report shall also include a schedule for installation (not to exceed ninety (90) days from the effective date of the Administrator's approval of the Permit modification request) and a schedule for submittal of certification of proper installation (not to exceed one hundred twenty (120) days from the effective date of the Administrator's approval of the Permit modification request).

IV.A.1.b. A sampling and analysis plan consisting of procedures and techniques for:

i. Sample collection

ii. Sample preservation and shipment

iii. Analytical procedures and

iv. Chain-of-custody control.

The plan shall also include a list of proposed parameters or constituents to be monitored. The list shall solely consist of the parameters identified in Permit Conditions IV.A.1. and IV.C. of this section, with the exception that if bis (2-ethylhexyl) phthalate is not detected during the verification sampling rounds or its presence can be attributed to non-OB/OD activities, it may be deleted from the proposed analyte list for the site monitoring program.

The plan shall also include the frequency for collecting samples, except that the frequency shall not be less than semiannual sampling of the site monitoring system, to be initiated commencing with the effective date of the Administrator's approval of the Permit modification request or the date of certification of any new wells that are installed, whichever is later.

IV.A.1.c. Criteria for establishing whether a release that may have adverse effects on human health and the environment has occurred from the OB/OD unit to ground water at the point of compliance wells. The Permittee shall propose one, the other, or a combination of the following methods, at the election of the Permittee, for determining the existence of a release:

     i.    Comparison of measured ground-water concentrations to concentration limits that will not pose a significant presence or potential risk to human health or the environment as long as the limits are not exceeded (risk-based concentration limits). The application for Permit modification shall include, as applicable, the proposed risk-based concentration limits and a detailed rationale and justification

20

for development of these limits.

    ii.    Statistical evaluation of the groundwater data in accordance with Permit Condition IV.F., including comparison of collected data to data representative of background concentrations of metals and, as applicable, explosives concentrations in ground-water samples up gradient of the OB/OD unit. The application for Permit modification shall include, as applicable, any proposed background concentrations and a detailed rationale and justification for establishment of these limits and the statistical method(s) to be used by the Permittee.

IV.A.1.d. Procedures for notification to the Administrator in accordance with Permit Conditions IV.H.4.a. and b. of an exceedance of a risk-based concentration limit and/or statistically significant evidence of a release and for immediate re-sampling of the well(s) that exhibited the exceedance for the particular constituent(s).

IV.A.1.e. If the release is confirmed, procedures in accordance with Permit Conditions IV.H.4.d. or e. and/or IV.H.5.a.-d., for submittal of an application for Permit modification.

IV.A.1.f. Procedures for conducting a trend analysis on the ground-water data. At minimum, the Permittee shall propose to construct and maintain a graph for each well that depicts the variation in concentrations with respect to time and to update these graphs after receiving the results of each sampling event. The Permittee shall determine for each well whether any of the parameters have exhibited what appears to be a significant trend toward increased concentrations. In the event a significant trend is apparent, the Permittee shall propose one or more of the following measures to address the apparent trend: re-sampling of the well(s) in question, notification to the Administrator of the results of the re-sampling and whether the apparent trend is confirmed or not, and, as applicable, proposed changes in operating and/or monitoring practices to address the apparent trend.

## IV.B. WELL LOCATION, INSTALLATION AND CONSTRUCTION

Upon the Administrator's approval of the application for Permit modification referenced in Permit Condition IV.A.1. and in accordance with the schedules contained in that approval, the Permittee shall install and maintain a ground-water monitoring system as specified below:

IV.B.1. The Permittee shall install and maintain the approved groundwater monitoring wells at the locations specified on a map to be submitted with the application for Permit modification. The map shall also provide unique identifiers for each well and shall identify point of compliance wells. The numbers and locations of the wells must be sufficient to identify and define the logical ground-water release pathways from the OB/OD unit based on the site-specific hydrogeologic characterization.

IV.B.2. The Permittee shall, for any wells constructed after the effective date of the Permit, construct and maintain the monitoring wells identified in Permit Condition IV.B.1. in accordance

21

**SER 396**

2-041

with the detailed plans and specifications to be submitted in and approved through the application for Permit modification.

IV.B.3. All wells deleted from the monitoring program shall be decommissioned in accordance with procedures to be specified in the application for Permit modification. The application shall also contain procedures for ensuring that well decommissioning methods and certification shall be submitted to the Administrator within thirty (30) days from the date the wells are removed from the monitoring program.

**IV.C. INDICATOR PARAMETER AND MONITORING CONSTITUENTS**

During the first year of groundwater monitoring, the Permittee established background levels for the explosive constituent cyclotrimethylene trinitramine (RDX), mercury, and lead for the site-monitoring program. The Administrator may allow determination of background quality for RDX, mercury, and lead based on samples from other wells on the installation.  Subsequent monitoring events will continue to analyze for these parameters.

**IV.D. SAMPLING AND ANALYSIS PROCEDURES**

The Permittee shall use the following techniques and procedures when obtaining and analyzing samples from the groundwater monitoring wells described in Permit Condition IV.B.

IV.D.1. Samples shall be collected using the techniques described in the sampling and analysis plan referenced in Permit Condition IV.A.1.b. as approved by the Administrator.

IV.D.2. Samples shall be preserved and shipped in accordance with the procedures specified in the sampling and analysis plan referenced in Permit Condition IV.A.1.b. as approved by the Administrator.

IV.D.3. Samples shall be analyzed in accordance with the procedures specified in the sampling and analysis plan referenced in Permit Condition IV.A.1.b. as approved by the Administrator.

IV.D.4. Samples shall be tracked and controlled using the chain-of-custody procedures specified in the sampling and analysis plan referenced in Permit Condition IV.A.1.b. as approved by the Administrator.

**IV.E. ELEVATION OF THE GROUNDWATER SURFACE**

IV.E.1. The Permittee shall determine the elevation of the groundwater surface at each well each time the groundwater is sampled.

IV.E.2. The Permittee shall record the surveyed elevation of the monitoring well(s) when installed (with as-built drawings).

**SER 397**

2-042

## IV.F. STATISTICAL PROCEDURES

IV.F.1. As applicable, when evaluating the monitoring results in accordance with Permit Condition IV.G. The Permittee shall use one of the following statistical methods:

IV.F.1.a. A parametric analysis of variance (ANOVA) followed by multiple comparison procedures to identify statistically significant evidence of contamination. The method must include estimation and testing of the contrasts between each compliance well mean and the background mean levels for each constituent.

IV.F.1.b. An analysis of variance (ANOVA) based on ranks followed by multiple comparison procedures to identify statistically significant evidence of contamination. The method must include estimation and testing of the contrasts between each compliance well median and the background median levels for each constituent.

IV.F.1.c. A tolerance or prediction interval procedure in which an interval for each constituent is established from the distribution of the background data, and the level of each constituent in each compliance well is compared to the upper tolerance or prediction limit.

IV.F.1.d. A control chart approach that gives control limits for each constituent.

IV.F.1.e. Another statistical test method submitted by the Permittee and approved by the Administrator.

IV.F.2. Any statistical method identified in Permit Condition IV.F.1. that is selected by the Permittee shall comply with the following performance standards, as appropriate, and shall be selected with regard to the appropriateness of these tests for site conditions as outlined in Statistical Analysis of Groundwater Monitoring Data at RCRA Facilities: Interim Final Guidance (EPA, OSW, 1989):

IV.F.2.a. The statistical method used to evaluate groundwater-monitoring data shall be appropriate for the distribution of chemical parameters or hazardous constituents. If the distribution of the chemical parameters or hazardous constituents is shown by the Permittee to be inappropriate for a normal theory test, then the data should be transformed or a distribution-free theory test should be used. If the distributions for the constituents differ, more than one statistical method may be needed.

IV.F.2.b. If an individual well comparison procedure is used to compare an individual compliance well constituent concentration with background constituent concentrations or a ground-water protection standard, the test shall be done at a Type 1 error level no less than 0.01 for each testing period. If a multiple comparisons procedure is used, the Type 1 experiment-wise error rate for each testing period shall be no less than 0.05; however, the Type 1 error of no less than 0.01 for individual well comparisons must be maintained. This performance level does not apply to tolerance intervals, prediction intervals, or control charts.

23

**SER 398**

IV.F.2.c. If a control chart approach is used to evaluate groundwater monitoring data, the specific type of control chart and its associated parameter values shall be proposed by the Permittee and approved by the Administrator.

IV.F.2.d. If a tolerance interval or a prediction interval is used to evaluate groundwater monitoring data, the levels of confidence and, for tolerance intervals, the percentage of the population that the interval must contain, shall be proposed by the Permittee and approved by the Administrator. These parameters will be determined after considering the number of samples in the background database, the data distribution, and the range of the concentration values for each constituent of concern.

IV.F.2.e. The statistical method shall account for data below the limit of detection with one or more statistical procedures that are protective of human health and the environment. Any practical quantification limit (PQL) that is used in the statistical method shall be the lowest concentration level that can be reliably achieved within specified limits of precision and accuracy during routine laboratory operating conditions that are available to the facility.

IV.F.2.f. If necessary, the statistical method shall include procedures to control or correct for seasonal and spatial variability as well as temporal correlation in the data.

**IV.G. MONITORING PROGRAM AND DATA EVALUATION**

IV.G.1. The Permittee shall collect, preserve, and analyze samples pursuant to Permit Condition IV.D.

IV.G.2. After approval of the application for Permit modification (Permit Condition IV.A.1.), the Permittee shall collect samples and conduct a determination semiannually as to whether there is an exceedance of a risk-based concentration limit and/or statistically significant evidence of contamination for the parameter and hazardous constituents specified in Permit Condition IV.C. The Permittee shall express the groundwater quality at each monitoring well in a form necessary for any determination of statistically significant increases (i.e., means and variances) and/or exceedance of a risk-based concentration limit.

IV.G.3. After approval of the application for Permit modification (Permit Condition IV.A.1.), the Permittee shall determine the groundwater flow rate and direction in the uppermost aquifer at least annually. Methods for flow monitoring shall be proposed by the Permittee in the application for Permit modification (Permit Condition IV.A.1.) and approved by the Administrator.

IV.G.4. After approval of the application for Permit modification (Permit Condition IV.A.1.), the Permittee shall determine whether there is an exceedance of a risk-based concentration limit and/or statistically significant increase over the background values for the parameter and hazardous constituents identified in Permit Condition IV.C. each time groundwater quality is determined at the compliance point. In determining whether such an increase has occurred, the Permittee must compare the groundwater quality at each monitoring well specified in Permit

24

**SER 399**

2-044

Condition IV.B.1. to the risk-based concentration limits established through Permit Condition IV.A.1c.i. and/or the background value established through Permit Condition IV.A.1.c.ii. in accordance with one or more of the statistical procedures specified in Permit Condition IV.F. as applicable.

## IV.H. RECORDKEEPING AND REPORTING

IV.H.1. The Permittee shall enter all monitoring, testing, and analytical data obtained in accordance with Permit Condition IV.G. in the facility operating record. The data must include all computations and results associated with statistical tests, if used in evaluating groundwater monitoring data.

IV.H.2. The established risk-based concentration limits and/or background values and the computations necessary to determine these limits and/or values must be submitted to the Administrator.

Groundwater monitoring data collected, including actual levels of constituents, must be maintained in the facility operating record.

IV.H.3. The Permittee shall submit to the Administrator the analytical results required by Permit Condition IV.G.2. the groundwater flow rate and direction results required by Permit Condition IV.G.3., and the results of the initial analyses required by Permit Condition IV.G.4. in a semiannual site monitoring report to be submitted within sixty (60) days of receipt of analytical results from each semiannual sampling event.

IV.H.4. If the Permittee determines, pursuant to Permit Condition IV.G. that there is an exceedance of a risk-based concentration limit and/or a statistically significant increase above the background values for the parameter or hazardous constituents specified in Permit Condition IV.C., the Permittee shall:

IV.H.4.a. Notify the Administrator in writing within seven (7) days of the determination.

IV.H.4.b. Immediately sample the groundwater in the well(s) that exhibited the increase and determine the concentration of the particular constituent(s) that have shown an exceedance of a risk-based concentration limit and/or statistically significant increase in concentration.

IV.H.4.c. As applicable, the Permittee may establish the background values for the particular constituent(s).

IV.H.4.d. If a statistically significant release is confirmed, based on an exceedance of background values, pursuant to the re-sampling required by Permit Condition IV.H.4.b, within ninety (90) days of receipt of analytical results from the re-sampling, submit to the Administrator an application for a Permit modification to establish a compliance monitoring program. The application must include the following information:

25

**SER 400**

An identification of the concentration of constituents found in the groundwater at each monitoring well at the compliance point.

Any proposed changes to the groundwater monitoring system at the facility necessary to meet the requirements of compliance monitoring.

    i.    Any proposed changes to the monitoring frequency, sampling and analysis procedures, or methods or statistical procedures used at the facility necessary to meet the requirements of compliance monitoring.

    ii.   For each hazardous constituent found at the compliance point, a proposed alternate background concentration limit or a notice of intent to seek an alternate concentration limit (ACL) for a hazardous constituent, or if no ACL will be sought a schedule for submittal of a corrective action feasibility plan in accordance with Part VI.A. [Adopts by reference 40 CFR Part 264.100] of the GHWMRs to the Administrator within one hundred eighty (180) days.

IV.H.4.e. If a release, which was identified based on an exceedance of a risk-based concentration limit, is confirmed pursuant to the re-sampling required by Permit Condition IV.H.4.b. within ten (10) days of receipt of analytical results from the re-sampling, the Permittee shall submit written notice to the Administrator that identifies the concentration(s) of constituents in the ground water at each monitoring well at the compliance point and that contains a notice of intent to submit an application for Permit modification that contains a corrective action feasibility plan.

Within 180 days of confirmation of the release identified pursuant to Permit Condition IV.H.4.e., the Permittee shall submit a corrective action feasibility plan in accordance with Part VI.A. [Adopts by reference 40 CFR Part 264.100] of the GHWMRs to the Administrator.

IV.H.5. If the Permittee determines, pursuant to Permit Condition IV.G. there is an exceedance of a risk-based concentration limit and/or statistically significant increase above the background values for the parameter and hazardous constituents specified in Permit Condition IV.C. it may demonstrate that a source other than a regulated unit caused the increase or that the increase resulted from error in sampling, analysis, or evaluation. In such cases, the Permittee shall:

IV.H.5.a. Notify the Administrator in writing within seven (7) days of the determination made pursuant to Permit Condition IV.G. that it intends to make a demonstration.

IV.H.5.b. Within ninety (90) days of the notice, submit a report to the Administrator, which demonstrates that a source other than a regulated unit caused the increase, or that the increase resulted from error in sampling, analysis, or evaluation.

IV.H.5.c. Within ninety (90) days of the notice, submit to the Administrator an application for a Permit modification to make any appropriate changes to the site-monitoring program at the facility.

**SER 401**

2-046

IV.H.5.d. Continue to monitor in accordance with the site-monitoring program at the facility.

**IV.I. REQUEST FOR PERMIT MODIFICATION**

If the Permittee or the Administrator determines the site monitoring program no longer satisfies the requirements of the regulations, the Permittee must, within ninety (90) days of its determination or receipt of written notice of the Administrator's determination, submit an application for a Permit modification to make any appropriate changes to the program which will satisfy the requirements of Part VI.A. [Adopts by reference 40 CFR Part 264, Subpart X] of the GHWMRs.

27

**SER 402**

# SECTION V - CONTINGENT POST-CLOSURE CARE

## V.A. UNIT IDENTIFICATION

In the event, the Permittee cannot or elects not to clean close the OB/OD unit, the Permittee shall provide post-closure care for the unit, subject to the terms and conditions of this Permit.

## V.B. POST-CLOSURE PROCEDURES AND USE OF PROPERTY

V.B.1. The Permittee shall conduct post-closure care for the OB/OD unit, to begin after completion of closure of the unit and continue for thirty (30) years after that date, except that the thirty (30) year post-closure care period may be shortened upon application and demonstration approved by the Administrator that the facility is secure, or may be extended if the Administrator finds this is necessary to protect human health and the environment, Part VI.A. [Adopts by reference 40 CFR 264.117(a)] of the GHWMRs.

V.B.2. The Permittee shall maintain and monitor the site monitoring system of Permit Condition IV during the post-closure period.

V.B.3. If the OB/OD unit cannot be clean-closed, it must be closed as a landfill or as a land treatment unit, at the election of the Permittee.

V.B.3.a. If the Permittee elects to comply with the requirements for landfills, the following are applicable, except to the extent they may be modified by the Administrator for this Subpart X unit, Part VI.A. [Adopts by reference 40 CFR 264.310(b)] of the GHWMRs:

Maintain the integrity and effectiveness of the final cover, including making repairs to the cap, as necessary, to correct the effects of settling, subsidence, erosion, or other events;

Maintain and monitor the site monitoring system provided for in Permit Condition IV;

Prevent run-on and run-off from eroding or otherwise damaging the area

Protect and maintain surveyed benchmarks used in complying with the surveying and record keeping requirements of Part VI.A. [Adopts by reference 40 CFR 264.309] of the GHWMRs.

V.B.3.b. If the Permittee elects to comply with the requirements for land treatment units, the post-closure criteria in Part VI.A. [Adopts by reference 40 CFR 264.280(c)(2)-(6) and (d) and (e)] of the GHWMRs, are applicable, except to the extent these criteria may be modified by the Administrator for this Subpart X unit.

V.B.4. The Permittee shall comply with any security requirements required by the Administrator pursuant to Part VI.A. [Adopts by reference 40 CFR 264.117(b)] of the GHWMRs.

28

**SER 403**

V.B.5. The Permittee shall not allow any use of the OB/OD unit, which will disturb the integrity of any final cover, any components of the containment system, or the function of the facility's monitoring system during the post-closure care period. Part VI.A. [Adopts by reference 40 CFR 264.117(c)] of the GHWMRs.

V.B.6. The Permittee shall implement the Contingent Post-Closure Plan. All post-closure care activities must be conducted in accordance with the provisions of the Contingent Post-Closure Plan. Part VI.A. [Adopts by reference 40 CFR 264.117(d) and 264.118(b)] of the GHWMRs.

## V.C. INSPECTIONS

The Permittee shall inspect the components, structures, and equipment at the closed OB/OD unit in accordance with the Inspection Schedule in the Contingent Post-Closure Plan. Part VI.A. [Adopts by reference 40 CFR 264.117(a)(1)(ii)] of the GHWMRs.

## V.D. NOTICES AND CERTIFICATION

V.D.1. No later than sixty (60) days after certification of closure of the OB/OD unit, the Permittee shall submit to the Administrator a record of the types and estimated quantity of hazardous wastes treated at the OB/OD unit. For hazardous wastes treated before January 12, 1981, the Permittee shall identify the type, location, and quantity of the hazardous wastes to the best of its knowledge and in accordance with any records it has kept. Part VI.A. [Adopts by reference 40 CFR 264.119(a)] of the GHWMRs.

V.D.2. No later than submission of certification of closure of the OB/OD unit, the Permittee shall:

V.D.2.a. Submit the survey plat referenced in Permit Condition II.M.4.b. to the Administrator and DPW Real Estate Division of the Permittee.

V.D.3. If the Permittee or any subsequent owner or operator of the land upon which the OB/OD unit is located, wishes to remove hazardous wastes and hazardous waste residues, the liner, if any, or contaminated soils, then he shall request a modification to this Permit in accordance with the applicable requirements in Part XI.A. [Adopts by reference 40 CFR Part 124] and Part X.A. [Adopts by reference 40 CFR Part 270] of the GHWMRs. The Permittee or any subsequent owner or operator of the land shall demonstrate that the removal of hazardous wastes will satisfy the criteria of Part VI.A. [Adopts by reference 40 CFR 264.117(c)] of the GHWMRs.

V.D.4. No later than sixty (60) days after completion of the established post-closure care period for the OB/OD unit, the Permittee shall submit to the Administrator, by registered mail, a certification that the post-closure care for the OB/OD unit was performed in accordance with the specifications in the approved Contingent Post-Closure Plan. The certification must be signed by the Permittee and an independent registered professional engineer. Documentation supporting the independent, registered professional engineer's certification must be furnished to the

29

**SER 404**

2-049

Administrator upon request. Part VI.A. [Adopts by reference 40 CFR 264.120] of the GHWMRs.

**V.E. FINANCIAL ASSURANCE**

V.E.1. In accordance with Part VI.A. [Adopts by reference 40 CFR 264.140] of the GHWMRs, the federal government is exempt from the financial assurance requirements of Part VI.A. [Adopts by reference 40 CFR Part 264, Subpart H] of the GHWMRs. Consequently, a cost estimate and financial assurance mechanism for post-closure care of the OB/OD unit are not required.

**V.F. POST-CLOSURE PERMIT MODIFICATIONS**

The Permittee must request a permit modification to authorize a change in the approved Contingent Post-Closure Plan. This request must be in accordance with applicable requirements of Part XI.A. [Adopts by reference 40 CFR Part 124] and Part X.A. [Adopts by reference 40 CFR Part 270] of the GHWMRs, and must include a copy of the proposed amended Post-Closure Plan for approval by the Administrator. The Permittee shall request a permit modification whenever changes in operating plans or facility design affect the approved Post-Closure Plan, there is a change in the expected year of final closure, or other events occur during the active life of the facility that affect the approved Post-Closure Plan. The Permittee must submit a written request for a permit modification at least sixty (60) days prior to the proposed change in facility design or operation, or no later than sixty (60) days after an unexpected event has occurred which has affected the Post-Closure Plan.  Part VI.A. [Adopts by reference 40 CFR Part 264.118(d)] of the GHWMRs.

30

**SER 405**

## SECTION VI: ADDITIONAL PERMIT CONDITION

The application for Permit modification for the open burning improvements (Permit Condition III.K) shall also include a description of the measures, including confirmatory sampling. The Permittee shall take to ensure that the area of the OB/OD unit, where the open burning component(s) will be located is evaluated, as needed, and measures taken to protect from installation of a permanent structure or structures over an area where unexploded ordnance, debris, or scrap are located. Any soil or material that must be removed during construction and that will not be re-deposited at the unit for construction shall be properly characterized and removed to an authorized on or off-site treatment, storage, disposal, or recycling facility. The certification of construction to be submitted by the Permittee to the Administrator upon completion of the improvement shall include a description of how any excavated soil or material were characterized and managed.

31

**SER 406**

2-051

# SECTION VII - CORRECTIVE ACTION FOR SOLID WASTE MANAGEMENT UNITS

Andersen Air Force Base began a base wide RCRA corrective action program in 1984.  Many SWMUs have been identified at the Base.  These SWMUs are widespread throughout the base and include such units such as landfills, drum storage areas, and fire training areas.   After the Base was listed on the National Priorities List as a Superfund site in 1992, the Air Force entered into a three-party Federal Facilities Agreement (FFA) with USEPA Region IX and Guam Environmental Protection Agency.   Under this agreement, SWMUs under the RCRA correction action program were to have been cleaned up under the Superfund.   However, additional SWMUs have been identified that are not covered under the FFA.   The Air Force has begun the corrective action process on these SWMUs (see Table 2).   Regulatory oversight of corrective actions at the SWMUs not covered under the FFA will be accomplished through this Permit.

Guam EPA and USEPA Region IX shall review the Permittee's corrective action program.  The Permittee shall address comments from the Administrator and USEPA Region IX.   In addition, the Permittee shall conduct corrective action in accordance with the correction process described in this section, the schedule approved by the Administrator, and the references attached in this Section.

Specific Conditions are Pursuant to the Guam Hazardous Waste Management Regulations and the 1984 Hazardous and Solid Waste Amendments (HSWA) to RCRA for Andersen Air Force Base Guam EPA ID Number GU6571999519.

32

**SER 407**

2-052

## VII.A. DEFINITIONS

For purposes of these special conditions pursuant to the 1984 Hazardous and Solid Waste Amendments to RCRA and the Guam Hazardous Waste Management Regulations the following definitions shall apply:

"Administrator" means the Administrator of the Guam Environmental Protection Agency.

"Area of Concern" (AOC) means any discernable unit or area which, in the opinion of the Administrator, may have received solid or hazardous waste or waste containing hazardous constituents at any time. The Administrator may require investigation of the unit as if it were a SWMU. If shown to be a SWMU by the investigation, the AOC must be reported by the Permittee as a newly identified SWMU. If the AOC is shown not to be a SWMU by the investigation, the Administrator may determine that no further action is necessary and notify the Permittee in writing.

"CMS" means Corrective Measures Study.

"Days" means calendar days unless otherwise specified.

"Division Director" means the Division Director for the Hazardous Waste Management Division within the United States Environmental Protection Agency, Region IX.

"EPA" means the United States Environmental Protection Agency.

"Facility" means all contiguous property under the control of the United States Air Force seeking a permit under Subtitle C of RCRA.

"Guam EPA" means the Guam Environmental Protection Agency.

"GHWMRs" means the Guam Hazardous Waste Management Regulations

"Hazardous waste" means a solid waste as defined under the Guam Hazardous Waste Management Regulations (GHWMRs), or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may cause, or significantly contribute to, an increase in mortality or an increase in serious irreversible, or incapacitating reversible, illness; or pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed. The term hazardous waste includes hazardous constituent as defined below.

"Hazardous constituent" means any constituent identified the Part III of GHWMRs (Adopts Appendix VIII of 40 CFR Part 261, Appendix IX of 40 CFR Part 264).

"HSWA" means the 1984 Hazardous and Solid Waste Amendments to RCRA.

33

**SER 408**

2-053

"Permit" means the conditions embodied in these special conditions pursuant to Guam Hazardous Waste Management Regulations and the 1984 Hazardous and Solid Waste Amendments to RCRA.

"Permittee" means the United States Air Force Andersen Air Force Base, Guam EPA ID No. GU6571999519

"RCRA" means the Resource Conservation and Recovery Act of 1980 as amended by the Hazardous and Solid Waste Amendments (HSWA) of 1984.

"RCRA Permit" means the full permit, with GHWMRs, RCRA, and HSWA portions.

"RFA" means RCRA Facility Assessment.

"RFI" means RCRA Facility Investigation.

"Release" means any spilling, leaking, pouring, emitting, emptying, discharging, injecting, pumping, escaping, leaching, dumping, or disposing of hazardous wastes (including hazardous constituents) into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing hazardous wastes or hazardous constituents).

"Solid Waste Management Unit" (SWMU) means any discernible unit at which solid wastes have been placed at any time, irrespective of whether the unit was intended for the management of solid or hazardous waste. Such units include any area at a facility at which solid wastes have been routinely and systematically released.

"USEPA Region IX" means United States Environmental Protection Agency, Region IX.

If, subsequent to the issuance of this permit, regulations are promulgated which redefine any of the above terms, the Administrator may, at its discretion, apply the new definition to this permit.

**VII.B. STANDARD CONDITIONS**

VII.B.1. WASTE MINIMIZATION

The Permittee shall submit a certified plan according to Part X.A. [Adopts by reference 40 CFR 270.11] of the GHWMRs, in writing, annually, by December 1, for the previous year ending September 30, specifying that: the Permittee has a program in place to reduce the volume and toxicity of all hazardous wastes which are generated by the facility's operation to the degree determined to be economically practicable; and that the proposed method of treatment, storage, or disposal is the practicable method currently available to the Permittee which minimizes the present and future threat to human health and the environment. This certified plan must address the items below:

34

**SER 409**

2-054

Any written policy or statement that outlines goals, objectives, and/or methods for source reduction and recycling of hazardous waste at the facility;

Any employee training or incentive programs designed to identify and implement source reduction and recycling opportunities;

Any source reduction and/or recycling measures implemented in the last five years or planned for the near future;

An itemized list of the dollar amounts of capital expenditures (plant and equipment) and operating costs devoted to source reduction and recycling of hazardous waste;

Factors that have prevented implementation of source reduction and/or recycling;

Sources of information on source reduction and/or recycling received at the facility (e.g., local government, trade associations, suppliers, etc.);

An investigation of additional waste minimization efforts, which could be implemented at the facility. This investigation shall analyze the potential for reducing the quantity and toxicity of each waste stream through production reformulation, recycling, and all other appropriate means. The analysis shall include an assessment of the technical feasibility, cost, and potential waste reduction for each option;

The Permittee shall submit a flow chart or matrix detailing all hazardous wastes it produces by quantity, type, and building/area.

The Permittee shall demonstrate the need to use those processes, which produce a particular hazardous waste due to a lack of alternative processes, or available technology that would produce less hazardous waste.

The Permittee shall include this certified plan in the operating record. This section applies to the RCRA Permit.

VII.B.2. DUST SUPPRESSION

Pursuant to the Part VIII.A. [Adopts by reference 40 CFR 266.23(b)] of the GHWMRs, the Permittee shall not use waste or used oil or any other material which is contaminated with dioxin, polychlorinated biphenyl's (PCBs), or any other hazardous waste (other than a waste identified solely on the basis of ignitability), for dust suppression or road treatment. This section applies to the RCRA Permit.

VII.B.3. PERMIT MODIFICATION

If at any time for any of the reasons specified in Part X.A. [Adopts by reference 40 CFR 270.41]

35

**SER 410**

2-055

of the GHWMRs, the Administrator determines that modification of this Permit is necessary, the Administrator may require the Permittee to request a permit modification per Permit Condition VII.B.3. or may initiate a modification according to Part XI.A. [Adopts by reference 40 CFR 124.5] of the GHWMRs, as follows:

Notify the Permittee in writing of the proposed modification and the date by which comments on the proposed modification must be received.

Publish a notice of the proposed modification in a locally distributed newspaper, broadcast the notice over a local radio station, mail a notice to all persons on the facility mailing list maintained according to Part XI.A. [Adopts by reference 40 CFR 124.10(c)(1)(ix)] of the GHWMRs, and place a notice in the facility's information repository (a central source of all pertinent documents concerning the remedial action, usually maintained at the facility or some other public place in the vicinity of the permitted facility, such as a public library).

If the Administrator receives no written comment on the proposed modification, the modification will become effective five (5) calendar days after the close of the comment period. The Administrator will:

Notify the Permittee in writing of the final decision.

Notify individuals on the facility mailing list in writing that the modification has become effective and shall place a copy of the modified permit in the information repository, if a repository is required for the facility.

If the Administrator receives written comment on the proposed modification, the Administrator will make a final determination concerning the modification after the end of the comment period.

The Administrator will:

Notify the Permittee in writing of the final decision.

Provide notice of the final modification decision in a locally distributed newspaper and place a copy of the modified permit in the information repository, if a repository is required for the facility.

The Permittee may initiate a permit modifications proceeding under Part X.A. [Adopts by reference 40 CFR 270.42] of the GHWMRs. All applicable requirements and procedures as specified in Part X.A. [Adopts by reference 40 CFR 270.42] of the GHWMRs shall be followed. Modifications of the Permit do not constitute a reissuance of the Permit.

VII.B.4. PERMIT REVIEW

This Permit may be reviewed by the Administrator three years after the date of permit issuance

36

**SER 411**

2-056

and may be modified as necessary as provided for in Permit Condition VII.B.3. Nothing in this section shall preclude the Administrator from reviewing and modifying the Permit at any time during its term. This section applies to the RCRA Permit.

VII.B.5. COMPLIANCE WITH PERMIT

Compliance with this Permit during its term constitutes compliance, for the purposes of enforcement, with Parts VI.A. and Part VIII.A. [Adopts by reference 40 CFR Parts 264 and 266] of the GHWMRs, only for those management practices specifically authorized by this Permit. The Permittee is also required to comply with Parts II, III, IV.A., and V.A. [Adopts by reference 40 CFR Parts 260, 261, 262, and 263] of the GHWMRs as applicable.

VII.B.6. SPECIFIC WASTE BAN

The Permittee shall not place in any land disposal unit wastes specified in Part IX.A. [Adopts by reference 40 CFR Part 268] of the GHWMRs, after the effective date of the prohibition unless the Administrator has established disposal or treatment standards for the hazardous waste and the Permittee meets such standards and other applicable conditions of this Permit. Because OB/OD is a treatment process, it is not subject to the land disposal restrictions imposed by Section 3004(d) through (m) of RCRA (52 Federal Register 46952, Dec. 10, 1987).

The Permittee may store wastes restricted under Part IX.A. [Adopts by reference 40 CFR Part 268] of the GHWMRs, solely for the purpose of accumulating quantities necessary to facilitate proper recovery, treatment, or disposal provided that it meets the requirements of Part IX.A. [Adopts by reference 40 CFR 268.50(a)(2)] of the GHWMRs, including, but not limited to, clearly marking each tank or container.

The Permittee is required to comply with all requirements of Part IX.A. [Adopts by reference 40 CFR 268.7] of the GHWMRs as amended. Changes to the waste analysis plan will be considered permit modifications at the request of the Permittee; pursuant to Part X.A. [Adopts by reference 40 CFR 270.42] of the GHWMRs. The Permittee shall perform a waste analysis at least annually or when a process changes, to determine whether the waste meets applicable treatment standards. Results shall be maintained in the operating record.

The Permittee must comply with requirements restricting placement of hazardous wastes in or on land which become effective by statute or promulgated under Part IX.A. [Adopts by reference 40 CFR Part 268) of the GHWMRs, regardless of requirements in the Permit. Failure to comply with the regulations may subject the Permittee to enforcement action under the GHWMRs and Section 3008 of RCRA. This section applies to the RCRA Permit.

VII.B.7. INFORMATION SUBMITTAL

Failure to comply with any condition of the Permit, including information submittal, constitutes a violation of the Permit and is grounds for enforcement action, permit amendment, termination,

**SER 412**

2-057

revocation, suspension, or denial of permit renewal application. Falsification of any submitted information is grounds for termination of this Permit in accordance with Part X.A. [Adopts by reference 40 CFR 270.43] of the GHWMRs.

The Permittee shall ensure that all plans, reports, notifications, and other submissions to the Administrator required in this Permit are signed and certified in accordance with Part X.A. [Adopts by reference 40 CFR 270.11] of the GHWMRs.  A summary of the planned reporting requirements pursuant to this Permit is found in Table 1.  Two (2) copies and one electronic copy each of these plans, reports, notifications, or other submissions shall be submitted to the Administrator by certified mail or hand delivered to:

> Administrator
> Guam Environmental Protection Agency
> 17-3304 Mariner Avenue Tiyan
> Barrigada, GU  96913-1617
> Attn: Hazardous Waste Management Program

An additional copy of these documents must be submitted to the following:

> U.S. Department of the Interior
> Fish and Wildlife Service
> Pacific Islands Office
> Post Office Box 50167
> Honolulu, HI 96850
> Attn: Field Supervisor

VII.B.8.  PLANS AND SCHEDULES INCORPORATED INTO PERMIT

All plans and schedules required by this Permit are, upon approval by the Administrator, incorporated into this Permit by reference and become an enforceable part of this Permit. Since required items are essential elements of this Permit, failure to submit any of the required items or submission of inadequate or insufficient information may subject the Permittee to enforcement action under Section 3008 of RCRA which may include fines, suspension, or revocation of the Permit.

Any noncompliance with approved plans and schedules shall be termed noncompliance with this Permit. Written requests for extensions of due dates for submittals may be granted by the Administrator in accordance with Permit Condition VII.B.3.

If the Administrator determines that actions beyond those provided for, or changes to what is stated herein are warranted, the Administrator may modify this Permit according to procedures in Permit Condition VII.B.3.

38

**SER 413**

VII.B.9. DATA RETENTION

All raw data, such as laboratory reports, drilling logs, bench-scale or pilot-scale data, and other supporting information gathered or generated during activities undertaken pursuant to this Permit shall be maintained at the facility during the term of this Permit, including any reissued Permits.

**VII.C. SPECIFIC CONDITION - CLOSURE & POST-CLOSURE (Reserved)**

**VII.D. SPECIAL CONDITIONS**

Within 30 days from the Issuance of the Permit, the Permittee shall submit to the Administrator up to date status reports for all the SWMUs and Areas of Concerns (AOCs) covered under this Permit and/or not being addressed under the Andersen Air Force Base Federal Facilities Agreement. The reports shall include all relevant documents in the corrective action process. Permittee shall address all relevant and appropriate comments from the Administrator.

**VII.E. CORRECTIVE ACTION**

VII.E.1. CORRECTIVE ACTION FOR RELEASES

Section 3004(u) of RCRA, as amended by HSWA, and Part VI.A. [Adopts by reference 40 CFR 264.101] of the GHWMRs require that permits issued after November 8, 1984, address corrective action for releases of hazardous wastes including hazardous constituents from any solid waste management unit (SWMU) at the facility and Andersen Air Force Base, regardless of when the waste was placed in the unit. (Table 2 lists the SWMUs and AOCs that are covered under this Permit. Updates of the status for each SWMU are provided through the Quarterly Progress Report as required in the Submission Summary (Table 1).

VII.E.2 RELEASES BEYOND FACILITY BOUNDARY

The Permittee shall notify the Administrator verbally, within 24 hours of discovery, of any release of hazardous waste or hazardous constituents that has the potential to migrate off-site.

Section 3004(v) of RCRA as amended by HSWA, and Part VI.A. [Adopts by reference 40 CFR 264.101(c)] of the GHWMRs, require corrective actions beyond the facility property boundary, where necessary to protect human health and the environment, unless the Permittee demonstrates that, despite the Permittee's best efforts, the Permittee was unable to obtain the necessary permission to undertake such actions. The Permittee is not relieved of all responsibility to clean up a release that has migrated beyond the facility boundary where offsite access is denied.

VII.E.3. FINANCIAL RESPONSIBILITY

Assurances of financial responsibility for corrective action shall be provided as specified in the Permit following major modification for remedy selection. The federal government is exempt

39

**SER 414**

from this requirement.

VII.E.4. DISPUTE RESOLUTION

The parties shall use their best efforts to informally and in good faith resolve all disputes or differences of opinion. If, however, disputes arise concerning the corrective action which the parties are unable to resolve informally, including but not limited to, disputes over implementation of work plans, approval of documents, scheduling of any work, selection, performance or completion of any corrective action, or any other obligation assumed hereunder, the Permittee shall present a written notice of such dispute and the basis for the objections to Guam EPA within ten business days of the receipt of Guam EPA's disapproval, decision or directive. The notice shall set forth the specific points of the dispute, the position the Permittee maintains should be adopted as consistent with the Permit's requirements, the basis therefore, and any matters which it considers necessary for Guam EPA's proper determination. Guam EPA shall provide to the Permittee a written statement of its decision on the pending dispute, which shall be incorporated into the final Permit unless the Permittee requests an opportunity for a conference. The existence of a dispute as defined herein and the consideration of such matters which are placed into dispute shall not excuse, toll, or suspend any compliance obligation or deadline while the dispute resolution process is pending.

If the Permittee objects to any Guam EPA determination regarding any requirement by Guam EPA that the Permittee perform work, the Permittee shall, within ten days of its receipt of Guam EPA's decision, notify the Administrator in writing of its objections, and may request an informal conference. The Administrator shall state in writing his/her decision regarding the factual issues in dispute. Such decision shall be the final resolution of the dispute and shall be implemented immediately by the Permittee according to the schedule contained therein.

## VII.F. REPORTING REQUIREMENTS

The Permittee shall submit, in accordance with Permit Condition VII.B.7., signed quarterly progress reports of all activities (i.e., RFI, CMS) conducted pursuant to the provisions of this Permit beginning no later than ninety (90) calendar days from the effective date of this Permit. This first progress report shall satisfy the reporting requirements for the particular calendar quarter that occurs within the 90 calendar days from Permit issuance. Thereafter, progress reports will be made within each consecutive calendar quarter of the year(s). These reports shall contain:

A description of the work completed and an estimate of the percentage of work completed;

Summaries of all findings, including summaries of laboratory data;

Summaries of all problems or potential problems encountered during the reporting period and actions taken to rectify problems;

40

**SER 415**

2-060

Projected work for the next reporting period;

Summaries of contacts pertaining to corrective action or environmental matters with representatives of the local community, public interest groups or State government during the reporting period;

Changes in key project personnel during the reporting period; and

Summaries of all changes made in implementation during the reporting period.

Copies of other reports (e.g., inspection reports), drilling logs and laboratory data shall be made available to the Administrator upon request.

In addition to the written reports, at the request of the Administrative Authority, the Permittee shall provide status review through semi-annual briefings with the Administrator.

## VII.G. NOTIFICATION REQUIREMENTS FOR AND ASSESSMENT OF NEWLY-IDENTIFIED SOLID WASTE MANAGEMENT UNITS (SWMUs)

The Permittee shall notify the Administrator, in writing, of any newly-identified SWMU(s) (i.e., a unit not specifically identified during the RFA), discovered in the course of groundwater-monitoring, field investigations, environmental audits, or other means, no later than 30 calendar days after discovery. The notification shall include the following items, to the extent available:

The location of the newly-identified SWMU in relation to other SWMUs;

The type and function of the unit;

The general dimensions, capacities, and structural description of the unit (supply any available drawings);

The period during which the unit was operated;

The specifics, to the extent available, on all wastes that have been or are being managed at the SWMU; and

Results of any sampling and analysis required for the purpose of determining whether releases of hazardous waste including hazardous constituents have occurred, are occurring, or are likely to occur from the unit.

Based on the results of this Notification, the Administrator will determine the need for further investigations or corrective measures at any newly identified SWMU(s). If the Administrator determines that such investigations are needed, the Administrator may require the Permittee to prepare a plan for such investigations. This plan will be reviewed for approval as part of the RFI

41

**SER 416**

2-061

Work Plan or a new RFI Work Plan under Permit Condition VII.J.3. The Permit will be modified according to Permit Condition VII.B.3., to incorporate the investigation requirements for the newly identified SWMU(s), if required.

## VII.H. NOTIFICATION REQUIREMENTS FOR NEWLY-DISCOVERED RELEASES AT SWMU(s)

The Permittee shall notify the Administrator in writing, no later than fifteen (15) calendar days after discovery, of any release(s) of hazardous waste or hazardous constituents associated with a SWMU discovered during the course of ground water monitoring, field investigation, environmental auditing, or other means. Such newly discovered releases may be from newly-identified units or from units for which, based on the findings of the RFA, the Administrator had previously determined no further investigation was necessary. The Administrator may require further investigation and/or interim measures for the newly identified release(s), and may require the Permittee to prepare a plan for the investigation and/or interim measure. The plan will be reviewed for approval as part of the RFI Work Plan or a new RFI Work Plan under Permit Condition VII.J.3. The Permit will be modified according to Permit Condition VII.B.3., to incorporate the investigation, if required.

## VII.I. INTERIM MEASURES

If during the course of any activity initiated under this Permit, the Administrator determines that a release or potential release of hazardous constituents from a SWMU poses a threat to human health and the environment, the Administrator may require interim measures. The Administrator shall determine the specific measure(s) or require the Permittee to propose a measure(s). The interim measure(s) may include a permit modification, a schedule for implementation, and a written plan. The Administrator shall notify the Permittee in writing of the requirement to perform interim measures. The Administrator shall modify this Permit according to Permit Condition VII.B.3. to incorporate interim measures into the Permit. The following factors will be considered by the Administrator in determining the need for interim measures:

Time required to develop and implement a final remedy;

Actual and potential exposure to human and environmental receptors;

Actual and potential contamination of drinking water supplies and sensitive ecosystems;

The potential for further degradation of the medium in the absence of interim measures;

Presence of hazardous wastes in containers that may pose a threat of release;

Presence and concentration of hazardous waste including hazardous constituents in soil that have the potential to migrate to ground water or surface water;

42

**SER 417**

Weather conditions that may affect the current levels of contamination;

Risks of fire, explosion, or accident; and

Other situations that may pose threats to human health and the environment.

**VII.J. RFI WORKPLAN**

Table 1 specifies the due date for the RFI Work Plan "As Determined". The RFI Work Plan must address releases of hazardous waste or hazardous constituents to all media for those SWMUs and AOCs listed in Table 2.

The work plan shall describe the objectives of the investigation and the overall technical and analytical approach to completing all actions necessary to characterize the direction, rate, movement, and concentration of releases of hazardous waste or hazardous constituents from specific units or groups of units, and their actual or potential receptors. The RFI Work Plan shall detail all proposed activities and procedures to be conducted at the facility, the schedule for implementing and completing such investigations, the qualifications of personnel performing or directing the investigations, including contractor personnel, and the overall management of the RFI. The Scope of Work for a RCRA Facility Investigation (RFI) is in Permit Condition VII.R.

The RFI Work Plan shall describe sampling, data collection quality assurance, and data management procedures, including formats for documenting and tracking data and other results of investigations, and health and safety procedures.

Development of the RFI Work Plan and reporting of data shall be consistent with the following EPA guidance documents or the equivalent thereof:

RCRA Facility Investigation Guidance Document (EPA 530/SW-89-031) May 1989;

RCRA Groundwater Monitoring Technical Enforcement Guidance Document (OSWER 9950.1) September 1986; and

Test Methods for Evaluating Solid Waste (SW 846, 3rd ed.) 2007.

After the Permittee submits the work plan, the Administrator will approve, disapprove, or modify the work plan in writing.

If the Administrator approves the work plan, the Permittee shall begin implementing the plan within two weeks (14 days) of receipt of approval, according to the schedule contained in the plan. All approved work plans become incorporated into this Permit as per Permit Condition VII.B.8.

In the event of disapproval (in whole or in part) of the work plan, the Administrator shall specify

43

**SER 418**

2-063

deficiencies in writing. The Permittee shall modify the plan to correct these within the timeframe specified in the notification of disapproval by the Administrative Authority. The modified work plan shall be submitted in writing to the Administrator for review. Should the Permittee take exception to all or part of the disapproval, the Permittee shall submit a written statement of the grounds for the exception within 10 days of receipt of the disapproval per Permit Condition VII.E.4.

The Administrator shall review for approval as part of the RFI Work Plan or as a new work plan any plans developed pursuant to Permit Condition VII.G., addressing further investigations of newly identified SWMUs, or Permit Condition VII.H., addressing new releases from previously-identified SWMUs.

## VII.K. RFI IMPLEMENTATION

Upon receipt of written approval from the Administrator for the RFI Work Plan, the Permittee shall implement the RFI according to the schedules and in accordance with the approved RFI Work Plan and the following:

The Permittee shall notify the Administrator and EPA at least 10 days prior to any sampling, testing, or monitoring activity required by this Permit to give Agency personnel the opportunity to observe investigation procedures and/or split samples.

Substantive deviations from the approved RFI Work Plan which are necessary during implementation of the investigations must be approved by the Administrator and fully documented and described in the progress reports and in the RFI Final Report.

## VII.L. RFI FINAL REPORT AND SUMMARY

Within sixty (60) calendar days after the completion of the RFI, the Permittee shall submit an RFI Final Report and Summary. The RFI Final Report shall describe the procedures, methods, and results of all investigations as described in Permit Condition VII.R.5. This includes SWMUs and their releases, the type and extent of contamination at the facility, sources and migration pathways, and actual or potential receptors. The RFI Final Report shall present all information gathered under the approved RFI Work Plan. The RFI Final Report must contain adequate information to support further corrective action decisions at the facility. The Summary shall summarize the RFI Final Report.

After the Permittee submits the RFI Final Report and Summary, the Administrator shall either approve or disapprove them in writing.

If the Administrator approves the RFI Final Report and Summary, the Permittee shall mail the approved Summary to all individuals on the facility mailing list established pursuant to 40 CFR 124.10(c)(1)(ix), within fifteen (15) calendar days of receipt of approval.

44

**SER 419**

2-064

If the Administrator determines the RFI Final Report and Summary do not fully meet the objectives stated in Permit Condition VII.R., the Administrator may disapprove the RFI Final Report and Summary. If the Administrator disapproves the Report, the Administrative Authority shall notify the Permittee in writing of the Report's deficiencies and specify a due date for submittal of a revised Final Report and Summary. Once approved, the Summary shall be mailed to all individuals on the facility mailing list as specified above.

## VII.M. DETERMINATION OF NO FURTHER ACTION

Based on the results of the RFI and other relevant information, the Permittee may submit an application to the Administrator for a Class III permit modification under Part X.A. of the GHWMRs [Adopts by reference 40 CFR 270.42(c)] to terminate the RFI/CMS process for a specific unit. This permit modification application must contain information demonstrating that there are no releases of hazardous waste including hazardous constituents from a particular SWMU at the facility that pose threats to human health and/or the environment, as well as additional information required in Part X.A. [Adopts by reference 40 CFR 270.42(c)] of the GHWMRs.

If, based upon review of the Permittee's request for a permit modification, the results of the RFI, and other information, including comments received during the sixty (60) days public comment period required for Class III permit modifications, the Administrator determines that releases or suspected releases which were investigated either are non-existent or do not pose a threat to human health and/or the environment, the Administrator will grant the requested modification. If necessary to protect human health or the environment, a determination of no further action shall not preclude the Administrator from requiring continued or periodic monitoring of air, soil, ground water, or surface water, when site-specific circumstances indicate that releases of hazardous waste or hazardous constituents are likely to occur.

A determination of no further action shall not preclude the Administrative Authority from requiring further investigations, studies, or remediation at a later date, if new information or subsequent analysis indicates a release or likelihood of a release from a SWMU at the facility that is likely to pose a threat to human health or the environment. In such a case, the Administrator shall initiate a modification to the Permit according to Permit Condition VII.B.3.

## VII.N. CMS PLAN

If the Administrator has reason to believe that a SWMU has released concentrations of hazardous constituents, or if the Administrative Authority determines that contaminants present a threat to human health or the environment given site-specific exposure conditions, the Administrative Authority may require a CMS and shall notify the Permittee in writing. The notification may also specify remedial alternatives to be evaluated by the Permittee during the CMS.

The Permittee shall submit a CMS Plan to the Administrator within forty-five (45) calendar days from notification of the requirement to conduct a CMS. The Scope of Work for a CMS Plan is in

45

**SER 420**

2-065

Permit Condition VII.S.3.

The CMS Plan shall provide the following information:

A description of the general approach to the investigation, and potential remedies;

A definition of the overall objectives of the study;

Specific plans for evaluating remedies to ensure compliance with remedy standards;

Schedules for conducting the study; and

The proposed format for the presentation of information.

After the Permittee submits the CMS Plan, the Administrator will approve, disapprove, or modify the plan in writing.

If the Administrator approves the CMS Plan, the Permittee shall implement the plan per Permit Condition VII.O.

In the event of disapproval (in whole or in part) of the CMS Plan, the Administrator shall specify deficiencies in writing. The Permittee shall modify the plan to correct these within the period specified in the notice of deficiency. The modified CMS Plan shall be submitted in writing to the Administrator for review. Should the Permittee take exception to all or part of the disapproval, the Permittee shall submit a written statement of the grounds for the exception within ten (10) days of receipt of the disapproval per Permit Condition VII.E.4.

## VII.O. CMS IMPLEMENTATION

No later than fourteen (14) calendar days after the Permittee has received written approval from the Administrator for the CMS Plan, the Permittee shall implement the Corrective Measures Study according to the schedules specified and in accordance with the approved CMS Plan. All approved plans become incorporated into this Permit as per Permit ConditionVII.B.8.

## VII.P. CMS FINAL REPORT AND SUMMARY

Within sixty (60) calendar days after the completion of the CMS, the Permittee shall submit a CMS Final Report and Summary. The Summary shall summarize the Final Report. The CMS Final Report shall discuss the results of investigations of each remedy studied and of any bench-scale or pilot tests conducted. It must include an evaluation of each remedial alternative. The CMS Final Report shall present all information gathered during the CMS, and must contain adequate information to support the remedy selection process. In the CMS Final Report, the Permittee shall propose a corrective action program that shall:

**SER 421**

2-066

Attain compliance with corrective action objectives for hazardous constituents in each medium, as established in Permit Condition VII.S.;

Control sources of releases;

Meet acceptable waste management requirements; and

Protect human health and the environment.

After the Permittee submits the CMS Final Report and Summary, the Administrator will either approve or disapprove them in writing.

If the Administrator approves the CMS Final Report and Summary, the Permittee shall mail the approved Summary to all individuals on the facility mailing list established pursuant to 40 CFR 124.10(c)(1)(ix), within fifteen (15) calendar days of receipt of approval.

If the Administrator determines the CMS Final Report and Summary do not fully meet the objectives stated in Permit Condition VII.S., the Administrator may disapprove the CMS Final Report and Summary. If the Administrator disapproves the Report, the Administrative Authority shall notify the Permittee in writing of the Report's deficiencies and specify a due date for submittal of a revised Final Report and Summary. Once approved, the Summary shall be mailed to all individuals on the facility mailing list as specified above.

Based on preliminary results and the CMS Final Report, the Administrative Authority may require the Permittee to evaluate additional remedies or particular elements of one or more proposed remedies.

## VII.Q. CORRECTIVE MEASURE (REMEDY) SELECTION AND IMPLEMENTATION

Within fifteen (15) calendar days from receipt of approval of CMS Final Report and Summary, the Permittee shall submit a Permit Modification request according to Permit Condition VII.B.3., for corrective measure (remedy) selection, based on the approved CMS Final Report. The resultant modified permit will include schedules for remedy implementation.

## VII.R. RFI SCOPE OF WORK

VII.R.1. PURPOSE

The purpose of the RFI is to determine whether a release of hazardous wastes or hazardous constituents has occurred and the nature and extent of releases of hazardous wastes or hazardous constituents from the solid waste management units. The required information shall include each item specified under Tasks I-III. The Permittee shall furnish all personnel, materials, and services necessary for, or incidental to, performing the RFI.

47

**SER 422**

2-067

If the Permittee believes that certain requirements of the Scope of Work are not applicable, the specific requirements shall be identified and a detailed rationale for inapplicability shall be provided.

VII.R.2. SCOPE

The RFI consists of three tasks:

TASK I:      RFI WORKPLAN

Introduction

Environmental Setting

Source Characterization

Contamination Characterization

Potential Receptor Identification

Data Collection Quality Assurance Plan

Data Management Plan

Health and Safety Plan

Community Relations Plan

Project Management Plan

Task II:      RCRA Facility Investigation

Task III:      RFI Final Report and Summary

VII.R.3. Task I: RFI Work Plan

The Permittee shall prepare a RFI Work Plan as specified in Permit Condition VII.J. The RFI Work Plan shall provide for and address the following information needs:

VII.R.3.a. Introduction

VII.R.3.a.1. Facility Description

48

**SER 423**

The introduction shall summarize the regional location, pertinent boundary features, general facility physiography, hydrogeology, and historical use of the facility for the treatment, storage, or disposal of solid and hazardous waste. Information from existing reports and studies is acceptable, as long as the source of this information is documented, pertinent, and reflective of current conditions. This section shall include:

Map(s) depicting the information specified below. All maps shall be consistent with requirements set forth in Part X.A. [Adopts by reference 40 CFR 270.14] of the GHWMRs and shall be of sufficient detail and accuracy to locate all current and future work performed at the site.

General geographic location;

Property lines, with the owners of all adjacent property clearly indicated, and all land previously owned and/or used by the Permittee around the facility;

Topography, waterways, wetlands, floodplains, water features, and drainage-patterns;

All tanks, buildings, utilities, paved areas, rights-of-way, and other features;

All solid waste management units;

All known past solid or hazardous waste treatment, storage and disposal areas or units regardless of whether they were active on November 19, 1980;

Surrounding land uses (residential, commercial, agricultural, recreational); and

The location of all production and ground water monitoring wells. These wells shall be clearly labeled and ground and top of casing elevations included (these elevations may be included as an attachment).

A history and description of ownership and operation, solid and hazardous waste generation, treatment, storage and disposal activities at the facility.

A summary of approximate dates or periods of past waste releases, identification of the materials released, the amount released, the location released, and a description of the response actions conducted (local, state, or Federal response units, or private parties), including any inspection reports or technical reports generated as a result of the response.

A reference to all environmental, geologic, and hydrogeologic studies performed by all parties, at or near the facility, with a short summary of the purpose, scope, and significant findings thereof.

A reference to all environmental permits, applied for and/or received, the purpose thereof, and a short summary of requirements.

49

**SER 424**

2-069

VII.R.3.a.2. Nature and Extent of Contamination

The Introduction shall summarize all possible source areas of contamination. This, at a minimum, should include all SWMUs. For each area, the Permittee shall identify the following:

Location of unit/area on a facility map;

Quantities of solid, hazardous, and radiochemical wastes;

Quantities of radiochemical and hazardous constituents, to the extent known; and

Identification of areas where additional information is necessary.

The Permittee shall prepare an assessment and description of the existing degree and extent of contamination. This should include:

Available monitoring data and qualitative information on locations and levels of contamination at the facility;

All potential migration pathways including information on geology, pedology, hydrogeology, physiography, hydrology, water quality, meteorology, and air quality; and

The potential impact(s) on human health or the environment, including demography, groundwater, and surface water use, and land use.

VII.R.3.a.3. Implementation of Interim Measures

The Permittee shall document and report on all interim measures which were or are being undertaken at the facility, including under state or Federal compliance orders, other than those specified in the Permit. This shall include:

Objectives of the interim measures: how the measure is mitigating a potential threat to human health or the environment and/or is consistent with and integrated into requirements for a long term solution;

Schedules for design, construction and monitoring; and

Schedule for progress reports.

VII.R.3.b. Environmental Setting

The work plan shall provide for collection of information to supplement and verify existing information on the environmental setting at the facility. The work plan shall provide for characterization of the following:

50

**SER 425**

VII.R.3.b.1. Hydrogeology

The work plan shall describe in detail a program to evaluate hydrogeologic conditions at the facility. This program shall provide for least the following information needs:

A description of the regional, local, facility wide and SWMU-specific geologic and hydrogeologic characteristics affecting ground water flow beneath the facility.

An analysis of any topographic features including surface water bodies that might influence the ground water flow system.

A representative and accurate classification and description of the hydrogeologic units which may be part of migration pathways at the facility (i.e., the aquifers and any intervening saturated and unsaturated units) based on field data, tests (e.g., gamma and neutron logging of existing and new wells, piezometers and borings), and cores.

The extent (depth, thickness, lateral extent) of hydrogeologic units which may be part of migration pathways based on field studies and cores, structural geology, and hydrogeologic cross sections, including:

Unconsolidated sand and gravel deposits;

Zones of fracturing or channeling in consolidated or unconsolidated deposits; and

Zones of high permeability or low permeability that might direct and restrict the flow of contaminants.

A description of representative water level or fluid pressure based on data obtained from ground water monitoring wells and piezometers installed up gradient and down gradient of the potential contaminant source. Information needs include: potentiometric surface maps; hydrologic cross sections showing vertical gradients; vertical and horizontal components of flow; temporal changes in hydraulic gradients; and flow nets.

A description of man-made influences that may affect site hydrogeology such as active and inactive local water supply and production wells, pipelines, french drains, and ditches.

VII.R.3.b.2. Soils

The Permittee shall describe in detail a program designed to characterize soil and rock units above the water table. Such characterization shall include, but is not limited to, the following information: surface soil distribution; soil profile, including ASTM and USCS classifications of soils; transects of soil stratigraphy; saturated hydraulic conductivity; porosity; cation exchange capacity (CEC); soil pH; particle size distribution; depth to water table; moisture content; effect of stratification on unsaturated flow; infiltration; evapotranspiration; residual concentration of

51

**SER 426**

2-071

contaminants in soil; total natural organic carbon content; and mineral and metal content.

VII.R.3.c. Source Characterization

The Permittee shall describe in detail a program designed to completely characterize the wastes and the areas where wastes have been placed, including: type, quantity, physical form, composition, disposition (containment and nature of wastes), and the facility characteristics affecting releases (e.g., facility security, engineered barriers). This shall include quantification of the following specific characteristics, at each source area:

Unit/disposal area characteristics, including but not limited to: location of unit/disposal area; type of unit/disposal area; design features; operating practices (past and present); period of operation; age of unit/disposal area; general physical conditions; and method used to close the unit/disposal area.

Waste characteristics, including but not limited to: type of waste placed in unit (hazardous classification, quantity, chemical composition); physical and chemical characteristics (physical form, physical description, temperature, pH, general chemical class, molecular weight, density, boiling point, viscosity, solubility in water, solubility in solvents, cohesiveness, vapor pressure); and migration and dispersal characteristics of the waste (sorption coefficients, biodegradability, photo degradation rates, hydrolysis rates, chemical transformations).

VII.R.3.d. Contamination Characteristics

The Permittee shall describe in detail a program to collect analytical data on ground water, soils, surface water, sediment, and subsurface gas contamination when necessary to characterize contamination from a SWMU. The data shall be sufficient to define the extent, origin, direction, and rate of movement of contaminant plumes. Data required shall include time and location of sampling, concentration found, media sampled, conditions during sampling, and the identity of the individual(s) performing the sampling and analysis. Each medium (ground water, surface water and sediments, soil, air, and gas) must be investigated. If the Permittee believes certain media could not be affected by a release from a specific unit, a detailed justification for not investigating those media must be provided. The Permittee shall address the following types of contamination at the facility:

VII.R.3.d.1. Groundwater Contamination

The work plan shall describe in detail a program of ground water investigation to characterize any plumes of contamination at the facility. The program shall at a minimum provide for the following information:

A description of the horizontal and vertical extent of any immiscible or dissolved plume(s) originating from the facility;

**SER 427**

2-072

The horizontal and vertical direction of contamination movement;

The velocity of contaminant movement;

The horizontal and vertical concentrations of any 40 CFR Part 264 Appendix IX constituents reasonably expected to be present in the plume;

An evaluation of factors influencing the plume movement; and

An extrapolation of future contaminant movement.

VII.R.3.d.2. Soil Contamination

The Permittee shall describe in detail a program to characterize contamination of soil and rock units above the water table near the contaminant release. The program shall provide for the following information:

A description of the vertical and horizontal extent of contamination;

A description of contaminant and soil chemical properties within the contaminant source area. This includes contaminant solubility, speciation, adsorption, leachability, exchange capacity, biodegradability, hydrolysis, photolysis, oxidation, natural total organic carbon content, and other factors that might affect contaminant migration and transformation.

Plume migration and transformation; specific contaminant concentrations; the velocity and direction of contaminant movement; and an extrapolation to future contaminant movement.

VII.R.3.d.3. Surface Water and Sediment Contamination

The Permittee shall describe in detail a program to characterize contamination in surface water bodies and sediment resulting from contaminant releases at the facility. The investigation shall at minimum include the following:

A description of the surface water body including location, elevation, flow, velocity, depth, width, seasonal fluctuations, flooding tendencies, drainage patterns, and evapotranspiration rates.

A description of sediment characteristics including depositional area, thickness, mineralogy, grain size, density, ion exchange capacity, and total natural organic carbon content.

Maps for all areas included in surface water and sediment investigations, which meet requirements in 40 CFR 270.14 and which are sufficiently detailed and accurate to depict all the information required.

A description of the horizontal and vertical extent of any immiscible or dissolved plumes

**SER 428**

2-073

originating from the facility, and the extent of contamination in the underlying sediments; the horizontal and vertical direction and velocity of contaminant movement;

An evaluation of the physical, biological, chemical, and radiochemical factors influencing contaminant movement;

An extrapolation to future contaminant movement;

A description of the chemistry of the contaminated surface waters and sediments. This includes pH, temperature, total dissolved solids, total suspended solids, biochemical oxygen demand, alkalinity, conductivity, dissolved oxygen profiles, nutrients, chemical oxygen demand, total organic carbon, and specific contaminant concentrations.

VII.R.3.d.4. Air Contamination

The Permittee shall describe in detail a program to characterize particulate and gaseous contaminants released into the atmosphere. This investigation shall provide the following information:

A description of the horizontal and vertical direction and velocity of contaminant movement;

The rate and quantity of the release;

The chemical, radiochemical, and physical composition of the contaminants released;

Horizontal and vertical concentration profiles.

VII.R.3.d.5. Subsurface Gas

The Permittee shall describe in detail a program to characterize the nature, rate, and extent of releases of reactive gases from the units. Such a program shall include, but is not limited to: provisions for monitoring subsurface gases released from the unit, and an assessment of the potential for threat to human health and/or the environment.

VII.R.3.d.6. Potential Receptors

The Permittee shall describe in detail a program to collect data to describe human populations and environmental systems that are susceptible to contaminant exposure from the facility. Chemical and radiochemical analysis of biological samples may be needed. Data on observable effects in ecosystems may also be required. The following characteristics shall be identified:

Local uses and possible future uses of ground water, including:

Type of use (i.e., potable, domestic, agricultural, residential, industrial, municipal)

54

**SER 429**

2-074

Location of all ground waterwells, names of owners or tenants at those locations, USGS/DOD well designations, and current use of those wells within one (1) mile radius of facility.

Local uses and possible future uses of surface waters within a 1.5 mile radius of the facility, including domestic and municipal, recreational, agricultural, industrial, and environmental.

Human use of or access to the facility and adjacent lands, including but not limited to recreation, hunting, residential, commercial, and industrial.

A demographic profile of people who use or have access to the facility and adjacent land, including, but not limited to age, gender, and sensitive subgroups.

A description of the local ecology, including biota in surface water bodies on, adjacent to, or affected by the facility, and a description of any endangered or threatened species near the facility.

VII.R.3.d.7. Data Collection Quality Assurance Plan

The Permittee shall prepare a plan to document all monitoring procedures: sampling, field measurements, and sample analysis performed at the facility during the investigation to characterize the environmental setting, source, and contamination, so as to ensure that all information, data, and resulting decisions are technically sound, statistically valid, and properly documented.

The strategy section of the Data Collection Quality Assurance Plan shall include but not be limited to the following:

Description of the intended uses for the data, and the necessary level of precision and accuracy for those intended uses;

Description of methods and procedures to be used to assess the precision, accuracy and completeness of the measurement data;

Schedule and information to be provided in quality assurance reports, including at least:

Periodic assessment of measurement data accuracy, precision, and completeness;

Results of performance audits;

Results of systems audits; and

Significant quality assurance problems and resolutions.

The Sampling and Field Measurements Section of the Data Collection Quality Assurance Plan

55

**SER 430**

2-075

shall at least discuss:

Selecting appropriate sampling and field measurement locations, depths, etc.;

Providing a statistically sufficient number of sampling and field measurement sites;

Determining conditions under which sampling or field measurements shall be conducted;

Determining which parameters are to be measured and where;

Selecting the frequency of sampling and length of sampling period;

Selecting the types of sample (e.g., composites vs. grabs) and number of samples to be collected;

Delineating procedures designed to prevent contamination of sampling or field measurements equipment and cross contamination between sampling points;

Documenting field sampling operations and procedures;

Selecting appropriate sample containers;

Reserving samples;

Controlling chain-of-custody; and

Disposing of all contaminated materials generated by activities in a manner compliant with all state and Federal regulations.

The Sample Analysis shall include:

Chain-of-custody procedures;

Sample storage procedures and holding times;

Sample preparation methods;

Analytical procedures;

Calibration procedures and frequency;

Data reduction, validation and reporting; and

Frequency of internal quality control checks and laboratory performance audits.

56

**SER 431**

VII.R.3.d.8. Data Management Plan

The Permittee shall develop and initiate a Data Management Plan to document and track investigation data and results. This plan shall identify and setup data documentation materials and procedures (data record), project file requirements, and project-related progress reporting procedures and documents.

The data record shall include at least the following for all sample and field measurements: unique measurement code; measurement location; measurement type; laboratory ID number; property or component analyzed; and results of analysis.

The Data Management Plan shall provide the format to be used to present the data and conclusions of the investigation, etc.

The following shall be presented in tables: raw data; data sorted by significant features such as location, media, constituent; data reduction for statistical analysis; and summary data.

The following shall be presented in graphical formats (e.g., bar graphs, line graphs, plan maps, isopleth plots, cross-sections, three-dimensional displays, etc.): sampling location and grid; levels of contamination at each sampling location; geographical extent of contamination; and changes in concentration relative to source, time, depth, and other parameters.

VII.R.3.d. 9. Health and Safety Plan

The Permittee shall prepare a facility Health and Safety Plan, which shall include:

A description of the facility including availability of resources such as roads, water supplies, electricity and telephone services;

A description of the known hazards and evaluation of the risks associated with each activity conducted, including but not limited to on and off-site exposure to contaminants during implementation of interim measures;

A list of key personnel and alternatives responsible for site safety, response operations, and for protection of public health;

A delineation of the work area;

A description of levels of protection to be worn by personnel in the work area;

Procedures established to control site access;

Decontamination procedures for personnel and equipment;

**SER 432**

2-077

Site emergency procedures;

Emergency medical care procedures for injuries and toxicological problems;

Requirements for an environmental field monitoring program;

Routine and special training requirements for responders; and

Procedures for protecting workers from weather-related problems.

The Facility Health and Safety Plan shall comply with the OSHA regulations, particularly 29 CFR 1910 and 1926, and state and local regulations, as applicable.

VII.R.3.d.10. Community Relations Plan

The Permittee shall prepare a plan for dissemination of information to the public regarding investigation activities and results.

VII.R.3.d.11. Project Management Plan

The Permittee shall prepare a Project Management Plan, which will include a discussion of the technical approach, schedules, budget, and essential project personnel. The project management plan will also include a description of qualifications of important project personnel performing or directing the RFI, including contractor personnel. This plan shall also document the overall management approach to the RFI.

VII.R.4. Task II: RCRA Facility Investigation

The facility investigation activities shall follow the RFI Work Plan. All sampling and analyses shall be conducted in accordance with the Data Collection Quality Assurance Plan. All sampling locations shall be documented in a log and identified on a detailed site map. During the RFI, it may be necessary to revise the RFI Work Plan to increase or decrease the detail of information collected to accommodate the facility specific situation.

The Permittee shall conduct investigations of SWMUs previously identified with known or suspected releases of contamination to characterize the facility (Environmental Setting), define the source (Source Characterization), define the degree and extent of contamination (Contamination Characterization), and identify actual or potential receptors.

The investigations should result in data of adequate technical quality to develop and evaluate corrective measure alternatives during the Corrective Measures Study, when necessary.

VII.R.5. Task III: RFI Final Report and Summary

58

**SER 433**

2-078

The Permittee shall analyze all facility investigation data collected during the RFI process and prepare a detailed report on the type and extent of contamination at the facility including sources and migration pathways. All information generated during the investigation shall be presented and analyzed. All evidence and procedures used for making any determinations (e.g., velocity of groundwater, extent of contamination) shall be fully documented. The report shall describe extent of contamination (qualitative/quantitative) in relation to background levels indicative for the area. The report shall contain the results of all tests, calculations, inspections, record searches, and observations. It shall contain soil and ground water contamination profiles, statistical comparisons, and the results of all sampling events conducted as part of the investigation. It shall display results in tables, graphs, maps, and cross sections as discussed in the Data Management Plan and Permit Condition VII.R.3.g.2.

The Permittee shall identify all relevant and applicable standards for the protection of human health or the environment (e.g., National Ambient Air Quality Standards, federally approved state water quality standards, groundwater protection standards, etc.)

Data shall be evaluated to ensure it is sufficient in quality (e.g., quality assurance procedures have been followed) and quantity to describe the nature and extent of contamination, to evaluate the potential threat to human health or the environment, and to support a CMS, if required. The report shall present all data in an Appendix.

VII.R.5.a. General RFI Reporting Requirements

Two hard copies and one compact disc copy of all reports and data shall be submitted by the Permittee to the Administrator as specified in Permit Condition VII.B.7.

The RFI Work Plan shall be submitted by the Permittee to the Administrative Authority as described in Permit Condition VII.J.

The RFI Final Report and Summary shall be submitted by the Permittee to the Administrator as described in Permit Condition VII.L.

Within ninety (90) days of the effective date of this Permit, the Permittee shall provide the Administrator with signed, quarterly progress reports as specified in Permit Condition VII.F.1.

**VII.S. CORRECTIVE MEASURES STUDY (CMS) SCOPE OF WORK**

VII.S.1. Purpose

The purpose of the CMS is to develop and evaluate corrective measure alternatives and to recommend the corrective measure or measures to be taken. The required information shall include each item specified under CMS Tasks IV-VI. The Permittee will furnish the personnel, materials, and services necessary to prepare the CMS, except as otherwise specified.

**SER 434**

2-079

If the Permittee believes that certain requirements of the Scope of Work are not applicable, the specific requirements shall be identified and the rationale for inapplicability shall be provided.

VII.S.2. Scope

The Corrective Measure Study consists of three tasks:

Task IV: CMS Plan

a. Description of Current Situation

b. Establishment of Corrective Action Objectives

c. Description of Approach to CMS

d. Schedule for CMS

Task V: Corrective Measures Study

a. Identification of Corrective Measures Alternatives(s)

b. Screening of Corrective Measures Alternatives(s)

c. Development of Corrective Measures Alternative(s)

d. Evaluation of Corrective Measures Alternative(s)

e. Selection of Corrective Measures Alternative(s)

Task VI: CMS Final Report and Summary

VII.S.3. Task IV: CMS Plan

Description of Current Conditions

The Permittee shall briefly describe current conditions at the facility to update information provided in the RFI Final Report and Summary. This shall include previous and/or ongoing remedial activity or interim measures.

Establishment of Corrective Action Objectives

The Permittee shall propose to the Administrator for review and approval, facility specific objectives for the corrective action. These objectives shall be based on public health and environmental criteria, information gathered during the RFI, EPA guidance, and the

60

**SER 435**

requirements of any applicable Federal statutes and regulations.

Description of Approach to CMS

The Permittee shall describe the general approach to the corrective measures study. The approach shall include identification, development, screening, and evaluation of the corrective measure alternatives, as discussed in detail in Permit Condition VII.S.4. The Permittee shall describe specific plans for laboratory and bench-scale studies, or field studies, if needed. Specific plans for evaluating remedy effectiveness shall also be developed. The approach shall specify formats to be used for data presentation, including raw data, maps, charts, graphs, engineering schematics, construction design, etc.

Schedule

The Permittee shall develop a schedule for implementing the corrective measures study, and a schedule for submitting quarterly progress reports on the study implementation.

VII.S.4. Task V: Corrective Measures Study

The CMS consists of five (5) parts: identification, screening, development, evaluation, and selection of the corrective measure alternative(s).

VII.S.4.a. Identification of Preliminary Corrective Measure Alternative(s)

Based on the results of the RFI and the CMS Plan objectives, the Permittee shall identify all possible alternatives for removal, containment, treatment, and/or other remediation of the contamination.

VII.S.4.b. Screening of Preliminary Corrective Measure Alternatives

The Permittee shall screen the identified preliminary corrective measures alternatives to eliminate those that may not prove feasible to implement, that rely on technologies unlikely to perform satisfactorily or reliably, or that do not achieve the corrective action objective within a reasonable time period. This screening process focuses on eliminating those technologies, which have severe limitations for a given set of waste and site-specific conditions. The screening step may also eliminate technologies based on inherent technological limitations.

Site, waste, and technological characteristics, which are used to screen in applicable technologies, are described in more detail below:

Site Characteristics. Site data should be reviewed to identify conditions, which may limit or promote the use of certain technologies. Technologies whose use is clearly precluded by site characteristics should be eliminated from further consideration.

61

**SER 436**

2-081

Waste Characteristics. Identification of waste characteristics that limit the effectiveness or feasibility of technologies is an important part of the screening process. Technologies clearly limited by waste characteristics should be eliminated from consideration.

Technological Limitations. The level of technology development, performance records, and operation and maintenance problems shall be identified for each technology considered. Technologies that are unreliable, perform poorly, or are not fully demonstrated may be eliminated in the screening process.

VII.S.4.c. Development of Corrective Measures Alternatives

The Permittee shall develop corrective measures alternatives based on corrective measures objectives, and identification and screening of preliminary alternatives. The Permittee shall rely on engineering practices to determine which of the previously identified and screened technologies appear most suitable for the site. Technologies can be combined to form the overall corrective measure alternatives. The alternatives developed should represent a workable number of options that each appears to adequately address all site problems and corrective action objectives. Each alternative may consist of an individual technology or a combination of technologies. The Permittee shall document the reasons for excluding technologies.

When a new technology is proposed or similar waste streams have not routinely been treated or disposed of using the technology, the Permittee shall conduct laboratory and/or bench-scale studies to determine the applicability to facility conditions. The Permittee shall analyze the technologies, based on literature review, vendor contracts, and past experience to determine the testing requirements.

The Permittee shall develop a testing plan identifying the type(s) and goal(s) of the study (ies), the level of effort needed, and the procedures to be used for data management and interpretation. Upon completion of testing, the Permittee shall evaluate the testing results to assess the technology or technologies with respect to the site-specific questions identified in the test plan.

The Permittee shall prepare a report summarizing the testing program and its results, both positive and negative.

VII.S.4.d. Evaluation of Corrective Measures Alternative(s)

The Permittee shall evaluate each corrective measure alternative developed in Permit Condition VII.S.4.c. The evaluation shall be based on technical, environmental, human health and institutional concerns. The Permittee shall also develop cost estimates for each corrective measure.

VII.S.4.d.1. Technical, Environmental, Human Health and Institutional Concerns

The Permittee shall provide a description of each corrective measures alternative which includes

62

**SER 437**

but is not limited to the following: preliminary process flow sheets; preliminary sizing and type of construction for buildings and structures; and rough quantities of utilities required. The Permittee shall evaluate each alternative in the four following areas:

Technical - The Permittee shall evaluate each corrective measure alternative based on performance, reliability, implementability, and safety.

The Permittee shall evaluate performance based on the effectiveness and useful life of the corrective measure:

Effectiveness shall be evaluated in terms of the ability to perform intended functions such as containment, diversion, removal, destruction, or treatment. The effectiveness of each corrective measure shall be determined either through design specifications or by performance evaluation.

Any specific waste or site characteristics, which could potentially impede effectiveness, shall be considered. The evaluation should also consider the effectiveness of combinations of technologies.

Useful life is defined as the length of time the level of effectiveness can be maintained. Each corrective measure shall be evaluated in terms of the projected service lives of its component technologies. Resource availability in the future life of the technology, as well as appropriateness of the technologies, must be considered in estimating the useful life of the project.

The Permittee shall provide information on the reliability of each corrective measure including operation and maintenance requirements and demonstrated reliability:

Operation and maintenance requirements include the frequency and complexity of operation and maintenance. Technologies requiring frequent or complex operation and maintenance activities should be regarded as less reliable than technologies requiring little or straightforward operation and maintenance. The availability of labor and materials to meet these requirements shall also be considered.

Demonstrated and expected reliability is a way of measuring risk and effect of failure. The Permittee should evaluate whether technologies have been used effectively under analogous conditions; whether the combination of technologies have been used together effectively; whether failure of any one technology has an immediate impact on receptors; and whether the corrective measure has the flexibility to deal with uncontrollable changes at the site.

The Permittee shall describe the implementation of each corrective measure including relative ease of installation and total time required achieving a given level of response.

Construction is determined by conditions both internal and external to facility conditions and includes such items as location of underground utilities, depth to water table, heterogeneity of subsurface materials, and location of facility (i.e., remote location vs. congested urban area). The

63

**SER 438**

2-083

Permittee shall evaluate what measures can be taken to facilitate construction under site specific conditions. External factors, which affect implementation, include the need for special permits or agreements, equipment availability, and the location of suitable off-site treatment or disposal facilities.

Time has two (2) components to be addressed: the time it takes to implement a corrective measure and the time it takes to see beneficial results. Beneficial results are defined as the reduction of contaminants to acceptable levels as established in the corrective measures objectives.

The Permittee shall evaluate each corrective measure alternative about safety. This evaluation shall include threats to the safety of nearby communities and environments as well as those to workers during implementation. Factors to consider include fire, explosion, and exposure to hazardous substances.

> Environmental: The Permittee shall perform an Environmental Assessment for each alternative. The assessment shall focus on facility conditions and pathways of contamination actually addressed by each alternative. The Environmental Assessment for each alternative will include at a minimum, an evaluation of the short- and long-term beneficial and adverse effects of the response alternative, evaluation of any adverse effects on environmentally sensitive areas, and an analysis of measures to mitigate adverse impacts.

> Human Health: The Permittee shall assess each alternative in terms of the extent to which it mitigates short- and long-term potential exposure to any residual contamination and protects human health both during and after implementation of the corrective measure. The assessment will describe the levels and characterizations of contaminants on-site, potential exposure routes, and potentially affected populations. Each alternative will be evaluated to determine the level of exposure to contaminants and the reduction over time. For management of mitigation measures, the relative reduction of impact will be determined by comparing residual levels of each alternative with existing criteria, standards, or regulations acceptable to the Administrator.

> Institutional: The Permittee shall assess relevant institutional needs for each alternative. Specifically, the effects of Federal, State, and Local environmental and public health standards, regulations, guidance, advisories, ordinances, or community relations on the design, operation, and timing of each alternative shall be considered, as applicable.

VII.S.4.d.2. Cost Estimate

The Permittee shall develop an estimate of the cost of each corrective measure alternative and for each phase or segment of the alternative. The cost estimate shall include capital, and operation

**SER 439**

2-084

and maintenance costs.

VII.S.4.d.2.a. Capital costs consist of direct and indirect costs.

Direct capital costs include:

Construction costs: Cost of materials, labor (including fringe benefits and worker's compensation), and equipment required to install the corrective measure alternative;

Equipment costs: Costs of treatment, containment, disposal, and/or servicing of equipment used to implement the action;

Land and site development costs: Expenses associated with purchase of land and development of existing property; and

Building and services costs: Costs of process and non-process buildings, utility connections, purchased services, and disposal costs.

Indirect capital costs include:

Engineering expenses: Costs of administration, design, construction, supervision, drafting, and testing of corrective measure alternatives;

Legal fees and license or permit costs: Administrative and technical costs necessary to obtain licenses and permits for installation and operation;

Start-up and shakedown costs: Costs incurred during corrective measure start-up; and

Contingency allowances: Funds to cover costs resulting from unforeseen circumstances such as adverse weather conditions, strikes, and inadequate facility characterization.

VII.S.4.d.2.b. Operation and maintenance costs (O&M)

O&M costs are post-construction costs necessary to ensure continued effectiveness of a corrective measure. The Permittee shall consider the following operation and maintenance cost components:

Operating labor costs: Wages, salaries, training, overhead, and fringe benefits associated with the labor needed for post-construction operation;

Maintenance materials and labor costs: Costs for labor, parts, and other resources required for routine maintenance of facilities and equipment;

Auxiliary materials and energy: Costs of such items as chemicals and electricity for treatment

65

**SER 440**

2-085

plant operations, water and sewer service, and fuel;

Purchased services: Sampling costs, laboratory fees, and professional fees, which can be predicted;

Disposal and treatment: Costs of transporting, treating, and disposing of waste materials, such as treatment plant residues, generated during operation;

Administrative costs: Costs associated with administration of corrective measures operation and maintenance not included under other categories;

Insurance, taxes, and licensing costs: Costs of such items as liability and accident insurance; real estate taxes on purchased land or rights-of-way; licensing fees for certain technologies; and permit renewal and reporting costs;

Maintenance reserve and contingency funds: Annual payments into escrow funds to cover costs of anticipated replacement or rebuilding of equipment, and any large unanticipated operation and maintenance costs; and

Other costs: Items that do not fit any of the above categories.

VII.S.4.e. Selection of Corrective Measures Alternative(s)

The Permittee shall select a corrective measure alternative using technical, human health, and environmental criteria. At a minimum, the following criteria shall be used to select the final corrective measure or measures.

VII.S.4.e.1. Technical

Performance - Corrective measure or measures which are most effective at performing their intended functions and maintaining performance over extended periods of time will be given preference;

Reliability - Corrective measure or measures which do not require frequent or complex operation and maintenance activities and have proven effective under conditions similar to those anticipated will be given preference;

Implementability - Corrective measure or measures which can be constructed and operated to reduce levels of contamination to attain or exceed applicable standards in the shortest period of time will be preferred; and
Safety - Corrective measure or measures, which pose the least threat to the safety of nearby residents and environments as well as workers during implementation, will be preferred.

VII.S.4.e.2. Human Health

**SER 441**

2-086

The corrective measure or measures must comply with existing EPA criteria, standards, or regulations for the protection of human health. Corrective measures, which provide the minimum level of exposure to contaminants and the maximum reduction in exposure with time, are preferred.

VII.S.4.e.3. Environmental

The corrective measure or measures imposing the least adverse impact or greatest improvement on the environment over the shortest period of time will be preferred.

VII.S.5. Task VI: CMS Final Report and Summary

The Permittee shall prepare a CMS Final Report and Summary presenting the results of the CMS and recommending a corrective action program. The Report shall at a minimum include:

A summary of all the corrective measure alternatives originally identified, and the screening rationale employed. The results of development of each alternative shall be described, and the evaluation of those developed shall be presented in detail. The report will describe the rationale for selection of a corrective measures alternative, including performance expectations, preliminary design criteria and rationale, general operation and maintenance requirements, and long-term monitoring requirements. The report shall include summary tables, which allow the alternative or alternatives to be easily understood. Tradeoffs among health risks, environmental effects, and other pertinent factors shall be highlighted.

A proposed corrective action program that will attain compliance with concentration level objectives, control sources of releases, meet acceptable waste management requirements, and protect human health and the environment.

Design and implementation precautions, including special technical problems, additional engineering data required, permits and regulatory requirements, access, easements, and right-of-way, health and safety requirements, and community relations activities.

Cost estimates and schedules including capital cost estimate, operation and maintenance cost estimate, and project schedule (design, construction, and operation).

A schedule for corrective measures (remedy) implementation.

VII.S.5.a. General CMS Reporting Requirements

Two (2) hard copies and electronic copy of all reports shall be submitted by the Permittee to the Administrator as specified in Permit Condition VII.B.7.

The CMS Plan shall be submitted by the Permittee to the Administrative Authority as described

67

**SER 442**

2-087

in Permit Condition VII.N.

The CMS Final Report and Summary shall be submitted by the Permittee to the Administrator as described in Permit Condition VII.P.

Within ninety (90) days of the date the Permittee is notified to begin a CMS, the Permittee shall provide the Administrator with signed, quarterly progress reports as specified in Permit Condition VII.F.1.

## VIII. Project Coordinator

Within ninety (90) days of the effective date of this Permit, the Permittee shall designate a Project Coordinator and shall notify the Administrator and USEPA Region IX in writing of the Project Coordinator it has selected.   The Permittee's Project Coordinator shall be responsible for overseeing the implementation of corrective action at the facility in accordance with this Part (Corrective Action) of the Permit and for designating a person to act in his or her absence.

The Permittee must provide at least seven (7) days written notice to the Administrator and USEPA Region IX before changing the Project Coordinator.

**SER 443**

2-088

Table 1: FACILITY CORRECTIVE ACTION SUBMISSION SUMMARY

Below is a summary of the planned reporting requirements pursuant to this Permit:

| Facility Submission/Action Requirements | Due Date |
|---|---|
| Designate Project Coordinator | Ninety (90) days from effective date of Permit |
| Notification of newly-identified SWMUs | Fifteen (15) calendar days after discovery |
| Notification of newly discovered releases | Fifteen (15) calendar days after discovery |
| Progress Reports on all activities | Quarterly, monthly, etc. no later than ninety (90) calendar days after Permittee is required to begin implementation. |
| SWMU Assessment Report | Thirty (30) calendar Days after the completion of the implementation of SWMU Assessment Plan |
| RFI Work Plan | As determined |
| Revised RFI Work Plan | As determined |
| Start RFI Implementation | Thirty (30) days from written approval |
| RFI Report and Summary Report | Sixty (60) calendar days after completion of RFI |
| Revised RFI Report and Summary Report | Thirty (30) calendar Days after notification of deficiency |
| Interim Measures Plan for interim measures required after permit issuance | Thirty (30) calendar days after notification |
| Revised Interim Measure Plan | As determined |

69

**SER 444**

2-089

Table 2:  AOCs/SWMUs Listing

| No. | Site ID | Location | Name | Permit | FFA | Status[1] |
|---|---|---|---|---|---|---|
| 1 | AOC 1 | 19017 | Hazardous Waste Storage Facility | X | | NFRAP |
| 2 | AOC 2 | 19013 | Hazardous Waste Accumulation/Storage Area | | X | Under Investigation |
| 3 | AOC 4 | 9016 | Asbestos Disposal Trench | | X | NFRAP |
| 4 | AOC 5 | North field | Trench of EIS Site 4 | | X | IRP2 |
| 5 | AOC 7A | 18006 | Aircraft Maintenance Shop – Battery shops | X | | NFRAP |
| 6 | AOC 7B | 18006 | Aircraft Maintenance Shop – Underground Storage Tanks | | X | NFRAP |
| 7 | AOC 7C | 18006 | Aircraft Maintenance Shop – Waste Products Storage Area | | X | NFRAP |
| 8 | AOC 7D | 18006 | Aircraft Maintenance Shop – Degreasing Unit | | X | NFRAP |
| 9 | AOC 8 | 2550 | Former Firefighter Training Area 3 | | X | IRP2 |
| 10 | AOC 9 | North field | Oil Blending Facility | | X | NFRAP |
| 11 | AOC 29 | 18018 | Hazardous Waste Storage Area | X | | NFRAP |
| 12 | SWMU 4 | 19015 | Outside Aircraft Washrack Oil/Water Separator | | X | Clean-Up Complete1 |
| 13 | SWMU 6 | 18027 | Outside Drum Storage Area | | X | NFRAP |
| 14 | SWMU 7 | 18017 | Inside Washrack Oil/Water Separator | X | | Active OWS |
| 15 | SWMU 8A | 18004 | Outside Drum Storage Area | | X | Clean-Up Complete1 |
| 16 | SWMU 8B | 18004 | East Oil/Water Separator | | X | Active OWS Clean-Up Complete2 |
| 17 | SWMU 8C | 18004 | West Oil/Water Separator | | X | OWS Removed2 Clean-Up Complete2 |
| 18 | SWMU 9 | 18006 | Outside Drum Storage Area | | X | NFRAP |
| 19 | SWMU 10 | 17006 | Outside Drum Storage Area | | X | NFRAP |
| 20 | SWMU 11 | 20021 | Outside Drum Storage Area | | X | Clean-Up Complete1 |
| 21 | SWMU 12 | 18040 | Outside Drum Storage Area | | X | Clean-Up Complete1 |
| 22 | SWMU 13A | 2600 | Outside Drum Storage Area | | X | NFRAP |

70

**SER 445**

2-090

| No. | Site ID | Location | Name | Permit | FFA | Status[1] |
|---|---|---|---|---|---|---|
| 23 | SWMU 13B | 2600 | Oil/Water Separator | X | | OWS Removed2 NFRAP1/2 |
| 24 | SWMU 15 | 2550 | Buildings 2550 and 2552 Oil/Water Separator | | X | Under Investigation |
| 25 | SWMU 16A | 26229 | Oil/Water Separator | X | | Active OWS Under Investigation |
| 26 | SWMU 16C | 26229 | Waste Oil Storage Tanks | | X | NFRAP |
| 27 | SWMU 17 | 26051 | Oil/Water Separator | | X | Active OWS Clean-Up Complete2 |
| 28 | SWMU 18 | 14507 | Outside Drum Storage Area | | X | Clean-Up Complete1 |
| 29 | SWMU 20D | 26101 | Service Station: Outside Drum Storage Area | | X | NFRAP |
| 30 | SWMU 20E | 26101 | Service Station: In-ground Sumps and Trenches | | X | NFRAP |
| 31 | SWMU 21C | 26000 | USAF Clinic, Photo lab: Incinerator | X | | NFRAP |
| 32 | SWMU 22A | 18017 | Aircraft Corrosion Control: Inside Drum Storage Area | | X | NFRAP |
| 33 | SWMU 22B | 18017 | Aircraft Corrosion Control: Inside Storage Room | | X | NFRAP |
| 34 | SWMU 22C | 18017 | Aircraft Corrosion Control: Outside Drum Storage Area | | X | NFRAP |
| 35 | SWMU 23A | 18004 | Hazardous Waste Satellite Accumulation Point | X | | NFRAP |
| 36 | SWMU 23B | 18004 | Used Petroleum Products Area | | X | NFRAP |
| 37 | SWMU 25 | 17000 | Defensive Fire Control: Drum Storage Area | X | | NFRAP |
| 38 | SWMU 27 | 18040 | Corrosion Control (Hazardous Waste Accumulation Area, Flammable Storage Room) | X | | NFRAP |
| 39 | SWMU 29A | 2799 | Industrial Corrosion Control – Drum Storage Area | | X | NFRAP |
| 40 | SWMU 29B | 2799 | Industrial Corrosion Control – Hazardous Materials Storage Areas and Associated Spill Areas | | X | NFRAP |
| 41 | SWMU 29C | 2799 | Industrial Corrosion Control – Septic System | | X | Under Investigation |
| 42 | SWMU 30C | 23022 | Aerospace Ground Equipment: Oil/Water Separator: Includes Settling Tank | | X | OWS Removed1/2 Under Investigation |
| 43 | SWMU 30D | 23022 | Aerospace Ground Equipment: Drum Storage Areas | | X | Under Investigation |

71

**SER 446**

**2-091**

| No. | Site ID | Location | Name | Permit | FFA | Status[1] |
|---|---|---|---|---|---|---|
| 44 | SWMU 31A | 26229 | Refueling Maintenance: Drum Storage Area | X | | NFRAP |
| 45 | SWMU 31B | 26229 | Refueling Maintenance: Spill Site | | X | NFRAP |
| 46 | SWMU 32A | 26051 | Auto Hobby Shop: Inside Drum Storage Area | X | | NFRAP |
| 47 | SWMU 32D | 26051 | Auto Hobby Shop: Used Petroleum Products Storage Area | X | | NFRAP |
| 48 | SWMU 32E | 26051 | Auto Hobby Shop: Abandoned Car Storage Area | | X | NFRAP |
| 49 | SWMU 32G/F | 26051 | Auto Hobby Shop: Used Battery Storage Area | | X | NFRAP |
| 50 | SWMU 33 | 26203 | Fuels Laboratory | | X | Clean-Up Complete1 |
| 51 | SWMU 34A | 26224 | Liquid Oxygen (LOX) Facility: Oil/Water Separators | | X | OWS Removed1/2 Clean-Up Complete1 |
| 52 | SWMU 34B | 26224 | Liquid Oxygen (LOX) Facility: Septic Tank and Leach Field | X | | NFRAP |
| 53 | SWMU 35A | 18002 | Bomb Renovation, Paint and Refrigeration: Inside Storage Area | | X | NFRAP |
| 54 | SWMU 35C | 18002 | Bomb Renovation, Paint and Refrigeration: Outside Storage and Staging Area | | X | Clean-Up Complete2 |
| 55 | SWMU 37A | 9004 | Line Delivery and Handling: Vehicle Maintenance Pit | | X | Clean-Up Complete1 |
| 56 | SWMU 40B | 20021 | Roads and Grounds (and heavy equipment shops): Flammable Materials Storage Room | X | | NFRAP |
| 57 | SWMU 40C | 20021 | Roads and Grounds (and heavy equipment shops): Equipment Washing Area – Washrack | | X | Clean-Up Complets2 |
| 58 | SWMU 41 | 17002 | Fire Protection Branch | | X | NFRAP |
| 59 | SWMU 42B | 18001 | Oil/Water Separator | | X | Active OWS Under Investigation |
| 60 | SWMU 42C | 18001 | Battery Shop | X | | NFRAP |
| 61 | SWMU 42D | 18001 | Hazardous Waste Satellite Accumulation Point | | X | NFRAP |
| 62 | SWMU 42E | 18001 | Drum Storage Area | | X | Clean-Up Complete1 |
| 63 | SWMU 42F | 18001 | Vehicle Salvage Area | | X | Clean-Up Complete2 |
| 64 | SWMU 43 | 14526 | Dumpster Washrack | | X | Clean-Up Complete2 |

72

**SER 447**

2-092

| No. | Site ID | Location | Name | Permit | FFA | Status[1] |
|---|---|---|---|---|---|---|
| 65 | SWMU 44 | 18020 | Hanger Oil/Water Separator | | X | Active OWS Clean-Up Complete1 |
| 66 | SWMU 46A | 26204 | POL Washrack Oil/Water Storage Area | | X | Active OWS Clean-Up Complete1 |
| 67 | SWMU 46B | 26204 | Outside Drum Storage Area | | X | Clean-Up Complete1 |
| 68 | SWMU 47C | NW field | Northwest Field – Power Plant: Waste Oil Storage | | X | Clean-Up Complete2 |
| 69 | SWMU 53B | Andy TF | Andersen 1 Tank Farm: Drum Storage Area | | X | Clean-Up Complete1 |
| 70 | SWMU 53C | Andy TF | Andersen 1 Tank Farm: Land Disposal Area | | X | Under Investigation |
| 71 | SWMU 53D | Andy TF | Andersen 1 Tank Farm: Routine Spill Site | | X | NFRAP |
| 72 | SWMU 53F | Andy TF | Andersen 2 Tank Farm: Collection Pit | | X | Under Investigation |
| 73 | SWMU 56 | IRP Site 01 | Landfill Complex – Landfill 01 | X | | NFRAP |
| 74 | SWMU 57 | IRP Site 33 | Drum Storage Area No. 2 | | X | Clean-Up Complete2 |
| 75 | DSA-1 | | Drum Storage Area No. 1 | | X | Active Site |

Note(s)

1    Status information provided in the December 2007 Remediation Report

**NFRAP** – No Further Response Action Planned Decision Document for Eight Areas of Concerns and 34 Solid Waste Management Units, Andersen AFB,  Guam.  EA Engineering, Science, and Technology dated November 2006

**IRP1** – Transferred to Installation Restoration Program for remedial design and remediation.

**IRP2** – Transferred to Installation Restoration Program for further investigation.

**NPDES** – Transferred to the National Pollution Discharge Elimination System Program for management.

**Clean-Up Complete1** – Documentation included in Final Remediation Verification Report for 13 Solid Waste Management Units at Andersen Air Force Base, Guam.  EA Engineering, Science, and Technology date June 2007

**Clean-Up Complete2** – Documentation included in *Final Remediation Verification Report for 9 Solid Waste Units at Andersen Air Force Base, Guam.*  EA Engineering, Science, and Technology dated June 2008

**OWS Removed1** – Final Closure and Decommissioning Report for 14 Oil-Water Separator Removals at Andersen Air Force Base, Guam dated March 2010.

**Active OWS/OWS Removed2** – Final Oil Water Separator Management Plan, July 2011.

**SER 448**

2-093

# Appendix A

## OB/OD Waste Analysis Plan

**SER 449**

2-094

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

# Table of Contents

| | | |
|---|---|---|
| 1.0 | Purpose | 1 |
| 2.0 | Related Documents | 2 |
| 3.0 | Definitions | 3 |
| 4.1 | Waste Analysis Procedures | 5 |
| 4.2 | EOD Flight Notification | 5 |
| 4.3 | General Item Identification | 5 |
| 4.4 | Comparison to Pre-Evaluated List | 5 |
| 4.5 | Treatment of Pre-Evaluated Munitions | 6 |
| 4.6 | Treatment Events Including Waste Munitions Not Pre-Evaluated | 7 |
| 5.0 | Documentation | 9 |

Attachments

Attachment 1  Environmental Performance Standards Waste Evaluation Flow Chart

Attachment 2  Table III-1, Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OB Event

Attachment 3  Table III-2, Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OD Event

Attachment 4  Table III-7, Ordnances Pre-Evaluated, Andersen AFB EOD RCRA Treatment Operations

Attachment 5  Waste Munitions Analysis Checklist

**SER 450**

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**1.0     Purpose**

Andersen Air Force Base Explosive Ordnance Disposal (EOD) treats waste munitions materials that meet the definition of hazardous waste under the United States Environmental Protection Agency and Guam Environmental Protection Agency regulatory definition. In addition to waste munitions treatment, the EOD range is also used for EOD proficiency training and EOD emergency response operations.

In addition, EOD Flight also detonates or burns other munitions materials which are not defined as hazardous wastes. This Waste Analysis Plan will be used to determine the treatability of the hazardous waste materials at Andersen AFB's EOD range.

The Waste Analysis Plan presents a procedurally oriented process for waste identification and determination of the treatability of the hazardous waste materials at Andersen AFB's EOD range. Waste sampling and analysis procedures are normally not necessary since the waste composition is already well documented for each waste to be treated. Furthermore, sampling and analysis procedures are normally not feasible due to the inherent safety issues associated with further undue handling of waste ordnance materials.

**SER 451**

1

2-096

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**2.0    Related Documents**

2.1    Environmental Performance Standards, Appendix I

2.2    T.O. 11A-1-42 General Instructions for Emergency Destruction of Munitions (EDM) This document provides information on accident prevention, description of demolition materials and firing system procedures (not releasable).

2.3    T.O. 1lA-1-46 This document provides supplementary technical information on each type of munition, including NEW, National Stock Number, hazard classification, and compatibility group (not releasable).

2.4    EOD 60 Series T.O.'s - These documents provide technical information for each type of munition regarding chemical and physical components and construction. These documents provide information on type, description of hazardous components, functioning, markings, and render safe procedures (not releasable).

2.5    Table III-1, Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OB Event, Attachment 3

2.6    Table III-2, Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OD Event, Attachment 4

2.7    Table III-7. Composition Data of Ordnances as Modeled for AAFB, Attachment 5

**SER 452**

2

2-097

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**3.0    Definitions**

AAFB: Andersen Air Force Base

ADR: Ammunition Disposition Requisition This is the request for the EOD Flight to dispose of munitions. This request is evaluated with respect to acceptability of waste for treatment prior to acceptance at EOD Flight.

AFK: Munitions Supply

DODIC: Department of Defense Identification Code

DOD: Department of Defense

DLA: Defense Logistics Agency, Disposition Services

Energetic Material: Any explosive material, whether contained within an ordnance or separated from the ordnance during treatment.

EPS: Environmental Performance Standards, a set of operational criteria presented within the Andersen AFB EOD RCRA Part B Application. These criteria include Limits on the amounts; types; and/or item constituents which are allowable for treatment at this EOD Range.

EOD: Explosive Ordnance Disposal

EOD Flight: Group of Andersen AFB personnel tasked with munitions disposal.

EOD Range: The area used by EOD personnel to perform treatment operations, EOD mission training, and emergency operations. The EOD Range is surrounded by a safety exclusion zone to minimize risk to human life during operations.

Explosive (Explosive Ordnance): Any chemical compound, mixture, or device whose primary purpose is to function by detonation or deflagration with instantaneous release of heat and gas.

Hazardous Waste: A solid waste that exhibits any of the characteristics of hazardous waste (ignitability, corrosivity, reactivity, and toxicity) or is a listed hazardous waste under RCRA (40 CFR 261.3).

Ignition Materials: Materials used to initiate the OB treatment process. These generally consist of a radio controlled igniter with a small quantity (10-20 gallons) of virgin diesel fuel.

**SER 453**

3

2-098

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Metallic Fragment: Any metallic material that remains following ordnance treatment. Metallic fragment can include items remaining in the OB or OD treatment units or ejecta thrown out during treatment.

Munitions Squadron:  The AAFB unit responsible for munitions related activities.

NEW: Net Explosive Weight is the mass of the explosive material within the particular munitions item.

Non-hazardous Waste: A solid waste that does not exhibit characteristics of hazardous waste.

NSN: National Stock Number, an internal DOD tracking number for each type of munitions.

Open Burning (OB): Combustion of PEP or explosive ordnance without the control of combustion air, containment of the combustion reaction in an enclosed device, or control of gaseous and particulate combustion products.

Open Detonation (OD): Unconfined, violent reaction of PEP or explosive ordnance without the control of combustion air, containment of the combustion reaction in an enclosed device, or control of emission of gaseous and particulate combustion products.

PEP:  Term used to refer collectively to propellants, explosives, and pyrotechnics.

Residue: Any material remaining from OB/OD activities. Residue may include materials from non-RCRA treatment OB/OD operations (i.e. training, or emergency operations) which may also take place on the EOD Range.

T.O. Documents:  DOD Technical Order documents.

**SER 454**

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**4.1      Waste Analysis Procedures**

The Waste Analysis Procedure is essentially a waste identification process which is comprised of the following general steps.

- General item identification

- Comparison to a pre-evaluated list

- NEW quantity determination

- Specific component chemical identification

- Determination of treatment method

- Evaluation with respect to Environmental Performance Standards

The waste analysis procedure is then followed by a decision to proceed as proposed, proceed with a modified procedure, or not proceed with treatment of waste munitions.

A graphic presentation of these steps is shown in the Environmental Performance Standards Waste Evaluation Flow Chart. As shown in the Flow Chart, if the waste munitions have not been pre-evaluated, several additional evaluation steps are required.

**4.2      EOD Flight Notification**

The process is initiated when EOD Flight receives notification from AAFB AFK of a desire to treat waste munitions, normally via e-mail. This notification includes operational identification information such as ADR number, lot number(s), stock number, DODIC, common name, NEW, Condition code, and quantity of each item.

**4.3      General Item Identification**

EOD Flight researches each individual munition type listed in the ADR by using the 60-series TO that covers the munition item and/or TO 11A-1-46. The information in these documents is used to confirm the identification of each type of munition on the basis of physical description, characteristic markings, DODIC number (analogous to make and model number), and matching stock number.

**4.4      Comparison to Pre-Evaluated List**

Following identification of each munition, EOD determines whether each item has been pre-evaluated as acceptable for treatment by OB or OD.

**SER 455**

5

2-100

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

The munitions items which have been pre-evaluated as acceptable for treatment at AAFB's EOD Range are listed in Table III-7, along with the treatment method (OB or OD).

## 4.5 Treatment of Pre-Evaluated Munitions

The following steps are followed for treatment events which include only pre-evaluated waste munitions.

### 4.4.1 NEW Quantity Research

EOD Flight researches the NET Explosive Weight of the explosive materials within each munition using T.O. 11A-1-46 and/or the 60 Series T.O.s.

### 4.4.2 Evaluation of Environmental Performance Standard Restrictions

For a treatment event composed entirely of pre-evaluated items, the only additional evaluation is comparison of the munitions and quantities slated for treatment to the limitations presented in Table EPS-19 (for Open Burning treatment events) or Table EPS-21 (for Open Detonation treatment events) as appropriate. These two Environmental Performance Standards restrict the quantity of certain specific munitions per treatment event. (Item numbers refer to those presented in Table III-7)

**Table III-EPS 19**
**Maximum NEW per Open Burn Treatment Event**
**Andersen AFB EOD Range, RCRA Waste Treatment Operations**

| The maximum NEW for each OB event is 100 lbs, except for the following items. | |
|---|---|
| Item Nos. 10, 42,43,45, 50 | Restricted to 5 lbs (total NEW) |
| Item Nos. 36, 37, 38, 39, 40, 51 | Restricted to 10 lbs (total NEW) |
| Item No. 4 | Restricted to 50 lbs (total NEW) |

(reference: EPS 19)

**SER 456**

2-101

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**Table III-EPS 21**
**Maximum NEW per Open Detonation Treatment Event**
**Andersen AFB EOD Range, RCRA Waste Treatment Operations**

| The maximum NEW for each OD event is 600 lbs, except for the following items. | | |
|---|---|---|
| Total NEW (lbs) For OD Event | Maximum Munition Item NEW (lbs) | |
| | No. 95 | No. 14,15, |
| 1 | 0.26 | 1.0 |
| 5 | 0.54 | 2.7 |
| 20 | 0.64 | 3.2 |
| 50 | 1.4 | 7.0 |
| 100 | 2.1 | 10 |
| 200 | 3.5 | 17 |
| 300 | 5.0 | 25 |
| 400 | 6.7 | 33 |
| 500 | 8.3 | 42 |
| 600 | 10.0 | 50 |

(reference: EPS 21)

### 4.4.3 Treatment

Providing all munitions are listed in Table III-7, the proposed treatment event proceeds as proposed or is modified, if required, as per the restrictions imposed by Environmental Performance Standards #7, #19 and/or #21.

### 4.5 Treatment Events Including Waste Munitions Not Pre-evaluated

For munitions not listed as pre-evaluated, additional evaluation must be accomplished as follows for all munitions in the proposed treatment event.

EOD Flight researches the specific chemical components which makeup the explosive materials within each munition using the 60 Series EOD T.O.'s. Data gathered from the appropriate T.O. includes both chemical constituents and quantity of each constituent.

### 4.5.1 Treatment Events including Munitions Not Pre-evaluated Without Compounds of Concern

If the research of the munitions which were not pre-evaluated reveal no compounds of concern (metals and sulfur), the NEW of the munitions is totaled, and the proposed treatment event may proceed with only those restrictions imposed by EPS #7, #19 and/or #21.

### 4.5.2 Treatment Events including Munitions not Pre-evaluated with Compounds of Concern

**SER 457**

7

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

If the research of the munitions which were not pre-evaluated reveals they contain compounds of concern (metal and sulfur compounds), these compounds must then be evaluated for all munitions in the proposed treatment event.

The totals for each of the chemical components of concern are compared to the maximum permissible quantity of metals and sulfur per treatment event as specified in Table III-1 (for OB treatment) or Table III-2 (for OD treatment).

Following this evaluation, the proposed treatment event may proceed under the restrictions imposed by Table III-1 (for OB treatment) or Table III-2 (for OD treatment), or by EPS #7. #19 and/or #21 whichever is more restrictive.

**SER 458**

8

2-103

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**5.0    Documentation**

The procedures completed for evaluating the acceptability of the proposed waste munitions for treatment by either OB or OD are documented using the Waste Munitions Analysis Checklist (see Attachment 5).

**SER 459**

9

2-104

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Attachment 1

Environmental Performance Standards

Waste Evaluation Flow Chart

**SER 460**

10

APPENDIX A - OB/OD WASTE ANALYSIS PLAN



**Environmental Performance Standards
Waste Evaluation Flow Chart**

11

**SER 461**

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Attachment 2

Table III-1 Maximum Permissible Quantity of Metals and Sulfur that
can be Treated per OB Event, AAFB EOD RCRA Part B Application

**SER 462**

12

2-107

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

TABLE III – 1
Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OB Event
Andersen AFB EOD Range, RCRA Waste Treatment Operations

| Constituent | Quantity per Event (lbs) |
|---|---|
| Aluminum Cpds, as Al | 25.30 |
| Antimony Cpds, as Sb | 2.50 |
| Barium Cpds, as Ba | 0.51 |
| Calcium Cpds, as Ca | 0.34 |
| Copper Cpds, as Cu* | 0.00 |
| Iron Cpds, as Fe | 84.80 |
| Lead Cpds, as Pb | 2.72 |
| Magnesium Cpds, as Mg | 57.20 |
| Potassium Cpds, as K | 45.90 |
| Silver Cpds, as Ag | 1.02 |
| Sodium Cpds, as Na | 35.10 |
| Strontium Cpds, as Sr | 4.09 |
| Sulfur Cpds, as S | 0.63 |
| Tin Cpds, as Sn | 0.07 |
| Uranium Cpds, as U | 1.11 |
| Zinc Cpds, as Zn | 19.00 |

*Copper compounds not evaluated.
Historically no copper compound containing items have been treated by OB.

**SER 463**

2-108

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Attachment 3

Table III-2 Maximum Permissible Quantity of Metals and Sulfur that
can be Treated per OD Event, AAFB EOD RCRA Part B Application

**SER 464**

14

2-109

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**TABLE III – 2**
**Maximum Permissible Quantity of Metals and Sulfur that can be Treated per OD Event**
**Andersen AFB EOD Range, RCRA Waste Treatment Operations**

| | Maximum Quantity per Event (lbs) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Constituent | Total Event NEW 1 lb | Total Event NEW 5 lb | Total Event NEW 20 lb | Total Event NEW 50 lb | Total Event NEW 100 lb | Total Event NEW 200 lb | Total Event NEW 400 lb | Total Event NEW 600 |
| Aluminum Cpds, as Al | 4.03 | 8.36 | 13.98 | 21.62 | 32.43 | 54.04 | 101.33 | 152.00 |
| Antimony Cpds, as Sb* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Barium Cpds, as Ba | 0.07 | 0.14 | 0.23 | 0.36 | 0.54 | 0.89 | 1.67 | 2.51 |
| Calcium Cpds, as Ca | 0.20 | 0.42 | 0.71 | 1.10 | 1.64 | 2.74 | 6.13 | 7.70 |
| Copper Cpds, as Cu | 0.01 | 0.01 | 0.02 | 0.03 | 0.05 | 0.08 | 0.15 | 0.22 |
| Iron Cpds, as Fe | 8.32 | 17.26 | 28.87 | 44.66 | 66.99 | 111.64 | 209.33 | 314.00 |
| Lead Cpds, as Pb | 0.47 | 0.98 | 1.64 | 2.53 | 3.80 | 6.33 | 11.87 | 17.80 |
| Magnesium Cpds, as Mg | 8.47 | 18.14 | 30.34 | 46.93 | 70.40 | 117.33 | 220.00 | 330.00 |
| Potassium Cpds, as K | 0.36 | 0.75 | 1.25 | 1.93 | 2.90 | 4.84 | 9.07 | 13.60 |
| Silver Cpds, as Ag* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sodium Cpds, as Na | 5.59 | 11.60 | 19.40 | 30.01 | 45.01 | 75.02 | 140.67 | 211.00 |
| Strontium Cpds, as Sr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sulfur Cpds, as S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tin Cpds, as Sn* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uranium Cpds, as U* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Zinc Cpds, as Zn | 3.02 | 6.27 | 10.48 | 16.21 | 24.32 | 40.53 | 76.00 | 114.00 |

* Noted compounds not evaluated
Historically, no items containing these compounds have been treated by OD

**SER 465**

15

2-110

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Attachment 4

Table III-7 Ordnances Pre-Evaluated

Andersen AFB EOD RCRA Treatment Operations

**SER 466**

16

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Table III-7
Ordnances Pre-Evaluated
Andersen AFB EOD RCRA Treatment Operations
(Page 1 of 3)

| Ordnance # | Name | OB | OD |
|---|---|---|---|
| 1 | Cartridge, 5.56 mm Ball | X | X |
| 2 | Cartridge, 5.56 mm Ball/tracer | X | X |
| 3 | Cartridge, 5.56 mm Blank | X | X |
| 4 | Cartridge, 7.62 mm Blank | X | X |
| 5 | Cartridge, 7.62 Ball | X | X |
| 6 | Cartridge, 9 mm Para | X | X |
| 7 | Cartridge, 12 gauge | X | X |
| 8 | Cartridge, .30-06 | X | X |
| 9 | Cartridge, .357 Magnum | X | X |
| 10 | Cartridge, 20 mm HEI | | X |
| 11 | Cartridge, 40 mm | X | X |
| 12 | M58A3 40mm | | X |
| 13 | Simulator, Booby Trap | X | X |
| 14 | Cap, Electric blasting | | X |
| 15 | Cap, Non-electric blasting | | X |
| 16 | Cord, detonating | | X |
| 17 | FLSC 100 to 600 GPF | | X |
| 18 | Fuse, time | X | X |
| 19 | Igniter, M60 | X | X |
| 20 | Charge, demolition, M112 (C4) | | X |
| 21 | Charge, demolition, TNT | | X |
| 22 | Charge, assembly, demolition | | X |
| 23 | Demolition kit, Bangalore torpedo, M1A1 | | X |
| 24 | Charge, demolition block, M118 | | X |
| 25 | Charge, demolition roll | | X |
| 26 | Deta Sheet | | X |
| 27 | Charge, demolition, shaped 15lb | | X |
| 28 | Charge, demolition, shaped 40lb | | X |
| 29 | Cratering charge M180 | | X |
| 30 | Demolition kit, projected charge, M1 | | X |
| 31 | Dynamite, military, M1 | | X |
| 32 | Water Gel Explosive | | X |
| 33 | Single-base smokeless powder | X | X |
| 34 | Black powder | X | X |
| 35 | Fireworks, seal | X | X |
| 36 | Firing device, M1 | X | X |
| 37 | Firing device, demolition, M1A1 | X | X |
| 38 | Firing device, demolition, M5 | X | X |
| 39 | Firing device, demolition, M3 | X | X |
| 40 | Firing device, demolition, M1 | X | X |

**SER 467**

17

2-112

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Table III-7
Ordnances Pre-Evaluated
Andersen AFB EOD RCRA Treatment Operations
(Page 2 of 3)

| Ordnance # | Name | OB | OD |
|---|---|---|---|
| 41 | Cartridge, Fire Extinguisher | X | X |
| 42 | Detonator, percussion, M2A1 | X | X |
| 43 | Detonator, percussion, M1A2 | X | X |
| 44 | Cutter, line M21 | X | X |
| 45 | Detonator kit, M1 | | X |
| 46 | Cartridge, impulse | X | X |
| 47 | Cartridge set, impulse | X | X |
| 48 | Cartridge, initiator | X | X |
| 49 | Cartridge, actuator | X | X |
| 50 | Primer, percussion, cap | X | X |
| 51 | Firing device, demolition, M142 | X | X |
| 52 | Simulator, ground, M115/M116 | X | X |
| 53 | Smoke Pot | | X |
| 54 | Squib, Fire Extinguisher | X | X |
| 55 | Squib, M1 | X | X |
| 56 | Signal, Smoke/illuminating | X | X |
| 57 | Kit, Aot Deploy | X | X |
| 58 | 2 Bomblet | | X |
| 59 | M74 Bomblet | | X |
| 60 | AN/M50 | | X |
| 61 | Bomb, MK 82 | | X |
| 62 | Bomb, M117 | | X |
| 63 | Fuze, Type 93 | | X |
| 64 | Fuze, FMU 113/B | | X |
| 65 | Fuze, FMU 54A/B | | X |
| 66 | Fuze, MK 28 | | X |
| 67 | Fuze, MK18 | | X |
| 68 | Fuze, M905 | | X |
| 69 | Booster, M147/M148 | | X |
| 70 | Mortar, M49A2 | | X |
| 71 | Mortar, Type 97 | | X |
| 72 | Projectile, 5 inch | | X |
| 73 | Projectile, high explosive | | X |
| 74 | Projectile, MK28 | | X |
| 75 | Projectile, MK34 | | X |
| 76 | Projectile, MK35 | | X |
| 77 | Projectile, MK44 | | X |
| 78 | Projectile, MK45 | | X |

**SER 468**

2-113

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Table III-7
Ordnances Pre-Evaluated
Andersen AFB EOD RCRA Treatment Operations
(Page 3 of 3)

| Ordnance # | Name | OB | OD |
|---|---|---|---|
| 79 | Projectile, MK165, 76 mm | | X |
| 80 | Projectile, White Phosphorus | | X |
| 81 | Rocket, LAW | | X |
| 82 | Rocket, LAW-35mm subcaliber | X | X |
| 83 | Mine, antipersonnel, M16 | | X |
| 84 | Mine, antipersonnel, M14 | | X |
| 85 | Mine, antipersonnel, M26 | | X |
| 86 | Mine, antitank, M15 | | X |
| 87 | Mine, antitank, M19 | | X |
| 88 | Mine, Claymore, M18 | | X |
| 89 | Flare, MK25 | | X |
| 90 | Flare, AN-M 26 | | X |
| 91 | Flare, MK124 | X | X |
| 92 | Flare, Personal distress | X | X |
| 93 | Flare, ALA17/B | X | X |
| 94 | MK 24 Cluster | | X |
| 95 | Grenade, MK1, Illuminating | | X |
| 96 | Grenade, M14 | X | X |
| 97 | Grenade, MK-2 | | X |
| 98 | Grenade, Smoke, M18 | X | X |
| 99 | Grenade, Type 97 | | X |
| 100 | Grenade, Type 99 | | X |
| 101 | Grenade, fragmentation | | X |
| 102 | Grenade, offensive, MK3A2 | | X |
| 103 | Weapons, Confiscated | | X |
| 104 | Ethylene Oxide | X | X |

**SER 469**

19

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Attachment 5

Waste Munitions Analysis Checklist

**SER 470**

20

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

Date of Request for Disposition of Waste Munitions:               _____
Proposed date of Waste Munitions Treatment Event:               _____

1.  Complete Proposed Waste Treatment Event Munitions Evaluation Form 1.

Form 1.  Proposed Waste Treatment Event Munitions Evaluation

| Item | Table III-7 Item # | Quantity | Individual Item NEW | Total NEW | Contaminants of Concern? |
|------|------|------|------|------|------|
| **Munitions Pre-Evaluated** | | | | | |
| | | | | | |
| **Munitions Not Pre-Evaluated** | | | | | |
| | n/a | | | | |
| | n/a | | | | |
| | n/a | | | ======== | |
| | | | Total NEW | | |

2.  Are all proposed wastes pre-evaluated?

    a.  YES_____               …. continue to STEP 3 ….

    b.  NO   _____               …. go to STEP 8 ….

**SER 471**

21

2-116

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

3. Total NEW for proposed event      _____

4. Verify acceptability with EPS #7.      _____

5. Verify acceptability with EPS #19 (Open Burn Treatment).      _____

     5a. 5 lb NEW restriction (Item Nos. 27, 28, 99, 100, 102, 111)      _____

     5b. 10 lb NEW restriction (Item Nos. 3, 104, 105, 106, 107, 108, 109, 113)   _____

     5c. 50 lb NEW restriction (Item No. 4)   _____

6. Verify acceptability with EPS #21 (Open Detonation Treatment)   _____

     6a. Any Item # 30      _____

     6b. Any Items # 12, 13, and/or 95      _____

7. Proceed with Treatment Event

8. Does research indicate any contaminants of concern (metals and sulfur) contained within waste munitions not pre-evaluated??

     a. YES_____       .... continue to STEP 9 ....

     b. NO_____       .... return to STEP 2 and complete evaluation ....

9. Complete FORM 2 detailing quantities of contaminants of concern.

10. Do any quantities of contaminants of concern exceed limits presented in Table III-2?

     a. YES_____       …. revise proposed waste munitions treatment and repeat STEP ….

     b. NO_____       …. return to STEP 2 and complete evaluation ….

**SER 472**

22

APPENDIX A - OB/OD WASTE ANALYSIS PLAN
Form 2
Determination of Quantity of Metals and Sulfur for Proposed Event
Andersen AFB EOD Range, RCRA Waste Treatment Operations

Waste Munitions Analysis Checklist
RCRA Treatment Operations
Andersen AFB

| | Item: | | Item: | | Item: | | Item: | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | No. of Items: | | No. of Items: | | No. of Items: | | No. of Items: | | |
| Contaminant of Concern | Amount per Item | Total for Items | Amount per Item | Total for Items | Amount per Item | Total for Items | Amount per Item | Total for Items | All Items |
| Aluminum Cpds, as Al | | | | | | | | | |
| Antimony Cpds, as Sb | | | | | | | | | |
| Barium Cpds, as Ba | | | | | | | | | |
| Calcium Cpds, as Ca | | | | | | | | | |
| Copper Cpds, as Cu | | | | | | | | | |
| Iron Cpds, as Fe | | | | | | | | | |

Proposed Treatment Event Date: _____

23

**SER 473**

2-118

APPENDIX A - OB/OD WASTE ANALYSIS PLAN

**Contaminant of Concern**

Lead Cpds, as Pb

Magnesium Cpds, as Mg

Potassium Cpds, as K

Silver Cpds, as Ag

Sodium Cpds as Na

Strontium Cpds, as Sr

Sulfur Cpds, as S

Tin Cpds, as Sn

Uranium Cpds, as U

Zinc Cpds, as Zn

Proposed Treatment Event Date: _____

24

**SER 474**

2-119

**Appendix B**

**Security Procedures and Equipment**

Case 1:22-cv-00001   Document 20-5   Filed 05/02/22   Page 120 of 133

APPENDIX B – SECURITY PROCEDURES AND EQUIPMENT

## 1. Procedures To Prevent Hazards

Security Procedures and Equipment (Parts X.A. and VI.A. [Adopts by reference 40 CFR 270.l4(b)(4) and 40 CFR 264.14] of the GHWMRs)

*Demonstration That Unknown or Unauthorized Contact with Waste Is Not Harmful (Part VI.A. [Adopts by reference 40 CFR 264.14(a)(1)] of the GHWMRs)*

Unauthorized contact with the waste treated at the OB/OD cannot happen, as the wastes are only on-site during attended operations. Therefore, this section is not applicable.

*Demonstration That Disturbance of Waste or Equipment Will Not Cause Violation of 40 CFR 264 (Part VI.A. [Adopts by reference 40 CFR 264.14(a)(2)] of the GHWMRs)*

Unauthorized contact with the waste treated at the OB/OD cannot happen, as the wastes are only on-site during attended operations. Therefore, this section is not applicable.

*Description of a 24-hour Surveillance System (Part VI.A. [Adopts by reference 40 CFR 264.14(b)(1)] of the GHWMRs)*

There are varying degrees of security requirements and procedures at Andersen AFB to control access to the main base as well as to restricted areas. Each entry has certain restrictions that must be observed by all personnel. Base employees are issued identification cards and are required to show the cards to gain access to the base. Visitors to the base, including guests of military personnel and Government of Guam agency representatives, must be sponsored onto the base.

The main base may be entered at two locations: the front (main) entrance and the rear entrance. The main entrance is on Marine Corps Drive and a 24-hour-a-day manned guardhouse, fence, and gates control access. The rear entrance is on Santa Rosa Boulevard and consists of a guardhouse, fence, and gates that currently provide access 12 hours per day.

Security at Andersen AFB is maintained by the 36th Wing, 36th Security Forces Squadron. In addition to manning the guardhouses, the police squadron provides a 24-hour, 7-day per week roving patrol service throughout the base.

Entry into the flight line and restricted areas, such as the EOD Range, by unauthorized base and off-base personnel is prohibited. Escorts and log-in requirements are imposed upon entry to restricted areas. These areas are either completely fenced in or bounded by a natural barrier such as a cliff or forest. Vehicular access to the EOD Range is denied by two sequential gates on the only access road.

*Description of the Artificial or Natural Barrier (Part VI.A. [Adopts by reference 40 CFR 264.14(b)(2)(i)] of the GHWMRs)*

In addition to the security provisions of fencing, gates, and guards several natural features contribute to the safety and security of the EOD Range. Access to the EOD Range is controlled through the use of both natural and artificial barriers. It is bounded to the north by the Pacific

1

**SER 476**

APPENDIX B – SECURITY PROCEDURES AND EQUIPMENT

Ocean, by the flight line cliff on the south and east, and by two separately locked gates on the access road to the west.

As discussed above, the only vehicular access route is by the only access road, which has two sequential locked gates. Non-vehicular access is denied from three of four compass directions by natural barriers.

The EOD Range is bordered to the north by the Pacific Ocean. This area of the island of Guam is encircled by a continuous reef line approximately 200 feet off shore. One cannot bring a boat to shore in this area. Likewise, a swimmer would sustain serious injury attempting to cross the reef.

The EOD Range is bordered to the south and east by a dense jungle in arid etched karst limestone bedrock in an area of tremendous topographic relief. The ground surface elevation south of the range rises some 500 feet in less than 1/2 mile. These two barriers should prevent any person from accessing the EOD Range.

The EOD Range is bordered to the west by the same dense jungle growth.  Line of sight distances in this dense jungle growth average less than 50 feet. Only two clear paths are available from the west. The first is the access road, which has security structures as previously discussed. The second potential line of access is the beach itself, which is approximately 100 feet wide at the east end of Tarague Beach. Wave action and typhoon conditions on the beach have made it extremely difficult to maintain any barriers to physically prevent entry from the west along the beach. Unknowing entry is prevented through warning signs maintained at the Pati Point Recreation Area approach.

In addition to the above discussion of the natural barriers to all four cardinal compass headings, one must also bear in mind that the EOD Range is totally enclosed on three of four sides by Andersen AFB.  The nearest public or private property is several miles off base.

*Method to Control Entry and Number of Personnel in the Treatment Area (Part VI.A. [Adopts by reference 40 CFR 264.14(b)(2)(ii)] of the GHWMRs)*

In addition to the warning signs and locked gates to prevent unauthorized entry, red warning flags are flown during EOD operations. The red flags are flown at two locations: the gate at the small arms range on Tarague Well Road and on the beach near the personnel bunker at the EOD treatment area.

*Sign Posted at Each Entrance with Legend "Danger -Unauthorized Personnel Keep Out" (Part VI.A. [Adopts by reference 40 CFR 264.14(c)] of the GHWMRs)*

Warning signs are posted along both accessible and inaccessible boundaries of the EOD Range to provide would-be trespassers ample notice that the site is a restricted area. All signs are written in English and Chamorro and are legible from at least 25 feet away. Warning signs that read "Danger, Explosive Disposal Range Keep Out" are posted along the cliff top above the EOD Range.  The warning signs at the Pati Point Recreation Area approach to the west consist of the following legend: "Danger, Small Arms Range, DOD Ammunition Dud Area, Off Limits To All

2

**SER 477**

2-122

APPENDIX B – SECURITY PROCEDURES AND EQUIPMENT

Personnel." Prior to any operation of the EOD Range, the beach area is inspected to eliminate the possibility of unauthorized entry. Warning signs are also posted at both locked gates on the access roads and on the beach at the treatment area within the EOD Range. The signs state: "Danger, Explosive Disposal Range, Keep Out."

To reinforce that the EOD Range is a restricted area, 40 warning signs with a legend in both English and Chamorro will be distributed around the perimeter of the EOD Range. These signs will be legible from a distance of 25 feet. The legend consists of "DANGER" in white 4-inch capital letters on a red and black background. Beneath the word "Danger," in 4-inch black lettering, is "EXPLOSIVE DISPOSAL RANGE KEEP OUT" on a white background. Beneath the warning written in English is a corresponding warning written in the local language of Chamorro.

**Appendix C**

**Inspection Schedule**

SER 479

2-124

1.  **Inspection Schedule**

*Copy of Inspection Schedule (Parts X.A. and VI.A [Adopts by reference 40 CFR 270.14 and 264.15] of the GHWMRs)*

Operation of the EOD Range is in accordance with standard operating procedures (SOPs) in place at Andersen AFB. Flight Operating Instruction (FOI 32-3002) provides procedures for the safe operation of the EOD Range.  These operating procedures direct EOD personnel to inspect the range before and after operations as well as after any typhoons/storms.  FOI 32-3002 details information on EOD procedures, personnel safety and responsibilities, and checklists on safety inspections and range/demolition.

*Types of Problems to Be Checked (Part VI.A. [Adopts by reference 40 CFR 264.15] of the GHWMRs)*

Inspection of the EOD Range occurs both before and after conducting any operations at the site. These are the most critical times for inspections to correct deficiencies, which may interfere with the safe progress of the treatment process and threaten human health and the environment.  The purpose of these inspections is to detect any unexploded ordnance (UXO), metal fragments, and/or other discharges that could affect human health or the environment.  The pre-operation inspection includes checking for any unauthorized personnel on the beach prior to accepting delivery of the munitions to the range.  Additional pre-operations checklists examine the integrity of security devices and emergency response equipment.  A copy of the inspection checklists may be found in the EOD Operating Procedures Appendix.

*Frequency of Inspections of Equipment and Process (Part VI.A. [Adopts by reference 40 CFR 264.15(b)(4)] of the GHWMRs)*

Inspections of the OB equipment occur before and after operations, as well as after any typhoons/storms.  As previously stated, there is no other equipment to inspect.

*Inspection Record Keeping (Part VI.A. [Adopts by reference 40 CFR 264.15] of the GHWMRs)*

Records of inspections and the inspection schedule are documented in the EOD Incident Management System (EODIMS) report.  (EODIMS is an online database that far exceeds 3 year requirement)

*Schedule of Remedial Action (Part VI.A. [Adopts by reference 40 CFR 264.15] of the GHWMRs)*

During EOD Range inspections, any deterioration/malfunction of equipment will be noted and the problem alleviated prior to commencing operations.  Repair/replacement of the burn equipment are the only approved actions.

APPENDIX C - INSPECTION SCHEDULE

*Daily Inspection for Leaks, Spills, and Fugitive Emissions, and All Emergency Shutdown Controls and System Alarms (Part VII.A. [Adopts by reference 40 CFR 265.377] of the GHWMRs)*

No stacks, emission control devices, or associated equipment are present on the EOD Range treatment site. The site consists of an isolated open area composed primarily of beach sand and coral. Prior to commencing operations on the EOD Range, the inspection procedures outlined in FOI 32-3002 are completed. Deficiencies are noted and corrected prior to commencing operations.

**2. Preparedness and Prevention (Parts X.A. and VI.A. [Adopts by reference 40 CFR 270.14 and 40 CFR 264(Subpart G)] of the GHWMRs)**

The intent of the preparedness and prevention measures taken by Andersen AFB is to minimize the possibility of a fire, accidental explosion, or any unplanned sudden or non-sudden releases of hazardous waste (HW) or hazardous constituents, which could threaten human health or the environment.

*Description and Location of Internal Communications and Alarm System to Instruct Facility Personnel (Part VI.A. [Adopts by reference 40 CFR 264.32(a)] of the GHWMRs)*

Operating personnel on the EOD Range maintain visual contact. Communication is by voice or handheld radios.

2

**SER 481**

# Appendix D

# Personnel Training

APPENDIX D – PERSONNEL TRAINING

**Personnel Training**

*Outline of Both the Introductory and Continuing Training Programs (Part X.A. [Adopts by reference 40 CFR 270.14(b)(12)] of the GHWMRs) and Training Content, Frequency, and Techniques*

All EOD personnel go through extensive training, introductory through advanced levels, through schools at Naval School Explosive Ordnance Disposal, Eglin AFB, FL (NAVSCOLEOD, and continue with on-the-job practical training, textbook training, and off-site training courses. EOD training is constantly being updated and revised to keep up with improved techniques and new technology. Therefore, the training outline and specific courses discussed here are subject to change throughout the active life of the unit. However, these revisions will not cause reduction but will enhance the overall quality and excellence of the current EOD training requirements.

Preliminary Training Program

EOD students must first graduate from Air Force basic training prior to enrolling in the EOD program. Many new students in the EOD program have transferred from another Air Force duty and are continuing in EOD for cross training. EOD students start out with preliminary training course four weeks in length, which introduces EOD work. If students pass the preliminary course, they then proceed to NAVSCOLEOD.

EOD Basic Training Programs

Explosive Ordnance Disposal Basic Training course is located at NAVSCOLEOD, Eglin AFB, Florida. This intensive basic training program takes approximately eight to twelve months to complete. It incorporates classroom and practical hands-on training. Each phase of the training covers the following subject areas; however, there is overlap in some subject areas.

- Researching Explosive Data
- Tool Sets and Techniques for Remote Procedures
- Demolition Procedures
- Chemical Ordnance Decontamination and Disposal
- Explosive Effects and Properties
- Comprehension of Demolition Materials
- Comprehension of Firing Techniques
- Operation of .50 Caliber Dearmer, U.S. Tool Set & Remote Wrench
- Comprehension of Shaped and Special Charges
- Special Explosive Techniques
- Disposal Procedures for Conventional Explosives and Related Hazardous Materials
- Nuclear Ordnance Identification
- Conventional Ordnance Identification and Function
- Conventional Ordnance Safe Rendering and Disposal

**SER 483**

1

2-128

APPENDIX D – PERSONNEL TRAINING

Upon successfully completing NAVSCOLEOD, EOD Apprentices are assigned to an EOD unit at specific bases such as Andersen AFB. The duties and responsibilities of an EOD Apprentice are described in the Skill Level Summary, in the Training Plan Appendix.

<u>EOD Advanced and Continuing Training Programs</u>

The level of activity and responsibility for EOD Apprentice is continuously increased as they become proficient in EOD operations. Students become certified in various techniques by conducting them with a certified experienced EOD supervisor. EOD personnel are required to complete extensive practical and textbook training. Training is conducted approximately three days per week during the duty day. Practical EOD training is conducted three to nine times a month. During practical training, EOD flight members are trained and evaluated by supervisors.

There are several training programs that are completed concurrently by EOD personnel. Training is a continuous process, and each individual must advance in training level in accordance with specified time limits in order to remain in the EOD unit. Individual Apprentices are constantly reviewing previously learned techniques in order to retain their proficiency.

There are four levels of training and proficiency (skill levels). A member of an EOD unit starts as an EOD Apprentice (as mentioned above). The second level of proficiency is an EOD Journeyman. The third level is an EOD Craftsman. The highest level of training and proficiency is an EOD Superintendent. Many training programs have specific time limits to complete in order to maintain EOD status.

*A Description of How Training Will Be Designed to Meet Actual Job Tasks (Part X.A. [Adopts by reference 40 CFR 270.16(a),(b),(c)] of the GHWMRs)*

Training records are maintained for each individual. The required training programs are discussed below.

Air Force Institute for Advanced Distributed Learning, Air University (Course # 3E851). This 12-month course, referred to as the Career Development Course (CDC), includes extensive reading requirements followed by testing to graduate. This course requires EOD members to increase their level of knowledge pertaining to overall EOD operations. Graduation from this course moves EOD members up one level on the training scale within the individual's skill level. EOD personnel must complete this course within one year in order to remain in EOD.

Department of Air Force, EOD Training (Course # STS 3E8X1). The purpose of this training program is to train airmen to perform duties in the Explosive Ordnance Disposal ladder of the Civil Engineer career field. As EOD personnel perform the on-the-job training, they qualify under Job Qualification Standards. The purpose of the EOD Qualification is to train EOD members on specific explosive techniques and overall EOD functions. EOD must be "qualified" prior to handling a certain type of ordnance. All training under the Specialty Training Standard (STS) is recorded on Air Force Training Record (AFTR) computer based training records. EOD personnel must likewise study and pass Promotion Tests to advance to higher ranks/enlisted grades.

**SER 484**

2

2-129

APPENDIX D – PERSONNEL TRAINING

This training continues throughout the career of an EOD member. Proficiency in training items is reviewed annually by the supervisor to determine whether level of knowledge and proficiency has been maintained. If not, STS training will have to be recertified. The general areas of this training include:

- Security
- Air Force Occupational Safety and Health
- Explosive Ordnance Disposal
- Electricity
- Tools and Equipment
- Explosives and Propellants
- Destruction of Explosives and Related Hazardous Materials
- Explosive Ordnance Reconnaissance
- Protection of Personnel and Property
- U.S. and Foreign Dropped and Projected Munitions, Missiles, and Pyrotechnics
- Underwater Ordnance

Pacific Air Forces (PACAF) Job Qualifications Standards (JQSs). This course work is sent to Andersen AFB from PACAF and/or established by the Andersen EOD Flight Chief. It makes up the requirements for Initial Qualification Evaluation (IQE), certification, and additional duty position requirements needed to support EOD agencies. It includes both practical and textbook training requirements. PACAF training continues throughout the careers of EOD personnel at Andersen AFB and other Air Force bases within PACAF. EOD personnel must meet JQSs each year.

Flight Operating Instructions. Flight Operating Instructions (FOIs) are written at the Flight level, and Instructions are written at the Base or Command level for EOD personnel for specific operations at Andersen AFB. The FOIs must go through the base chain of command for coordination and approval before they become official operating documents.

The PACAF training checklists include reading and understanding FOIs that are applicable to EOD operations. All EOD personnel must be certified for each applicable Andersen AFB FOI; they cover the following areas (FOI #, date):

- 32-3002 EOD Standby and Response Procedures (Apr 2008 )

- FOI 32-3002 EOD Demolition Range Procedures (July 2017)

- 32-3003 EOD Transportation of Explosives (Apr 2008)

- 32-3004 Use of EOD Explosive Actuated Tool Kits and Techniques Off-Range (Apr 2008 )

- 32-3008 EOD Procedures for the Andros MK VIA Robotic System (May 2008)

**SER 485**

3

APPENDIX D – PERSONNEL TRAINING

- 32-3009 Employment of Commander 10,000 Tychem Level A Protective Suit (Apr 2008)

- 32-3005 EOD Flight Respiratory Protection Program (Apr 2010)

Refresher and Advanced Off-site Training. Every 72 months, all EOD personnel are required to attend the following courses for the continuing education of EOD personnel:

- Joint EOD Advanced Nuclear Training, Sandia Laboratory, Kirtland AFB, NM

  Advanced IED Device Disablement, Eglin AFB, FL

Training in Hazardous Waste Management

In addition to highly technical EOD training for the disposal of ordnance, EOD personnel attend Hazardous Waste Operations and Emergency Response (HAZWOPER)/Hazardous Materials Technician Training course and regulatory requirements under RCRA.

Industrial Hygiene Professionals, Inc. provides the aforementioned training in hazardous waste management. This training provides compliance with 40 CFR 264.16, TSDF Standards. EOD personnel must complete this course within six months of assignment, and may not work with hazardous waste in an unsupervised capacity until they have completed the training. This training is updated annually.

The following subject areas are covered during the training:

- Introduction

- Liabilities

- Responsibility

- Identification of Hazardous Waste

- Management of Hazardous Waste (accumulation point management)

- Spill Prevention and Response to Emergencies

- Contingency Planning and Emergency Response

- Hazardous Waste Turn-in Procedure

- Container Labeling/Management

- Waste Minimization

- Personnel Safety

**SER 486**

4

2-131

APPENDIX D – PERSONNEL TRAINING

- Exam

*Training for Emergency Response (Part X.A. [Adopts by reference 40 CFR 264.16(a)(3)] of the GHWMRs)*

EOD personnel are trained in emergency response by several training mechanisms. The PACAF JQS training and Department of the Air Force training (#STS 3E8X1) cover the Instructions and documents listed below. These documents include Air Force Instructions (AFI) and Air Force Technical Orders (AFTO). Several of these items, which are specific to EOD operations, are described in detail in the Training Plan Appendix.

- AFMAN 91-201: Explosive Safety Standards

- AFTO 11A-1-42, General Instructions for Disposal of Conventional Munitions

- AFTO 11A-1-46, Fire Fighting Guidance

- AFTO 60A-1-1-31, General Information on EOD Disposal Procedures

- AFI 31-101, Volume I, Physical Security Program

- EOD personnel are required to read and understand the Installation's Comprehensive Emergency Management Plan (IEMP) 10-2.

All EOD personnel will be required to become familiar with the Contingency Plan of this RCRA Part B Permit Application for the EOD OB/OD operations. (Appendix F)

Occupational Safety and Health requirements, including personal protective equipment, emergency shower and eyewash unit, chemical safety, and hazard communication, are taught through the advanced and continuing training programs and technical areas. Safety requirements unique to specific equipment are taught in conjunction with the operational training for that equipment. For example, EOD personnel are trained in safety requirements for electric power tools, specialized explosive tools, and explosives. Hazardous noise and fire protection briefings are conducted annually.

*Maintenance of Training Records/Copy of Personnel Training Document (Parts VI.A. and X.A. [Adopts by reference 40 CFR 264.16(d)(e) and 270.14(b)(12)] of the GHWMRs)*

Training content, frequency, and techniques. All EOD personnel will maintain their electronic training records in AFTR. Formal EOD training is recorded as well as all on-the-job training and testing. Personnel EOD training records will be transferred via the Unit Training Manager when they are transferred to another duty station.

All required training records for the hazardous waste management course would be kept until closure of the facility by 36th Civil Engineer Squadron, Environmental Flight (36 CES/CEV) staff. EOD personnel are generally stationed at Andersen AFB for a period of two years. Therefore,

**SER 487**

5

APPENDIX D – PERSONNEL TRAINING

there will be several changes of personnel through the operating period. It is unlikely that many (if any) current employees of Andersen AFB EOD will be employed at the time of closure.

Training records for the hazardous waste management course will be maintained by 36 CES/CED for three years after Permanent Change of Station (PCS). To ensure compliance with this requirement, 36 CES/CED will provide copies of the hazardous waste management training record to 36 CES/CEV HW Manager.

EOD personnel will attend annual Hazardous Waste Operations and Emergency Response (HAZWOPER) refresher training. 36 CES/CEV will assist EOD personnel with obtaining annual refresher training in hazardous waste management. In the future, the responsibility for annual refresher training may be taken on by the appropriate EOD supervisors. EOD supervisors may then receive training assistance from 36 CES/CEV. Supervisors would then maintain records of refresher training for all personnel until three years after PCS. To meet this requirement, supervisors would annotate all hazardous waste training on the individual's AF Form 55. Upon PCS of an individual, supervisors would forward a copy of his or her AF Form 55 to 36 MED GP/SGOAB (Bio-Environmental Engineering).

*Director of the Training Program: Experience and Training in Hazardous Waste Management Procedures (Part VI.A. [Adopts by reference 40 CFR 264.16(a)(2)] of the GHWMRs)*

Position. The EOD person holding this position will generally meet the job description/skill level of Explosive Ordnance Disposal Superintendent.

*Job Titles and Job Descriptions of All Employees Involved in OB/OD Operations*

The senior ranking EOD member will be the Range Safety Officer (RSO), responsible for all operations conducted on the range. The Team Chief will be identified prior to operations, and is responsible for running the operation and directing other team members on the range. All others will be team members and follow the direction of the RSO and Team Chief.

Other positions that track and evaluate training for OB/OD operations are:

The Training Monitor is responsible for scheduling the monthly training sessions for all EOD personnel and any additional training that Andersen EOD require, to include HAZWOPER. The Training Monitor ensures all required training is completed by the Andersen AFB EOD flight. He accomplishes this by tracking the training in a computer database.

The Quality Assurance function reviews the training records to ensure the Training Monitor is properly performing his/her job correctly and that all required training has been conducted in accordance with acceptable guidelines.

**SER 488**

6

2-133

**Appendix E**

**Prevention of Ignition or Reaction**

**SER 489**

EXHIBIT 2
Part 2 of 3

APPENDIX E – PREVENTION OF IGNITION OR REACTION

The EOD operations are manually prepared and initiated and do not require electrical equipment that would be affected by power outages.

*Personnel Protection Procedures (Part X.A. [Adopts by reference 40 CFR 270.14] of the GHWMRs)*

The handling of HW for OB/OD operations is conducted in a manner that minimizes contact of involved personnel with the waste. Requirements for personnel protection are in accordance with applicable AFOSH SOPs.

Hearing protection devices (ear plugs, earmuffs) are available for use. Half-face respirators with appropriate cartridges are also provided for use, as necessary. Likewise, gloves and safety glasses are used, where appropriate.

*Procedures to Minimize Releases to the Atmosphere (Part X.A. [Adopts by reference 40 CFR 270.14] of the GHWMRs)*

The nature of OB/OD HW treatment on the EOD Range does not provide for procedures to minimize releases to the atmosphere. Appendix G provides information on the atmospheric, meteorological, and topographic characteristics of the unit.

**Prevention of Accidental Ignition or Reaction of Wastes (Parts VI.A. and X.A. [Adopts by reference 40 CFR 264.7 and 40 CFR 270.14] of the GHWMRs)**

*Description of Procedures to Prevent Accidental Ignition or Reaction of Wastes (Part VI.A. [Adopts by reference 40 CFR 264.17] of the GHWMRs)*

Movement in a military vehicle of minimum quantities of explosive items necessary for demolition operations, to include proficiency training is permitted. Blasting caps, demolition explosives and unserviceable (but not dangerously unserviceable) munitions may be transported by the same vehicle provided explosives and initiators are separated as much as possible and are in adequate transportation configuration. Upon delivery to the range the waste munitions are placed in one holding area and the initiating devices are put into a separate holding bunker at least 50 feet apart.

Operations at the EOD Range are suspended if there is a wildfire or lightning hazard within 5 nautical miles.

During the pre-operational safety briefing, the only authorized smoking area is identified. Spark producing items are collected during the safety briefing. No smoking is allowed during handling of explosives.

OB/OD operations, generate heat, pressure (shock waves), fires and explosions, and sometimes violent reactions. Andersen AFB is interpreting this requirement to mean that the intentional initiation of such phenomena must be carried out in a controlled setting, which is the intent of the OB/OD operation.

1

**SER 490**

APPENDIX E – PREVENTION OF IGNITION OR REACTION

*Documentation of Adequacy of Procedures (Part VI.A. [Adopts by reference 40 CFR 264.17] of the GHWMRs)*

EOD Range operators are very familiar with the procedures to prevent accidental ignition or reaction of the waste munitions. In addition to the precautions found in the SOPs utilized on the range, EOD personnel spend much of their time in training exercises (Appendix D, Personnel Training). DOD-wide historical experience has shown that accidental detonation or combustion have been extremely rare when SOPs are strictly followed.

**SER 491**

**Appendix F**

**Contingency Plan**

APPENDIX F – CONTINGENCY PLAN

## Table of Contents

1.0 INTRODUCTION ........................................................................................ 1

2.0 DEFINITIONS ............................................................................................ 1

3.0 EMERGENCY RESPONDERS .................................................................. 2

4.0 EMERGENCY EQUIPMENT .................................................................... 3

5.0 EVACUATION PLAN ................................................................................ 4

6.0 CONTINGENCY PLAN COPY LOCATION ............................................ 5

7.0 EMERGENCY RESPONSE PROCEDURES ............................................. 5

8.0 IDENTIFICATION OF HAZARDOUS MATERIALS RELEASED ................. 8

9.0 ASSESSMENT OF POSSIBLE HAZARDS TO HUMAN HEALTH OR THE ENVIRONMENT ........................................................................................ 8

10.0 PROCEDURES TO PREVENT EXPLOSIONS, FIRES, RELEASES............ 8

11.0 STORAGE AND TREATMENT OF RELEASE MATERIAL ...................... 9

12.0 MONITORING........................................................................................... 10

13.0 INCOMPATIBLE WASTE ......................................................................... 10

14.0 DECONTAMINATION PROCEDURES ..................................................... 10

15.0 NOTIFICATION AND REPORTING PROCEDURES ............................... 10

16.0 AMENDMENTS AND REVISIONS TO THE EOD RANGE CONTINGENCY PLAN .............................................................................. 11

17.0 REFERENCES ........................................................................................... 12

**SER 493**

APPENDIX F – CONTINGENCY PLAN

HAZARDOUS   WASTE   CONTINGENCY   PLAN
FOR EXPLOSIVE ORDNANCE DISPOSAL FACILITY
ANDERSEN AIR FORCE BASE, GUAM

## 1.0    INTRODUCTION

The purpose of the Explosive Ordnance Disposal (EOD) Facility Contingency Plan is to describe the actions that EOD personnel will take to minimize hazards to human health or the environment in response to any unplanned fires, explosions, or any sudden or non-sudden releases of hazardous waste (HW) or constituents. This EOD Contingency Plan is specifically for use during the treatment of ammunition/munitions items at the EOD Range. It applies to all assigned EOD personnel and others assisting in treatment operations. This EOD Contingency Plan does not cover the storage or transportation of the ammunition/munitions and is specific to operations at the EOD Range. *Andersen AFB Installation Emergency Management Plan (IEMP) 10-2* provides a Basewide Contingency Plan for operations conducted at Andersen AFB.

HW treatment operations conducted at the EOD Range are not typical of normal RCRA treatment, storage, and disposal (TSD) operations. The wastes which are treated at an EOD Range are designated hazardous due to their reactive (explosive) characteristic. Treatment methods address the elimination of the explosive hazard of the waste. As such, the overriding operational concern is safety. Three types of emergencies are possible: 1) explosive, 2) fire, and 3) environmental. Environmental releases are unlikely for either explosive or fire emergencies. In either of these cases, human health and safety is the overriding concern. An environmental emergency would most likely consist of a virgin diesel fuel spill, which would be handled under procedures outlined in the Base Spill Prevention, Control and Countermeasure (SPCC) plan.

The EOD Contingency Plan is designed to minimize hazards to human health and the environment resulting from unplanned releases of hazardous materials associated with EOD operations.

*Actions to Take in Case of Emergency (Part VI.A. [Adopts by reference 40 CFR 264.53 and 40 CFR 264.56] of the GHWMRs)*

Figure 1 in the EOD Range Contingency Plan provides a flow chart of Emergency Response Actions for Andersen.

## 2.0    DEFINITIONS

2.1    EOD Range – The EOD Range, the unit to be permitted, is located at the extreme eastern reach of Tarague Beach, ending just before Tagua Point. The grid coordinates for the range are 13 Degrees, 35.58 minutes North, 144 Degrees, 56.48 minutes East. See Appendix G for the location. Its mission is to render unserviceable ordnance and other pyrotechnic devices

1

**SER 494**

APPENDIX F – CONTINGENCY PLAN

harmless by either open detonation or open burning, as well as to allow EOD personnel to maintain a proficiency in the operation of explosive actuated EOD tool sets.

2.2 Open Burning (OB) – Waste military energetic materials are burned in containment devices. Typically dunnage is placed into the bottom of the containment device and the OB materials are placed on top. Virgin diesel fuel is carefully added, and the initiating charges are placed on top. The device is secured with an ejection reduction device (e.g., chain link fence, steel perforated planking, etc.). Following final safety checks, the charge is initiated remotely.

2.3 Open-Detonation (OD) – Ammunition or explosives to be treated by detonation are placed on the ground at the base of the flight line cliff. An adequate number of initiating devices are placed on top of the items to be detonated. Following a final safety check, the items are detonated remotely. Maximum net explosive weight for all explosives will not exceed 600 pounds.

## 3.0 EMERGENCY RESPONDERS

*3.1 Arrangements with Local Authorities (Part VI.A. [Adopts by reference 40 CFR 264.52] of the GHWMRs)*

In the event of an emergency at the EOD Range, on-base police, fire department, and medical support personnel will provide the necessary coverage. 36 Wing IEMP 10-2 dictates the coordination and responsibilities of the response teams. These agencies are tasked to conduct personnel training to ensure that their response capabilities for an emergency at EOD Range are effective.

*3.2 Names, Addresses, and Phone Numbers of Emergency Coordinators (Part VI.A. [Adopts by reference 40 CFR 264.52 and 40 CFR 264.55] of the GHWMRs)*

The emergency coordinator will be known as the Incident Commander (IC). The initial IC will be the Range Safety Officer (RSO). If any emergencies are beyond the capabilities of the EOD personnel on site, IC will transfer to the Senior Fire Officer (SFO), once they are on-scene. The RSO will remain to advise the IC once command has transferred.

The IC will be thoroughly familiar with all aspects of the EOD Range Contingency Plan, all operations and activities at the range, the location and characteristics of wastes handled, the location of applicable records, and the facility layout. He/she is responsible for coordination of emergency containment, control, and cleanup activities during and after an uncontrolled release at the EOD Range. In case of an emergency he/she is the primary point of contact and is responsible for activation of a response team, as needed.

APPENDIX F – CONTINGENCY PLAN

The following personnel are qualified to act as Emergency Coordinators/Incident Commanders for the EOD Range:

PRIMARY:

**Fire Chief**
36 CES/CEF, Unit 14007 APO AP 96543-4007
Duty Phone: 366-6201        Non-duty Phone: 366-5284

ALTERNATES:

**Deputy Fire Chief**
36 CES/CEF, Unit 14007 APO AP 96543-4007
Duty Phone: 366-6201        Non-duty Phone: 366-5284

**Asst. Chief of Operations**
36 CES/CEF, Unit 14007 APO AP 96543-4007
Duty Phone: 366-5284        Non-duty Phone: 653-5284

**Chief, EOD Flight**
36 CES/CED, APO AP 96543-4009
Duty Phone: 366-5198        Non-duty Phone: 366-2981

**NCOIC, EOD Flight**
36 CES/CED, APO AP 96543-4009
Duty Phone: 366-5198        Non-duty Phone: 366-2981

## 4.0    EMERGENCY EQUIPMENT

Location and Description of Emergency Equipment at the Facility (Part VI.A. [Adopts by reference 40 CFR 264.52] of the GHWMRs)

4.1    EOD Equipment – During EOD Range operation the following equipment is on-site:

- First Aid Kit
- Potable Water
- At a minimum, explosive laden vehicles will have two 2A:10BC ABC fire extinguishers
- 1 communication radio per vehicle
- Two, 2 way portable hand held radios
- 2 shovels

Emergency equipment is inspected before and after all OB/OD operations. During the safety briefing, prior to EOD Range operations, the location of

APPENDIX F – CONTINGENCY PLAN

all emergency equipment is reviewed with the EOD team. The portable radios are continually monitored during an EOD operation. The location and number of vehicles present during the operation is also noted. Each explosive laden vehicle at the EOD Range contains 2 easily accessible, 2A:10BC ABC fire extinguishers as well as a vehicle radio.

4.2     Fire Equipment – In the event of a fire emergency on the EOD Range beyond the capacity of EOD equipment, Andersen Fire Department would be alerted. The Fire Department would respond to the EOD Range area with the equipment required to mitigate the situation, as determined by the SFO.

This equipment is located at Fire Protection Flight, Building 17002, on Andersen AFB, and available for emergency response to the EOD Range. Estimated time of response to the EOD Range is approximately 8 – 10 minutes.

4.3     Environmental Equipment – During the open burning treatment of HW, approximately ten to twenty gallons of virgin diesel fuel is used per burn. The possibility exists that a small amount of fuel could spill. EOD personnel would remove any contaminated sand and treat it in the burn containment device. If an environmental response is required that   is beyond the capabilities of the EOD personnel, the Base environmental spill team can be activated by the Fire Department.

The spill response vehicle is located on Base at the Civil Engineering Squadron, Building 18001 parking lot. It is equipped with personal protection devices and spill containment. Heavy equipment for soil removal are located at the Heavy Equipment Shop, Building 20021.

## 5.0     EVACUATION PLAN

*Evacuation Plan for Facility Personnel (Part VI.A. [Adopts by reference 40 CFR 264.52] of the GHWMRs)*

5.1     EOD Range – There is only a limited number of personnel on the range during operations. In most emergency situations, the safest position for people  is the  personnel bunker. This is the  position from where  the detonations are  initiated for both OB and OD operations. This bunker provides cover from explosives ejecta for detonations and open burns up to the range safety limit.

The only possible situation, in which personnel would commence evacuation of the range, would be where a fire has engulfed unexploded ordnances in the immediate vicinity of the personnel bunker. In this case, the personnel on the range would evacuate by foot or by vehicle to the small arms range and regroup at the emergency phone. If the Fire

**SER 497**

APPENDIX F – CONTINGENCY PLAN

Department was required, and had not been contacted by radio, they would be contacted by the small arms range emergency phone.

5.2 Base – A Base wide evacuation plan is not applicable to this operation. Unlike a typical RCRA Treatment, Storage, and Disposal (TSD) operation, the EOD Range has an established safety zone surrounding the treatment area. This safety zone encompasses the maximum distance that detonation/burn fragments will travel in accordance with a maximum net explosive weight for all explosives that will not exceed 600 pounds.

## 6.0 CONTINGENCY PLAN COPY LOCATION

*Location and Distribution of Contingency Plan (Parts X.A. and VI.A. [Adopts by reference 40 CFR 270.14 and 40 CFR 264.53] of the GHWMRs)*

Copies of the Contingency Plan as well as any updates or revisions to the plan will be located at the following places:

EOD Flight Office
EOD Range Binder
CEV Environmental Flight
Fire Protection Flight
Medical Clinic
Security Police
Emergency Response Spill Team
Emergency Operations Center
Bioenvironmental Office
Safety Flight

## 7.0 EMERGENCY RESPONSE PROCEDURES

*Immediate Procedures for Emergency Coordinator to Alert All Facility Personnel in Case of Emergency and Notify State and Local Agencies If Help Is Needed (Part VI.A. [Adopts by reference 40 CFR 264.56(a)] of the GHWMRs)*

Any person who detects an imminent or actual fire, explosion, or any other unplanned sudden or non-sudden release of HW or constituents will immediately sound a vocal and/or radio warning to endangered personnel.

Upon detection of an emergency incident the situation will be immediately reported to the EOD Range Safety Officer (RSO). Once the RSO declares an emergency, they are known as the Incident Commander (IC). The IC will evaluate the incident to determine the potential for endangerment to human health and/or the environment. The EOD Contingency Plan will be implemented immediately by the IC in the event that there is an accident at the EOD Range which could result in the release of HW or constituents that could threaten human health or the environment.

5

**SER 498**

APPENDIX F – CONTINGENCY PLAN

The IC will be thoroughly familiar with all aspects of the EOD Range Contingency Plan, all operations and activities at the Range, the location and characteristics of wastes handled, the location of applicable records, and the facility layout. The IC is responsible for coordination of cleanup activities in the event of an uncontrolled release of HW at the EOD Range. The emergency procedures outlined in Flight Operating Instruction 32-3002 (FOI 32-3002, Appendix K will be followed to dispose of any uncontrolled HW releases.

EOD Range personnel will be used to initially respond to spills and other cleanup operations in terms of initial defensive actions. The Andersen Air Force Base Spill Prevention and Response Plan will be implemented immediately upon a spill incident. In the event of an emergency at the EOD Range that is beyond the response capabilities of EOD personnel, Andersen Fire Department will be notified by the IC. Once Fire Department gets on-scene, IC will transfer to the Senior Fire Officer. The RSO will remain with the IC to advise him/her. The IC will direct operations as needed to ensure that the situation is brought under control.

Dependent on the nature of the emergency, the IC will provide appropriate notification to on-base offices or teams, who will aid in the emergency response (e.g., medical personnel, spill team, etc). All emergency response teams that may be called upon to provide emergency service are located on base. The emergency response actions for implementing the EOD Range Contingency Plan are illustrated in Figure 1.

**SER 499**

APPENDIX F – CONTINGENCY PLAN

**Figure 1**



**SER 500**

2-145

APPENDIX F – CONTINGENCY PLAN

## 8.0 IDENTIFICATION OF HAZARDOUS MATERIALS RELEASED

*Plans for the Emergency Coordinator to Identify the Character, Source, Amount, and Areal Extent of Any Explosion, Fire, or Release (Part VI.A. [Adopts by reference 40CFR 264.56] of the GHWMRs)*

The IC will identify the characteristics and hazards of the fire, explosion, or release by knowledge of process or container contents, observation, or documented analytical information.

## 9.0 ASSESSMENT OF POSSIBLE HAZARDS TO HUMAN HEALTH OR THE ENVIRONMENT

*Means for Assessment of Possible Hazards to Human Health or the Environment from an Explosion, Fire, or Release (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)*

Upon determining that the facility has had an explosion, fire, or release that could threaten human health or the environment, the OSC is responsible for assessing the nature of the threat. Both direct and indirect effects of the explosion, fire, or release must be considered during the assessment. The criteria to be used to assess a possible hazard to human health or the environment and the need for evacuation or other measures will be largely qualitative. The following criteria should be considered:

a) The nature and magnitude of the explosion, fire, or release;

b) Weather (e.g., wind direction and speed) and other conditions at the time of the explosion, fire, or release;

c) The possibility that the explosion, fire, or release may result in the spreading of additional explosions, fires, or releases, and,

d) The possible threat to human health and/or the environment from an explosion, fire, or release.

*Procedures to be Followed by Emergency Coordinator in Case of a Threat to Human Health or the Environment Outside the Facility (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)*

The EOD Range is located in an isolated area on a secure base. Therefore, the possible threat to human health or the environment outside the facility is limited. If the assessment indicates the need for evacuation, the IC will coordinate with the appropriate military authorities.

## 10.0 PROCEDURES TO PREVENT EXPLOSIONS, FIRES, RELEASES

**SER 501**

APPENDIX F – CONTINGENCY PLAN

*Procedures to be Followed by Emergency Coordinator to Prevent Fires, Explosion, or Release from Occurring, Recurring, or Spreading to Other Hazardous Wastes at the Facility (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)*

During an emergency, the OSC will take all reasonable measures necessary to ensure that explosions, fires, and releases do not occur, recur, or spread to other hazardous waste at the facility. The guidance established in the FOI 32-3002, provides EOD Range personnel with procedures to follow to prevent explosions, fires, or releases from occurring, recurring, or spreading to other hazardous waste at the facility. Historically, procedures developed for the treatment of hazardous waste munitions at DOD facilities have ensured the safety of EOD personnel.

10.1    Fire Hazards - In the event of an uncontrolled fire at the EOD Range, the IC will attempt to maintain control of the situation through the implementation of the EOD Range Contingency Plan, if necessary. Due to the inherent danger associated with EOD operations, fire prevention is an important safety concern. Fires involving explosives are extremely dangerous and can react in an unpredictable manner. Some explosives exposed to fire will burn, detonate, or a combination of both. The following factors should be considered when fighting fires involving explosives:

- Personnel risk
- Safety of others in the immediate area
- Loss of valuable equipment
- Loss of other explosives

For fire emergencies that do not involve explosives, the initial fire-fighting response is from EOD Range personnel. Fires beyond the capabilities of EOD Range fire-fighting equipment will require notification and response by Andersen Fire Department.

10.2    Spills - The hazardous waste is a containerized solid (bomb cases, shells) until its actual burn/detonation, limiting the potential for spills. The only potential for a liquid spill would be the virgin diesel fuel used to ignite the OB. The procedures outlined in the Andersen AFB Spill Prevention and Response Plan (also known as SPCC) provides information on the actions that would be required to protect human health and the environment in case of a spill involving diesel fuel. Small volumes (10-20 gallons) of virgin diesel fuel are utilized for the OB; any contaminated sand would be immediately shoveled up for proper disposal as petroleum-contaminated soil.

## 11.0   STORAGE AND TREATMENT OF RELEASE MATERIAL

*Storage, Treatment, and Disposal of Released Material (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)*

**SER 502**

2-147

APPENDIX F – CONTINGENCY PLAN

Immediately following an incident, the IC will make arrangements for the treatment and disposal of recovered waste, waste residues, and any contaminated materials. It is often considered unsafe to transfer or containerize spilled explosives. If conditions permit, the material will be detonated in place. If the IC determines that it is safe to move any spilled material, it will be collected and re-detonated at the OD pit in accordance with FOI 32-3002.

## 12.0 MONITORING

Monitoring for Leaks, Pressure Buildup, Gas Generation or Ruptures of Released Material (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)

The EOD Range does not incorporate equipment that would require monitoring for leaks, pressure buildup, or gas generation. All equipment that is on on-site is inspected before and after any OB/OD operations.

## 13.0 INCOMPATIBLE WASTE

Procedures for Preventing Handling of Incompatible Wastes Until Cleanup is Complete (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)

The IC will ensure that no waste that might be incompatible with the released materials is treated until cleanup procedures are complete. This decision is made based on the chemical and physical characteristics of the waste.

## 14.0 DECONTAMINATION PROCEDURES (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)

Following an emergency response, the IC will ensure that all equipment is decontaminated, as necessary. Equipment decontamination will be accomplished in accordance with CES/CEV (Environmental Flight) direction. Prior to EOD operations resuming, any emergency equipment used during an emergency response will be clean and ready for its intended use.

## 15.0 NOTIFICATION AND REPORTING PROCEDURES

*Procedures for Record Keeping and Reporting to EPA (Part VI.A. [Adopts by reference 40 CFR 264.56] of the GHWMRs)*

15.1 Base Authorities – *Air Force Instruction 91-204*, Investigating and Reporting US Air Force Mishaps provides SOPs for reporting explosives and chemical agent mishaps. In the event of a mishap on the EOD Range a USAF Hazard Report, AF Form 457, is completed and submitted to the Safety Flight Office.

**SER 503**

2-148

APPENDIX F – CONTINGENCY PLAN

The fire protection flight retains a computer log of all emergency response. The reports must be prepared and submitted according to directions provided in DOD 6055.7-M, Fire Incident Reporting Manual.

CEV Environmental Flight is contacted by the Fire Department to identify any possible environmental damage, and, if applicable, receives a spill report.

15.2 Regional and Federal Notifications – Dependent upon the nature of the Incident, other agencies may require notification. If the incident is a threat to human health or the environment, the National Spill Response Center (800) 424-8802 must be notified. An emergency release into the ocean requires notification of the U.S. Coast Guard, Guam EPA, and the Division of Aquatic and Wildlife. U.S. Fish and Wildlife requires notification of a HW emergency release if the possibility exists for potential impact to endangered species.

A written report of the emergency incident which required implementation of the EOD Contingency Plan must be submitted to Guam EPA and the Regional Administrator within 15-days of the incident. The report must include, at a minimum, the following information:

- Name, address, and telephone number of the owner or operator;
- Name, address, and telephone number of the facility;
- Date, time, and type of incident (e.g., fire, explosion);
- Name and quantity of material(s) involved;
- Extent of injuries, if any;
- Where applicable, an assessment of actual or potential hazards to human health or the environment; and
- Estimated quantity and disposition of recovered material that resulted from the incident.

This report must be submitted to:

Administrator
Guam Environmental Protection Agency
17-3304 Mariner Avenue Tiyan
Barrigada, Guam 96913-1617
Attn: Air and Land Division

## 16.0 AMENDMENTS AND REVISIONS TO THE EOD RANGE CONTINGENCY PLAN

The EOD Range Contingency Plan will be reviewed annually and amended as required. Amendments may be required whenever the following occurs:

**SER 504**

2-149

APPENDIX F – CONTINGENCY PLAN

- The EOD Range Permit is revised;
- The plan fails in an emergency;
- A change occurs in EOD Range operations, design, or other circumstances that would increase the potential for an emergency or changes the response necessary in an emergency;
- A change in the list of emergency coordinators; or
- The list of emergency equipment changes.

Review of this Plan will involve input/sign-off from the following people:

CEV Environmental Flight
Fire Protection Flight
EOD Flight
Commander, 36th Civil Engineer Squadron

## 17.0   REFERENCES

*Flight Operating Instruction 32-3002, Appendix K*
*Andersen AFB Installation Emergency Management Plan 10-2*
*Andersen AFB Spill Prevention Control and Countermeasures Plan* (SPCC)

**SER 505**

2-150