No. 22-16613

---

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

PRUTEHI LITEKYAN: SAVE
RITIDIAN,
*Plaintiff/Appellant*,


v.


UNITED STATES DEPARTMENT OF THE AIR FORCE; FRANK KENDALL,
Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE;
LLOYD AUSTIN, Secretary of Defense,
*Defendants/Appellees*.

---

Appeal from the United States District Court of Guam
No. 1:22-cv-00001 (Hon. Frances Tydingco-Gatewood)

---

**SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 3 OF 3**

---

TODD KIM
*Assistant Attorney General*

Of Counsel:

MARVIN W. TUBBS, II
*Environmental Litigation Attorney*
U.S. Air Force

AMELIA G. YOWELL
ROBERT P. STOCKMAN
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-3527
Robert.Stockman@usdoj.gov

# Appendix G

## Closure and Post-Closure Plan

**SER 507**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

**Closure and Post-Closure Plan**

Closure Plan Documentation (Part X.A. [Adopts by reference 40 CFR 270.14(b)(13)] of the GHWMRs)

## Introduction

The purpose of this closure plan is to describe the procedures and methods by which the open burning/open detonation (OB/OD) units and surrounding area of the Andersen AFB Explosive Ordnance Disposal (EOD) Range will be closed in accordance with the Resource Conservation and Recovery Act (RCRA).

This plan describes the OB/OD units, decontamination and sampling procedures, health and safety requirements during closure, and the approximate closure schedule. This plan includes a Sampling and Analysis Plan (SAP) and a Quality Assurance Project Plan (QAPP) to be implemented at time of closure. (Attachment 1)

This closure plan is based on the achievement of clean closure of the facility. If clean closure cannot be achieved, this closure plan will be revised to include post-closure care requirements and restrictions. It will then be submitted to the appropriate regulatory agencies for review and approval.

## Location and Description of OB/OD Operations Facility

The EOD Range has been operated exclusively for EOD purposes since the time (> 20 years) of its designation by Andersen Air Force Base. No operations other than OB/OD are conducted at the EOD Range. The mission of the range has been to render unserviceable ordnance and other pyrotechnic devices harmless by either suppressed detonation or open burning, as well as to allow EOD personnel to maintain a proficiency in the operation of explosive-actuated EOD tool sets. In addition, the range has been used for emergency purposes.

The EOD Range is located at the extreme eastern reach of Tarague Beach, just west of Tagua Point. The grid coordinates for the OD units are 13 degrees, 35.58 minutes north, 144 degrees, 56.48 minutes east. The active treatment units are provided with a 2,400-foot-radius safety zone, above and below the cliff line. The location of the treatment unit and the 2,400-foot-radius safety zone are delineated in Figure 2-12.

The active open detonation units are located at the extreme eastern edge of Tarague Beach. They consist of two pits, each located directly along the face of an approximately 30-foot tall cliff. Due to previous detonations, the cliff has been hollowed out slightly. Rocks which have been removed during previous detonations are piled on either side of the active OD units. Detonation of the munitions at the cliff face provides for additional safety with respect to directing the destructive force of the detonation away from occupied areas. Open detonations consist of placing the waste munitions in the OD pit, placing detonating charges (to initiate the detonation of the waste munition) and ignitors (to initiate the detonating charges). Detonation is remotely initiated from the personnel bunker.

The inactive open burning pit was located directly on the beach in the sand in an area free of vegetation. It is approximately 80 feet north of the jungle (with a sharp rise), 150 to 190 feet south of the Pacific Ocean, and approximately centered east-west within the open range area.

**SER 508**

2-152

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

The open burning units are operated in a different manner than the open detonation units. The open burning operations are characterized by: flammable dunnage (wood) is placed in the burn equipment for fuel and to provide air to the fire. Next, the waste munitions are placed in the burn equipment. These materials are then soaked with 10 - 15 gallons of fresh diesel fuel. An ignition device is placed in the burn equipment. The munitions are then remotely activated from the personnel bunker.

Open burning in the active OB unit was conducted in a burn equipment. This equipment was approximately 4 feet in diameter and 5 feet tall. The OB pit in which the burn equipment was placed was roughly 45 feet long by 14 feet wide by 6 feet deep.

Previous to 1992, the open burning operations at Andersen AFB EOD Range were not contained in a burn equipment, but were burned on the ground within the pit.

**Applicability of Closure and Post-Closure Care Regulations**

1. All owners or operators of hazardous waste management facilities must prepare closure plans describing how each open burning and open detonation at the facility will be closed.

2. The hazardous waste management unit operated after November 18, 1980 (OB/OD units) at Andersen Air Force Base EOD Range is considered hazardous waste management units, since they treat reactive waste.

3. Therefore, the closure requirements under Part VII.A. [Adopts by reference 40CFR 264.110 – 264.120 (Subpart G)] of the GHWMRs are applicable to this facility.

Post-closure care regulations are applicable to Hazardous Waste Management Units that cannot be "clean closed" and must be closed in place. The post-closure care period for each unit that is closed in place must begin as soon as the unit is closed and must continue for 30 years (or other as specified in the permit).

It is the intention of this closure plan to achieve clean closure, thereby eliminating the requirement for post-closure care requirements.

**Closure Requirements**

This plan describes the steps and techniques to completely close the Explosive Ordnance Disposal (EOD) Open Burning/Open Detonation (OB/OD) Range. This document has been prepared in accordance with Parts VI.A. and X.A. [Adopts by reference 40 CFR 264 Subpart X, Miscellaneous Units, 40 CFR 270.14(b)(l3), and 40 CFR 264 Subpart G] of the GHWMRs requirements.

Andersen AFB Environmental Flight Office will maintain a copy of this closure plan, including all revisions, at least until certification of closure

*Amendments to Closure Plan*

Any revisions to this closure plan will be submitted to the Guam Environmental Protection Agency (Guam EPA) for approval. The plan will be revised whenever any of the following would affect closure:

**SER 509**

2-153

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN



**Figure 2-12**
**EOD Range with 2400' Safety Zone**
Andersen Air Force Base, Guam

3

**SER 510**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

- modifications are made to existing OB or OD structures;

- the quantity or composition of the waste material to be treated by OB/OD is increased or altered, operating procedures are revised, or regulatory requirements change;

- the expected year of closure changes;

- during closure activities, unexpected events occur that require a modification to the closure plan; and

- any closure plan procedures (e.g., decontamination or sampling) are revised to accommodate modern techniques.

*Closure Performance Standard (Part VI.A. [Adopts by reference 40 CFR 264.111(a), (b) and (c)]of the GHWMRs)*

The OB/OD units will be closed in such a manner as to meet the Closure Performance Standard. The proposed clean-closure will eliminate the need for further maintenance. The units will be closed to the extent necessary to protect human health and the environment through closure and post-closure. The closure procedures implemented herein will prevent the escape of hazardous waste, hazardous constituents, contaminated run-off, and waste decomposition products to the ground or surface waters or to the atmosphere. Part VI.A. [Adopts by reference 40 CFR 264.601 Subpart X] of the GHWMRs requires that miscellaneous units are closed in a manner that prevents any releases that may have adverse affects on human health and the environment due to migration of waste constituents in the groundwater, subsurface environment, surface water, wetlands, or on soil surface. Clean closure will assure that the closed OB/OD units will not affect human health or the environment.

Previous DOD studies of open burning units on the ground that had been operating a number of years have shown that contaminated soils and residues were present in the immediate vicinity of the OB unit; however, they were generally limited to the top 18 inches of soil (U.S. Army AEHA 1987). In addition, the soils were frequently not hazardous due to EP toxicity. Based on these studies and knowledge of the OB/OD units, it is anticipated that clean closure will be achieved for both the OB and OD units.

Closure will be achieved based on soil removal and decontamination as discussed in the following sections. These procedures will be utilized to achieve cleanup standards which are protective of human health and the environment, which are determined prior to closure. Several regulatory and health-based criteria will be considered, in conjunction with the planned use of the site, to determine cleanup levels. Health-based target concentrations (carcinogenic and non-carcinogenic effects) which have been developed in conjunction with this application will be considered for water and soil. These health based criteria may be revised at time of closure if risk assessment values or methods have been updated. Depending on the proposed groundwater usage, drinking water or other Maximum Contaminant Levels (MCLs) established under the Safe Drinking Water Act and Alternative Concentration Limits (ACLs) will be evaluated for groundwater concentrations. Background concentration limits for waste constituents in the soil will be evaluated as potential cleanup criteria, depending on plausible future patterns of use. The compounds of concern are those which will be sampled as per the closure sampling plan and baseline sampling plan. These compounds are listed in Table II-4, Standards, Criteria, and Benchmark Values of

2-155

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Sampling Parameters. The performance standard to eliminate air contamination is based on the termination of OB/OD activities.

*Certification of Closure*

Certification that final closure of the units has been completed in accordance with the approved closure plan will be submitted to Guam EPA within 60 days of final closure. The certification will be sent by registered mail. The certification will be signed by the owner or operator (Andersen AFB Base Civil Engineer), the engineer responsible for oversight of the closure, and an independent professional engineer.

*Description of Partial or Final Closure Procedures (Part VI.A. [Adopts by reference 40 CFR 264.1 12(b)(1) and (2)]of the GHWMRs)*

Andersen AFB intends to operate both the OB and OD units in tandem, until the units are no longer required. It is estimated that the OB/OD units will be operated until the Air Force Base ceases operation.

Therefore, the OB and OD units will be closed at the same time; no partial closure activities are contemplated.

The management of investigation and potential remediation of inactive SWMUs in the EOD Range are discussed in Section J, RCRA Corrective Action Section.

During final closure, each unit will be closed by treating the final volume of hazardous waste, treating the explosive residues generated during the last treatment, and removing of all metal from the surface of the beach for resale as scrap or disposal in accordance with applicable regulations.

The pit of each unit will then be sampled and analyzed in accordance with the OB/OD Sampling and Analysis Plan (SAP) and Quality Assurance Project Plan (QAPP) for Closure, Attachment 1. If any contaminated soil is identified, it will be removed and disposed of offsite. If it cannot be removed and disposed of, closure-in-place will be implemented following approval of a modified closure plan. After sampling and soil removal, the pits will be backfilled and re-graded. In addition to closure of the land pits, the burn equipment(s) will be decontaminated and recycled or disposed of in accordance with applicable regulations.

*Description of Maximum Unclosed Portion During the Active Life of the Facility (Part VI.A. [Adopts by reference 40 CFR 264.112(b)(2)] of the GHWMRs)*

RCRA requires that the closure plan include a description identifying the maximum extent of the operations which will be unclosed during the active life of the facility.

During the active life of the EOD facility, the active OB/OD units will not be closed. The OD unit consists of two (2) pits, each located directly along the face of the cliff at the extreme eastern end of the beach. The active open burning treatment unit is located approximately 80 feet from the cliff and 150 to 190 feet from the ocean, approximately centered east-west within the range.

5

**SER 512**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

| Chemical Name Listed in Composition and Combustion Lists | RCRA Action Level | | | Human Health Criteria | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Health-Based Target Concentration | | | | | |
| | | | | Non-carcinogenic Effects | | | Carcinogenic Effects | | |
| | Air $(mg/m^3)$ | Water $(\mu g/L)$ | Soil $(mg/kg)$ | Air $(mg/m^3)$ | Water $(\mu g/L)$ | Soil $(mg/kg)$ | Air $(mg/m^3)$ | Water $(\mu g/L)$ | Soil $(mg/kg)$ |
| Barium | 4.0E-01 | 2.0E+03 | 4.0E+03 | 5.90E-05 | 1.04E+00 | 5.20E+03 | | | |
| Lead | | 1.5E+02 | | 1.5E-03 | 2.23E-03 | 1.11E+01 | | | |
| Silver | | | 3.0E+02 | 2.9E-03 | 7.4E-02 | 3.71E+02 | | | |
| Aluminum | | 2.0E+01 | 3.0E+01 | | | | | | |
| Copper | | | | 2.20E-02 | 5.48E-01 | 2.75E+03 | | | |
| Iron | | | | | | | | | |
| Magnesium | | | | | | | | | |
| Strontium | | | | 3.56E-00 | 8.9E+00 | 4.46E+04 | | | |
| Phosphorus | | | | | | | | | |
| Antimony | | 1.0E+03 | 3.0E+01 | 2.38E-04 | 5.94E-03 | 2.79E+01 | | | |
| Calcium | | 1.0E+03 | 3.0E+03 | | | | | | |
| Potassium | | 2.0E+03 | 4.0E+03 | | | | | | |
| Tin | | | | 3.56E-01 | 8.91E+00 | 4.46E+04 | | | |
| Sulfur | | | | | | | | | |
| Sulfates | | | | 6.77E+00 | 1.63E+02 | 7.20E+04 | | | |
| Nitrates | | | | 9.50E-01 | 2.38E+01 | 1.19E+05 | | | |
| Nitrites | | | | | | | | | |
| Ammonia | | | | 1.72E-02 | 1.44E+01 | 7.20E+04 | | | |
| Cyanide | | | | | | | | | |
| 1,3-Dinitrobenzene | | 4.00E+00 | 8.00E+00 | 5.94E-05 | 1.49E-03 | 7.43E+03 | | | |
| 2,4-Dinitrotoluene | | 5.0E-02 | | 1.19E-04 | 2.97E-02 | 1.49E+02 | 9.64E-06 | 1.12E-04 | 9.01E-01 |
| 2,6-Dinitrotoluene | | 5.0E-02 | | 5.94E-04 | 1.49E-02 | 7.43E+01 | 9.64E-06 | 1.12E-04 | 9.01E-01 |
| Octahydro-1,3,5,7-tetranitro-1,3,5,7-tetra (HMX) | | | | 2.97E-02 | 7.43E-01 | 3.70E+03 | | | |

Table II-4
Standards, Criteria and Benchmark Values for Sampling Parameters

6

**SER 513**

**2-157**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

| Table II-4<br>Standards, Criteria and Benchmark Values for Sampling Parameters | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Human Health Criteria | | | | | | | | |
| Chemical Name Listed in Composition and Combustion Lists | RCRA Action Level | | | Health-Based Target Concentration | | | | | |
| | | | | Non-carcinogenic Effects | | | Carcinogenic Effects | | |
| | Air (mg/m$^3$) | Water (µg/L) | Soil (mg/kg) | Air (mg/m$^3$) | Water (µg/L) | Soil (mg/kg) | Air (mg/m$^3$) | Water (µg/L) | Soil (mg/kg) |
| Nitroglycerin | | | | 2.97E-04 | 7.43E-03 | 3.71E+01 | 3.86E-04 | 4.50E-03 | 3.60E+01 |
| Pentaerythritol tetranitrate (PETN) | | | | | | | | | |
| Hexahydro-1,3,5-trinitro-1,2,5-triazine (RDX) | | | | 1.78E-03 | 4.46E-02 | 2.23E+02 | 5.96E-05 | 6.95E-04 | 3.75E+00 |
| 2,4,6-Trinitrotoluene (TNT) | | | | 2.97E-04 | 7.42E-03 | 3.71E+00 | 2.19E-04 | 2.55E-03 | 2.04E+01 |
| Tetryl (Trinitrophenylmethyl nitramine) | | | | 5.94E-03 | 1.49E-01 | 7.43E+02 | | | |
| Nitroguanidine | | | | 5.94E-02 | 1.49E+00 | | | | |
| Dibutyl phthalate | | 4.00E+03 | 8.00E+03 | 5.94E-02 | 1.49E+00 | | | | |
| Diphenylamine | | 9.00E+02 | 2.00E+03 | 1.49E-02 | 3.71E-01 | | | | |
| Hexachlorobenzene | | | | 4.75E-04 | 1.19E-02 | 4.10E-06 | 4.78E-05 | 3.38E-01 | |
| TPH | | | | | | | | | |
| Hydrogen Cyanide | | | | 1.19E-02 | 2.97E-01 | | | | |
| Hydrogen Sulfide | | | | 1.54E-04 | 4.46E-02 | | | | |
| Nitrobenzene | | | | 3.56E-04 | 7.43E-03 | | | | |
| 1,3,5-Trinitrobenzene | | | | 2.97E-05 | 7.43E-04 | | | | |
| White Phosphorus | | | | 1.19E-05 | 2.97E-04 | | | | |

7

**SER 514**

2-158

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Estimate of Maximum Waste Inventory in Storage and Treatment During Facility Life (Part VI.A. [Adopts by reference 40 CFR 264.112(b)(3 )]of the GHWMRs)*

The maximum inventory of hazardous wastes at the facility is based on the allowable range limitation on the net explosive weight (NEW) of unserviceable munitions.

The maximum amount of unserviceable munitions accommodated by the OB/OD units at one time is 600 pounds.

*Description of Procedures for Removal or Decontamination of Hazardous Waste Residues, Equipment, Structures, and Soils (Part VI.A [Adopts by reference 40 CFR 264.112(b)(4) and 264.114]of the GHWMRs) and Location of Disposal Facility*

The closure of the OB/OD units will be based on the most effective and practical treatment available at the time of closure. It will consist of removing and/or decontaminating all structures, soil and other materials contaminated with hazardous waste or hazardous constituents. The closure process will be phased to provide for most effective use of labor and equipment to accomplish the task. Critical decisions will be made throughout the process regarding subsequent steps, based on analysis conducted during closure to determine the extent of contamination and effectiveness of closure procedures.

Closure Phase I -Materials Removal

The first phase of the closure activities will consist of identification and removal of metallic debris and unexploded ordnance materials. This closure phase will consist of several individual tasks:

1.  Visual identification of the beach area surrounding the OB/OD units for metallic debris and unexploded ordnance (UXO) materials. This will consist of a complete "sweep" of the range for materials visible on the surface. Metallic materials will be collected and forwarded to the DRMO (Defense Reutilization and Marketing Office) for proper handling, storage, and recycling. UXO observed will be collected for final treatment by burning or detonation.

2.  The beach sand in the range will then be mechanically raked to a depth of approximately 18 inches. Metallic debris and UXO materials observed during this raking will be similarly removed for disposal or treatment.

3.  A sweep of the ocean floor between the shoreline and reef-line will be conducted of the area in front of (north) the EOD Range in a similar manner as the beach sweep.

4.  A sweep of the jungle within a 300-foot-radius of the open detonation units will be conducted in a similar manner as the beach sweep.

5.  In addition to the above noted sweeps, several lines will be traversed through the jungle beyond the 300-foot-radius to ensure there are no materials from the EOD operations. These traversed lines will continue out to the extent of the declared safety zone, 2,400 feet from the open detonation pits.

**SER 515**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Closure Phase II - Equipment Decontamination

The second phase of the closure process includes removal of residues on the OB burn equipment, sampling, and decontamination phase, if required.

The material from the last treatment conducted in the burn equipment will be handled as per the accepted[th] 36 WGI 32-3001. In summary, it will then be sampled to determine if it is hazardous waste or contains hazardous waste constituents. If the material is determined to be a hazardous waste, it will be disposed of at a permitted hazardous waste facility in accordance with regulatory requirements; otherwise, it will be disposed of in a permitted solid waste landfill to be determined.

Once the residues are removed, the burn equipment will be decontaminated. Two possible methods of decontamination of the burn equipment are described below. It is likely the final determination will be made at the time of closure.

1. Flashing. This method is accomplished by using the appropriate fuel and oxidizer to cause the temperature of the containment device to exceed the auto ignition or decomposition temperature of the PEP wastes that have been burned in the unit. The process is utilized by explosives handlers to decontaminate equipment used to haul or store explosive materials (U.S. Army AEHA 1987).

2. Washing. This method consists of decontaminating the burn equipment by first washing with a detergent followed by steam cleaning. After decontamination, any waste waters generated will be placed in appropriate sized drums and sampled for the parameters listed in the OB/OD SAP/QAPP for Closure, Attachment 1. The liquid wastes will then be disposed of in accordance with regulatory requirements.

Once the burn equipment is decontaminated, it will be sampled with surface wipe testing to assure that the decontamination was effective. The wipe sample(s) will be analyzed for the parameters listed in Section 5 and Table 5-1 (Sample ID# OBCD), of the OB/OD SAP/QAPP for Closure, Attachment 1.

*Location of Disposal Facility.* Once confirmatory sampling is completed, the burn equipment will be processed through the DRMO for recycling as scrap steel. Disposal of contaminated soils (if required) will also be processed through the DRMO facility.

Closure Phase III - Soil/Groundwater Investigation

The third phase of the closure will consist of implementation of the sampling plan to determine the extent of contamination of hazardous wastes or hazardous constituents at the OB/OD range.

Prior to sampling, the range will be evaluated as to whether unexploded ordnance (UXO) remains on site below the depths reached in the beach raking operation. An electromagnetic surveyor ground penetrating radar will be implemented to detect the presence of metal. The ocean will be surveyed by one of these methods for metallic UXO materials from the beach to the reef line, in the vicinity of the OB/OD units. The beach and jungle immediately surrounding the OB/OD units will also be surveyed by one of these methods for metallic UXO materials (300 foot radius).

If buried UXO is detected in or around the OD unit, the unit will be evaluated by a remote drilling operation. It is unlikely that UXO will be found in the EOD Range. However, if it is located, it will be treated in-place or in the OB/OD unit(s).

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Methods for Sampling and Testing Surrounding Soils.* Sampling activities will commence once the UXO survey is completed. Representative soil samples will be taken from locations throughout the OB/OD range. Sampling and analysis will conform to the procedures summarized in the OB/OD SAP/QAPP for Closure, Attachment 1.

Once samples have been analyzed, a decision will be made regarding the next step of closure. If soil samples have been determined to be contaminated with hazardous wastes or hazardous constituents, secondary sampling may be conducted to determine more precisely the extent of soil that should be removed.

*Criteria for Determining Decontamination Levels.* The criteria for determining the extent of decontamination required to satisfy the closure performance standards will be developed prior to closure. The units will be closed to the extent necessary to protect human health and the environment by implementation of a clean-closure. The cleanup levels will be based on regulatory and health-based criteria in conjunction with the planned use of the site. Potential future uses of the site include archaeological and/or wildlife preservation areas.

Health-based target concentrations (carcinogenic and non-carcinogenic effects) which have been developed in conjunction with this application will be considered for water and soil. These health-based criteria may be revised at time of closure if risk assessment values or methods have been updated. If the groundwater may be used for drinking water in the future, MCLs established under the Safe Drinking Water Act will be applied to groundwater. However, ACLs will be evaluated for groundwater concentrations if there are no future plans for drinking water (see Table II-4, Standards Criteria, and Benchmark Values for Sampling Parameters). Background concentration limits for waste constituents in the soil will be evaluated as potential cleanup criteria, depending on plausible future patterns of use. The compounds of concern are those which will be sampled as per the closure sampling plan and baseline sampling plan. These compounds are listed in Table 5-2.

Closure Phase IV –Soil/Groundwater Closure

The fourth phase will consist of soil removal and confirmatory sampling, if required to achieve clean closure. If excavation is required, it is probable that a request for extension of closure will be submitted for approval. The final decision as to treatment method(s) will be determined at the time of closure. If any soil is determined to be hazardous, remediation will be implemented. All contaminated soil will be excavated, placed in drums, and disposed of in accordance with applicable regulations at a permitted facility to be determined. Excavation would be completed to the extent possible and/or practical. If it were determined that it was not feasible to excavate soil and a closure-in-place would be required, an amendment to the closure plan would be submitted to Guam EPA for approval. However, it is the intent of this closure plan to achieve clean closure and this requirement for closure in-place is considered highly unlikely.

If buried UXO cannot be removed or disposed of safely, it will remain in place. In this unlikely event, the facility will be considered closed-in-place, and an amendment to the closure plan will be submitted for review and approval to the appropriate regulatory agencies. If buried UXO is not removed, a deed restriction will be placed on the property (refer to the Documentation of Notice of Deed of this section). Clean sand or soil will be brought to the treatment units for clean fill. The beach area will then be re-graded.

**SER 517**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Personnel and Human Health Protection During Closure Activities*

The closure of the OB/OD units will be implemented in a manner that is safe to all involved personnel and to human health and the environment The Contingency Plan and the Preparedness and Prevention Plan as included in the RCRA Part B Subpart X Permit for the EOD Range will be implemented as appropriate to closure operations. All contractors involved with closure activities will be required to be familiar with these plans.

In addition, a Health and Safety Plan (HASP) will be developed and implemented to address the potential hazards associated with this closure. It is probable that the most likely potential hazard(s) is unexploded energetic material and other physical/equipment hazards. The potential for chemical hazards is low.

Andersen AFB EOD personnel or other trained EOD specialists will conduct or will oversee all closure activities that involve reactive materials or UXO. All personnel involved with closure will have the appropriate training in hazardous waste operations.

EOD security and inspection procedures will continue throughout the closure period through closure certification. In addition, EOD personnel or contractors performing closure tasks will inspect temporary storage areas.

*Hazardous Waste and Materials*

A temporary storage area will be set up on the EOD Range to store closure equipment and wastes generated during closure prior to disposal. Any material determined to be reactive or UXO will be treated onsite in the OB/OD units in accordance with the standard FOI (SOP) and will not be stored in the temporary storage area.

All wastes will be properly labeled. If any wastes are determined to be hazardous, they will be marked with "Hazardous Waste" labels, the EPA ID number of Andersen AFB, the date of generation, and other items required by RCRA regulations and additional Guam EPA requirements, if any. Wastes which may be stored in the temporary storage area include the following:

- burn equipment waste
- contaminated soils and debris contaminated liquids (generated from decontamination procedures)
- miscellaneous wastes (paper, wood, metal, etc.) collected from the EOD Range or generated (during closure activities)

*Description of Additional Activities Performed During Closure (Part VI.A. [Adopts by reference 40 CFR 264.112(b)(5)] of the GHWMRs)*

*Groundwater monitoring.* For discussion of groundwater monitoring, refer in this section to Description of Procedures for Removal or Decontamination of Hazardous Waste Residues, Equipment, Structures and Soils, Soil and Groundwater Investigation and Closure Sampling Plan.

*Leachate collection.* Leachate collection will not be applicable since the unit will undergo clean closure.

**SER 518**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Run-on and run-off control.* Run-on and run-off may be utilized during closure activities such as covering of drums of decontamination wastes. Run-on and run-off control will not be required during post-closure, since clean closure will be achieved.

*Description of Closure Schedule (Part VI.A. [Adopts by reference 40 CFR 264.112(b)(6) and 264.113] of the GHWMRs)*

The federal regulations require that the owner or operator must treat, remove from the unit or facility, or dispose of on-site, all hazardous wastes in accordance with the approved closure plan within 90 days after receiving the final volume of hazardous wastes. In the case of the EOD operations, when munitions are determined to be unserviceable, they are declared to be hazardous waste. As long as there are munitions at Andersen AFB, the potential exists for the generation of hazardous waste. Therefore, for purposes of this application, the 90-day clock will not commence until all munitions, which may eventually be declared unserviceable and may be treated by EOD operations, are removed or treated by the EOD units. The exception to this statement is if a new process is designed which may treat the unserviceable munitions at Andersen AFB more effectively or in a more environmentally feasible process.

On the day final volume of hazardous wastes is received, the EOD Range will treat the final volume of hazardous wastes and any hazardous residues which may remain in the burn equipment.

The regulations require that the owner or operator complete final closure activities in accordance with the approved closure plan within 180 days after receiving the final volume of hazardous wastes. It is anticipated that the EOD Range will undergo clean closure within the 180-day period without the need of an extension.

See Table II-5, Timetable of Closure Activities.

12

**SER 519**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Table II-5
Timetable of Closure Activities

| Task | Days from Initiation of Closure |
|---|---|
| **Phase 1** | |
| Notify Guam EPA of intent to close facility | 0 -30 |
| Receive final volume of hazardous waste | 0 |
| Treat final volume of hazardous waste | 0 |
| Remove residues from final volume of waste treated | 1 |
| Initiate closure | 1 |
| Rake EOD Range for UXO's and Metals | 2 to 45 |
| Treat any UXO that is recovered from raking | 10 to 55 |
| Recover and remove all metal | 1 to 45 |
| If more time is required for closure, request extension | 60 to 150 |
| **Phase 2** | |
| Decontaminate, sample and dispose of burn equipment | 55 to 90 |
| **Phase 3** | |
| Sample and analyze soil surrounding units in accordance with sampling plan and QAPP | 90 to 120 |
| **Phase 4** | |
| Remove contaminated soil if required | 120 to 160 |
| Confirmatory sampling of units if required | 120 to 160 |
| Fill re-grade treatment units | 160 to 179 |
| Complete clean closure | 180 |
| Submit closure certification to Guam EPA | 180 to 240 |

Note:  Minor variances from this timetable may be made as required to accommodate closure
requirements. These variances will comply with regulatory requirements.

13

**SER 520**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

The closure of the EOD Range will take place in accordance with the time line provided in Table II-5, Timetable of Closure Activities.

*Estimate of Year of Closure (Part VI.A. [Adopts by reference 40 CFR 264.112(b)(7) of the GHWMRs)*

The estimate of the year of closure is not predictable at this time. It is assumed that the EOD Range will be required to operate as long as ordnance are maintained at Andersen AFB. It is expected that ordnance will be maintained until the base is closed. The decision to close Andersen AFB will ultimately be made through· governmental process and will not be the responsibility of the EOD Commander or the Andersen AFB Commander.

For purposes of this permit, however, the estimate year of closure is 2043, or 50 years from the date of this application.

*Extension of Closure Time (Part VI.A. [Adopts by reference 40 CFR 264.113(a) and (b)] of the GHWMRs)*

Final closure will be completed within 180 days after receiving the final volume of hazardous wastes. If it is determined that final closure activities will, of necessity, take longer than 180 days to complete; it is determined that closure of the unit(s) is incompatible with continued operation of Andersen AFB; or if there is reasonable likelihood that another person will recommence operation within 1 year, then a modification to the closure plan permit will be requested. The request for modification will be submitted to Guam EPA at least 30 days prior to the end of the 180-day period (after receiving final volume of hazardous waste).

The request will demonstrate the reason(s) for requesting an extension. In addition, the request will demonstrate that the range will continue to be operated in compliance with all applicable permit requirements and that all steps to prevent threats to human health and the environment will be taken.

**Copy of Post-Closure Plan (Part VI.A. [Adopts by reference 40 CFR 264.117, 264.118, and 264.603] of the GHWMRs)**

The purpose of the closure plan is to achieve clean closure; therefore, post-closure requirements will not be applicable to the OB/OD units on the EOD Range. The determination that clean closure can be achieved is based on the type of operation utilized and scientific judgment. Clean closure is the preferred option, since it will result in the lowest level risk to human health and the environment. If, in the unlikely event it is determined that the quantity of soil required to be removed to achieve clean closure is not practical then a c1osure-in-place will be implemented. In this case the closure plan will be amended and submitted to Guam EPA for review and approval.

The following paragraphs discuss the applicability of post-closure requirements based on the achievement of clean closure.

**SER 521**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Post-Closure Care Mechanisms (Part VI.A. [Adopts by reference 40 CFR 264.603] of the GHWMRs)*

A miscellaneous unit that is a disposal unit must be maintained in a manner during the post-closure period that prevents any releases that may have adverse affects on human health and the environment due to migration of waste constituents in the groundwater, subsurface environment, surface water, wetlands, or on soil surface. Clean closure will assure that the closed OB/OD units will not affect human health or the environment.

In the event that clean closure is not achieved, the closure plan will be amended to include criteria to assure that any waste constituents remaining at closure will not cause adverse effects to human health or the environment.

*Description of Maintenance, Monitoring, Inspection, and Frequencies Required to Comply with Applicable Regulatory Requirements (Part VI.A. [Adopts by reference 40 CFR 264.118(b)(1) and (2)] of the GHWMRs)*

Based on clean-closure, the units will not require post-closure monitoring of groundwater, air or soil. Since there will be no structural requirements for clean closure (such as a cap), there will be no post-closure maintenance or inspection requirements.

In the event that clean closure is not achieved, the closure plan will be amended to include post-closure monitoring, maintenance, and inspection plan.

*Identification and Location of Person Responsible for Storage and for Updating Facility Copy of Post--Closure Plan During Post-Closure Period (Part VI.A. [Adopts by reference 40 CFR 264.118(b)(3)] of the GHWMRs)*

Based on clean-closure, a post-closure plan is not required for this application; therefore, this is not an applicable requirement.

In the event that post-closure is required an employee in CES/CEV or EOD will be designated to store and update copies of the post-closure plan. The post-closure plan will be maintained for at least 30 years after certification of closure.

*Procedure for Updating All Other Copies of Post-Closure Plan (Part VI.A. [Adopts by reference 40 CFR 264.118(b)(2)] of the GHWMRs)*

Based on clean-closure, a procedure for updating all other copies of the post-closure plan is not required. In the event that post-closure is required a procedure for updating all other copies of the post-closure plan will be implemented in the amendment submitted to Guam EPA. An employee in CES/CEV or EOD will be designated to update all other copies of the post-closure plan.

*Survey Plat*

Based on clean-closure, a survey plat is not required.

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

In the event that post-closure is required, a survey plat will be submitted to the local zoning authority. The plat will be certified by a registered professional engineer and will meet all designated regulatory requirements.

*Post-Closure Certification*

Based on clean-closure, a post-closure certification is not required.

In the event that post-closure is required, a certification of post-closure will be submitted to Guam EPA, 60 days prior to the end of the post-closure care period (30 years from closure certification).

*Submittal of Post-Closure Record of Hazardous Waste*

Based on clean-closure, hazardous waste will not remain at the facility after closure. Therefore, a record of hazardous waste will not be required to be submitted to the local zoning authority, or authority with jurisdiction over local land use, and Guam EPA.

If clean-closure is not achieved, a record of the type, location and quantity of hazardous wastes remaining within each unit will be submitted to the above mentioned agency within 60 days after certification of closure.

**Copy of Most Recent Closure and Post-Closure Cost Estimates (Parts VI.A and X.A. [Adopts by reference 40 CFR 264.142, 264.144, and 270.14(b)(15) and (16)] of the GHWMRs)**

Since U.S. Government installations are exempt from these requirements, they are not addressed in this application.

**Copy of Documents Used as Financial Assurance Mechanisms (Part VI.A. [Adopts by reference 4O CFR 264.143, 264.145, and 264.146] of the HWMRs)**

Since U.S. Government installations are exempt from these requirements, they are not addressed in this application.

**Documentation of Notice of Deed (Parts VI.A and X.A. [Adopts by reference 264.11940 and CFR 270.14(b)(l4)] of the GHWMRs)**

Since this closure plan is based on clean closure, post-closure notices, including a notice of deed restriction, will not be required.

If clean closure, is not achieved (contaminated soil is not removed or UXO is left in place) or if it is determined at the time of closure that a potential for UXO exists at the EOD Range, then the Air Force will record a notation on the deed to the facility property. Alternatively, a notation may be placed on some other instrument, such as a restrictive covenant or easement, which is normally examined during title search. This notation will state that hazardous wastes have been disposed on the property and that property use is restricted under 40 CFR Subpart G regulations. The deed notice will also indicate that a survey plat and record of waste have been filed.

**SER 523**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

If required, the deed notation will be recorded within 60 days of certification of closure of the first and last hazardous waste disposal unit. Following the notation to the deed, the Air Force will sign a certification, stating that the deed notification has been recorded. This certification will be sent to the Administrator of Guam EPA, and it will include a copy of the document in which the notification has been placed.

**Copy of Insurance Policy (Part VI.A. [Adopts by reference 40 CFR 264.147] of the GHWMRs)**

Since U.S. Government installations are exempt from these requirements, they are not addressed in this application.

**Closure Sampling Plan**

Introduction

The closure sampling plan for clean-closure of the Andersen AFB EOD OB/OD units will be implemented in accordance with 40 CPR 264 Subpart G requirements. The sampling activities that will be performed at the time of closure of the OB/OD units will be reevaluated based on the results of the initial baseline sampling program and continued sampling program for detection monitoring. Closure sampling will be conducted before, during and after site remediation activities.

*Pre-Closure Soil Quality Sampling*

Shallow soil sampling will be performed on a sampling grid established during the baseline sampling program. Soil sample site grid concentrations will be greater in the immediate vicinity of the OD pit and the burn pit. A limited number of soil samples will be collected along traverse lines extending from the OD pit and burn pit extending to the ocean and the edge of the safety zone.

A geophysical survey of the OD pit, burn pit, and adjacent areas will be conducted prior to soil sampling to detect buried metallic objects which may be indicative of live ordnance. Reconnaissance surveying will be performed using electromagnetic induction (EM-31 and EM-34). Electrical anomalies defined with the EM techniques will be followed with high-resolution profiling using ground penetrating radar (GPR) (as required). Geophysical anomalies that would indicate the potential presence of live ordnance would be brought to the attention of EOD experts. Soil sample locations will be positioned to void any potential safety hazards identified with these geophysical tools.

Pre-closure shallow soil sampling will be divided into two separate sampling schemes. The first scheme will define the vertical and lateral extent of soil contamination within the areas of greatest potential contamination, the OB and OD pits and their immediate vicinity. The second sampling scheme will be conducted outside the immediate vicinity of the active units to determine if significant contamination has resulted from ordnance and related materials ejected during OD unit operations.

The soil sample collection scheme and methodology are discussed in the OB/OD SAP/QAPP for Closure. (Attachment 1)

**SER 524**

2-168

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

*Soil Closure Sampling*

After the removal of contaminated soil, a round of clearance samples will be collected to determine the effectiveness of the remediation. The clearance samples will be collected from a depth interval below the contaminated soil excavation. Approximately 15 clearance samples will be collected from randomly selected grid cells from the OB and OD pits and their immediate vicinity. Upon evaluation of the clearance sample analytical results, additional soil excavation and sampling may be warranted.

*Groundwater Sampling*

Groundwater sampling during closure activities will be based upon the OB/OD SAP/QAPP for Closure. (Attachment 1) During the active operation of the OB/OD units, a groundwater monitoring program will be implemented based on 40 CFR 264 Subpart F, Releases from Solid Waste Management Units. The first phase of proposed monitoring will consist of baseline monitoring event. The parameters for this event are listed in Table 5-2 of the OB/OD Sampling and Analysis Plan/Quality Assurance Project Plan for Closure. Based on the initial sampling, a detection monitoring program may be developed to determine whether hazardous constituents are detected at the active facility. If detection monitoring is continued throughout the active life of the facility, the closure sampling will consist of the final round of detection groundwater monitoring. The quality of the groundwater at the EOD range will be well defined prior to closure, in this case.

If the analytical results of the monitoring program indicate that groundwater remediation is warranted, an appropriate groundwater remedial plan will be developed. Prior to clean closure, a final round of groundwater samples will be collected for laboratory analysis.

*Monitoring Well Closure*

Following review of the final round of groundwater monitoring analytical results the monitoring wells will be closed in an environmentally appropriate manner. Well closure will include removal of casing and over-drilling and plugging with a non-shrinking grout.

**Quality Assurance Project Plan**

All samples taken for analysis will be analyzed in accordance with Quality Assurance Project Plan requirements, Section 6, Attachment 1 of Appendix G.

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

# Attachment 1

## OB/OD Sampling and Analysis Plan / Quality Assurance Project Plan for Closure

**SER 526**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

## TABLE OF CONTENTS

LIST OF ABBREVIATIONS AND ACRONYMS...................................................................IV

SECTION 1: INTRODUCTION ............................................................................................ 1

SECTION 2: SITE DESCRIPTION ...................................................................................... 1

2.1    Location ..................................................................................................................... 1

2.2    Meteorology ............................................................................................................. 1

2.3    Topography .............................................................................................................. 2

2.4    Geology ................................................................................................................... 2

2.5    Hydrogeology .......................................................................................................... 2

2.6    Surface Water .......................................................................................................... 3

3.1    Pre-Closure Samples OB and OD Treatment Units ................................................ 7

3.2    Pre-Closure Samples - Other .................................................................................. 7

3.3    Remedial Action Clearance Samples ...................................................................... 8
3.3.1      Treatment Unit Excavations........................................................................ 8
3.3.2      Open Burn Containment Device Decontamination Clearance Samples ...... 8

3.4    Groundwater Samples ............................................................................................. 8

3.5    Closure Generated Waste Samples ......................................................................... 8
3.5.1      Excavated Material ..................................................................................... 8
3.5.2      Investigative or Remediation Derived Wastes ............................................ 8

3.6    Quality Assurance .................................................................................................. 8

SECTION 4:   SAMPLING PROCEDURES ....................................................................... 15

4.1    Shallow Soils........................................................................................................... 15
4.1.1      Pre-closure ................................................................................................ 15
4.1.2      Treatment Unit Evaluation......................................................................... 15
4.1.3      Remediation Clearance .............................................................................. 15

4.2    Groundwater............................................................................................................ 15

4.3    Marine Surface Water ............................................................................................. 15

4.4    Marine Sediments ................................................................................................... 16

4.5    Closure Generated Wastes ...................................................................................... 16
4.5.1      Contaminated Soils .................................................................................... 16
4.5.2      Remediation Equipment Decontamination Wastes...................................... 16
4.5.3      Investigative Derived Wastes...................................................................... 16

i

**SER 527**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

**4.6 Sampling Equipment Decontamination Procedures** ........................................................16

**SECTION 5: ANALYTICAL SCOPE AND PROCEDURES** ....................................................**17**

**5.1 Pre-Closure Samples – OB/OD Treatment Units** ..............................................................17

**5.2 Pre-Closure Samples – EOD Range, Other** ......................................................................17

**5.3 Remedial Action Clearance Samples** ...............................................................................17

**5.4 Groundwater Samples** .....................................................................................................17

**5.5 Equipment Decontamination Clearance Samples** ............................................................18

**5.6 Open Burn Containment Device Wipe Samples** ..............................................................18

**5.7 Closure Generated Wastes** ............................................................................................18

**SECTION 6: QA PROJECT PLAN** ..........................................................................................**27**

**6.1 General Requirements** ....................................................................................................27

**6.2 Special Sampling Requirements** .....................................................................................27

**6.3 Sampling Site Selection** ..................................................................................................28

**6.4 Sample Blanks and Field Duplicates** ..............................................................................28
6.4.1 Trip Blank.........................................................................................................................28
6.4.2 Equipment Blank ..............................................................................................................28
6.4.3 Field Duplicates ...............................................................................................................28
6.4.4 Split Samples ...................................................................................................................29

**6.5 Field Equipment Decontamination** ..................................................................................29

**6.6 Sample Containers and Preservation Techniques** ..........................................................29

**6.7 Sample Security, Custody, Handling, Preparation and Documentation**...........................29
6.7.1 Security.............................................................................................................................29
6.7.2 Sample Custody................................................................................................................29
6.7.3 Sample Handling, Preparation, and Field Documentation ...............................................30

**6.8 Analytical Procedures** ....................................................................................................31

**6.9 Internal QC Check**...........................................................................................................31
6.9.1 Laboratory QC Checks .....................................................................................................31
6.9.2 Calculation of Data Quality Indicators..............................................................................31

**6.10 Project Organization and Responsibilities** ....................................................................31
6.10.1 Field Personnel ..............................................................................................................31
6.10.2 Laboratory Personnel .....................................................................................................31
6.10.3. Project QA Personnel.....................................................................................................32

**6.11 Calibration Procedures and Frequency**.........................................................................32
6.11.1 Analytical Laboratory Instruments..................................................................................32

**SER 528**

2-172

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

**6.12    Data Reduction, Validation, Reporting** ......................................................................**37**
6.12.1  Field Data ...........................................................................................................37

6.12.2  Sampling and data Results Report .......................................................................39
**6.13    Performance and System Audit** ....................................................................**40**
6.13.1  System Audit ......................................................................................................40
6.13.2  Performance Audit ..............................................................................................40

**6.14    Preventive Maintenance** ...............................................................................**40**

**6.15    Corrective Actions** ........................................................................................**41**
6.15.1  Short-Term Corrective Action ............................................................................41
6.15.2  Long-Term Corrective Action.............................................................................41
6.15.3  QC Corrective Action .........................................................................................41

## List of Tables

TABLE 3-1: SAMPLE RATIONALE...................................................................................11
TABLE 3-2: SOIL SAMPLE LOCATIONS .........................................................................14
TABLE 3-3: SURFACE WATER SAMPLE LOCATIONS...................................................14
TABLE 5-1: ANALYTICAL PARAMETERS ......................................................................19
TABLE 5-2: TARGET ANALYTES.  ANALYTICAL METHODS AND REPORTING LIMITS ............................................23

## List of Figures

FIGURE 2-1:  ISLAND OF GUAM………………………………………………………….4
FIGURE 2-2:  FACILITY SITE MAP…………………………………………………………5
FIGURE 2-3:  WIND ROSE………………………………………………………………….6
FIGURE 3-1: SAMPLE LOCATIONS…………………………………………………………9
FIGURE 3-2: EOD SAMPLE LOCATIONS…………………..……………………………..10

**SER 529**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

## List of Abbreviations and Acronyms

| | |
|---|---|
| AAFB | Andersen Air Force Base |
| BTEX | benzene. toluene. ethyl benzene. and xylenes |
| EOD | explosive ordnance disposal |
| ft | foot |
| ft-msl | feet above mean sea level |
| GCMS | gas chromatography-mass spectrometry |
| GPS | global positioning system |
| HASP | Health and Safety Plan |
| HMX | 1,3,5,7-tetrazocine, octahydro-l,3,5.7-tetranitro |
| HWMF | Hazardous Waste Management Facility |
| ICP | inductively coupled plasma |
| ICPMS | inductively coupled plasma-mass spectrometry |
| IRP | Installation Restoration Program |
| MS/MSD | matrix spike/matrix spike duplicate |
| OB/OD | open burning/open detonation |
| PCBs | polychlorinated biphenyls |
| PETN | pentaerythritol tetranitrate |
| QA | quality assurance |
| QC | quality control |
| RCRA | Resource Conservation and Recovery Act |
| RDX | cyclotrimethylene trinitramine |
| SVOA | semivolatile organic analysis |
| TIC | tentatively identified compound |
| TKN | total Kjeldahl nitrogen |
| USATHAMA | United Stated Army Toxic and Hazardous Materials Agency  USEPA United States Environmental Protection Agency |
| VOA | Volatile Organic Analysis |

**SER 530**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

# Section 1: Introduction

This Sampling and Analysis Plan for Closure of the Open Burning/Open Detonation (OB/OD) Facility at Andersen Air Force Base is based on clean closure. As part of the closure process, sampling will be performed to evaluate the extent of site contamination (if any) and to determine the effectiveness of remedial activities. Additional sampling and analysis will be required to characterize closure-generated waste and investigation-derived waste in order to determine appropriate disposal procedures.

This plan presents the sampling and analysis activities that will be performed at the time of closure of the OB/OD units and supplements information provided in Appendix G. A brief description of the EOD site is presented in Section 2, the sampling program is presented in Section 3, sampling procedures in Section 4, analytical scope in Section 5, and quality assurance procedures presented in Section 6. Certain elements of this plan refer to other sampling programs that may have not yet been implemented, specifically the baseline sampling program and the groundwater monitoring plan.

In addition, this closure sampling and analysis plan was compiled using current practices and practically available technology circa mid 1990's. This closure plan is intended, to be implemented at the time of closure of the EOD Range facility. The time of closure was stated in the 1993 RCRA Part B application to be approximately 50 years hence. It is reasonable to presume this proposed plan will be reevaluated prior to implementation to confirm its appropriateness.

# Section 2: Site Description

AAFB is currently the home of the Pacific Air Forces' 36th Wing. The AAFB EOD Range has been operated solely for EOD purposes since the time of its designation more than 20 years ago. The primary mission of the EOD Range has been to render harmless those ordnance and other pyrotechnic devices that are unserviceable. In addition, the range has been used for EOD training and emergency purposes.

## 2.1   Location

AAFB is at the northern end of the island of Guam. The island is 30 miles long and ranges from 4 to 12 miles wide (see Figure 2-1). AAFB is approximately 8 miles east to west and varies from 2 to 4 miles north to south.

The EOD Range is at the extreme eastern reach of Tarague Beach, ending just before Tagua Point (Figure 2-2). The EOD Range is defined as the open beach area at the east end of Tarague Beach, bounded by the Pacific Ocean to the north and the jungle and/or limestone cliff line to the east, south, and west. A 2,400-foot (ft)-radius safety zone, defined by operational requirements, surrounds the detonation treatment unit.

The EOD range is in a restricted area within AAFB, north of the active runways. The area within at least 1,000 feet (ft) of the EOD range is restricted military land, including fringing reef and reef flat, beach, old coconut plantations, and limestone forest (jungle).

## 2.2   Meteorology

The dominant winds on Guam are the trade winds, which blow onto the island from the east or northeast. The wind rose for AAFB is presented in Figure 2-3, based on data collected at the main runway during the

1

**SER 531**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

period of 1987-1991. Winds at the EOD Range are expected to be similar to those observed at the AAFB meteorological station, primarily from the east and northeast

Annual rainfall at AAFB averages approximately 92 inches. Most of this precipitation occurs during the wet season, from July through mid-November. Monthly average rainfall ranges from approximately 4 inches in April to approximately 14 inches in August. Some precipitation occur an average of 246 days per year. Rainfall at the EOD range is expected to be consistent with the average amounts measured at the AAFB meteorological station.

Temperatures at AAFB are uniformly warm, and relative humidity is high throughout the year. Average daily maximum temperatures range from 82°F to 86°F and average daily minimum temperatures range from 71°F to 73°F. Relative humidity typically ranges from 70 to 80 percent during the day and from 85 to 95 percent during the night.

## 2.3    Topography

The EOD Range facility has an elevation ranging from sea level at the northern end to approximately 40 feet above mean sea level (ft-msl) to the south. The EOD Range facility restricted area is surrounded by uninhabited limestone forest (jungle) to the south (including a cliff approximately 450 feet high), east, and west and the Pacific Ocean to the north. Within the EOD range topographic features include a gently sloping sand beach (0-25' MSL) and a 25 feet tall cliff in the immediate vicinity of the OD treatment unit.

## 2.4    Geology

Bedrock geology at the EOD Range consists of Pliocene/Pleistocene Age Mariana Limestone overlain by recent beach deposits of calcareous sand. The Mariana Limestone consists of two members: the main body of the unit and the Agana argillaceous member. The main body is then made up of four (4) mappable reef-associated facies.

The detrital facies of the Mariana Limestone underlies the entire EOD Range, extending from the near shore reef line to the north to the cliff crest to the south. The detrital facies consists of fine-to coarse grained detrital limestone representing a lagoonal depositional environment. Field observation confirmed that this limestone is porous and cavernous in places and contains scattered to abundant fossilized coral heads. The presumption is made that this facies underlies the local beach deposits.

Laterally, the dermal facies extends eastward around Pati Point and thins westward to Ritidian Point. Within the westward thinning, this facies has inclusions of the Mariana Limestone reef facies and Miocene Age Barrigada Limestone.

Bedrock outcrops were observed throughout the EOD range. Outcropping was abundant within the intertidal zone, along the terrace and cliff base, and within the jungle, due to poor soil development.

## 2.5    Hydrogeology

Available Installation Restoration Program (IRP) documents indicate that a test boring in the area of the EOD Range encountered a surficial aquifer at a depth of approximately 21 feet below grade. The test boring was installed on October 9, 1992, at a location approximately 120 feet west of the OB unit.

**SER 532**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Considering tidal fluctuations, the reported depth to water approximates sea level, as would be expected.No additional groundwater data have been collected to date.

Although specific local groundwater data are unavailable, the groundwater gradient at the EOD Range is presumed to be north towards the Pacific Ocean. This presumption is made based on the field verification of groundwater discharges to the Pacific Ocean. Preliminary data from the IRP investigation indicate the overall large-scale (across the whole base) gradient is flat.

## 2.6    Surface Water

Perennial streams do not exist on the northern half of the island because this area is underlain by highly permeable limestone and beach sands. During heavy rainfall, the surface water runoff may flow in short channels in the limestone but eventually disappears into the numerous sinkholes and fissures.

The EOD Range facility is bounded on the north by the Pacific Ocean. Portions of the range are within the l00 year flood plain zone because of susceptibility to flooding during typhoons or from tidal waves.

**SER 533**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN



Figure 2-1

Island Map of Guam

Andersen Air Force Base, Guam

Figure 2-1

4

**SER 534**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN



Figure 2-2

5

**SER 535**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN



Figure 2-3
Wind Rose
Andersen Air Force Base, Guam

Figure 2-3

6

**SER 536**

2-180

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

## Section 3:  Sampling Program

The closure sampling program will consist of collecting samples for analysis of soil and groundwater to characterize the extent of potential impacts by OB/OD operations as well as confirmation of completion of closure activities.

Pre-closure soil sampling will be performed to define the vertical and lateral extent of soil contamination within the areas of greatest potential contamination, the OB/OD units. In addition, pre-closure soil, marine surface water, and marine sediment sampling will be performed at other locations on the EOD range outside the immediate vicinity of the units to determine whether contamination is present. Similarly, a final round of groundwater monitoring samples will be collected to evaluate potential impacts and to determine the need for groundwater remediation.

Additional samples (soil clearance sampling, burn equipment wipe sampling) will be collected to evaluate the effectiveness of remedial activities. Samples will also be collected to complete characterization of closure  generated waste(s) and investigation derived waste(s).

Locations for each of the sample points are shown in Figures 3-1, for the overall Tarague Basin area and 3-2, for those samples within the immediate vicinity of the EOD Range. The coordinates of these locations are presented in Table 3-2 (Soil Sample Locations) and Table 3-3 (Surface Water Sample Locations) . The locations of the sample points will be reestablished prior to initiation of the sampling program.

The rationale for each of these sample locations is presented in Table 3-1. This information presents a description of each sample location and the intent for selecting each of these points.

Each element of the sampling program is discussed separately below.

### 3.1     Pre-Closure Samples OB and OD Treatment Units

Ten shallow soil samples will be collected at each of the OB and OD treatment units, at a rate of one (1) sample per approximately 4,000 ft$^2$, Samples will be collected at each location at one-foot depth intervals. (i.e., 0 - 1 foot, 1 - 2 feet, and 2 - 3 feet) Data from these samples will be used to determine the extent of excavation necessary for removal to achieve clean closure.

### 3.2     Pre-Closure Samples - Other

Shallow soil samples will be collected at the 21 locations both on and off the EOD Range HWMF. These same sampled locations were used for the baseline monitoring program as detailed in Figures 3-1 and 3-2. All samples will be collected from the upper 6 inches to avoid disturbance of cultural resources, as they were during the baseline sampling program. Sample matrices include beach sand, jungle soil and "cliff-crest" soil. Sample locations include potential impact locations as well as background locations for each matrix. The rationale for each sample point is summarized in Table 3-1.

In addition, marine surface water and marine sediments samples will be collected at 16 locations to evaluate potential for contamination off site of the EOD Range HWMF. These samples likewise will be the same as those sampled for the baseline program. These locations are depicted in Figures 3-1 and 3-2.

**SER 537**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

### 3.3 Remedial Action Clearance Samples

Two types of remedial action clearance samples are anticipated.

3.3.1 Treatment Unit Excavations

Clearance sampling will be performed in the areas from which contaminated soil was removed to evaluate the effectiveness of the remediation. Grab samples will be collected at a depth interval of 0 - 0.5 feet below the floor (or wall) of the excavation. A grid of one sample per 500 $ft^2$ of excavation surface area will be used. Clearance sampling will be repeated as necessary to show the remediation has achieved required minimum containment.

3.3.2 Open Burn Containment Device Decontamination Clearance Samples

Sampling of the burn equipment will be performed after decontamination to evaluate the effectiveness of the remediation. Five (5) wipe samples, each covering a one (1) square foot area, will be collected from the bottom (two samples) and sides (three samples) of the burn equipment inner surface.

### 3.4 Groundwater Samples

Groundwater sampling will be performed in accordance with the groundwater monitoring plan. This final round of sampling will utilize the sampling locations, sampling procedures and analytical scope and methodology specified for the groundwater monitoring plan.

### 3.5 Closure Generated Waste Samples

Two (2) types of wastes will be generated by closure activities and will require environmental information for proper disposal or treatment.

3.5.1 Excavated Material

Contaminated soils from treatment units may require additional sampling for full characterization prior to treatment or disposal. Data will be available from the treatment unit evaluation sampling efforts. Additional sampling will be accomplished for only those additional parameters imposed due to waste transport and/or treatment or disposal restrictions.

3.5.2 Investigative or Remediation Derived Wastes

Similarly, additional characterization sampling will be accomplished for investigative or remediation derived wastes as necessary for proper disposal or treatment. Most of these wastes will be liquid in nature, generated from decontamination of sampling or excavation equipment. Results from sampling data related to these wastes will be available for most, if not all, characterization efforts. Additional sampling will be accomplished for only those additional parameters imposed due to waste transport and/or treatment or disposal restriction.

### 3.6 Quality Assurance

Additional sampling will be accomplished to provide quality assurance necessary to demonstrate validity

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

of the analytical data and appropriateness of the sampling and equipment decontamination procedures.



**Figure 3-1**
**Sample Locations**
Andersen Air Force Base, Guam

9

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN



Figure 3-2

Sample Locations

Andersen Air Force Base, Guam

- ○ Seep Sample
- ● Surface Water/Sediment Sample
- ○ Soil Sample

Produced by 36th Geo Integration Office
maps\standard\environmental\rcra

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 3-1: SAMPLE RATIONALE

| Shallow Soil Samples | | | | |
|---|---|---|---|---|
| **Sample Matrix** | **Sample I.D.** | **Analytical Scope** | **Sample Location** | **Sample Rationale** |
| Beach Sand | SS-1 | Intermediate | Beach near access road; west side within 1,000 feet radius of OB Unit | Downwind of OB and OD Units |
| Beach Sand | SS-2 | Intermediate | Beach; west side near personnel bunker | Downwind of OB and OD Units; close proximity to personnel bunker |
| Beach Sand | SS-3 | Full and PCBs | Beach; adjacent to OB unit | OB source characterization |
| Beach Sand | SS-4 | Intermediate | Beach; north of OD unit | Near OD Unit |
| Beach Sand | SS-5 | Full | Beach; immediately adjacent to OD unit | Near OD Unit |
| Rock (pulverized) | SS-6 | Full | Material within OD pit | OD source characterization |
| Jungle Soil | SS-7 | Intermediate | Limestone Terrace; east side | Near OD Unit |
| Beach Sand | SS-8 | Intermediate | Beach; west of OD unit | Near OD Unit |
| Beach Sand | SS-9 | Intermediate and PCBs | Beach; north of OB unit | Near OB Unit |
| Jungle Soil | SS-10 | Intermediate | Limestone Terrace; south of OB unit | Near OB and OD Unit |
| Jungle Soil | SS-11 | Intermediate | Jungle; west of OB and OD Units; within 1000 feet radius of OB Unit | Downwind of OB and OD Units |
| Jungle Soil | SS-12 | Intermediate | Jungle; west of OB and OD units; outside 1,000 feet radius of OB Unit | Downwind of OB and OD Units |
| Cliff-Crest Soil | SS-13 | Intermediate | Crest of Cliff; 2,200 feet southeast of OB and OD Units | Background |
| Cliff-Crest Soil | SS-13A | Short | Crest of Cliff; 3,200 feet southeast of OB and OD Units | Background |
| Cliff-Crest Soil | SS-14 | Full | Crest of Cliff; 8,400 feet west of OB and OD Units | Downwind of OB and OD Units |
| Cliff-Crest Soil | SS-15 | Intermediate | Crest of Cliff; 10,000 feet west of OB and OD Units | Downwind of OB and OD Units |
| Beach Sand | SS-16 | Short | Beach at Scout Beach; south | Downwind of OB and OD Units |
| Beach Sand | SS-17 | Intermediate | Beach at Scout Beach; center | Background |
| Beach Sand | SS-18 | Short | Beach at Scout Beach; north | Background |
| Jungle Soil | SS-19 | Short | Jungle at Scout Beach; south | Background |
| Jungle Soil | SS-20 | Intermediate | Jungle at Scout Beach; center | Background |
| Jungle Soil | SS-21 | Short | Jungle at Scout Beach; north | Background |
| Jungle Soil | SS-22 | Short | Jungle, west of OB and OD units, within 1,000 feet radius of OB Unit | Downwind of OB and OD Units |
| Jungle Soil | SS-23 | Intermediate | Jungle, west of OB and OD units, within 1,000 feet radius of OB Unit | Downwind of OB and OD Units |

11

**SER 541**

2-185

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 3-1: SAMPLE RATIONALE

| Marine Surface Water/Sediment (1) | | | | |
|---|---|---|---|---|
| Marine/Water Sediments | SW/SED-1 | Short | Central "reef flat" (2); 1,350 feet west-northwest of OB Unit | Downdrift of OB and OD Units; not associated with a seep |
| Marine/Water Sediments | SW/SED-2 | Intermediate | Central "reef flat" (2); 1,225 feet west-northwest of OB Unit | Downdrift of OB and OD Units; associated with seep SP-7 |
| Marine/Water Sediments | SW/SED-3 | Short | Central "reef flat" (2); 1,000 feet west of OB Unit | Downdrift of OB and OD Units; not associated with a seep |
| Marine/Water Sediments | SW/SED-4 | Short | Central "reef flat" (2); 550 feet west of OB Unit | Downdrift of OB and OD Units; not associated with a seep |
| Marine/Water Sediments | SW/SED-5 | Intermediate | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Associated with seep SP-2 (highest potential impact for OB Unit) |
| Marine/Water Sediments | SW/SED-6 | Intermediate | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Associated with seep SP-2 (highest potential impact for OB Unit) |
| Marine/Water Sediments | SW/SED-7 | Full | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Associated with seep SP-2 (highest potential impact for OB Unit) |
| Marine/Water Sediments | SW/SED-8 | Intermediate | Beach at Scout Beach; center | Between OB and OD Units; not associated with a seep |
| Marine/Water Sediments | SW/SED-9 | Full | Beach at Scout Beach; north | Associated with seep SP-4 (second highest potential impact for OD Unit) |
| Marine/Water Sediments | SW/SED-10 | Full | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Associated with seep SP-5 (highest potential impact for OB Unit) |
| Marine/Water Sediments | SW/SED-11 | Full | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Associated with seep SP-5 (highest potential impact for OD Unit) |
| Marine/Water Sediments | SW/SED-12 | Intermediate | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Background |
| Marine/Water Sediments | SW/SED-13 | Short | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Background |
| Marine/Water Sediments | SW/SED-14 | Intermediate | N-S transet at OB Unit; immediately seaward of SP-2, nearshore | Background |
| Marine/Water Sediments | SW/SED-15 | Short | Central "reef flat" (2); Scout Beach | Background |
| Marine/Water Sediments | SW/SED-16 | Intermediate | Central "reef flat" (2); at Scout Beach | Background |
| Groundwater (Seep/Cave) | | | | |
| Groundwaters | DGW - 1  DGW - ** | As per Detection Monitoring Plan | Various, in accordance with Detection Monitoring Plan | Point of Compliance for groundwater |

12

**SER 542**

2-186

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 3-1: SAMPLE RATIONALE

| Treatment Unit Soils | | | | |
|---|---|---|---|---|
| Open Detonation Treatment Unit Soils | OD-1 through OD-5 | Full | Grid across entire OD Treatment Unit, one sample per 4,000 ft sq; 3 samples depths (0-1 ft), (1-2 ft), (2-3 ft) per location | Evaluation for presence of contamination requiring removal for disposal/treatment |
| Open Burning Treatment Unit Soils | OB-1 through OB-5 | Full | Grid across entire OD Treatment Unit, one sample per 4,000 ft sq; 3 samples depths (0-1 ft), (1-2 ft), (2-3 ft) per location | Evaluation for presence of contamination requiring removal for disposal/treatment |
| **Remedial Action Clearance Samples** | | | | |
| Treatment Unit Excavations | RAC - 1  RAC - ** | As necessary | As necessary within treatment units | Confirmation of adequate extent of excavation and removal for treatment or disposal |
| OB Containment Device Decontamination Clearance | OBCD - 1  OBCD - ** | Full | Inside bottom of device (OBCD-1, OBCD-2); inside walls of device (OBCD-3 thru OBCD-5) | Decontamination clearance sample |
| **Closure Generated Waste** | | | | |
| Excavated Soils | ES - 1  ES - ** | As necessary | From stockpiled material in accordance SW-846 methods | Additional information as necessary to characterize material for treatment or disposal |
| Investigative or Remediation Equipment Decontamination Derived Wastes | IDW - 1  IDW - ** | As necessary | From temporary stored material in accordance with SW-846 methods | Additional information as necessary to characterize material for treatment or disposal |

(1)  Each marine surface water sample was collected at the associated sediment sample location (both samples from the same x,y location)

(2)  Potential environmental impact based on proximity to the unit, seep flow rate, and other pertinent observations.

(3)  "Central reef flat" means midway between shore and inner edge of dead coral reef.

SER 543

2-187

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 3-2: SOIL SAMPLE LOCATIONS

| POINT | NORTH | EAST |
|-------|-------|------|
| SS-1 | 209942.60 | 225059.06 |
| SS-2 | 209923.00 | 225448.25 |
| SS-3 | 209800.84 | 226070.67 |
| SS-4 | 209840.00 | 226581.05 |
| SS-5 | 209779.98 | 226565.46 |
| SS-7 | 209560.53 | 226483.87 |
| SS-8 | 209740.00 | 226436.42 |
| SS-9 | 209873.65 | 226085.57 |
| SS-10 | 209395.00 | 226326.51 |
| SS-11 | 209764.56 | 225074.96 |
| SS-12 | 209978.93 | 224396.95 |
| SS-13 | 208193.98 | 227742.94 |
| SS-13A | 208523.02 | 229188.86 |
| SS-16 | 213385.46 | 218537.40 |
| SS-17 | 214189.59 | 218389.17 |
| SS-18 | 214543.07 | 218238.34 |
| SS-19 | 212778.71 | 216697.60 |
| SS-21 | 214134.82 | 216303.95 |
| SS-22 | 213382.82 | 216716.17 |

TABLE 3-3: SURFACE WATER SAMPLE LOCATIONS

| POINT | NORTH | EAST |
|-------|-------|------|
| SW-1 | 210308.14 | 224929.28 |
| SW-2 | 210258.56 | 225034.42 |
| SW-3 | 210204.21 | 225277.97 |
| SW-4 | 210136.43 | 225703.11 |
| SW-5 | 209982.12 | 226168.15 |
| SW-6 | 210015.60 | 226183.89 |
| SW-7 | 210093.43 | 226220.48 |
| SW-8 | 209978.96 | 226312.88 |
| SW-9* | 209790.00 | 226979.00 |
| SW-10 | 209965.89 | 226544.20 |
| SW-11 | 209880.30 | 226539.11 |
| SW-12 | 214133.04 | 218653.38 |
| SW-13 | 214106.53 | 218563.19 |
| SW-14 | 214095.81 | 218526.74 |
| SW-15 | 213375.11 | 218640.61 |
| SW-16 | 214561.65 | 218408.87 |

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

## SECTION 4:  Sampling Procedures

The following section outlines the procedures to be employed in collection of the required samples.

### 4.1     Shallow Soils

The following procedures will be employed in collection of shallow soil samples as of the pre-closure, treatment unit evaluation, and remediation clearance sampling programs.

4.1.1    Pre-closure

Sample points will be relocated using appropriate means, likely by surveying. Following completion of the baseline sampling program, the sample locations were surveyed relative to the established AAFB coordinate grid system. Surveying will be used to re-establish those sample locations which cannot be positively identified through other means (observation of remaining flagging or other identification).

The shallow surface soil samples for the pre-closure sampling program will be collected using stainless steel spoons. The sample will be collected directly into their respective sample containers for labeling and shipment to the analytical laboratory.

4.1.2    Treatment Unit Evaluation

Soil samples will be collected for the treatment unit evaluation using a hand core sampler, as the samples will be from slightly greater depths. The soil samples will be placed into their respective sample containers directly from the core sampler unit.

Following sample collection, the ground surface at each sample location will be backfilled with investigation derived material as necessary. Treatment unit evaluation samples will be marked with a labeled survey flag. Each sample point will be surveyed and placed on a site plan for use in presenting analytical results and evaluating remedial steps necessary.

4.1.3    Remediation Clearance

Remediation clearance samples will be collected directly from the extent of the excavation to demonstrate effectiveness of the remedial action. Sampling will also use pre-decontaminated spoons. Samples will be placed directly into sample containers for transport to the analytical laboratory.

### 4.2     Groundwater

Groundwater samples will be collected in accordance with the procedures specified in the groundwater monitoring plan. As such, they will represent a continuation of the same data set as established by the on-going groundwater monitoring plan.

### 4.3     Marine Surface Water

Marine surface water samples will be collected from eleven (11) locations at the EOD range and five (5) background locations at Scout Beach. All sample locations will be on the reef flat (between the beach and the reef). No samples will be collected on the reef itself or north of the reef. The reef flat is shallow and all

**SER 545**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

samples locations are to be accessible by walking/wading.

Marine surface water samples will be collected by submerging the sample container into the surface water until it is filled. When surface water flow is present, the container's opening will be positioned to face upstream while the sampling personnel stand downstream to avoid stirring up sediments that could contaminate the sample. The pH, specific conductance, dissolved oxygen, and temperature will be measured at each location and recorded in the field notebook, along with other pertinent site conditions.

At the start of each sampling day, the pH meter will be calibrated in accordance with manufacturer's instructions and documented on calibration forms in the field notebook. Immediately prior to sampling, all sample containers will be properly labeled using waterproof ink. All samples will have preservatives added after sample collection and placed in a cooler with ice to maintain a temperature of 4 degrees Celsius (ºC).

### 4.4 Marine Sediments

Nine (9) surface soil samples will be collected, to include three (3) background samples at Scout Beach. All soil samples will be collected from the upper six (6) inches to avoid impacting cultural resources. Surface soil samples will be collected using decontaminated stainless steel spoons, pre-cleaned in the laboratory prior to being transported to the site. Each spoon will be used for one sampling location.

### 4.5 Closure Generated Wastes

Sampling for these materials will be limited to those parameters necessary to adequately characterize these wastes for determination of treatment or disposal methods. Sample analysis is likely to be limited as the nature of these wastes will be relatively well known based upon the data from the soils or wastes handled.

4.5.1 Contaminated Soils

Sampling of the closure generated waste contaminated soils will be accomplished using a combination of hand tools, pre-decontaminated spoons and/or manual soil core units as appropriate.

4.5.2 Remediation Equipment Decontamination Wastes

Samples of the remediation equipment decontamination wastewater will be collected using disposable sample bailers. Sampling of the OB treatment unit containment device wastewaters will likewise use disposable bailers to extract samples from the temporary wastewater storage container(s).

4.5.3 Investigative Derived Wastes

Sampling of investigative derived wastewaters will also be accomplished using disposable bailers. Personnel protective equipment (PPE) wastes will likely not be sampled, rather other available data will be used to evaluate proper disposal requirements.

### 4.6 Sampling Equipment Decontamination Procedures

Sampling equipment will be properly decontaminated prior to use in collection of samples for analysis. Procedures will consist of generally recognized steps of: general cleaning, organic solvent rinse, and nitric acid rinse (for samples requiring metal analysis).

16

**SER 546**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Shallow soils sampling equipment will likely consist of stainless steel spoons as were used in the baseline sampling program. These sampling spoons are to be pre-cleaned in the laboratory with detergent wash followed by an organic solvent rinse. After air drying, they will be wrapped in aluminum foil for transport to the site for use. Since each sampling spoon will be used only once, there is no need for the decontamination on-site.

Sampling equipment intended for collection of more than one (1) sample (shallow soil core equipment) will be decontaminated between sample locations in a similar manner to their initial decontamination procedure.

Wastewater will be sampled using single use, pre-cleaned disposable bailers. As such, no field decontamination procedures are required.

## Section 5: Analytical Scope and Procedures

The following section presents the scope of analyses and procedures specified for analyses. In general, the overall impact evaluation samples are grouped, as they were in the baseline sampling program, into three (3) categories for analyses: short, intermediate, and full scope groups of analyses. Short analytical list parameters consist of ammonia, total kjeldahl nitrogen (TKN), nitrate and nitrite, and inductively couple argon plasma (ICAP) metals, plus mercury. Intermediate analytical list parameters consists of cyanide, volatile organics, and semi-volatile organics in addition to ammonia, TKN, nitrate and nitrite, total PO, and ICAP metals, plus mercury and explosives. The full scope analytical list adds nitrocellulose, nitroglycerin, pentaerythritols, tetranitrate (PETN) and white phosphorus in addition to the intermediate analytical list parameters. In addition to the above parameters, selected samples will be analyzed for PCBs.

### 5.1     Pre-Closure Samples – OB/OD Treatment Units

Soil samples will be analyzed for approximately 113 compounds potentially associated with OB and OD operations, including metals, volatile organics, semi-volatile organics, and explosive/energetics. Analyses will be performed in accordance with USEPA approved procedures when available. USATHAMA procedures will be used for explosives, due to the lack of an USEPA method. Similarly, white phosphorus will be analyzed in accordance with a laboratory developed method. Target analyses and their associated analytical methods and reporting limits are presented in Table 5-2.

### 5.2     Pre-Closure Samples – EOD Range, Other

The shallow soil, marine surface water, and marine sediment samples collected will be analyzed for the same potential contaminants evaluated for the baseline program, i.e. varying from short, intermediate to full scope analyses. These various lists include metals, volatile organics, semi-volatile organics, and explosives/energetics.

### 5.3     Remedial Action Clearance Samples

Shallow soil samples collected for the evaluation of remedial action effectiveness will be analyzed only for the contaminants of concern, which prompted that remedial action. For example, if the remedial action was undertaken due to contamination by one or more particular metals, the clearance sample will be limited to those contaminants.

17

**SER 547**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

### 5.4    *Groundwater Samples*

Groundwater samples will be analyzed for the parameters in the Groundwater Monitoring Plan in accordance with the method specified therein.

### 5.5    *Equipment Decontamination Clearance Samples*

Equipment decontamination clearance samples will be analyzed only for those hazardous waste characteristic parameters potentially present. The potential contaminants will be known as the contaminants present in the materials handled by the equipment will have been characterized. If the equipment decontamination wastes are characterized as non-hazardous, alternate sampling and analyses may be required to address other non-hazardous waste disposal concerns prior to disposal.

### 5.6    *Open Burn Containment Device Wipe Samples*

Open burn containment device wipe samples will be analyzed for hazardous waste characteristics to provide data with respect to disposal concerns or restrictions.

### 5.7    *Closure Generated Wastes*

Closure generated wastes including excavated contaminated soils, decontamination wastewaters from investigation and remediation equipment, will be analyzed for a limited suite of parameters. The specific parameters will be determined by the data need of the proposed disposal/treatment method for these wastes which exceed appropriate data generated by other portions of the closure sampling program.

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-1: ANALYTICAL PARAMETERS

| Sample Matrix | Sample I.D. | Analytical Scope | Metals | Cyanide | Volatile Organics | Semi-Volatile Organics | Explosives Group A | Group B | Group C |
|---|---|---|---|---|---|---|---|---|---|
| Shallow Soil Samples | SS-1 | Intermediate | X | X | X | X | X | X | |
| | SS-2 | Intermediate | X | X | X | X | X | X | |
| | SS-3 | Full | X | X | X | X | X | X | X |
| | SS-4 | Intermediate | X | X | X | X | X | X | |
| | SS-5 | Full | X | X | X | X | X | X | X |
| | SS-6 | Full | X | X | X | X | X | X | X |
| | SS-7 | Intermediate | X | X | X | X | X | X | |
| | SS-8 | Intermediate | X | X | X | X | X | X | |
| | SS-9 | Intermediate | X | X | X | X | X | X | |
| | SS-10 | Intermediate | X | X | X | X | X | X | |
| | SS-11 | Intermediate | X | X | X | X | X | X | |
| | SS-12 | Intermediate | X | X | X | X | X | X | |
| | SS-13 | Intermediate | X | X | X | X | X | X | |
| | SS-13A | Short | X | | | | | | |
| | SS-14 | Full | X | X | X | X | X | X | X |
| | SS-15 | Intermediate | X | X | X | X | X | X | |
| | SS-16 | Short | X | | | | | | |
| | SS-17 | Intermediate | X | X | X | X | X | X | |
| | SS-18 | Short | X | | | | | | |
| | SS-19 | Short | X | | | | | | |
| | SS-20 | Intermediate | X | X | X | X | X | X | |
| | SS-21 | Short | X | | | | | | |
| | SS-22 | Short | X | | | | | | |
| | SS-23 | Short | X | | | | | | |

**SER 549**

2-193

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-1: ANALYTICAL PARAMETERS

| Sample Matrix | Sample I.D. | Analytical Scope | Metals | Cyanide | Volatile Organics | Semi-Volatile Organics | Explosives | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Group A | Group B | Group C |
| Marine Sediment Samples | SED-1 | Short | X | | | | | | |
| | SED-2 | Intermediate | X | X | X | X | X | X | X |
| | SED-3 | Short | X | | | | | | |
| | SED-4 | Short | X | | | | | | |
| | SED-5 | Intermediate | X | X | X | X | X | X | |
| | SED-6 | Intermediate | X | X | X | X | X | X | |
| | SED-7 | Full | X | X | X | X | X | X | X |
| | SED-8 | Intermediate | X | X | X | X | X | X | |
| | SED-9 | Full | X | X | X | X | X | X | X |
| | SED-10 | Full | X | X | X | X | X | X | X |
| | SED-11 | Full | X | X | X | X | X | X | X |
| | SED-12 | Intermediate | X | X | X | X | X | X | |
| | SED-13 | Short | X | | | | | | |
| | SED-14 | Intermediate | X | X | X | X | X | X | |
| | SED-15 | Short | X | | | | | | |
| | SED-16 | Short | X | X | X | X | X | X | |
| Marine Surface Water Samples | SW-1 | Short | X | | | | | | |
| | SW-2 | Intermediate | X | X | X | X | X | | |
| | SW-3 | Short | X | | | | | | |
| | SW-4 | Short | X | | | | | | |
| | SW-5 | Intermediate | X | X | X | X | X | | |
| | SW-6 | Intermediate | X | X | X | X | X | | |
| | SW-7 | Full | X | X | X | X | X | X | X |
| | SW-8 | Intermediate | X | X | X | X | X | | |
| | SW-9 | Full | X | X | X | X | X | X | X |

20

**SER 550**

2-194

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-1: ANALYTICAL PARAMETERS

| Sample Matrix | Sample I.D. | Analytical Scope | Metals | Cyanide | Volatile Organics | Semi-Volatile Organics | Explosives | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Group A | Group B | Group C |
| | SW-10 | Full | X | X | X | X | X | X | X |
| | SW-11 | Full | X | X | X | X | X | X | X |
| | SW-12 | Intermediate | X | X | X | X | X | | |
| | SW-13 | Short | X | | | | | | |
| | SW-14 | Intermediate | X | X | X | X | X | | |
| | SW-15 | Short | X | | | | | | |
| | SW-16 | Intermediate | X | X | X | X | X | | |
| Ground waters | DGW - 1<br><br>DGW - ** | As per Detection Groundwater Monitoring Plan | | | | | | | |
| Treatment Unit Soils | OD-1 | Full | X | X | X | X | X | X | X |
| | OD-2 | Full | X | X | X | X | X | X | X |
| | OD-3 | Full | X | X | X | X | X | X | X |
| | OD-4 | Full | X | X | X | X | X | X | X |
| | OD-5 | Full | X | X | X | X | X | X | X |
| | OB-1 | Full | X | X | X | X | X | X | X |
| | OB-2 | Full | X | X | X | X | X | X | X |
| | OB-3 | Full | X | X | X | X | X | X | X |
| | OB-4 | Full | X | X | X | X | X | X | X |
| | OB-5 | Full | X | X | X | X | X | X | X |
| Remedial Action Clearance Samples | RAC - 1<br><br>RAC - ** | As necessary for final closure clearance | | | | | | | |
| | OBCD - 1<br><br>OBCD - ** | Full | | | | | | | |

21

**SER 551**

2-195

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-1: ANALYTICAL PARAMETERS

| Sample Matrix | Sample I.D. | Analytical Scope | Metals | Cyanide | Volatile Organics | Semi-Volatile Organics | Explosives | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Group A | Group B | Group C |
| Closure Generated Waste | ES - 1<br><br>ES - ** | As necessary for disposal/treatment characterizations | | | | | | | |
| | IDW - 1<br><br>IDW - ** | As necessary for disposal/treatment characterizations | | | | | | | |

22

**SER 552**

2-196

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-2: TARGET ANALYTES.  ANALYTICAL METHODS AND REPORTING LIMITS

| Analyte | Solid Samples | | | Water Samples | | |
|---|---|---|---|---|---|---|
| | Method | Reporting Limit | Concentration Unit | Method | Reporting Limit | Concentration Unit |
| *Nutrients:* | | | | | | |
| Ammonia | CE-81-1 | 6.5 | mg/kg - dry | 350.1 | 0.05 | mg/L |
| TKN | CE-81-1 | 10.0 | mg/kg - dry | 351.2 | 0.10 | mg/L |
| Nitrate and Nitrite | 9056A | 4.0 | mg/kg - dry | 353.2 | 0.01 | mg/L |
| Phosphorus PO4 | 9056A | 2.5 | mg/kg - dry | 365.1 | 0.01 | mg/L |
| *Metals:* | | | | | | |
| Aluminum | 6010C | 10.0 | mg/kg - dry | 6010C | 50.00 | mg/L[2] |
| Antimony | 6010C | 5.0 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Arsenic | 6010C | 10.0 | mg/kg - dry | 6020A | 1.00 | mg/L |
| Barium | 6010C | 2.0 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Beryllium | 6010C | 0.5 | mg/kg - dry | 6020A | 0.20 | mg/L |
| Cadmium | 6010C | 0.39 | mg/kg - dry | 6020A | 0.10 | mg/L |
| Calcium | 6010C | 75.0 | mg/kg - dry | 6010C | 0.10 | mg/L |
| Chromium | 6010C | 1.0 | mg/kg - dry | 6020A | 1.00 | mg/L |
| Cobalt | 6010C | 2.0 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Copper | 6010C | 0.5 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Iron | 6010C | 25.0 | mg/kg - dry | 6010C | 45.00 | mg/L |
| Lead | 6010C | 10.0 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Magnesium | 6010C | 25.0 | mg/kg - dry | 6010C | 0.05 | mg/L |
| Manganese | 6010C | 2.5 | mg/kg - dry | 6020A | 0.50 | mg/L |
| Mercury | 7471B | 0.1 | mg/kg - dry | 7470A | 0.20 | mg/L |
| Molybdenum | 6010C | 1.0 | mg/kg - dry | 6020A | 1.00 | mg/L |
| Nickel | 6010C | 2.0 | mg/kg - dry | 6020A | 1.00 | mg/L |
| Potassium | 6010C | 100.0 | mg/kg - dry | 6010C | 0.60 | mg/L |
| Selenium | 6010C | 10.0 | mg/kg - dry | 6020A | 2.00 | mg/L |
| Silver | 6010C | 0.5 | mg/kg - dry | 6020A | 0.10 | mg/L |
| Sodium | 6010C | 50.0 | mg/kg - dry | 6010C | 0.10 | mg/L |
| Strontium | 6010C | 2.0 | mg/kg - dry | 6010C | 2.50 | mg/L |
| Thallium | 6010C | 20.0 | mg/kg - dry | 6020A | 0.10 | mg/L |
| Tin | 6010C | 5.0 | mg/kg - dry | 6010C | 0.20 | mg/L |
| Titanium | 6010C | 2.0 | mg/kg - dry | 6010C | 1.00 | mg/L |
| Vanadium | 6010C | 1.0 | mg/kg - dry | 6010C | 1.00 | mg/L |
| Zinc | 6010C | 5.0 | mg/kg - dry | 6010C | 2.00 | mg/L |
| Cyanide | 9010C | 0.3 | mg/kg - dry | 9010C | 5.00 | mg/L |
| *Volatile Organics:* | | | | | | |
| Benzene | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |
| Ethyl Benzene | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |

23

**SER 553**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-2: TARGET ANALYTES. ANALYTICAL METHODS AND REPORTING LIMITS

| Analyte | Solid Samples | | | Water Samples | | |
|---|---|---|---|---|---|---|
| | Method | Reporting Limit | Concentration Unit | Method | Reporting Limit | Concentration Unit |
| Toluene | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |
| Xlyenes-Total | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |
| O-Xylene | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |
| M-and/or P-Xylene | 8021B | 100.0 | ug/kg - dry | 8021B | 1.00 | ug/L |
| *Semi-Volatile Organics:* | | | | | | |
| Acenaphthalene | 8270D | 70 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Acenathphtylene | 8270D | 70 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Anthracene | 8270D | 70 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Benzyl alcohol | 8270D | 140 | ug/kg - dry | 8270D | 2.0 | ug/L |
| Benzoic acid | 8270D | 1,350 | ug/kg - dry | 8270D | 30.0 | ug/L |
| Benzo(a)anthraecene | 8270D | 100.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Benzo(b)fluoranthene | 8270D | 100.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Benzo(k)fluoranthene | 8270D | 100.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Benzo(a)pyrene | 8270D | 140.0 | ug/kg - dry | 8270D | 2.0 | ug/L |
| Benzo(ghi)perylene | 8270D | 160.0 | ug/kg - dry | 8270D | 2.5 | ug/L |
| Butylbenzylphtalate | 8270D | 100.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Bis(2-chloroethyl)ether | 8270D | 70.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Bis(2-chloroethoxy)methane | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Bis(2-ethylhexyl)phthalate | 8270D | 100.0 | ug/kg - dry | 8270D | 2.0 | ug/L |
| Bis(2-chloroisophropyl)ether | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 4-Bromophenylphenylether | 8270D | 140.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 4-Chloroaniline | 8270D | 300.0 | ug/kg - dry | 8270D | 4.0 | ug/L |
| 2-Chloronaphthalene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 2-Chlorophenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2.0 | ug/L |
| 4-Chlor-3-Mehtylphenol | 8270D | 140.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| 4-Chlorophenylphenylether | 8270D | 100.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Chrysene | 8270D | 100.0 | ug/kg - dry | 8270D | 1.5 | ug/L |
| Dibenzo(a,h)anthracene | 8270D | 160.0 | ug/kg - dry | 8270D | 2.5 | ug/L |
| Dibenzofuran | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| Di-n-butylphthalate | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 1,3-Dichlorobenzene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 1,2-Dichlorobenzene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 1,4-Dichlorobenzene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.0 | ug/L |
| 3,3-dichlorobenzidine | 8270D | 500.0 | ug/kg - dry | 8270D | 5.00 | ug/L |
| 2,4-Dichlorophenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Diethyl phthalate | 8270D | 70.0 | ug/kg - dry | 8270D | 1.00 | ug/L |
| 2,4-Dimehtlylphenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Dimethyl pthalate | 8270D | 100.0 | ug/kg - dry | 8270D | 2.00 | ug/L |

24

**SER 554**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-2: TARGET ANALYTES.  ANALYTICAL METHODS AND REPORTING LIMITS

| Analyte | Solid Samples | | | Water Samples | | |
|---|---|---|---|---|---|---|
| | Method | Reporting Limit | Concentration Unit | Method | Reporting Limit | Concentration Unit |
| 2,4-Dinitrophenol | 8270D | 1300.0 | ug/kg - dry | 8270D | 30.00 | ug/L |
| 2,4-Dinitrotoluene | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| 2,6-Dinitrotoluene | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Di-n-octylhthalate | 8270D | 140.0 | ug/kg - dry | 8270D | 2.40 | ug/L |
| Fluoranthene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.00 | ug/L |
| Fluorene | 8270D | 70.0 | ug/kg - dry | 8270D | 1.00 | ug/L |
| Hexachlorobenzene | 8270D | 100.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Hexachlorobudatiene | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Hexachlorocyclopentadiene | 8270D | 1000.0 | ug/kg - dry | 8270D | 10.00 | ug/L |
| Hexachloroethane | 8270D | 100.0 | ug/kg - dry | 8270D | 1.50 | ug/L |
| Indeno(1,2,3-cd)pyrebe | 8270D | 160.0 | ug/kg - dry | 8270D | 2.50 | ug/L |
| Isophorone | 8270D | 140.0 | ug/kg - dry | 8270D | 1.00 | ug/L |
| 2-methylnaphthalene | 8270D | 100.0 | ug/kg - dry | 8270D | 1.00 | ug/L |
| 2-Methyl-1,6-dinitrophenol | 8270D | 1000.0 | ug/kg - dry | 8270D | 20.00 | ug/L |
| 2-Methylphenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| 4-Methylphenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2.00 | ug/L |
| Naphthalene | 8270D | 70.0 | ug/kg - dry | 8270D | 1 | ug/L |
| 2-Nitroaniline | 8270D | 300.0 | ug/kg - dry | 8270D | 5 | ug/L |
| 3-Nitoaniline | 8270D | 300.0 | ug/kg - dry | 8270D | 5 | ug/L |
| 4-Nitoraniline | 8270D | 300.0 | ug/kg - dry | 8270D | 5 | ug/L |
| Nitrobenzene | 8270D | 70.0 | ug/kg - dry | 8270D | 1 | ug/L |
| 2-Nitrophenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2 | ug/L |
| 4-Nitrophenol | 8270D | 500.0 | ug/kg - dry | 8270D | 10 | ug/L |
| N-nittrosodi-n-propylamine | 8270D | 100.0 | ug/kg - dry | 8270D | 10 | ug/L |
| N-nitrosodiphenylamine | 8270D | 70.0 | ug/kg - dry | 8270D | 1 | ug/L |
| Pentachlorophenol | 8270D | 500.0 | ug/kg - dry | 8270D | 10 | ug/L |
| Phenanthrene | 8270D | 70.0 | ug/kg - dry | 8270D | 1 | ug/L |
| Phenol | 8270D | 140.0 | ug/kg - dry | 8270D | 2 | ug/L |
| Pyrene | 8270D | 70.0 | ug/kg - dry | 8270D | 1 | ug/L |
| 1,2,4-Trichlorobenzene | 8270D | 100.0 | ug/kg - dry | 8270D | 1 | ug/L |
| 2,4,6-Trichlorophenol | 8270D | 300.0 | ug/kg - dry | 8270D | 4.5 | ug/L |
| 2,4,5-Trichlorophenol | 8270D | 300.0 | ug/kg - dry | 8270D | 4 | ug/L |
| *Explosive/Energetics:* | | | | | | |
| *Group A* | | | | | | |
| 2-Amino,4,6-dinitrotoluene | | | | UW32 | 0.15 | ug/L |
| 4-Amino,2,6-dinitrotoluene | | | | UW32 | 0.15 | ug/L |
| 1,3-Dinitrotoluene | LW12 | 0.20 | mg/kg - dry | UW32 | 0.1 | ug/L |
| 2,4-Dinitrotoluene | LW12 | 0.15 | mg/kg - dry | UW32 | 0.06 | ug/L |

25

**SER 555**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

TABLE 5-2: TARGET ANALYTES. ANALYTICAL METHODS AND REPORTING LIMITS

| Analyte | Solid Samples | | | Water Samples | | |
|---|---|---|---|---|---|---|
| | Method | Reporting Limit | Concentration Unit | Method | Reporting Limit | Concentration Unit |
| 2,6-Dinitrotoluene | LW12 | 0.20 | mg/kg - dry | UW32 | 0.07 | ug/L |
| HMX | LW12 | 0.50 | mg/kg - dry | UW32 | 0.25 | ug/L |
| Nitrobenzene | LW12 | 0.30 | mg/kg - dry | UW32 | 0.2 | ug/L |
| 2-Nitrotoluene | LW12 | 0.50 | mg/kg - dry | UW32 | 0.25 | ug/L |
| 3-Nitrotoluene | ** 1 | | mg/kg - dry | UW32 | 0.25 | ug/L |
| 4-Nitrotoluene | ** 1 | | mg/kg - dry | UW32 | 0.3 | ug/L |
| RDX | LW12 | 0.50 | mg/kg - dry | UW32 | 0.25 | ug/L |
| Tetryl | LW12 | 0.30 | mg/kg - dry | UW32 | 0.2 | ug/L |
| 1,3,5-Trinitrobenzene | LW12 | 0.25 | mg/kg - dry | UW32 | 0.2 | ug/L |
| 2,4,6-Trinitrotoluene | LW12 | 0.25 | mg/kg - dry | UW32 | 0.15 | ug/L |
| *Group B* | | | | | | |
| Nitroglycerine | LW12 | 4.0 | mg/kg - dry | UW19 | 20 | ug/L |
| PETN | LW12 | 4.0 | mg/kg - dry | UW19 | 10 | ug/L |
| *Group C* | | | | | | |
| Nitrocellulose | LF03 | 10.5 | mg/kg - dry | UF03 | 553 | ug/L |
| White Phosphorus | ** 2 | 0.07 | mg/kg - dry | ** 2 | 0.03 | ug/L |
| *PCBs* | | | | | | |
| PCB - 1016 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1221 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1232 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1242 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1248 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1254 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |
| PCB - 1260 | 8081B | 60.0 | ug/kg - dry | ** 3 | | |

** 1    Solid samples not analyzed for these analytes
** 2    Gas Chromatograph/flame photometric detector (GC/FPD) - ESE Internal Standard
** 3    Water samples not analyzed for these samples

26

**SER 556**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

## Section 6: QA Project Plan

### 6.1 General Requirements

Critical objectives for each field team member are to:

1. Collect a sample that is representative of the matrix being sampled; and
2. Maintain sample integrity from the time of sample collection to receipt by the laboratory.

All field notes will be recorded in indelible ink on standard forms in bound notebooks. The field team leader will complete a daily field trip log form. This form will be signed and dated daily. Significant events occurring during the day will be reported to the base project manager at the end of each day's activities. Daily communication is essential to ensure that timely corrective actions can be implemented, if necessary.

All forms in the field notebook(s) must provide for the team members to sign and date the entries. The field team leader must review all field notes and document approval of these notes by either signing each page or stating that the notes were reviewed.

Pre-field meetings/conference calls will be held prior to field investigation. These meetings are intended to ensure that all laboratory and field personnel are aware of the field activity and can plan accordingly. The project manager will schedule a meeting/conference call with the project QA supervisor, field team leader, and analytical task manager at least one (1) week prior to the sampling documented by the signatures of the personnel on the form.

### 6.2 Special Sampling Requirements

Samples will be analyzed in the parts per billion ranges for many compounds: therefore, extreme care must be exercised to prevent sample contamination. When sampling for BTEX, field team members must use caution to ensure that the samples are not exposed to the atmosphere unnecessarily.

The following precautions should be taken when sampling for all trace contaminants:

1. Clean pair of new disposable gloves is worn for each new sampling station;
2. Sampling must be performed so that any material or liquid being collected contacting the gloves (and/or any external surface of the sample container) does not contaminate the sample;
3. When possible, samples should be collected from stations that are least contaminated (i.e. background) followed by stations in increasing of contamination; and
4. When possible, in sampling surface waters, the water sample should be collected working from downstream to upstream.

When sampling for the presence of organic parameters, the following additional precautions will be taken:

1. All sample bottles and equipment must be kept away from fuels and solvents.
2. All sampling equipment should be made of Teflon glass or stainless steel that is decontaminated. Other materials, such as plastic, may contaminate samples with phthalate esters that interfere with many analyses.
3. Water samples for volatile analysis must be collected so that no air passes through them (to prevent

27

**SER 557**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

volatiles from being stripped from the samples); the bottles should be filled by slowly running the sample down the side of the bottle until there is convex meniscus over the neck of the bottle. The Teflon side of the septum (in cap) should be positioned against meniscus and the cap screwed on tightly, and the sample should be inverted and bottle lightly tapped. The absence of an air bubble indicates a successful seal; if a bubble is evident, the cap should be removed, more sample added, and the bottle resealed.

4. Soil samples for volatiles analysis should be collected with as little air space as possible to prevent loss to the headspace.
5. The BTEX samples should not be composited due to the potential for loss when homogenizing the sample.

### 6.3 Sampling Site Selection

Soil and water sampling locations and analytical parameters were selected to document current conditions at potential contaminated areas and in adjacent locations believed to represent background conditions. These sampling sites are listed in Table 3-1 this closure sampling plan. Table 5-1 lists the environmental samples that will be collected at each site.

### 6.4 Sample Blanks and Field Duplicates

Two types of sample blanks must be processed: travel trip blanks and equipment (rinseate) blanks. Field duplicates and split samples are also addressed in this section.

Field duplicate samples are collected to measure the precision of the sampling process. Split field duplicate samples (sample split) will be sent to the QA laboratory.

6.4.1   Trip Blank

Trip blank are analyzed for purgeable compounds only and consist of sample bottles filled in the laboratory with organic-free water, the sample bottles are then sent to the sampling location with sample kits. The trip blanks are returned from the sampling location along with the samples designated for VOC analysis. Similarly, trip blanks will accompany split VOC samples to the QA laboratory.

6.4.2   Equipment Blank

Equipment blanks are processed by rinsing decontaminated sampling equipment with ultra-pure water obtained from the laboratory. The rinse water is collected in sample bottles, preserved, and handled in the same manner as the samples. Approximately seven (7) equipment blank samples will be collected during the program, covering the various matrices and types of sampling equipment. Collection of seven (7) equipment blanks meets the minimum five percent (5%) requirement.

6.4.3   Field Duplicates

Field duplicates will be collected during this program at the rate of one per ten samples for each sample matrix and analytical group. A minimum of one field blank will be collected per sample matrix and analytical group. The field duplicate samples will be identified on the labels and chain-of-custody forms. Split field duplicate samples will be sent to the QA laboratory.

**SER 558**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

The field duplicate samples will be identified on the labels and chain-of-custody forms as "DUP xx" (where xx represents a field assigned designation for sample identification) without further information as to the source of the replicate. The source information will be recorded in the field notes but not on the chain-of-custody form recorded by the field team at the time of collection. The identity of the duplicates will not be given to the contractor laboratory. The source information will be forwarded to the QA reviewer to aid in the contractor's review and validation of the data. The source of the field duplicate for the QA samples will be clearly identified on the chain-of-custody form sent to the QA laboratory.

6.4.4    Split Samples

Field split samples are collected to provide a measure of comparability between laboratories. A minimum of one half that of the rate for field duplicates for collection and analyses. Split samples will be submitted to the QA laboratory.

### 6.5    *Field Equipment Decontamination*

Decontamination of sampling equipment is addressed in Section 4.3.6 of the sampling plan.

### 6.6    *Sample Containers and Preservation Techniques*

Sample volume requirements are presented in Table 5-1 along with sample container requirements for each analyte and media. The field team leader is responsible for proper sampling, labeling of samples, preservation and shipment of samples to the laboratory to meet required holding times.

Sample volume requirements are presented in Table 5-1 along with sample container requirements for each analyte and media. The field team leader is responsible for proper sampling, labeling of samples, preservation, and shipment of samples to the laboratory to meet required holding times. With hazardous samples it may be necessary to rinse the outer portion of sample containers with deionized water prior to packaging for shipment. The latest DOT and USDA procedures for shipment of environmental samples will be used in all cases. The quantity of acids or bases added as preservatives generally should not exceed 0.15 percent by weight, or the samples must be shipped as corrosives.

### 6.7    *Sample Security, Custody, Handling, Preparation and Documentation*

6.7.1    Security

Security involves procedures used to ensure sample integrity from sample collection until sample disposal after laboratory analyses are complete. Security procedures are described in the following paragraphs

Once collected, samples will be in the possession of field team members or locked in coolers in the field facility. Quality Assurance/Quality Control (QA/QC) samples will also be collected and analyzed to document sample integrity. Samples will be transported to the lab by a recognized international shipper.

Samples will be stored in the laboratory in a secure area with access limited to authorized laboratory personnel. Upon receipt of coolers containing samples, laboratory personnel will check to ensure that the chain-of-custody seals are intact, measure the temperature of each cooler and document the condition of the samples.

**SER 559**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

6.7.2    Sample Custody

The primary objective of sample custody is to create an accurate written verified record that can be used to trace the possession and handling of the samples from the moment of collection until receipt by the laboratory. Adequate sample custody will be achieved by means of approved field and analytical documentation. A sign-in and sign-out log will be maintained at the laboratory.

A sample for this project is defined to be in a person's custody if it is:

1. In one's actual physical possession;
2. In one's view after being in one's physical possession;
3. In one's physical possession and then locked or otherwise sealed so that tampering will be evident; or
4. Kept in a secure area restricted to authorized personnel only.

6.7.3    Sample Handling, Preparation, and Field Documentation

Field procedures will be designed to minimize sample handling and transfers. During sampling, field team members record the following information in field notebooks and on the field chain-of-custody log sheet using indelible ink:

1. Unique sample number as obtained from the sample label;
2. Source of sample (including site name, location. and sample type);
3. Date and time of sample collection;
4. Preservatives used;
5. Name(s) of collector(s); and
6. Field data (pH, temperature, and specific conductance) for aqueous samples.

All samples will be appropriately preserved and chilled to 4°C prior to shipment. Each sample fraction contained in the cooler will be specified on the log sheet. Other field information such as sample type, time and date of sample collection, new station code (if different from tentative station ID), and field measurements results (e.g., pH, temperature), is also entered on the log sheet. The method of shipment is entered on the log sheet and the sampler signs and dates the log sheet. The log sheet is placed in a waterproof container taped to the inside lid of the cooler, and sealed in the cooler with the samples. The custody seal will not be removed until the samples arrive in the analytical laboratory and are checked in by the analytical task manager or designee. The field team leader will alert the analytical task manager to pertinent shipping information at the end of each sampling day.

Sample container shipment will follow sample handling protocols for low, medium, and high concentration samples of hazardous waste procedures (ER-1110-1-263). The addresses of laboratories used in this project are as follows:

Primary Lab:        Laboratory
Name  Street
Address
City, State, Zip code
Attn:  Individual's Name
Telephone Number

**SER 560**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

                       Facsimile Number

Split Lab:           Laboratory Name
                       Street Address
                       City, State, Zip code
                       Attn:  Individual's Name
                       Telephone Number
                       Facsimile Number

## 6.8 Analytical Procedures

Analytical methods and reporting limits for the target analytes are specified in Table 5-2.

## 6.9 Internal QC Check

Trip blanks, travel blank (trip blanks), equipment blanks (rinseate blanks), and replicate samples (duplicate samples) are discussed in Section 5.

### 6.9.1 Laboratory QC Checks

Calibration controls will be required for analytical operations of this project. Each instrument will be calibrated and both initial and continuing calibrations will meet the minimum criteria listed in the EPA SW846 method requirements. Calibration will be documented in a parameter notebook or the analyst's notebook.

Method blanks, sample matrix spikes, surrogate spikes, QC check sample, sample duplicates, and interferant check samples will be analyzed as required by standard laboratory protocol. These analyses will be performed in accordance with SW846 protocol.

### 6.9.2 Calculation of Data Quality Indicators

The contracted laboratory will determine if accuracy, detection limits, and completeness are within criteria set by SW 846.

## 6.10 Project Organization and Responsibilities

An organization chart showing the project team will be developed as part of the  preparation  before initiation of field efforts.

### 6.10.1 Field Personnel

The project manager is responsible for the effectiveness of day-to-day management of the project team and direct communication and liaison with AAFB. The project manager's responsibility to QA is to ensure all project QC procedures are followed during this project. The Field Team Leader is responsible for successfully accomplishing sample collection and shipment, and associated documentation.

### 6.10.2 Laboratory Personnel

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

The Chemical Analysis Supervisor serves as liaison between field and laboratory operations, is responsible for the following:

1. Receipt of sample custody from field members, verification of sample integrity and transfer of sample fractions to appropriate analytical departments;
2. Coordination of sample analyses to meet project objectives;
3. Preparation of analytical reports;
4. Review of laboratory data for compliance with precision, accuracy, and completeness objectives;
5. Review of any QC deficiencies reported by the Analytical Department Manager; and
6. Coordination of any data changes resulting from review by the Project QA Supervisor and/or Project Manager.

6.10.3. Project QA Personnel

### 6.10.3.1 QA/QC Personnel

The QC staff includes both field and laboratory personnel. The Field Team Leader is responsible for all field QC procedures, and for providing consistent and accurate field data. The Field Team Leader is also responsible for implementing and overseeing all field QA/QC requirements.

The Laboratory QA/QC Officer ensures that all QC requirements for each analytical procedure or process are in place and followed.

### 6.10.3.2 Project QA Supervisor

The Project QA Supervisor ensures that specific QA and primary technical operations are coordinated efficiently for the project. The Project QA Supervisor is independent of the project team and is responsible for the following:

1. Performance and/or system audits of laboratory operations to ensure compliance with the QAPP;
2. System audits of field operations to ensure compliance with the QAPP;
3. Provision of guidance and coordination to rapidly resolve any QA/QC problems;
4. Independent review of QA/QC information to ensure the quality of all deliverables to, or outputs from the project team to AAFB; and
5. Interaction and communication with AAFB to resolve QA/QC problems specific to the project.

### 6.11    Calibration Procedures and Frequency

6.11.1 Analytical Laboratory Instruments

Calibration controls will be required for analytical operations of this project. Each instrument will be calibrated and both initial and continuing calibrations will meet the minimum criteria listed in the SW 846 method requirements. Calibration will be documented in a parameter notebook or, the analyst's notebook.

### 6.11.1.1 Gas Chromatograph/High Pressure Liquid Chromatograph (GC-Non-volatiles/HPLC) Calibration

**SER 562**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Standard Curve Calibration -- Initial calibration standard solutions will be prepared by sequential dilution of a single stock standard solution to cover the analytical working range of the method. These may be

either composite standard of more than one analyte or single-analyte solutions. The concentrations will be adjusted to take into account the instrumental and method detection limit. A minimum of three initial calibration standard concentrations or the number of standards specified by the method covering the working range and a blank will be prepared and analyzed.

The initial calibration standards and the blank will be analyzed in every analytical run. At least one calibration standard at the middle or high range of the curve will be analyzed every 20 samples and repeated at the end of the run. A QC check standard is analyzed every time new calibration standards are prepared and analyzed to verify acceptability of the new calibration standards.

The initial calibration curve will be produced by plotting the standard response for each standard versus the concentration of each standard from the initial calibration run. The concentrations of the standards may be expressed in units of mass injected or in terms of the concentration of the standard solution, if the injection volume is constant for standards and samples. QC evaluation criteria for initial calibration, recalibration, and continuing calibrations are as follows:

1. The initial calibration curve and the subsequent recalibrations possess a minimum of three points and a blank or possess the number of calibration standards specified by the method;
2. The correlation coefficient of the curve is 0.995 or greater;
3. Continuing calibration standards are within 15 percent of the same initial calibration standard for GC (25 percent for NP detector) and within 10 percent of the same initial calibration standard for HPLC;
4. The QC check standard must be within the acceptance range provided by the vendor or within 25 percent of the standard's true if a standard from a different source or lot number is used; and
5. The calibration curve brackets the response for all samples.

The concentration (or amount) of the injected sample will be obtained by entering the response for the sample into the initial calibration curve equation and determining the sample concentration after all appropriate extract and sample dilution factors have been applied.

### 6.11.1.2 GC/MS Tuning and Calibration

GC/MS Tuning -- Daily instrument tuning will be practiced to ensure the instrument is calibrated and in proper working condition. The GC/MS will be tuned daily with decafluorotriphenylphosphine (DFTPP) for semi-volatiles analysis and bromofluorobenzene (BFB) for volatiles analysis.

### 6.11.1.2.1 GC/MS Calibration

Relative response factors for the individual compounds will be determined as follows:

$$RF = \frac{A_C Q_{IS}}{A_{IS} Q_C}$$

**SER 563**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Where:    $A =$    integrated area taken from the extracted ion current profile.
          $Q =$    quantity of material
          $C =$    compound and
          $IS =$   internal standard.

Initial calibration using a minimum of five (5) levels of the compound will be used to determine the instrument linearity. The average response factor (RF) will be calculated for each compound. The response factors for the System Performance Check Compounds (SPCC) must be >0.30 (0.25 for bromoform) for EPA 8240 and >0.05 for EPA 8270. The percent relative standard deviation (% RSD) will be calculated for each calibration check compound (CCC). The percent RSD of the (CCC) in the initial calibration must be <30 percent.

A 1-point calibration using a midlevel standard from the initial calibration will be used daily for all subsequent analysis. The RFs of the SPCC for EPA 8240 and 8270 in this continuing calibration standard must meet the minimum response factors specified for the initial calibration previously mentioned. The RFs of the calibration check compounds in this daily calibration standard should be ≤ 25 percent difference from the average RFs in the initial calibration.

### 6.11.1.3 Gas Chromatograph (GC Volatiles) Calibration

Standard Curve Calibration -- Calibration standard solutions will be prepared as needed by sequential dilution of a single stock standard solution (prepared every 2 months) to cover the analytical working range of the method. These may be either composite standard of more than one (1) analyte or single-analyte solutions. The concentrations will be adjusted to take into account the instrumental and method detection limit. A minimum of three (3) calibration standard concentrations or the number of standards specified by the method covering the working range and a blank will be prepared and analyzed. The calibration standards and the blank will be analyzed every 20 samples and repeated at the end of the run to ensure constant instrument response. A QC check standard is analyzed every time new calibration standards are prepared to verify acceptability of the new calibration standards.

### 6.11.1.4 General Inorganic and Organic Parameters Calibration

Standard Curve Calibration -- This section applies to those inorganic and organic analyses procedures [i.e., spectrophotometric, infrared (IR)] that use a standard curve for calibration. Working standard solutions will be prepared by sequential dilution of a single-stock standard to bracket the analytical working range of the method. Working standard solutions may be either composite standard of more than one (1) analyte or single-analyte solutions. The standard concentrations will be adjusted to take into account the instrument and method, upper and lower limits of linearity and the instrumental detection limit. A minimum of three (3) standard concentrations, or the number of standards specified by .the method, covering the working range and a blank will be prepared and analyzed. The working standards and the blank will be analyzed at the beginning of every analytical run, and at least one (1) mid-level standard will be analyzed at minimum intervals of every 20 samples during the run and at the end of the run to check for constant instrument response.

The preparation of calibration standard is verified by the analysis of the initial calibration verification (ICV) solution. The ICV is an independent standard prepared from different stock solutions than those used to prepare the calibration standards. Typically, an EPA or NIST reference is used as the ICV and is prepared according to the supplier's instructions.

**SER 564**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

The working curve will be produced by plotting the standard response for each standard versus the concentration of each standard from the initial calibration run. The following QC evaluation criteria for working curves are:

1. The working curve possesses a minimum of three points, or the number of standards specified by the method, and a blank;
2. The correlation coefficient of the line is 0.995 or greater;
3. The response for the CCV analyzed at minimum intervals of every 20 samples during the run and at the end of the run is within 20 percent of true value;
4. The ICV is within 10 percent of the element's true value; and
5. The calibration curve brackets the response for all samples.

The sample concentration will be obtained by entering the response for the sample into the working curve equation and determining the sample concentration after all appropriate extract and sample dilution factors have been applied.

### 6.11.1.5 Trace Metals Analysis Calibration

Atomic Absorption Spectroscopy (AAS) Standard Curve Calibration -- Working standard solutions will be prepared to include the analytical working range of the method; these solutions may be either composite standard of more than one metal or single-metal solution. The standard concentrations will be adjusted to take into account the instrument method, upper and lower limits of linearity and the instrument detection limit. A minimum of three (3) standard concentrations, or the number of standards specified by the method, covering the working range and a blank will be prepared and analyzed. The working standards and the blank will be analyzed at the minimum intervals of every 20 samples during the run and at the end of the run to check for constant instrument response.

The calibration is verified by the analysis of the ICV solution. The ICV is an independent standard prepared from different stock solutions than those used to prepare the calibration standards. Typically an EPA or NIST reference is used as the ICV and is prepared according to the supplier's instructions.

The working curve will be produced by plotting the standard response for each standard versus the concentration of each standard from the initial calibration run. The following QC evaluation criteria for working curves are:

1. The working curve possesses a minimum of three points or the number of standards specified by the method and a blank;
2. The correlation coefficient of the line is 0.995 or greater;
3. The response for the midlevel standard analyzed at minimum intervals of every 20 samples during the run and at the end of the run is within 20 percent of true value;
4. The ICV is within 10 percent of the element's true value; and
5. The calibration curve brackets the response for all samples.

Corrective action procedures will be taken if these QC evaluation criteria for calibration are not met.

The concentration of the sample is obtained by entering the response for the sample into the working curve equation and determining the sample concentration after all appropriate digestate and sample dilution

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

factors have been applied.

Inductively Coupled Argon Plasma (ICAP) Single Point Calibration--This procedure uses a single standard concentration for each element to obtain an instrument response (emission counts) and is analyzed in every analytical run. A second single point emission counts obtained when aspirating a blank solution (undigested, acidified DI water), is used in conjunction with the standard to calibrate the instrument in concentration unit.

The calibration is verified by the analysis of an ICV solution which is an independent standard prepared from different stock solutions than those used to prepare the calibration standards. The elemental concentrations of the calibration verification solution must be within the calibration range of the instrument and at concentrations other than those used for instrument calibration.

A multi-element interference check solution (ICS) and a method blank (acidified DI water that is carried through the digestion process) are analyzed each day prior to analyzing the samples. The ICS is used to verify the correction of spectroscopic interference caused by emissions adjacent to analyte emission lines.

The CCV solution is analyzed at minimum intervals of every 20 samples during the run and at the end of the run to document constant instrument response. This solution contains one-half the concentration of each element present in the calibration standards. This solution may be prepared by dilution of an aliquot of the calibration standard or prepared as a separate solution in a manner analogous to the calibration standard preparation procedure.

The following QC evaluation criteria for the instrument calibration standard are:

1.  A calibration standard and a calibration blank are used;
2.  All the values for the ICV are within 10 percent of each element's true value;
3.  Values for the ICS are 20 percent of each element's true value; and
4.  The measured concentrations of the elements in the CCV solution for which calibration was performed are within 10 percent of their respective true values.

Corrective action procedures will be taken if these QC evaluation criteria are not.

Inductively Coupled Plasma/Mass Spectrometry (ICP/MS) Single Point Calibration -- Mass calibration and tuning of the ICP/MS will be performed each time the instrument is set up. The tune response factor and mass calibration will be verified and documented before any sample analysis and at the end of each analytical run. If the mass calibration exceeds a difference of more than 0.lamu from actual value, then the mass calibration must be adjusted to the correct value.

This procedure uses a single standard concentration for each element to obtain an instrument response (intensity counts) and is analyzed in every analytical run. A second single point intensity counts obtained when aspirating a blank solution (undigested, acidified DI water) is used in conjunction with the standard to calibrate the instrument in concentration limits.

The calibration is verified by the analysis of an ICV solution which is an independent standard prepared from different stock solution than those used to prepare the calibration standards. The elemental concentration of the calibration verification solution must be within the linear range of the instrument and at concentrations other than those used for instrument calibration.

36

**SER 566**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

A multi-element interference check solution (ICS) and a method blank (acidified DI water that is carried through the digestion process) are analyzed each day prior to analyzing the samples. The ICS is used to verify the adequate application of elemental interference equation.

The CCV solution is analyzed at minimum intervals of every 10 samples during the run and at the end of the run to document constant instrument response. This solution contains one-half the concentration of each element present in the calibration standards. This solution may be prepared by the dilution of an aliquot of the calibration standard or prepared as a separate solution in a manner analogous to the calibration standard preparation procedure.

QC evaluation criteria for the instrument calibration standard are as follows:

1.  A calibration standard and a blank are used;
2.  All the values for the ICV are within 10 percent of each element's true value;
3.  Values for the ICS are adequately corrected for in the interference equation; and
4.  The measured concentrations of the elements in the CCV solution for which the calibration was performed are within 10 percent of their respective true values.

Corrective action procedures will be taken if these evaluation criteria are not met.

### 6.11.1.6 Gravimetric Methods Calibration

Two general types of analytical balances are used at most commercial laboratories:
1.  The more sensitive microanalytical balance, and
2.  The top-loading balance.

The calibration of the microanalytical balances is verified daily by weighing the following Class S and NIST-certified weights [in grams (g)]:

| Weight (g) | Tolerance |
|---|---|
| Limits  0.2 | +0.0005 |
| 1.0 | +0.0005 |
| 3.0 | +0.0005 |
| 5.0 | +0.0005 |

The calibration of the top loading balance is verified daily by weighing the following Class S and NIST – certified weights:

| Weight (g) | Tolerance |
|---|---|
| Limits  5 | +0.02 |
| 20 | +0.05 |
| 50 | +0.05 |

The results are recorded in the instrument logbook. If these criteria are not met, the weight may be

37

**SER 567**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

reweighed. If the criteria are not met for the second weighing, the balance is taken out of service and repaired. The Class S weights are sent to the manufacturer yearly for calibration and recertification. Two sets of Class S weights are available in-house.

### *6.12     Data Reduction, Validation, Reporting*

6.12.1 Field Data

All field information will be recorded in sequentially numbered bound notebook using non-erasable, waterproof ink. The Field Team Leader is responsible for initial data validation including and ensuring the following:

1. Completeness of field records, and
2. QC measures for sampling procedures (i.e., duplicates, trip blanks, equipment blanks, and calibration checks).

Field analytical data (i.e., pH, temperature, and conductivity) will be sent to the contracted laboratory on the chain-of-custody field log sheet and will be included with the project analytical deliverable as a hard copy laboratory report.

Data transfer and reduction are essential functions in summarizing information to support conclusions. It is essential that these processes are performed accurately and in the case of data reduction, that accepted statistical techniques are used. QA/QC procedures will be adhered to as outlined in this QAPP.

Example calculations will be included with the analytical method where appropriate, to facilitate review. The entry of input data and calculations should be checked and the signature/initials of the data technician and reviewer(s) should accompany all data transfers with and without reduction.

For routine analyses performed at the laboratory, sample response data information will be entered into the computer system by the Laboratory Analyst or other designated individual(s). The computer calculates the following:

1. Linear or quadratic regression line for standards;
2. Coefficients of variation for replicates;
3. Spiked recoveries;
4. Reference sample concentrations, and
5. Sample concentrations.

Linear or quadratic equations will be used to calculate final data for laboratory analyses requiring a calibration curve:

$$Concentration = Intercept + M\ (Response) + M2\ (Response)^2$$

The equation used to calculate the final data for laboratory is independent on the linearity of the standard curve and method of analyses.

Purgeable organics by GC/MS are calculated as follows:

38

**SER 568**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

$$\text{Concentration (ug/L)} = \frac{(A_{sa})(Q_{is})}{(RF)\ (A_{is})(PV)}$$

Where:
$A_{sa}$ = area from the extracted iron profile of the primary characteristic ion for the target analyte in the sample

$Q_{is}$ = quantity of the internal standard [nanograms (ng)]

$RF$ = Response factor (see Section 5.12.1.1),

$A_{is}$ = area from the extracted ion profile of the primary characteristic ion of the internal standard in the sample, and 29

$PV$ = purge volume (milliliter (mL))

Acid and base/neutral extractable are calculated as follows:

$$\text{Concentration (ug/L)} = \frac{(A_{sa})\ (Q_{is})}{(A_{is})(RF)} * \frac{1}{FE} * \frac{1}{volume} * DF$$

$A_{sa}$ = area from the extracted ion profile of the primary characteristic ion for the target analyte in the sample

$A_{is}$ = area from extracted ion profile of the primary characteristic ion of the internal standard in the sample

$Q_{is}$ = quantity of the internal standard (ng)

$RF$ = response factor (see Section 5.12.1)

$FE$ = fraction extract analyzed

$$\frac{\textit{Volume injected [microliter(ug/L)]}}{\textit{Extract volume (uL)}}$$

Volume = volume of extracted sample (mL), and
$DF$ = dilution factor

$$\frac{\textit{Final extraction volume for injection (mL)}}{\textit{Extraction volume prior to dilution (mL)}}$$

QC acceptance criteria for the relative percent difference of replicate spike recoveries and for the range of acceptance recoveries will be stored in the data management computer files for each STORET number/method code combination. If the sample in a sample lot does not pass the entire QC checks the results reported in all samples processed in the same sample set may be considered suspect and the analysis may need to be repeated.

Completed batch folders will be stored in a central location arranged by department and numerically by batch number. Raw instrument output copies of parameter notebook, pertinent calculations, and solution documentation will be stored in the batch folders.

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

When the data set is complete for each sampling effort, the computer will be used to organize the information in the field group in numerous formats. The final reports will be reviewed and approved by the Laboratory Coordinator.

6.12.2 Sampling and data Results Report

### 6.12.2.1 Report Format

Laboratory data reports will be generated directly without manual manipulation. The analytical report will include the following items:
1. Case narrative will include a general discussion of the results and any analytical problems encountered;
2. Laboratory data, all field QC sample results (including trip blanks, equipment rinseate, and field duplicates) and tentatively identified compound (TIC) reports for semi-volatiles;
3. Dates of collection, extraction, and analysis, and the days elapsed between each step of the analytical process;
4. Methodology and batch number for each sample; and
5. Sample ID cross reference (to field and laboratory ID).

The laboratory data will be provided in hard copy. Copies of completed chain-of-custody forms will also be provided. These forms will include the temperature of the cooler upon arrival and the general conditions of the samples.

### 6.13    Performance and System Audit

Two (2) types of audit procedures will be used to assess and document the performance of the project staff: system audit and performance audits. These are performed at frequent intervals under the direction of the Project QA Supervisor. These audits form one of the bases for corrective action requirements and constitute a permanent record of the conformance of measurement systems to QA requirements.

6.13.1 System Audit

System audits are inspections of training status, records, QC data, calibrations, and conformance to SOPs without the analysis of check samples. System audits are conducted quarterly for the laboratory. Field audits may be conducted at the initial sampling activities of this project.

The system audit protocol is summarized as follows:

1. Field Operations – The Project QA Supervisor will periodically:
    (a)    Check field notebooks, log sheets, chain-of-custody forms, and report any inconsistencies and/or omissions; and
    (b)    Check implementation of field sampling procedures: calibration of field instruments, decontamination, packaging, and shipping.
2. Laboratory Operations – The Project QA Supervisor will periodically check:
    (a)    Parameter and/or laboratory notebook;

**SER 570**

2-214

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

       (b)       Instrument logbook;
       (c)       Sample log-in, dispensing, and labeling for analysis;
       (d)       Update QC criteria for spike recoveries; and

3. Final Reports – The Project QA Supervisor will audit the deliverable review sheets to ensure that all final report are peer reviewed before they are sent to the client.

6.13.2 Performance Audit

The contracted laboratory should participate in the following proficiency programs:

1. National Institute of Occupational Safety and Health (NIOSH) through its Proficiency Analytical Testing Program (PAT) and Environmental Lead Proficiency Analytical Testing Program (ELPAT);
2. EPA Water Pollution and Water Proficiency Programs;
3. USACE; and
4. Department of Energy Environmental Measurement Laboratory Quality Assessment Program.

### 6.14    Preventive Maintenance

To minimize the occurrence of instrument failure and other system malfunctions, a preventive maintenance program for field and laboratory instruments is being implemented. The preventive maintenance performed for each major piece of field and analytical equipment is listed in the following sections.

All maintenance performed on the laboratory instruments are documented in each instrument's maintenance logbook which is kept with the instrument. The date, initials of the analyst performing the maintenance, and the type of maintenance performed are recorded in this maintenance logbook. Receipts from the routine maintenance performed by the manufacturer's representative are kept on file.

### 6.15    Corrective Actions

Corrective action is necessary when any measurement system fails to follow this QAPP. Item which may need corrective action range from a minor problem of a field team member failing to sign a field form to a major problem of a Laboratory Analyst using an improper analytical method. For this reason, corrective action protocol must be flexible. In general, items needing corrective action fall into three (3) correction categories: Short term, long term, and QC; each requires different action.

6.15.1 Short-Term Corrective Action

Short-term problems may be minor and major problems, which can be corrected immediately. Examples include failure to date or sign a field form, incorrectly preserving samples, and errors in data entry. Corrective action is initiated by verbally calling attention to the problem and seeing that it is corrected.

6.15.2 Long-Term Corrective Action

Long-term problem may be minor and major problems, which require series of actions to resolve. The actions to be taken are coordinated by the Project QA Supervisor, and a QA corrective action request and routing form is used to track the action. An example of this type of corrective action is as follows:

**SER 571**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

Problem – A field team member fails to calibrate the pH meter in the field prior to use.

Corrective Action – The problem is identified by the person originating the corrective action, responsibility is assigned to an appropriate person (may be someone other than the person failing to calibrate the meter) an appropriate standard is selected, the standard is ordered, the order is verified as being filled properly, field members are trained in the use of the standard as required, and the pH meter is calibrated in the field during the next field trip. The Project QA Supervisor audits this process to ensure that it is completed in an expeditious manner.

6.15.3 QC Corrective Action

These actions consist of corrective action following a failure to meet QC criteria specified in this QAPP and the analytical methods. Action taken consists of two (2) types:

1. Those resolved within each analytical department; and
2. Those resolved outside the department.

Examples outlining the difference between these two (2) types of corrective actions are as follows:

**WITHIN-DEPARTMENT ACTION:**

| QC Failure | Department Action |
|---|---|
| Tuning results for GC/MS fail criteria in EPA Method 8240 and 8270 | Laboratory Analyst retunes instrument |
| Percent recoveries fail Criteria and sample holding time have not expired | Laboratory Analyst investigates problem and re-analyses |
| Standard curve correlation coefficient is less than 0.995 | Laboratory Analyst investigates problem and re-runs curve and samples |
| Sample response falls outside calibration curve | Laboratory Analyst dilutes sample into range of curve |

**OUTSIDE-DEPARTMENT ACTION:**

| QC Failure | Department Action |
|---|---|
| Holding time are exceeded | Notify Project Manager and Project QA Supervisor re-sampling may be necessary |

**SER 572**

APPENDIX G – CLOSURE AND POST – CLOSURE PLAN

| Percent recoveries fail criteria and sample holding time have expired | Notify Project Manager and QA officer, re-sampling may be necessary if a significant number of QC failures occur |
|---|---|

Corrective action may be initiated for each measurement system (individual disciplines) by the Project Manager or other responsible individuals such as the laboratory QA/QC Manager. The Project QA Supervisor and the Project Manager will be responsible for approving the corrective action. AAFB will be notified in writing within 48 hours of any significant QA/QC problem.

### 6.16    *QA Reports to Management*

Activities and actions to be reported will include:
1. The project status in relation to the progress of proposed schedule
2. Result of ongoing system audits, and
3. Proposed corrective action and significant QA problems.

The Project QA Supervisor reports the results of these activities to the Project Manager and the affected line managers.

**Appendix H**

**OB/OD Facility Map and Photos**

**SER 574**

2-218

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



FIGURE 2-1:  EOD LOCATION MAP



FIGURE 2-2:  OB/OD AERIAL

1

**SER 575**

2-219

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



TOPOGRAPHIC MAP

2

**SER 576**

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



**Photo 1. View of Tarague Beach (looking west) EOD Range in Foreground**



**Photo 2. OB proposed area (looking west)**

3

**SER 577**

2-221

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



**Photo 3. West End of EOD Range (looking south) Cement/personnel bunker to left and holding points on center**



**Photo 4. Cement/personnel bunker (looking east)**

4

**SER 578**

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



**Photo 5.  Distance of OB area from sand (looking south)**



**Photo 6.  Distance of OD unit from shore (looking north)**

5

**SER 579**

2-223

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



**Photo 7. OD unit cliff line (looking south)**



**Photo 8. OD unit close-up (2-3 feet deep)**

6

**SER 580**

APPENDIX H – EOD OB/OD FACILITY MAP AND PHOTOS



**Photo 9. View of Tagua Point (nearly inaccessible) at east end of EOD (looking east)**



**Photo 10. View from east end of EOD (looking west)**

7

**SER 581**

**Appendix I**

**Process Information**

**SER 582**

2-226

APPENDIX I – PROCESS INFORMATION

### A. Process Information

*Applicability As a "Miscellaneous Unit" (Parts VI.A. and X.A. [Adopts by reference 40 CFR 264.600 and 270.23] of the GHWMRs)*

Activities performed at the OB/OD units at AAFB consist of treatment in "miscellaneous units" as defined in 40 CFR 260.10 in the RCRA regulations. Specifically, the units do not meet the definition of containers, tanks, surface impoundments, piles, land treatment units, landfills, incinerators, boilers, industrial furnaces, underground injection wells, or units eligible for research, development, and demonstration permits. Additionally, the preamble to the Subpart X regulations specifically states that the miscellaneous unit regulations are applicable to OB/OD activities for propellants, explosives, and pyrotechnics (PEP).

### A1. Open Burning (OB) in Containment Devices (Part X.A. [Adopts by reference 40 CFR 270.23 and 270.32] of the GHWMRs)

*Appropriateness of Treatment Methods (Part X.A. [Adopts by reference 40 CFR 270.32(b)] of the GHWMRs)*

Waste energetic materials have been historically treated by OB, since this technology has been determined to be the most appropriate from a health and safety standpoint. Many types of military ordnances are designed so that they cannot be easily and safely disassembled, and for these types of ordnances, the OB technology may be the only method of treatment that provides an adequate margin of worker safety. In addition, OB is also inexpensive, and technically simple and relatively easy to conduct.

The effectiveness of other forms of treatment of waste energetic material is for the most part, unknown. Effectiveness in this context refers to the following:

- The ability to eliminate the reactive or explosive hazard posed by the materials, or to reduce such hazards so that the materials are no longer defined to be reactive or explosive.

- The ability to reduce hazardous and/or toxic materials to innocuous materials, as compared to the original material treated.

The Department of Defense has performed and continues to perform significant research and development activities to identify and evaluate alternative treatment technologies to OB/OD. While some alternatives have progressed beyond the conceptual or laboratory scale, most are still years away from being a viable alternative to OB/OD technologies. Additionally, although some technologies may show promise on a laboratory or pilot scale, they are only applicable to a small subset of the total universe of wastes, which may require treatment at AAFB. Therefore, implementation of alternative technologies that may be applicable at some future date may not permit total elimination of OB/OD activities at AAFB.

The current OB/OD treatment technologies are also very safe for waste handlers. In the process of refining OB/OD procedures throughout DOD, numerous SOPs have been developed that

1

**SER 583**

2-227

APPENDIX I – PROCESS INFORMATION

specifically ensure the safety of waste handlers. In fact, one of the key limitations to implementing alternative technologies is that the quality of worker safety provisions is not verified.

*Containment Device Description (Part X.A. [Adopts by reference 40 CFR 270.23(a)] of the GHWMRs)*

*Physical characteristics, construction materials, and dimensions of the unit (Part X.A. [Adopts by reference 40 CFR 270.23(a)(1)] of the GHWMRs)*

All OB operations treating reactive hazardous wastes occur in a metallic containment device. The containment device used for these activities is selected to meet the following objectives:

- Prevent incorporation of soil into the wastes and materials being burned;
- Contain fuels used in OB operations to prevent releases to the environment;
- Minimize the ejection of materials or wastes from the device onto the ground;
- Retain a large quantity of the heat generated during the burn; and
- Retain the minor detonations, which might occur when munitions are burned.

A large array of containment devices could meet these objectives and therefore could be employed for OB operations. Previously, a containment device used at AAFB was fabricated from a former aboveground fuel storage tank, which has been cut in half and placed on end. The device takes the form of a cylinder with a flat bottom and no top. The approximate dimensions of this containment device is 4 ft in diameter and 5 ft tall. This device is made of one-quarter inch steel. A section of chain-link fence is placed over the top of the containment device to minimize the ejection of materials or wastes during the burn. **This device is no longer in use**.

The integrity of the existing containment device is expected to deteriorate with time, necessitating renovation or replacement of the device. Replacement devices may not necessarily consist of former aboveground tanks. Although specific designs or dimensions of future containment devices cannot be identified at this time all devices will meet the containment objectives provided above. Additionally, the dimensions of the existing devices will be typical of future devices.

*Engineering drawings of the fabricated device Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

As the rudimentary containment device as described in the previous paragraph has not been designed and fabricated specifically for use at the OB area, no engineering drawings of this former tank exist. Similarly, future containment devices used to replace the existing structure are not expected to be designed specifically for OB application. Therefore, it is not anticipated that engineering drawings of these devices will be available or necessary for proper identification and description of the unit. A general site plan of the area showing the OB unit is located in Appendix H.

Similarly, engineering plans and reports are not applicable to operation, maintenance, monitoring, and inspection activities. Engineering plans and reports for closure are addressed in the closure plan contained in Appendix G.

**SER 584**

APPENDIX I – PROCESS INFORMATION

*Lining material within device (Part X.A. [Adopts by reference 40 CFR 270.23(a)(1) and (2)] of the GHWMRs)*

No lining materials are present in the containment device as previously described. Future containment devices are similarly not expected to include a lining material.

*Lining material below device Part X.A. [Adopts by reference 40 CFR 270.23(a)(1) and (2)] of the GHWMRs)*

No lining materials below the containment device are used. Placement of lining materials beneath the device is not feasible given the potential destructive nature of the surf during storm events, as well as high temperature.

*Leak Detection Provisions (Part X.A. [Adopts by reference 40 CFR 270.23(a) (2)] of the GHWMRs)*

Following residue collection at the end of each burn event, the containment device was turned upside down to prevent accumulation of precipitation within the device. At that time, the device is inspected to ensure there are no holes, cracks, or other weaknesses in the structure of the device, and thus detect any leaks that may have occurred. This same inspection procedure is performed before the device is turned right side up prior to subsequent OB events. These activities prevent any wastes or materials placed within the device from leaking and therefore prevent releases to the environment.

*Precipitation Cover (Part X.A. [Adopts by reference 40 CFR 270.23(a)(1) and (2)] of the GHWMRs)*

Following residue collection at the end of each burn event, the containment device was turned upside down to prevent accumulation of precipitation within the device. This negates the need for a formal precipitation cover above the containment device.

*Control of Releases of Ashes and Residues During OB (Integrity of Containment Devices) (Part X.A. Adopts by reference 40 CFR 270.23(a) (2)] of the GHWMRs)*

Several procedures or facets of the containment device design have been implemented to control the release of ash and other residues during OB activities. Some of the wastes treated in the containment device may have a tendency to be ejected from the device during certain circumstances. The AAFB device is covered with a section of chain link fence to minimize the quantity of items, which are ejected from the device during the burn.

The second action taken to minimize the ejection of partially burned wastes consists of proper placement of materials and wastes to be burned within the containment device. All materials and wastes are placed at least 2 feet below the top of the containment device to minimize the possibility that wastes could be ejected from the device.

**SER 585**

2-229

APPENDIX I – PROCESS INFORMATION

Because these measures will minimize but not completely prevent the ejection of wastes from the containment device, the Andersen AFB OB/OD Residue Management Plan, contained in the appendices, includes procedures to identify, collect and properly manage any wastes, which may have been ejected.

These procedures are implemented after the OB device is safe to approach, and never later than the day following the OB event. The following is an excerpt from the Residue Management Plan:

- 1.2.3 The vicinity of the containment device is inspected for any items, which may have been ejected from the device. Items still containing energetic materials are placed back into the containment device for burning that day. Metallic items not containing energetic materials are placed in the OB metal fragments container.

Ash and other residues are removed from the containment device the day after the burn is initiated. This action further minimizes the potential for release of ash after the burn is completed.

A final procedure to prevent release of residues from the OB containment device is to regularly monitor the integrity of the device and repair it if there is a concern over its integrity. Following residue collection at the end of each burn event, the containment device is turned upside down to prevent accumulation of precipitation within the device. At that time, the device is inspected to ensure there no holes, cracks, or other weaknesses in the structure of the device. This same inspection procedure is performed before the device is turned right side up prior to subsequent OB events. These activities prevent any wastes or materials placed within the device from leaking from the device and therefore prevent releases of ash or other residues to the environment.

To retain ejected materials in close proximity of the containment device, the device has been placed in a shallow depression in the beach. In this configuration, the vast majority of wastes ejected from the containment device are retained within the depression, facilitating location and collection of the ejected wastes following completion of the burns.

*Methods to Control Deterioration of Fabricated Devices (Part X.A. [Adopts by reference 40 CFR 270.23(a) (2)] of the GHWMRs)*

Deterioration of the containment device is not controlled; however, the device is routinely inspected for deterioration and maintained if deterioration is evident. Following residue collection at the end of each burn event, the containment device is turned upside down to prevent accumulation of precipitation within the device.

At that time, the device is inspected to ensure there are no holes, cracks, or other weaknesses in the structure of the device. This same inspection procedure is performed before the device is turned right side up prior to subsequent OB events. If a weak spot or hole is observed, either a piece of steel is welded over the problem area, or a replacement containment device is obtained.

*Prevention of Accumulation of Precipitation (Part X.A. [Adopt by reference 40 CFR 270.23(a) (2)] of the GHWMRs)*

**SER 586**

2-230

APPENDIX I – PROCESS INFORMATION

Although attempts are made not to schedule burn activities during and immediately after rainfall events, measurable precipitation may occur in the vicinity of the EOD Range any day of the year, especially during the rainy season. Additionally, it is impossible to predict with complete certainty if measurable precipitation will occur after the burn but before the containment device can be approached. Therefore, measures are taken to <u>minimize</u> the accumulation of precipitation in the OB containment device but complete <u>prevention</u> of accumulation of precipitation is nearly impossible.

The following measures are implemented to minimize accumulation of precipitation. After the containment device can be safely approached following completion of the burn (not later than the day after the burn was initiated), EOD personnel inspect and collect the residues contained within the device. If precipitation has collected within the device, a second burn will be initiated to evaporate the liquid in the device. Following residue collection at the end of each burn event, the containment device is turned upside down to prevent accumulation of precipitation within the device between burn events.

*Handling of Precipitation Accumulated in Fabricated Devices (Part X.A. [Adopts by reference 40 CFR 270.23(a) (2)] of the GHWMRs)*

After the containment device can be safely approached following completion of the burn (not later than the day after the burn was initiated), EOD personnel inspect and collect the residues contained within the device. If precipitation has collected within the device, a second burn will be initiated to evaporate the liquid in the device.

*Controls to Prevent Wind Dispersion of Ash and Other Residue (Part X.A. [Adopts by reference 40 CFR 270.23(a)(J) and (2)] of the GHWMRs)*

The design of the containment device, use of a fence to cover the device, placement of the containment device within a shallow depression, and procedures for placement of wastes and materials within the device are such that the ejection of residues from the device during the burn is minimized. Additionally, following completion of the burn, ash and other residue is routinely only several inches deep, therefore well below the top of the containment device. Wind dispersion is minimized in this way. Additionally, ash is removed from the device soon after the burn is completed and never later than the day after the burn, further minimizing the opportunity for ash to be dispersed by the wind.

*Inspection, Monitoring, and Maintenance Plan (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

As there are no facets of the containment system specifically engineered for OB operations, and no movable parts, inspection, monitoring and maintenance can be very effective yet quite simplified. Following residue collection at the end of each burn event, the containment device is turned upside down to prevent accumulation of precipitation within the device. At the time, the device is inspected and monitored to ensure there are no holes, cracks, or other weaknesses in the structure of the device. This same inspection procedure is performed before the device is turned right side up prior to subsequent OB events. If a weak spot or hole is observed, either a piece of steel is welded over the problem area, or a replacement containment device is obtained. Welding will only occur

**SER 587**

2-231

APPENDIX I – PROCESS INFORMATION

when no energetic materials are present at the EOD Range. More general inspection procedures for the EOD Range are described in Appendix C.

The OB containment device is not approached for at least 12 hours after a burn is conducted to ensure the burn is completed and the residue has cooled. Not later than one calendar day after the burn occurs, residue management and inspection procedures are put into place. As stated in the Andersen AFB OB/OD Residue Management Plan contained in the appendices:

- 1.2.1 Residues within the containment device are inspected to ensure all items have been successfully burned. Items remaining in the containment device still containing energetic materials are burned the day they are discovered.

- 1.2.3 The vicinity of the containment device is inspected for any items which may have been ejected from the device. Items still containing energetic materials are placed back into the containment device for burning that day. Metallic items not containing energetic materials are placed in the OB metal fragments container.

*Ash and Residue Management (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

The Andersen AFB OB/OD Residue Management Plan, contained in the EOD operating procedures Appendix has been specifically prepared to address management of ash and other residues resulting from OB/OD operations. The following OB residue management procedures, described in the Management Plan, are implemented as soon as the containment device can be approached, and not later than the calendar day after the burn occurs:

- Ash Contained in the Containment Device – separated from metallic fragments, collected, analyzed for explosive and TCLP metal content, containerized, and disposed of properly based on the results of the analytical testing;

- Metallic Fragments Not Containing Energetic Materials. Located in the  Containment Device – separated from the ash, collected, and accumulated for recycling at a permitted facility;

- Metallic Fragments Containing Energetic Materials. Located in the Containment Device – burned in the containment device the day they are located;

- Metallic Fragments Containing Energetic Materials.  Ejected from the Containment Device – collected, and burned in the containment device the day they are located; and

- Metallic Fragments Not Containing Energetic Materials. Ejected from the Containment Device – collected, accumulated for shipment to the Defense Reutilization & Marketing Office to facilitate recycling at a permitted facility.

*Copy of Standard Operating Procedures (SOPs) (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

**SER 588**

2-232

APPENDIX I – PROCESS INFORMATION

A significant number of U.S. Air Force and Andersen AFB SOPs have been developed to effectively perform both OB and OD operations.  A brief summary of the principal SOPs follows:

1.      Flight Operating Instruction
        32-3002 (July 2017)

This document is an eighteen -page outline for all operational procedures conducted on the range. This document in turn references four other documents, which are Air Force-wide documents:

   AFMAN 91-201 (12 January 2011):  See separate discussion section on AFMAN 91-201, Explosives Safety Standards

   TO 11A-1-42 (6 October 2000): See separate discussion section on TO 11A-1-42, General Instructions for Disposal of Conventional Munitions.

   TO 11A-1-66 (1 August 2003): General Instructions. Demolitions

   TO 60A-1-1-31 (24 April 2009): Explosive Ordnance Disposal Procedures. EOD Disposal Procedures

This Wing Instruction also includes seven attachments:

   1. Range Notification Lists
        a. Non-Fragmenting Operations/5 Inch Diameter or Less
        b. Fragmenting Munitions Greater than 5 Inch Diameter
   2. Range Operation Checklist
   3. Post Range Operations Checklist
   4. Safety Briefing
   5. Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area
   6. Security Forces Cordon Locations

Attachment 3 outlines the procedures followed during treatment of RCRA waste munitions. This attachment is included in the EOD Operating Procedures Appendix in its entirety.

2.      Technical Order 11A-1-42. General Instructions for Disposal of Conventional Munitions
        Dated: 15 July 1997
        Revised: Change 6 – 30 October 2000

This is a very comprehensive USAF-wide document, which details procedures for disposal/demolition of a wide variety of munitions. Chapter headings of significance for this application are:

   • Safety and Accident Prevention
   • Description of Demolition Materials
   • Methods of Disposal
   • Firing Systems Procedures

**SER 589**

2-233

APPENDIX I – PROCESS INFORMATION

- Treatment of Chemical Agent Casualties
- Munition Disposal Procedures
- Missile Explosive Components
- Rocket Motors and Warheads
- Aircraft Egress Items

3.      Technical Order 11-A-1-46 (1 December 2003), Fire Fighting Guidance, Transportation, and Storage Management Data and Ammunition Complete Round Chart

This document presents data in lists of tables regarding munitions. The information presented in this document consists of item stock number, cross-reference numbers, net explosive weight, and munitions descriptions.

4.      AFMAN 91-201, Explosive Safety Standards
        Dated: 12 January 2011

This document is USAF-wide and contains mechanical details of explosive safety. This document is for general handling of explosives, not necessarily specifically oriented to EOD operations.

5.      Technical Order 60A-1-1-31, Explosive Ordnance Disposal Procedures, EOD Disposal Procedures
        Dated: 24 April 2009
        Revised: Revision 6

This manual describes the type and nature of the materials and equipment used to conduct EOD disposal procedures. This document covers general instruction for explosive ordnance disposal. This document is not releasable. Most of the operational material is covered in TO 11A-1-42. Other areas covered in this document include operations that are not included in this TSD application, including emergency operations, training, etc.

6.      36 AW Operations Plan 32-1, Disaster Preparedness Peacetime Operations
        Dated: May 2002
        Reference: OPR: 36 CES/CEV

This plan specifies procedures for preparing for and recovering from the effects of major peacetime accidents and natural disasters. This plan also specifies procedures for rendering assistance to civil authorities after natural disasters. It provides Andersen AFB specific outlines for responses to major accidents (military mishaps), and natural disasters.

**A2. OB on the Ground Surface Where Unit Incorporates the Soil as Part of the Unit (Part X.A. [Adopts by reference 40 CFR 270.23 and 270.32] of the GHWMRs)**

This section does not apply, since all OB activities at AAFB occur within a containment device, which prevents the incorporation of soil as part of the unit. These activities are addressed in A1.

8

**SER 590**

2-234

APPENDIX I – PROCESS INFORMATION

**A3. Open Detonation (OD) (Part X.A. [Adopts by reference 40 CFR 270.23 and 270.32] of the GHWMRs)**

*Appropriateness of Treatment Technology (Part X.A. [Adopts by reference 40 CFR 270.32(b)] of the GHWMRs)*

The first portion of A1 provided a rationale as to why the OB technology is the most appropriate treatment technology for energetic reactive hazardous wastes. This discussion is also applicable to OD activities. Given the large net explosive weight contained in many of the ordnance items routinely detonated at the AAFB OD unit, the potential for use of alternative technologies is even more limited than in OB.

*Description of OD Unit (Part X.A. [Adopts by reference 40 CFR 270.23(a)] of the GHWMRs)*

*Physical characteristics, materials of construction, and dimensions of the unit (Part X.A. [Adopts by reference 40 CFR 270.23(a)(1)] of the GHWMRs)*

All OD operations occur directly on the ground (beach) surface; therefore, there are no physical characteristics or materials of construction to discuss. Detonation activities occur adjacent to the base of the lower cliff, and are limited to a small portion of the cliff base less than 50 feet in length.

*Engineering plan and drawings of the OD unit (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

Engineering plans or drawings of the OD unit are not applicable, since there is no man-made device or structure at the unit. A general site plan of the area showing the OD unit is contained in Appendix H.

*Inspection, Monitoring, and Maintenance Plan (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

As there are no "engineered" facets of the OD system, and no moving parts, inspection and monitoring can be very effective yet quite simplified. Soon after the OD unit can be safely approached following completion of a detonation (generally within 1 hour of the detonation), the OD unit is inspected for any items which may remain after detonation, as stated in the Andersen AFB OB/OD Residue Management Plan contained in the EOD Operating Procedures Appendix:

2.2    The OD area will be inspected for any items which may remain after detonation. Items still containing energetic materials are either placed into the OB containment device for burning that day, or detonated that day. Metallic items not containing energetic materials are placed in a container labeled "OD Metal Fragments."

More general inspection procedures for the EOD Range are described in Appendix C.

*Ash and Residue Management (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

9

**SER 591**

2-235

APPENDIX I – PROCESS INFORMATION

The Andersen AFB OB/OD Residue Management Plan, contained in Appendix J, has been specifically prepared to address management of ash and other residues resulting from OB/OD operations.  The following OD residue management procedures, described in  the  Management Plan, are implemented as soon as the OD unit can be approached, generally within 1 hour of completion of the detonation:

- Metallic Fragments Containing Energetic Materials – collected, and either burned in the OB containment device or detonated the day they are collected; and

- Metallic Fragments Not Containing Energetic Materials – collected, and accumulated recycling or disposal at a Guam EPA  permitted facility.

Negligible quantities of ash are generated from OD operations. Therefore, the residue management procedures described above strictly address any metallic residues (principally metal fragments), which may remain after the detonation.

*Run-on and Run-off Management (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)] of the GHWMRs)*

The OD unit is located in the upper beach area on highly permeable materials. As such, even in major precipitation events, run-on and run-off are negligible at this site. Management of run-on and run-off at the OD unit is therefore not necessary.

*Copy of SOPs (Part X.A. [Adopts by reference 40 CFR 270.23(a)(2)]  of the GHWMRs)*

The last portion of Se c tion A1, Copy of Standard Operating Procedures (SOPs), contains a summary of several SOPs, which address operations both at OD and OB activities. It also references specific  SOPs contained in the Appendix.

**B. Environmental Performance Standards**

Environmental performance standards for OB/OD RCRA hazardous waste treatment activities at the Andersen AFB EOD Range are provided in the following list of 21 items. References to those sections of  this application which provide  technical justification for  the  development of these performance standards are provided in parentheses.

**Environmental Performance Standards**

General

1. OB/OD activities will only occur during daylight hours.

2. OB/OD activities will only occur when wind speeds are less than or equal to 15 miles per hour.

3. OB/OD activities will not be performed if electrical storms are within 5 nautical miles of

10

**SER 592**

APPENDIX I – PROCESS INFORMATION

the EOD Range.

4. OB/OD activities will not be performed if major storms capable of flooding the EOD Range are forecasted to occur within 24 hours.

5. Residue from OB or OD activities which contains energetic materials will be burned or detonated the day they are located.

6. The beach area in the vicinity of the EOD Range will be policed, and all metal items collected, at least quarterly in addition to the policing conducted following each OB or OD operation.

7. Usage of the EOD Range will be restricted, as follows:

> 12 hours per day
> 50 days/year
> 1 Open Burn operation per day
> 4 Open Detonation operations per day of any listed ordnance
> Up to 23 additional Open Detonation operations per day of bombs containing tritonal (No. 10 and/or No. 42, see list at end of Environmental Performance Standards)

Burn and detonation events may occur on the same day.

8. At least once per quarter, the reef will be inspected for fragments and unexploded ordnance (UXO), with all identified items recovered from the water. The area inspected will be from the beach to the reef line, and 100 ft east and west of the OD area.

Open Burning/Open Detonation RCRA hazardous waste treatment waste materials restrictions

9. Any ordnance or other energetic material listed in Table III-7 of Appendix A may be burned or detonated, subject to limitations contained in Environmental Performance Standards number 19 and 21.

10. Any ordnance or other energetic material not listed in Table III-7 of Appendix A may be burned or detonated, if they do not contain metals or sulfur-bearing compounds, subject to limitations contained in Environmental Performance Standard numbers 19 and 21.

11. Waste ordnance or other energetic material not listed in Table III-7 of Appendix A which contains metals or sulfur-bearing compounds, may be burned or detonated, subject to the maximum acceptable quantities specified by the tables listed in Tables III-1 or III-2.

Open Burning RCRA hazardous waste treatment operating restrictions

12. OB activities will occur in a suitable containment device.

13. The OB containment device will incorporate a coarse screen over the top of the device in

11

**SER 593**

APPENDIX I – PROCESS INFORMATION

order to minimize ejection of materials during OB treatment. Also, waste ordnance will be placed a minimum of 2 feet below the top of the device, and the containment device will be placed in a shallow depression in the sand.

14. The OB containment device will be inspected before and after each burn to ensure structural integrity.

15. The OB containment device will be turned upside down after each burn to prevent accumulation of precipitation.

16. Residues remaining in the OB containment device will be collected no later than the day after the burn, but before the device is turned upside down.

17. If precipitation accumulates in the OB containment device before residue can be removed, then an additional burn will take place to evaporate all moisture from the residue.

18. Residues ejected from the OB containment device will be collected no later than the day after the burn.

19. The maximum NEW for each OB event is 100 lbs, except for the following items (as numbered in Table III-7 of Appendix A):

> Restricted to 5 lbs (total): Nos. 10, 42, 43, 45, 50
> Restricted to 10 lbs (total): Nos. 36, 37, 38, 39, 40, 51
> Restricted to 50 lbs (total): No. 4

Open Detonation RCRA hazardous waste treatment operating restrictions

20. Residues remaining after detonation must be collected no later than 1 hour after the detonation is initiated.

21. The maximum NEW for each OD event is 600 lbs, except for the following items (as numbered in Table III-7 of Appendix A):

| Total NEW (lbs) For OD Event | No. 95 | Weight Restriction (lbs) No. 14 or 15 |
|---|---|---|
| 1 | 0.26 | 1.0 |
| 5 | 0.54 | 2.7 |
| 20 | 0.64 | 3.2 |
| 50 | 1.4 | 7.0 |
| 100 | 2.1 | 10 |
| 200 | 3.5 | 17 |
| 300 | 5.0 | 25 |
| 400 | 6.7 | 33 |

12

**SER 594**

2-238

APPENDIX I – PROCESS INFORMATION

| | | |
|---|---|---|
| 500 | 8.3 | 42 |
| 600 | 10.0 | 50 |

Restricted Open Burn items:

# 4 – 7.62 blank
# 18 – fuse, time
# 42 – detonator, percussion, M2A1
# 43 – detonator, percussion, M2A2
# 45 – detonator kit, M1
# 36 – firing device, M1
# 37 – firing device, demolition, M1A1
# 38 – firing device, demolition, M5
# 39 – firing device, demolition, M3
# 40 – firing device, demolition, M1
# 50 – primer, percussion, cap
# 29 – cratering charge M180

Restricted Open Detonation items:

# 14 – caps, electric blasting
# 15 – caps, non-electric blasting
# 95 – grenade, MK1, illuminating

13

**SER 595**

APPENDIX I – PROCESS INFORMATION

## TABLE III-1 MAXIMUM PERMISSIBLE QUANTITY OF METALS AND SULFUR THAT CAN BE TREATED PER OB EVENT

| Constituent | Quantity per Event (lbs) |
|---|---|
| Aluminum Cpds, as Al | 2.53E+01 |
| Antimony Cpds, as Sb | 2.50E+00 |
| Barium Cpds, as Ba | 5.11E-01 |
| Calcium Cpds, as Ca | 3.37E-01 |
| Copper Cpds, as Cu | 0.00E+00 |
| Iron Cpds, as Fe | 8.48E+01 |
| Lead Cpds, as Pb | 2.72E+00 |
| Magnesium Cpds, as Mg | 5.72E+01 |
| Potassium Cpds, as K | 4.59E+01 |
| Silver Cpds, as Ag | 1.02E+00 |
| Sodium Cpds, as Na | 3.51E+01 |
| Strontium Cpds, as Sr | 4.09E+00 |
| Sulfur Cpds, as S | 6.26E-01 |
| Tin Cpds, as Sn | 7.25E-02 |
| Uranium Cpds, as U | 1.11E+00 |
| Zinc Cpds, as Zn | 1.90E+01 |

This table presents maximum quantities of metals and sulfur compounds that can be treated during a single OB event. The table is used to comply with Environmental Performance Standard # 11, i.e., only when waste ordnance or other energetic materials not listed in Table III-7 of Appendix A are to be treated.

14

**SER 596**

2-240

APPENDIX I – PROCESS INFORMATION

| TABLE III-2 MAXIMUM PERMISSIBLE QUANTITY OF METALS AND SULFUR THAT CAN BE TREATED PER OD EVENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity per Event (lbs) | | | | | | | | |
| Constituent | Total NEW 1 lb | Total NEW 5 lb | Total NEW 20 lb | Total NEW 50 lb | Total NEW 100 lb | Total NEW 200 lb | Total NEW 400 lb | Total NEW 600 lb |
| Aluminum Cpds, as Al | 4.03E+00 | 8.36E+00 | 1.40E+01 | 2.16E+01 | 3.24E+01 | 5.40E+01 | 1.01E+02 | 1.52E+02 |
| Antimony Cpds, as Sb | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Barium Cpds, as Ba | 6.65E-02 | 1.38E-01 | 2.31E-01 | 3.57E-01 | 5.35E-01 | 8.92E-01 | 1.67E+00 | 2.51E+00 |
| Calcium Cpds, as Ca | 2.04E-01 | 4.23E-01 | 7.08E-01 | 1.10+00 | 1.64E+00 | 2.74E+00 | 6.13E+00 | 7.70E+00 |
| Copper Cpds, as Cu | 5.83E-03 | 1.21E-02 | 2.02E-02 | 3.13E-02 | 4.69E-02 | 7.82E-02 | 1.47E-01 | 2.20E-01 |
| Iron Cpds, as Fe | 8.32E+00 | 1.73E+01 | 2.88E+01 | 4.47E+01 | 6.70E+01 | 1.12E+02 | 2.09E+02 | 3.14E+02 |
| Lead Cpds, as Pb | 4.72E-01 | 9.79E-01 | 1.64E+00 | 2.53E+00 | 3.80E+00 | 6.33E+00 | 1.19E+01 | 1.78E+01 |
| Magnesium Cpds, as Mg | 8.47E+00 | 1.81E+01 | 3.03E+01 | 4.69E+01 | 7.04E+01 | 1.17E+02 | 2.20E+02 | 3.30E+02 |
| Potassium Cpds, as K | 3.60E-01 | 7.48E-01 | 1.25E+00 | 1.93E+00 | 2.90E+00 | 4.84E+00 | 9.07E+00 | 1.36E+01 |
| Silver Cpds, as Ag | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Sodium Cpds, as Na | 5.59E+00 | 1.16E+01 | 1.94E+01 | 3.00E+01 | 4.50E+01 | 7.50E+01 | 1.41E+02 | 2.11E+02 |
| Strontium Cpds, as Sr | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Sulfur Cpds, as S | 1.59E-06 | 3.30E-06 | 5.52E-06 | 8.53E-06 | 1.28E-05 | 2.13E-08 | 4.00E-05 | 6.00E-05 |
| Tin Cpds, as Sn | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Uranium Cpds, as U | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Zinc Cpds, as Zn | 3.02E+00 | 6.27E+00 | 1.05E+01 | 1.62E+01 | 2.43E+01 | 4.05E+01 | 7.60E+01 | 1.14E+02 |

This table presents maximum quantities of metals and sulfur compounds that can be treated during a single OB event. The table is used to comply with Environmental Performance Standard # 11, i.e., only when waste ordnance or other energetic materials not listed in Table III-7 of Appendix A are to be treated.

**SER 597**

# Appendix J

## OB/OD Residue Management Plan

**SER 598**

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

**Table of Contents**

1.0     Purpose ................................................................................................... 1

2.0     Related Documents ................................................................................ 2

3.0     Definitions .............................................................................................. 3

4.0     Residue Management – OB Events ....................................................... 5

    4.1    General.................................................................................................. 5

    4.2    Follow-up Range Policing Activities ...................................................5

    4.3    Residue Collection Procedures ............................................................5

    4.4    OB Metallic Fragments Handling Procedure ...................................... 6

    4.5    OB Ash Handling Procedures...............................................................6

    4.6    Waste Disposal Procedures...................................................................7

    4.7    Ash Handling Equipment Storage ........................................................7

    4.8    Personnel Health and Safety ............................................................... 7

    4.9    Documentation .....................................................................................8

5.0     Residue Management – OD Events .......................................................9

    5.1    General.................................................................................................. 9

    5.2    Follow-up Range Policing Activities ...................................................9

    5.3    Residue Collection Procedures ............................................................9

    5.4    OD Metallic Fragments Handling Procedures ...................................10

    5.5    OD Ash Handling Procedures............................................................ 10

    5.6    Waste Disposal Procedures.................................................................10

6.0     Routine EOD Range Policing Activities.............................................11

    6.1    General................................................................................................ 11

    6.2    Routine Site Inspections .....................................................................11

    6.3    Frequency of Routine Range Policing Operations .............................11

    6.4    Identification of Waste ....................................................................... 12

    6.5    Disposition of Waste Collected..........................................................12

7.0     Non-routine EOD Range Policing Activities .....................................13

    7.1    General................................................................................................ 13

    7.2    Non-routine Site Inspections ..............................................................13

    7.3    Identification ......................................................................................13

    7.4    Disposition of Waste.......................................................................... 13

**SER 599**

2-243

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

**1.0    PURPOSE**

The purpose of this plan is to provide a procedure by which OB/OD residue is identified, collected, and directed for further treatment, proper hazardous waste storage, recycling, or land filling, as appropriate.   For the purposes of this plan, residue generated during OB/OD activities includes:

1. Ash contained in the OB containment device (note that OD operations produce no identifiable ash).

2. Metallic fragments which include partially burned/detonated energetic materials contained within the OB or OD treatment units.

3. Items containing partially burned/detonated energetic materials ejected from the OB or OD treatment units.

4. Metallic fragments not containing partially burned/detonated energetic materials contained within the OB or OD treatment units.

5. Items not containing partially burned/detonated energetic materials ejected from the OB or OD treatment units.

6. Miscellaneous materials found at the EOD range.

These residue(s) may be generated from either RCRA hazardous waste treatment or non-RCRA (i.e. training or emergency disposal) operations.  This Residue Management Plan is intended to address all residues on the EOD Range, regardless of origin.

In addition, this Residue Management Plan outlines procedures for maintaining general cleanliness of the EOD Range.

**SER 600**

2-244

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

## 2.0 RELATED DOCUMENTS

### 2.1 Flight Operating Instruction 32-3002 (FOI 32-3002)

2.1.1     Attachment 1: Range Notification List

2.1.2     Attachment 2: Range Operation Checklist

2.1.3     Attachment 3: Post Range Operations Checklist

2.1.4     Attachment 4: Safety Briefing

2.1.5     Attachment 5: Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area

2.1.6     Attachment 6: Rescission of Compensatory Measure

### 2.2 Andersen AFB Hazardous Waste Management Plan

### 2.3 Andersen AFB Hazardous Waste Characterization Form

### 2.4 Explosive Ordnance Disposal Scrap Metal Clearance Log

### 2.5 Certificate of Clearance for Munitions Residue

### 2.6 DOD Form DD1348, for Scrap Turn-in

2

**SER 601**

2-245

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

**3.0     DEFINITIONS**

AAFB:  Andersen Air Force Base

Ash:  All solid residue remaining following Open Burning operations.

Containment Device: Essentially a large drum with a wire fitting for holding OB materials for disposal. Into this container are placed the materials for treatment (within the pierced burn container), dunnage, and ignition material. A removable wire mesh cover is placed on the top of the drum during burn operations to further limit ejecta.

DOD:  Department of Defense

DLA:  Defense Logistics Agency Disposition Services

Dunnage:  Wood, combustible material placed within the OB containment device to sustain the combustion during treatment process.

Ejecta: Any ordnance material, which is thrown from the treatment unit during the treatment process.

Energetic Material: Any explosive material, whether contained within an ordnance or separated from ordnance.

EOD:  Explosive Ordnance Disposal

EOD Flight: Military designation for the group of individuals assigned to conduct the EOD operations.

EOD Range: The area used by EOD personnel to perform treatment operation, as well as EOD mission training, and emergency operations. The EOD Range is surrounded by a safety exclusion zone to minimize risk to human life during operations.

Explosive (Explosive Ordnance): Any chemical compound, mixture, or device whose primary purpose is to function by detonation or deflagration with instantaneous release of heat and gas.

Hazardous Waste:  A solid waste that exhibits any of the characteristics of hazardous waste. (ignitability, corrosivity, reactivity, and toxicity) or is a listed hazardous waste under RCRA (40 CFR 261.3)

IDW: Investigative derived waste, waste materials generated during completion of investigation activities.

Ignition Materials: Materials used to initiate the OB combustion process. These  generally consist of a radio-controlled igniter with a small quantity (approximately 5 gallons) of virgin diesel fuel.

3

**SER 602**

2-246

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

Metallic Fragment: A metallic material that remains following ordnance treatment. Metallic fragments can include items remaining in the OB or OD treatment units or ejecta thrown out during treatment.

Non-hazardous Waste: A solid waste that does not exhibit characteristics of hazardous waste.

Open Burning (OB): Combustion of PEP or explosive ordnance without the control of combustion air, containment of the combustion reaction in an enclosed devise, or control of emission of gaseous and particulate combustion products.

Open Detonation (OD): Unconfined, violent reaction of PEP or explosive ordnance without the control of combustion air, containment of the combustion reaction in an enclosed device, or control of emission of gaseous and particulate combustion products.

PEP: Term used to refer collectively to propellants, explosives, and pyrotechnics.

Pierced Burn Container: A small metallic box, pierced with holes, in which the OB materials to be treated are placed. This Pierced Burn Container is then placed within the Containment Device for treatment by combustion.

PPE: Personal protective equipment, safety equipment worn by individuals to eliminate or mitigate potential exposure to harmful materials.

Range Policing: The periodic and routine visual inspection and removal of OB/OD residue from the EOD Range.

Reef Crest: Sharp break in slope at seaward margin or edge of reef flat

Reef Flat: The area located between the beach and the reef rock rim/reef crest.

Reef Rock Rim: The highest energy zone of a coral reef ecosystem with intense wave action and surges. Parts of it may be exposed at low tide.

Residue: Any material remaining from OB/OD activities (examples include: ash, incompletely treated ordnance, fragments). The term residue may also include materials from non-RCRA treatment OB/OD operations (i.e., training, or emergency operations), which may also take place on the EOD range.

TCLP: Toxic characteristic leaching procedure, a hazardous waste regulatory specified method for waste analysis, also includes list of specific compounds, which determine hazardous characteristic.

T.O.: DOD Technical Order documents.

4

**SER 603**

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

## 4.0 RESIDUE MANAGEMENT – OB EVENTS

### 4.1 General

Residue management activities related to OB activities area are allowed to begin no sooner than 12 and not later than 24 hours after the burn is conducted. This delay (as required by USAF EOD procedures) provides time to ensure that the burn is complete and the residue has cooled to a temperature allowing safe handling in case there is incomplete treatment.

### 4.2 Follow-u p Range Policing Activities

Range policing is performed to collect any material, which may have been ejected, from the treatment unit for retreatment or proper disposal. Policing involves a thorough visible inspection of the beach area from the water to the jungle. During range policing, the EOD Team performs an organized "sweep" of the range.

The inspection sweep follows a "Foreign Object Detection" approach, whereby team members line up, separated by a short distance, and walk forward, searching the area directly ahead of their forward progress. Large objects, which are not easily picked up and carried, and objects that may pose a potential hazard (i.e., are suspected to contain energetic material), are marked with a flag and removed following the range sweep. Any other object is removed during the sweep. The sweep is continued until the entire range area has been cleared.

Particular attention is given to the area within 200 feet of the burn containment device where shrapnel may have been ejected during the burn.

### 4.3 Residue Collection Procedures

4.3.1 Within the OB Treatment Unit

Residues within the OB pierced burn container as well as the OB containment device are visually inspected to ensure that energetic material has been destroyed. If visual inspection is inconclusive, a representative sample of the ash is removed and tested for presence of nitro explosives using Webster's Reagent.

If untreated wastes or items still containing energetic materials are discovered, they are re-treated the same day. If the treatment operation is determined to have been complete, the burn ash residues are removed for proper handling in accordance with Section 4.5.

4.3.2 Ejecta

During the post burn policing, any items, which may have been ejected during the burn, are collected. Each collected item is inspected for energetic material.

5

**SER 604**

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

Items still containing energetic material are re-treated the day they are discovered. Metal fragments not containing energetic material are handled in accordance with Section 4.4.

### 4.4   OB Metallic Fragments Handling Procedure

Metal fragments not containing energetic material will be policed up and be disposed of or recycled properly at a permitted facility.

### 4.5   OB Ash Handling Procedures

Handling of OB ash subsequent to the completion of the OB treatment event is accomplished in accordance with the Andersen AFB Hazardous Waste Management Plan (Sept. 2007). Specific procedures pertinent to this particular waste stream are reiterated in this Residue Management Plan as follows.

4.5.1   Waste Characterization

Based upon historical data, the ash generated by Open Burning treatment events is presumed to be hazardous waste based upon TCLP Lead criteria. Following confirmation of complete reaction (i.e., no explosive materials remaining), this OB ash is handled, transported, and disposed of as a TCLP Lead hazardous waste.

4.5.2   Environmental Flight Notification

Andersen AFB Environmental Flight (36 CES/CEV) is notified of the generation of OB ash by completion and submission of the Andersen AFB Material/Waste Characterization Form. (Note: Due to the scheduled nature of most, if not all, of the OB events, and the need for notification to initiate the event, Environmental Flight will already be cognizant of the waste generation.)

4.5.3   On-Base Transportation

Upon authorization by Environmental Flight (36 CES/CEV), AAFB EOD personnel transport this waste to the on-base less than 90 days hazardous waste accumulation site, Building 19017.

4.5.4   OB Ash Handling Procedures

OB ash consists of materials remaining within the small, pierced burn container and the OB containment device. Note that any metal fragments present in the ash are handled as ash (hazardous waste), and not recovered. Handling of this ash is accomplished as follows.

**SER 605**

2-249

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

- The ash within the pierced burn container is dry brush swept into a small, 15 gallon sealed, metal container.

- The OB containment device is tipped on its side.

- The ash residue is transferred to the same small 15 gallon sealed metal container as the pierced burn container ash. This may be accomplished by dry brushing and scooping with hand tools (i.e., dust pan, trowel).

- This metal container is transported to Building 19017.

- The ash in the container is transferred to the designated temporary storage drum by simple pouring, followed by light dry brushing.

- The brush and any other small hand equipment used for transfer of ash material are returned to its original or replacement doubled plastic bag.

## 4.6    Waste Disposal Procedures

Two waste streams, one hazardous and one non-hazardous, are associated with the OB treatment process.  These are disposed of as follows.

4.6.1    Hazardous waste includes burn ash generated by the OB treatment operation and small amounts of miscellaneous waste generated through handling of the ash.  These materials are presumed hazardous due to TCLP Lead content.

Both the burn ash and the ash handling generated wastes such as PPE (limited to disposable gloves and respirator cartridges) and plastic bags from the equipment storage, are placed with other IDW or hazardous waste handling PPE wastes in Building 19017 for proper disposal.

4.6.2    Non-hazardous wastes are composed primarily of scrap metal fragments. This non-hazardous metallic fragment waste will be disposed of or recycled properly at a permitted facility.

## 4.7    Ash Handling Equipment Storage

When not in use, the equipment used in handling OB ash is secured at the EOD Flight, Building 2600. The handling equipment consists of small containers and hand tools including pierced burn container, 15 gallon steel ash drum, small brush, and metal dustpan or scoop. These items are stored in doubled sealed plastic bags and properly labeled to avoid usage in other applications.

## 4.8    Personnel Health and Safety

7

**SER 606**

2-250

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

Health and safety issues are addressed in the AAFB basewide Health and Safety Plan. The only issues of consequence for ash handling are: (1) dermal contact, and (2) respirable dust. These are mitigated by use of disposable gloves, and half face respirators respectively.

**4.9    Documentation**

FOI 32-3002 Attachment 2 checklist is completed which documents the operational aspects of handling the waste generated by EOD treatment operations within AAFB.

4.9.1    Hazardous Waste

For the burn ash, a known hazardous waste, the AAFB Waste Characterization form is completed and forwarded to Environmental Flight for review and acceptance of the waste at Building 19017.

4.9.2    Scrap Metal

EOD Flight completes a Certificate of Clearance for Munitions Residue to document the waste is no longer reactive and forwards to Environmental Flight.

The scrap metal will be properly recycled at a permitted facility.

8

**SER 607**

2-251

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

**5.0 RESIDUE MANAGEMENT – OD EVENTS**

**5.1 General**

Residue management activities related to OD activities begin as soon as the area is declared safe. This generally occurs within one hour after completing treatment activities.

**5.2 Follow-up Range Policing Activities**

Range policing is performed to collect any material, which may have been ejected, from the treatment unit for retreatment or proper disposal. Policing involves a thorough visible inspection of the beach area from the ocean to the jungle. During range policing, the EOD Team performs an organized "sweep" of the range.

The inspection sweep follows a "Foreign Object Detection" approach, whereby team members line up, separated by a short distance, and walk forward, searching the area directly ahead of their forward progress. Large objects which are not easily picked up and carried, and objects that may pose a potential hazard (i.e., are suspected to contain energetic material), are marked with a flag and removed following the range sweep. Any other object is removed during the sweep. The sweep is continued until the entire range area has been cleared.

Particular attention is given to the area within 200 feet of the OD treatment unit where material may have been ejected by the detonation.

**5.3 Residue Collection Procedures**

5.3.1 Within OD Treatment Unit

Residues within the OD containment device, if found, are inspected to ensure that energetic material has been destroyed. Typically, the OD treatment is very complete. If untreated wastes or items still containing energetic materials are discovered, they are immediately retrieved for treatment the same day. Experience indicates that there is no identifiable ash which remains following a detonation event and that residue will be metal fragments (shrapnel).

Metal fragments without evidence of energetic material are removed from the treatment unit. These materials are then handled in accordance with the procedures in Section 5.4.

5.3.2 Ejecta

During the post detonation policing, any items, which may have been ejected beyond the OD treatment unit, are collected. Each collected item is inspected

**SER 608**

2-252

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

for energetic material. Items still containing energetic material are retrieved for retreatment the day they are discovered. Metal fragments not containing energetic material are handled in accordance with Section 5.4. A visual survey of the nearby Pacific Ocean will be conducted from the beach area quarterly to identify and recover any UXO ejected into the ocean during OD activities. The area surveyed will be that area of the 'reef flat' that lies within the Quantity-Distance arc. This area is approximately 4,000 feet up the shoreline (west) from our detonation point and as far as safely and reasonably possible down the shoreline (east). The shore line area east of the detonation site is dangerous cliff lined area (no beach) with high crashing surf.

## 5.4    OD Metallic Fragments Handling Procedures

Metal fragments not containing energetic material will be policed up and be disposed of or recycled properly at a permitted facility.

## 5.5    OD Ash Handling Procedures

Any ash or secondary source of contamination due to OD airborne contaminants, which come to rest on the ground surface, will be characterized via chemical or visual methods, removed, and disposed of in accordance with all applicable rules and regulations.

## 5.6    Waste Disposal Procedures

All wastes generated by the OD treatment procedure are non-hazardous. These wastes are characterized as metallic fragments. These wastes are policed up and disposed of or recycled properly at a permitted facility.

**SER 609**

2-253

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

## 6.0 ROUTINE EOD RANGE POLICING ACTIVITIES

### 6.1 General

While every effort is made to collect and properly dispose of OB/OD residues within 24 hours of any activity, remnants from past EOD operations, training exercises, and past wars are routinely found on the EOD range and adjacent beach area. In most cases, these items are either washed ashore from the ocean or brought to the surface from beneath the beach due to wave action, heavy rains, and or winds. The purpose of routine range policing activity is to minimize environmental exposure from any man-made materials located in the EOD range and adjacent areas.

In addition, the ocean wave and current actions also provide a continuing source of general trash, which washes onto the EOD Range. This material is routinely cleaned up during the general policing activities.

### 6.2 Routine Site Inspections

Routine range policing is performed regardless of whether any EOD operations have been conducted. Range policing is performed to collect any material that could be related to EOD operations, regardless of whether it was actually generated by EOD operations. Upon collection of such material, it is sorted for retreatment or proper disposal as outlined in Section 5.3. Policing involves a thorough visible inspection of the beach area from the ocean to the jungle. During range policing, the EOD Team performs an organized "sweep" of the range.

The inspection follows a "Foreign Object Detection" approach, whereby team members line up, separated by a short distance, and walk forward, searching the area directly ahead of their forward progress. Large objects which are not easily picked up and carried, and objects that may pose a potential hazard (i.e., are suspected to contain energetic material), are marked with a flag and removed immediately following the range sweep. Any other object is removed during the sweep. The sweep is continued until the entire range area has been cleared.

Particular attention is given to the areas within 200 feet of the OD treatment unit and the OB treatment unit where material may have been ejected by the detonation and/or burn.

Note that the areas adjacent to the EOD range area located on the beach but not easily accessible (i.e., jungle) are policed less frequently.

### 6.3 Frequency of Routine Range Policing Operations

6.3.1 Beach Area

11

**SER 610**

2-254

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

The beach area will be policed quarterly and following each explosive operation. If after a previous policing operation a significant amount of waste or debris material is discovered on the beach, the routine range policing operation frequency will be increased until such time as the policing uncovers no waste material.

6.3.2  Jungle Areas

Due to difficulty in accessibility, the jungle areas will be policed annually. Policing of the jungle area will be performed concurrent with a routine policing of the beach area. If, after a routine policing operation a significant amount of waste material is discovered in the jungle areas routine policing of these areas will be performed until the collection of waste reaches a minimal level.

**6.4  Identification of Waste**

During range policing operations, any object that could be related to EOD operations (metallic fragment, shell, ordnance, etc.) shall be collected and handled as appropriate.

**6.5  Disposition of Waste Collected**

One or more of three types of wastes may be collected during general policing activities: wastes with energetic materials, metal fragments without energetic materials, or general trash.

Waste found with energetic materials is treated as specified in Section 4.3.2 (OB) or Section 5.4 (OD), (i.e., disposed of or recycled properly at a permitted facility.).

General trash, which is retrieved from the EOD Range, is transferred to any one of the general trash dumpsters located throughout the base for disposal.

**SER 611**

2-255

APPENDIX J – OB/OD RESIDUE MANAGEMENT PLAN

## 7.0    NON-ROUTINE EOD RANGE POLICING ACTIVITIES

### 7.1    General

Natural phenomena may result in the exposure of EOD residue, items remaining from training operations, or remaining shrapnel from past wars on the EOD Range beach area, which are not found during routine policing activities. Additionally, general trash also ends up on the EOD Range through the actions of these natural phenomena. These items are typically either washed ashore from the ocean, or brought to the surface from beneath the beach due to wave action, heavy rains, and/or winds. The purpose of non-routine EOD Range policing activities is to ensure that these materials, which end up on the EOD range through natural phenomena, are removed in a timely fashion in order to minimize any risk from exposure.

### 7.2    Non-routine Site Inspections

Non-routine site inspections are conducted following the occurrence of significant atmospheric, oceanic, or geological phenomena at the facility. Examples of such phenomena include typhoons, flooding tsunami, landslide, etc. EOD personnel will schedule a non-routine inspection as soon as practical following such significant events. Once commenced, the non-routine inspection is carried out using the same procedures as outlined for routine site inspections (See Section 6.2).

### 7.3    Identification

Identification is performed in a manner consistent with the method outlined in Section 6.4.

### 7.4    Disposition of Waste

Disposition of waste collected is accomplished in a manner consistent with the method outlined in Section 6.5.

13

**SER 612**

2-256

**Appendix K**

**Flight Operating Instruction 32-3002**

**SER 613**

EXHIBIT 2
Part 3 of 3

BY ORDER OF THE
SECRETARY OF THE AIR FORCE

FLIGHT OPERATING INSTRUCTION
32-3002

19 July 2017

EXPLOSIVE ORDNANCE DISPOSAL
(EOD) DEMOLITION RANGE
PROCEDURES



## COMPLIANCE WITH THIS PUBLICATION IS MANDATORY

**NOTICE:** This Flight Operating Instruction (FOI) is available digitally on the Q drive.

OPR: 36 CES/CED (SSgt Joseph Griffin)

Certified by: 36 CED/Flight Chief
(MSgt Jonathan Young)

Supersedes EOD FOI 32-3001, 11 July 2012

Pages: 21
Distribution: X

This instruction implements AFPD 32-30, Explosive Ordnance Disposal, as well as a memorandum from PACAF/SEW rescinding compensatory measures from Andersen-06-S60CM05 and supplements procedures contained in 36 Wing Instruction 13-204, Airfield Operations. It establishes procedures for the safe operation of the EOD Demolition Range. This instruction applies to all military, civilian, and local law enforcement organizations and members; assigned, TDY, or deployed to Andersen AFB (including AFRC or ANG units or members). This publication may not be supplemented by lower organizational elements.

**SUMMARY OF REVISIONS**

.
Changes to this edition are primarily grammatical. This edition is a review.

**1. References:**

    1.1. Explosive Site Plan Requests, Explosives Ordnance Disposal (EOD) Fragmenting Demolition Range, EOD Demolition Control Site, and Aboveground Magazine, Andersen AFB, Guam (PACAF-Andersen 06-S060, 07-S004 and 07-S005), 27 Sep 2007

    1.2. Explosive Site Plan, (PACAF-Andersen 06-S060, 07-S04 and 07-S05) EOD Disposal Range, 27 Sep 2007

    1.3. AFI 32-3001, Explosive Ordnance Disposal Program, PACAF Supplement, 0

**SER 614**

FOI 32-3002                                                                                    19 July 2017

1.4.  Technical Order 60A-1-1-4, Protection of Personnel and Property, 13 Sep 2011

1.5.  Technical Order 60A-1-1-31, General Info on EOD Disposal Procedures, 24 Apr 2009

1.6.  AFMAN 91-201, Explosive Safety Standards, 12 Jan 2011

1.7.  36 WGI 13-204, Airfield Operations, 22 Jul 2011

1.8.  Air Force Policy Directive 32-30, Explosive Ordnance Disposal, 21 June 2013

1.9.  PACAF/SEW Memorandum of 17 Jul 2008, Subject: Rescission of Compensatory Measure

**2.  General Information:**

2.1.  The EOD Demolition Range is intended for use by the EOD Flight for the demolition of hazardous/unserviceable munitions (emergency and routine), explosives, and for maintaining proficiency in general demolition procedures and the operation of explosive actuated EOD tool sets.  Other agencies requiring range use must coordinate their request through the 36th Civil Engineer Squadron EOD Flight prior to use.  Furthermore, agencies requesting range use will provide all equipment and materials required for the operation and will be escorted by an NCO possessing a senior (or higher) EOD badge or a certified 7-level assigned to the 36 CES EOD Flight.

2.2.  The EOD Demolition Range is located on the northern coastline 8,000 feet west of Pati Point and 4,600 feet north of runway 06L/24R.  The MGRS coordinates for the range demolition site are 55P BR 75750 04400.  The range is also within the Combat Arms Training and Maintenance small arms firing range "footprint".  Operations will not be conducted simultaneously at each site.  Coordination with CATM personnel is imperative prior to planning any operation.  For planning purposes, Fridays are used for pre-scheduled and routine detonations since the CATM range is generally active Monday through Thursday.

2.3.  The Mk-84 (2,000 pound) bomb was selected as the worst case fragment producing item; consequently, all items detonated on the range must have a fragmentation range less than that of a Mk-84 bomb.

2.4.  The destruction area will be policed after every use.  The reef and jungle area will be policed quarterly from the reef line to 100 feet east of the detonation area (see attachment 5).

2.5. A stand-by team will stay up range during Friday destruction operations to facilitate timely responses as well as man EOD Operations.  In the event of an EOD response, range operations will cease until a member of the downrange team undertakes the position of EOD Operations.

**3.  Personnel Limits:**

3.1.  The maximum number of personnel on range will be commensurate with a safe and efficient operation, but will not be less than two qualified EOD personnel.

2

**SER 615**

FOI 32-3002                                                                                                  19 July 2017

3.2.  No visitors will be allowed on range during explosive operations. If visitors arrive, explosive operations will stop and an escort will be assigned and will not exceed a visitor to escort ratio of 1:5. The Range Safety Officer (RSO) may be the Escort, but only if there is a separate TL leading the operation (one person may not be all three, TL, RSO and Escort). All visitors will be off range before operations restart.

3.3.  Only one supervisor and one worker will be present during priming operations.

## 4. Explosive Limits:

4.1.  The range explosive limit is **600 pounds** NEW Hazard Class/Division 1.1 for any single detonation.  This includes all demolition materials.

4.2.  The range explosive limit for open burn is **100 pounds** NEW for any single operation. This includes all demolition materials.

## 5. Safety:

5.1.  When conducting live explosive training, (e.g., tool use, inert ordnance destruction, or other demolition) emergency medical support must be available  within 30 minutes while the operations are being performed.

5.2.  Medical support during planned high-explosives operations (destruction of live munitions)  is a mandatory safety  requirement.  Medical support personnel will remain in a designated safe area unless required  for injury/incident response.

5.3.  The range will not be used without permission of the 36 CES EOD Flight CC/Chief.

5.4.  The EOD Range Book will be on-site during all operations and will contain at a minimum:

5.4.1.  A copy of this instruction.

5.4.2.  Technical Order 11A-1-42, General Instructions for Disposal of Conventional Munitions.

5.4.3.  Technical Order 11A-1-66, General Instructions, Demolitions.

5.4.4.  Flight Operating Instruction 32-3003, Transportation of Explosives.

5.4.5.  11A-20-17-1, MX-22 Remote Firing Device.

5.5.  The CATM and EOD range flags will be raised before conducting any explosive operations.

5.6.  The RSO, the highest ranking EOD personnel with minimum 7-skill level, will maintain  positive control over all firing devices.

5.7.  Demolition explosives and initiators will be separated and secured in bunkers, if feasible, when not in use.

3

**SER 616**

FOI 32-3002                                                                              19 July 2017

5.8.  For operations involving munitions greater than five inches in diameter, a minimum of 4 feet of dirt shall be placed on the munitions.  All personnel working in facilities within 2,000 feet will be evacuated, if ordnance is buried.

5.9.  A personnel protective bunker is located 1,250 feet west of the detonation point and must be utilized during all fragmentation producing operations.

5.10.  The minimum withdrawal distance for non-essential personnel is 1,250 feet.  This distance was selected since all detonations are conducted at the base of a 520 foot cliff and that cliff line channels fragments out to sea.

5.11.  During all instances of lost communications, demolition operations will cease until communications are restored.

**6.  Misfire Procedures:**

6.1.  A **1-hour** wait time will be observed for all non-electric misfires.  One EOD technician, with minimum senior EOD badge, will clear the misfire with another EOD technician serving as a safety observer.

6.2.  A **30-minute** wait time will be observed for all electric misfires.  One EOD technician, with minimum senior EOD badge will clear the misfire with another EOD technician serving as a safety observer.

6.3.  Immediately notify the Andersen Tower and Airfield Management Operations (AMOPS) of any misfire that involves the restriction of airspace and the associated wait time.

**7.  Non-Fragmentation Producing Operations**
**\*Applies to all planned detonations in excess of 300 pounds NEW.**

7.1. The EOD Flight Commander/Chief will designate a Team Leader for each operation. The senior EOD member present (minimum senior EOD badge) will serve as the RSO. The Team Leader and RSO may be the same individual if necessary due to manning constraints.

\*7.2.  **2-weeks** prior to the planned operation, the operation dates/times will be forwarded to Public Affairs for base newspaper and TV bulletin release.  A template for the TV bulletin is located at Q:\CED\1b. Operations\03. Range\03. Range Ops\TV and Newspaper Template.

\*7.3.  **2-weeks** prior to the planned operation, an e-mail will be sent to the following distribution lists via the 36 CES/CC:

    7.3.1.  36 WG/CC

    7.3.2.  36 WG/GROUP CC's

    7.3.3.  36 WG/Squadron CCs

    7.3.4.  Andersen Chief's Group

Sample statement is below:

4

**SER 617**

FOI 32-3002                                                           19 July 2017

*"The 36 CES Explosive Ordnance Disposal Flight will be destroying munitions at the EOD range from (time window) on (Day), (Date). As a safety precaution, Pati Beach, the CATM range, Tarague overlook, and some facilities on the North Ramp will be closed during this time. Please contact the 36 CES Explosive Ordnance Disposal Flight at 366-5198 for more information."*

7.4.   The Team Leader will ensure proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid.  The AGL will be included on the range notification worksheet and can be found at Q:\CED\1b. Operations\03. Range\02. Range Notifications.

7.4.1.   **72-hours** prior to a scheduled operation, a completed range notification worksheet will be faxed or emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. U.S. Coast Guard & Enviromental will in turn issue a "General Warning" to watercraft in the Tarague Basin.

7.5.   If manning permits, standby team will remain in EOD Operations to facilitate coordination as needed.  If manning is not available, the operation Team Leader will perform these duties from the range.

7.6.   The operation Team Leader will:

7.6.1.   Ensure all required notifications are recorded using attachment 1A.

7.6.2.   Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

7.6.3.   Ensure all required tools/equipment, vehicles and technical data are on-hand and functional prior to conducting explosive operations.

7.6.4.   Maintain radio contact with either the EOD Operations or Crash Control throughout the operation.

7.6.5.   Perform a 360 degree visual scan of the area prior to any detonation.  If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

7.6.6.   Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

7.6.7.   Contact Andersen Tower and AMOPS 5 minutes prior to detonation.

7.6.8.   Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

5

**SER 618**

**8.  Fragmentation and Non-Fragmentation Producing Operations Involving Ordnance Less Than 300 Pounds**

8.1.  The EOD Flight Commander/Chief will designate a Team Leader for each operation. The senior EOD member present (minimum senior EOD badge) will serve as the RSO. The Team Leader and RSO may be the same individual if necessary due to manning constraints.

8.2.  The Team Leader will ensure proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid.  The AGL will be included on the range notification worksheet and can be found at Q:\CED\1b. Operations\03. Range\02. Range Notifications.

8.2.1.  **72-hours** prior to a scheduled operation, a completed range notification worksheet will be faxed or emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. U.S. Coast Guard will in turn issue a "General Warning" to watercraft in the Tarague Basin.

8.3.  For operations with calculated fragmentation distances over 1,850 feet, EOD Team Leader will ensure the Tarague Overlook is clear of personnel.  One EOD team member will be posted where 32nd street makes a sharp bend to the south by the MSA 2 fence (MGRS: 55P BR 05749 92917).

8.4.  For emergency destruction operations, the 36 CES/CC will be notified by the most expeditious manner possible (e.g. phone, Land Mobile Radio (LMR), email) before initiation of the detonation, if possible.

8.5.  The standby team will remain in EOD Operations to facilitate coordination.

8.6.  The operation Team Leader will:

8.6.1.  Ensure all required notifications are recorded using attachment 1A.

8.6.2.  Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

8.6.3.  Ensure all required tools/equipment, vehicles, and technical data are on-hand and in good working condition prior to conducting explosive operations.

8.6.4.  Maintain radio contact with either EOD Operations or Crash Control throughout the operation.

8.6.5.   Perform a 360 degree visual scan of the area prior to any detonation.  If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

8.6.6.  Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

6

**SER 619**

FOI 32-3002                                                              19 July 2017

    8.6.7.  Contact Andersen Tower and AMOPS five minutes prior to detonation.

    8.6.8.  Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

## 9. Fragmentation Producing Operations Involving Ordnance Greater Than 300 Pounds

9.1.  The EOD Flight Commander/Chief will designate a Team Leader for each operation. The senior EOD member present, minimum senior EOD badge, will serve as the RSO. The Team Leader and RSO can be the same individual if necessary due to manning constraints.

9.2.  **2-weeks** prior to the planned operation, the operation dates/times will be forwarded to Public Affairs for base newspaper and TV bulletin release.  A template for the TV bulletin is located at Q:\CED\1b. Operations\03. Range\03. Range Ops\TV and Newspaper Template.

9.3.  **2-weeks** prior to the planned operation, an e-mail will be sent to the following distribution lists via the 36 CES/CC:

    9.3.1.  36 WG/CC

    9.3.2.  36 WG/GROUP CC's

    9.3.3.  36 WG/Squadron CCs

    9.3.4.  Andersen Chief's Group

Sample statement is below:

*"The 36 CES Explosive Ordnance Disposal Flight will be destroying munitions at the EOD range from (time window) on (Day), (Date).  As a safety precaution, Pati Beach, the CATM range, Tarague overlook, and some facilities on the North Ramp will be closed during this time.  Please contact the 36 CES Explosive Ordnance Disposal flight at 366-5198 for more information."*

9.4.  Due to mission requirements, if any Commander cannot support on the requested day/time, notify the 36 CES/CC as soon as possible.

9.5.  The Team Leader will ensure the proper Above Ground Level (AGL) safe distance is calculated utilizing technical order 60A-1-1-4, AFMAN 91-201 and the Tactical Decision Aid.  The AGL will be included on the range notification worksheet and can be found at Q:\CED\1b. Operations\03. Range\02. Range Notifications.

    9.5.1.  **72-hours** prior to a scheduled operation, a completed range notification worksheet will be faxed or emailed to the Andersen Tower, Air Field Management Operations, Guam Combined Control Facility (CCF), and the U.S. Coast Guard. The Coast Guard will in turn issue a "General Warning" to watercraft in the Tarague Basin.

7

**SER 620**

FOI 32-3002                                                                    19 July 2017

9.6.  **Emergency destruction** operations will be coordinated through the 36 CES/CC in the most  expeditious manner possible, e.g. phone, LMR, e-mail, before initiation of the detonation, if  possible.

### 10.  Day of Planned Operation Involving Buried Ordnance Greater than 300 Pounds

10.1.  36 SFS will:

10.1.1.  Evacuate all personnel from the CATM firing range complex.

10.2.  36 CES will:

10.2.2.  Direct the construction management office to account for and evacuate all contractors working inside the 2,000 foot arc.

11.8.3.  Ensure that a 10K, AT front-end loader is available for range support.

10.3.  The EOD Team Leader will:

10.3.1.  Ensure all required notifications are recorded using attachment 1B.

10.3.2.  Verify evacuation is complete using attachment 1B.

10.3.3.  Conduct a safety briefing for all personnel prior to handling any explosives using attachment 4.

10.3.4.  Ensure all required tools/equipment, vehicles, and technical data are on-hand and functional prior to conducting explosive operations.

10.3.5.  Maintain radio contact with EOD Operations, Crash Control, and SFS throughout the operation.

10.3.6.  Perform a 360 degree visual scan of the area prior to any detonation.  If water traffic is spotted within the required clear zone, contact EOD Operations. EOD Operations will contact the Coast Guard to report the incident and remove the vessel. If contact cannot be made, suspend operations until the water traffic departs to a safe distance.

10.3.7.  Position bombs/projectiles as close to the cliff line as possible.  Refer to attachment 5.

10.3.8.  Ensure general purpose bombs (i.e. M117, Mk 80-series, BLU-109, etc.) are placed perpendicular to and within three feet of the cliff line.  Position base plate directly towards the Philippine Sea and nose directly into the cliff line.  Remove lugs when possible, and angle strong backs towards the ground.  Munitions items must be buried a minimum of 4 feet.

10.3.9.  Contact Andersen Tower and AMOPS 30 minutes prior to expected detonation.

8

**SER 621**

10.3.10.  Contact Andersen Tower and AMOPS five minutes prior to detonation.

10.3.11.  Notify Andersen Tower and AMOPS after each detonation is complete and again when all detonations are complete for the day.

10.3.12.  After each detonation, EOD personnel will police  the detonation area of explosive residue and inspect the integrity of the cliff face.  When the area is cleared, the next bomb will be placed.  If the cliff face is deemed unsafe, remaining operations will be delayed until the problem is resolved or cancelled.

**11.  Emergency Procedures:**

11.1.  Cease operations and secure area/items involved in an accident/incident.

11.2.  Render first aid, as required.

11.3.  Request emergency assistance via EOD Operations or Andersen Crash Control, if required.

11.4.  Notify the operation Team Leader/RSO, Flight Chief or Commander immediately.  Notify the 36 CES/CC and Wing Safety as soon as possible.

11.5.  Take all actions necessary to secure the area for emergency responders.

**12.  Supplemental Range Information:**

12.1.  The EOD Demolition Range is a culturally and ecologically sensitive area.  Limit vehicle  operations to the road and destruction area, as much as practical.

12.2.  The beach is a protected habitat.  Green Sea Turtle nesting on Guam may occur at any time of the year.  Because of this vehicle traffic in the destruction area  should be minimized. Close coordination with University of Guam Marine Laboratory Sea Turtle Monitoring Section (671-734-4054) should occur to identify nesting sites.  Furthermore, reduced N.E.W. should be utilized to minimize ground shock in accordance with A-1-1-4 when nests are in the vicinity of the destruction site.

12.3.  The range is also home to two protected species of bats and crows.  The 36 CES Environmental flight must be notified before and after operations to ensure these species were not affected.

JONATHAN L. YOUNG, MSgt, USAF
36th EOD Flight Chief

**SER 622**

Attachments:
1. Range Notification Lists
2. Range Operation Checklist
3. Post Range Operations Checklist
4. Safety Briefing
5. Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area
6. Rescission of Compensatory Measure Andersen-06-S60-CM05

**SER 623**

2-267

FOI 32-3002                                                    19 July 2017

**Attachment 1**
**Range Notification List**

| AGENCY | INITIALS/DATE | | TIME | |
|---|---|---|---|---|
| *Law Enforcement Desk:  366-2910/2911/2912 | | | | |
| *Fire Department:  366-5284/5264/5261 | | | | |
| *Medical:  366-4706/3231 | | | | |
| *Command Post:  366-2981/2982 | | | | |
| 36 WG Safety:  366-4222/7233<br>Fax:  366-3326 | | | | |
| Coast Guard:  355-4821/4866<br>Email: rccguam@uscg.mil<br>Fax:  355-4831 | | | | |
| 36 WG Tower:  366-4737/4281<br>Fax: 366-3333 | Initial | 30 Min | 5 Min | Cold |
| Airfield Management Operations:  366-4188/1010<br>Email: 36 OSS-OSAM<br>Fax: 366-6217/3151/8218 | Initial | 30 Min | 5 Min | Cold |
| Guam CCF:  99-473-1210<br>Fax:  99-473-1217 | | | | |
| Munitions Control:  366-6393/6300/6394/6395 | | | | |
| CATM:  366-2254/3220/3215(Range) | | | | |
| CES Environmental:  366-2101/2556/2557 | | | | |
| Seismology:  727-3544<br>(If over 300 lbs. NEW) | | | | |
| Public Affairs: 366-4202/2228    Fax: 366-1432<br>(If over 300 lbs. NEW refer to para. 7.2 & 9.2) | | | | |
| Weather:  366-5230 | | | | |
| *Minimum Calls for Off-Range Use of Tools | | | | |

**CHECKLIST COMPLETED BY:**
**PRINT/SIGN/DATE:** _____

11

**SER 624**

FOI 32-3002                                                                19 July 2017

**Attachment 2 Range**
**Operation Checklist**

_____          Provide a safety briefing prior to the operation

_____          Ensure emergency permit is received for non-permitted items (see EPA permit), if
               required

_____          Ensure ADR items are inventoried and only authorized munitions are being treated

_____          Notify all agencies before beginning explosive operations

_____          Secure all entrances to the range prior to detonations

_____          Post range warning signs

_____          Ensure the red range flag is flown at the CATM gate and on EOD range until
               completion of the operation

_____          Comply with all requirements for safe transportation of explosives

_____          Ensure first aid equipment is immediately available on the range

_____          Function check/make available satellite phone and Motorola radios for use on the
               range

_____          Confirm there are no electrical storms within 5 nautical prior to beginning operations

_____          Ensure blasting caps, bulk explosives, and munitions are properly segregated

_____          Inspect tools/equipment, vehicles, and the range prior to and immediately following
               any operation

_____          Ensure fire extinguishers are available

_____          Ensure range is clear of unauthorized personnel to include beach, cliff line, and water

_____          Check beach to determine if hazardous materials have washed ashore in
               the immediately area

_____          Ensure all personnel, except for the initiation team, are withdrawn from the
               detonation site prior to connecting initiators to explosives

_____          Obtain clearance from tower immediately prior to initiating any explosives

_____          Ensure all personnel take appropriate cover prior to initiating fragment producing
               detonations

12

**SER 625**

FOI 32-3002                                                    19 July 2017

**Attachment 3**
**Post Range Operations Checklist**

_____          Perform a detailed inspection of the range after all detonations are complete for the
                day and ensure no residue remains

_____          Ensure all munitions are visually inspected for explosive residue

_____          Perform clean up shot if necessary.  Under no circumstances will kick outs be
                removed from the range and restored.

_____          Collect scrap metal and other trash and dispose of accordingly.

_____          Collect spent cartridges and turn into the Munitions Inspections section

13

**SER 626**

2-270

**Attachment 4**
**Safety Briefing**
**AFI 32-3001, Att. 8 STANDARD PRE-OPERATION SAFETY BRIEFING**

This pre-operation sheet will be filled out and briefed before conducting any explosive operation on Andersen AFB and/or Guam. The purpose of the checklist is to maximize safety during operations by ensuring personnel are aware of all explosive hazards involved and the appropriate actions to take in the event of an emergency.

1. Explosive and Personnel Limits.

    1.1. Operation to be performed: _____

        1.1.1. Munitions involved: _____

        1.1.2. Number and NEW of Detonations: _____

        1.1.3. Maximum Fragmentation Distance (per 60A-1-1-4, Protection of Property and Personnel, TDA, and applicable 60 series publications) for each Detonation:

            1.1.3.1. Hazardous Fragmentation Range (HFR): _____

            1.1.3.2. Maximum Fragmentation Range – Horizontal (MFR-H):_____

            1.1.3.3. Maximum Fragmentation Range – Vertical (MFR-V):_____

            1.1.4. Explosive Hazards (per applicable 60 series publications):

            _____

    1.2. Location where operation is to be performed (detonation site): _____

    1.3. Operating Location for Essential Personnel (For operating locations with aerospace vehicle traffic seek the appropriate Air Ground Level (AGL) clearance (based on calculated MFR-V) from local Air Traffic Controllers.):_____

        1.3.1. Distance from detonation site: _____

            1.3.1.1. If distance from detonation is less than Maximum Fragmentation Distance:

                1.3.1.1.1. Apply protective measures (AFMAN 91-201 para 12.74.4 and 12.74.8): _____

                1.3.1.1.2. Note all standing or approved ORM considerations IAW AFPAM 90-902 and overall assessments (i.e. Range OI, etc.):

                _____

        1.3.2. Commander approving ORM assessment based on being inside the maximum fragmentation distance (if applicable): _____

    1.4. Evacuation Assembly Point / Non-Essential Personnel:_____

**SER 627**

FOI 32-3002                                                                                    19 July 2017

1.5. Explosive Limits: _____

1.6. Personnel Limit for the range is _____

      1.6.1. A minimum of three EOD personnel, one who is a PAFSC 3E871 or higher, will be present during explosive operations.

      1.6.2. The parameter in 1.6.1 may be adjusted to a minimum of two EOD-qualified personnel one of which is an E-5 that has been awarded a 5-skill level, when the mission is defined by EOD-coordinated instructions (local stand-by duties, exercise support, testing support, etc), or when approved through Commander ORM determination during periods of critical manning or other unique circumstances to meet mission requirements. Document commander ORM data and maintain for inclusion in EODIMS report.

1.7. Personnel/Duty assignments (name/rank):

      Range Safety Officer (RSO): _____

      EOD Team Leader (TL): _____

      EOD Team Members (TM): _____

      Support Team / Medical (Casuals): _____

      Non-Essentials  (Stop all operations when visitors are

      present): _____

      Non-Essential  Escort: _____

1.8. Conduct briefing to ensure personnel are familiar with all the hazards involved prior to commencing.

2. Equipment Requirements.

      2.1. General Safety Equipment Requirements:

      _____ Water      _____ Portable radios

      _____ Gloves      _____ First Aid Kit

      _____ Sun-screen (as needed)

      _____ Fire Extinguishers

      _____ Safety glasses (explosive ops)

      2.2. Special personnel protective equipment (e.g., laser goggles, helmet, body armor):

      _____

      _____

      _____

      2.3. Special operational equipment (e.g., Mk-series tools, robotics, etc):

16

**SER 628**

19 July 2017

3. Pre-operational Safety Assessment.

   3.1. EOD operations will be conducted under the supervision and control of the EOD Team Leader (TL).

   3.2. Prior to the start of disposal or training operations, the TL designates a Range Safety Officer (RSO). The RSO is responsible for ensuring all safety aspects of the operation are properly applied in support of the TL. The RSO will not participate as a worker during the explosive operation.

   3.2.1. The RSO will conduct a briefing to cover tasks to be performed, safety precautions and emergency procedures. The duties of the RSO and TL may be performed by the same person.

   **WARNING**

   Ground yourself prior to handling initiating explosives; work on grounded surfaces if possible.

   Personnel handling electrically initiated explosive devices will avoid wearing clothes made of material, which have high static generating characteristics.

   Use available frontal/overhead protection during detonation – do not stand in view of the munitions to be detonated.

   **CAUTION**

   Remember Cardinal Principal of Explosive Safety: —Expose the minimum amount of people to the minimum amount of explosives for the minimum amount of time.‖

   3.2.2. The RSO will brief visitors and casuals on type of ordnance and associated hazards. Provide specific instructions on where to drive, park, and walk; and not to touch items they may encounter (—if you didn't drop it, don't pick it up‖). Show visiting and casual personnel the specific frontal/overhead protected area in which to take cover.

   3.3. Non-Essential Personnel Escort: If visitors are on range, stop all operations and assign an escort to ensure safety rules are followed. Escort to visitor ratio will not exceed 1:5. The RSO may be the Escort, but only if there is a separate TL leading the operation (one person may not be all three, TL, RSO and Escort).

   **NOTE**

17

**SER 629**

2-273

All personnel wanting to proceed down range after commencement of the operation will do so only after obtaining approval from the Range Safety Officer (RSO). Personnel will then be briefed on all hazards present.

Any unsafe actions observed by EOD personnel will be immediately brought to the attention of the RSO. The RSO will cease operations until unsafe condition is corrected. If unable to resume safe operations, withdraw to a safe distance and inform EOD Operations [and appropriate Range Control Office] that the EOD operation is terminated.

3.4. The TL will ensure two-way radio (or phone) communication is operational and available (for both TL and RSO) during all explosive operations. Both a primary and a secondary means communication are preferred.

**WARNING**

Do not conduct hand-held radio transmissions within 25 feet (100 feet when using vehicle radios) of electro-explosive devices (EEDs).

Modern Mobile Emitters (MME) such as key fobs and cellular phones will not be operated within 10 feet of EEDs.

3.5. Remove rings and watches prior to starting any explosive operation.

3.6. Do not handle munitions roughly (e.g., rolled, tumbled, dropped, dragged or thrown).

3.7. If an abnormal condition occurs, stop the operation until the condition is corrected.

3.8. Observe wait times of 30 minutes for electrically primed misfires and 1 hour for non-electrically primed misfires.

3.9. Cease all explosive operations when there is lightning within 5 nautical miles (AFMAN 91-201, paragraph 7.34).

3.10. Only one EOD technician will check the detonation point after a planned detonation with a second person acting as a safety backup. This rule also applies when checking items kicked out by a detonation. Deviation for the sake of training is not authorized.

3.11. Do not proceed directly down range if the detonation results in a range fire. If it can be ascertained that the fire can be contained, immediately respond and try to control the fire while the FD is responding (AFMAN 91-201, para 10.9.4). If the decision is made not to fight the fire, the area should be evacuated and remain so until it has cooled for at least 24 hours. Inform [the range controller or other local authorities] as to the extent of the fire so appropriate notifications can be made. Follow the safety measures outlined in AFTO 60A-1-1-31 and below prior to returning to the detonation site:

**SER 630**

FOI 32-3002                                                    19 July 2017

3.11.1. Wait at least 24 hours after the fire has been extinguished to check the detonation point.

3.11.2. Do not approach a pyrotechnic or incendiary ordnance burn area for 24 hours after the cessation of burning.

3.12. Make positive identification before taking any action on a munition item.

3.13. Destroy in place or clearly mark for later destruction any dud munitions that cannot be safely moved.

4. Emergency Procedures.

4.1. In the event of an accident or fire, _____ (normally the RSO) will notify the appropriate agency (e.g. fire department, ambulance, range controller or EOD Operations).

4.1.1. Evacuate all nonessential personnel_____feet as required.

4.1.2. The Evacuation Assembly Point is _____

4.2. Fire extinguishers/equipment are located: _____

4.3. First Aid Kit is located: _____

4.4. _____and_____will fight the fire and note the time if any munitions become engulfed in flames.

**WARNING**

Do not fight fires involving 1.1 munitions engulfed in flames unless attempting a rescue.

4.5. _____will sound the alarm and go to the Evacuation Assembly Point and direct emergency responding personnel to the scene.

4.6. _____ and _____ will secure the site of unused explosives for storage or later disposition.

4.7. When evacuation is accomplished, RSO will account for everyone involved in the operation.

**SER 631**

FOI 32-3002

19 July 2017

**Attachment 5**
**Proper Detonation Point/Cliff Orientation and Quarterly Clean-up Area**



Detonation Point
GPS Coordinates
13 Deg 35.977N
144 Deg 55.643E

**SER 632**

**Attachment 6**

**Rescission of Compensatory Measure
Andersen-06-S60-CM05**



## DEPARTMENT OF THE AIR FORCE
### PACIFIC AIR FORCES

17 Jul 08

MEMORANDUM FOR HQ AFSC/SEWV

FROM: PACAF/SEW

SUBJECT: Rescission of Compensatory Measure Andersen-06-S60-CM05

1. PACAF/SEW has reviewed and concurs with rescission of compensatory measure Andersen-06-S60-CM05.

2. Direct questions to HQ PACAF/SEW, 448-2990/1/89 or e-mail PACAF.SEW@hickam.af.mil.

BRUCE R. MARTINEAU, MSgt, USAF
Command Weapons Safety Manager

Attachment:
1. 36 WG/SEW Compensatory Measure Rescission Memo

**SER 633**



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, 36TH AIR BASE WING (PACAF)
UNIT 14003, APO AP 96543-4003

17 July 08

MEMORANDUM FOR PACAF/SE

FROM: 36 WO/SEW
Unit 14003, Box 27
APO AP 96543-4003

SUBJECT: Rescission of Compensatory Measure CMOS from Site Plan Andersen-06-S60

1. Per DDESB recommendation during Guam Military Munitions Working Group. Compensatory measure CMOS contained in site plan Andersen 06-S60 should be rescinded. CMOS calls for a 4,000 foot clear zone for destruction of munitions greater than five inches on Andersen's EOD range.

2. Fragmentation modeling using TRAJ and CONWEP has produced recommended distances of 2,000 feet for all operations on the Andersen range. The range is at the base of a S20 foot cliff and actual detonation point is contained under a cliffline overhang that removes potential for fragmentation above the cliffline. Current range operating procedures require exact placement of munitions for detonation based on OPS coordinates to remove any margin of error. All items are buried to a depth of 4 feet with lugs down and baseplate facing out towards the open water. The 4,000 foot requirement was used as an additional precaution that is no longer needed due to use of OPS coordinates for munitions placement. Removal of 4,000 foot requirement will also allow for OSD planned Marine buildup at Andersen to take place.

3. Any questions pertaining to this subject can be forwarded to the 36 WO/SEW office at 366-2904 or 366-4222.

DAVID C. SAWYER, MSgt, USAF
Superintendent, Weapons Safety

**SER 634**

**Appendix L**

**Biological Mitigation Plan**

**SER 635**

**APPENDIX L - BIOLOGICAL MITIGATION PLAN**

BIOLOGICAL MITIGATION PLAN
FOR OPEN BURN-OPEN DETONATION OPERATIONS
ANDERSEN AFB

Mariana Crow

The last remaining Mariana crow on Guam, known as Kahit, was introduced from the island of Rota, has been monitored by SWCA Environmental Consultants over the last 3 consecutive years. However, as of July 2011, the individual has not been spotted on the installation and the last known acoustic observation of this individual was in August of 2011. This species is now believed to be extirpated from the island of Guam.

Mariana Fruit Bat

In 1973, the Air Force set aside 281 hectares of cliff line habitat, designated as the Pati Point Natural Area immediately north of the Andersen AFB OB/OD area for nature conservation. A recent review of Real Estate documents suggests the Pati Point Area may be GovGuam property. The Pati Point Natural Area is off limits to human intrusion except for colony monitoring. GDAWR will be consulted at each three-year permit renewal to review possible changes to the situation. Any significant changes in the level of OB/OD activity that occur during interim periods will be submitted to Guam EPA and GDAWR for review before implementation.

Nighttime use of the range would be of concern since the range lies within the colony's foraging area and along the foraging route of the bats when flying to western feeding sites. However, OB/OD activities are prohibited at night so this is not an issue.

Based on fruit bat surveys conducted in 2011 and 2012, the last remaining bat colony on Guam is believed dispersed. However, a large family group (10-15 individuals) has been observed infrequently in Munitions Storage Area 1.

Green Sea Turtles

The beach adjacent to the OB/OD area is nesting habitat for the endangered Green Sea Turtle. Beach areas and adjacent waters are scanned for turtle activity prior to conducting OB/OD activities. When green sea turtles are present on the beach or in adjacent waters, operations will be tailored to limit the ground shock imparted at the nearest nest. Driving on beaches used by turtles for egg-laying can crush incubating eggs, crush hatchlings in the nest, and trap hatchlings after they emerge from the nest cavity. Vehicles are prohibited from the EOD and OB/OD beach.

Candidate Species

Two butterfly and three snail species are currently priority 2 for listing under the Endangered Species Act, as amended. Extensive surveys are ongoing at the installation to document any observations of these individuals. Though the host plants *(Procris*

**SER 636**

1

2-280

## APPENDIX L - BIOLOGICAL MITIGATION PLAN

*pedunculata, Elatostema calcerum,* and *Maytenus thompsonii)* have been infrequently observed throughout the Tarague Basin, no known individuals occupy the vicinity of the site. Furthermore, no observations have been made of the candidate invertebrates within the area or adjacent lands for over 5 years. Therefore, we believe that detonation activities at the site in question will have no direct or indirect impacts on the species or their survival.

Due to the location of the site outside of the jointly managed Guam National Wildlife Refuge Overly Area, no additional species of concern are considered. The cooperative management agreement from 1994 and a copy of the Endangered Species Act consultation concurrence letter from the U.S. Fish and Wildlife Service (2004) for this action are attached as reference to this appendix. According to Federal environmental regulation, no further consultation or species considerations are required to approve, or undertake this action as outlined. If species' status or the proposed action changes, then Andersen Environmental will reinitiate consultation with the Service. This determination and outlined conservation actions are in compliance with the Joint Region Mariana Integrated Natural Resources Management Plan, as drafted.

Migratory Birds

The Migratory Bird Treaty Act of 1918 (MBTA) is administered by the U.S. Fish and Wildlife Service (USFWS) and is the cornerstone of migratory bird conservation and protection in the United States and its territories. The Act authorizes the Secretary of Interior to regulate the taking of migratory birds, the Act provides that it shall be unlawful, except as permitted by regulations to pursue, take, or kill any migratory birds, or any part, nest or egg of any such bird.

Migratory birds are frequently observed foraging and resting along Andersen's shores and within Andersen Air Force Base Open Detonation site. The Permittee will use deterrent devices to disperse birds to include but not limited to visual and auditory techniques, using both simple and sophisticated devices in order to respond to the unique habits of different bird species and surrounding environments.

Some frequently observed species on Andersen Air Force Base include the Common Sandpiper *(Actitis hypoleucos)*, Ruddy Turnstone *(Arenaria interpres)*, Pacific Golden Plover *(Pluvialis fulva)*, Wandering Tattler *(Tringa incana)*, and the Wedge-tailed Shearwater *(Puffinus pacificus)*.

To avoid potential impacts to these species during coordinated activities, the Permittee will conduct a visual survey of the site and its immediate vicinity. If migratory birds are spotted in the area, personnel will utilize bull horns, vehicle sirens, or other mechanical devices to deter the migratory birds from entering the area during blasting activities. No birds will be harmed. If EOD personnel or Base natural resource staff determines that the taking (killing) of a bird species may be necessary, then a permit will be obtained from the US Fish and Wildlife as appropriate. The above subject actions serve to avoid the taking of protected migratory bird species during operation of the detonation site.

**SER 637**

2

**APPENDIX L - BIOLOGICAL MITIGATION PLAN**

Accidental taking of migratory bird(s) during the detonation of munitions will be reported to the Guam Environmental Protection Agency and Department of Agriculture within twenty-four hours. The report shall include but not limited to the following information:

**<u>AVIAN MORTALITY REPORT</u>**

1) Date of Report:
2) Time of Call:
3) Source of Information (Name/Department);
4) Phone Number:
5) Date/Time carcass was discovered:
6) Species (If Known):
7) Nest?   Taken/Salvaged?   Eggs? (Quantity)   Taken/Salvaged?
8) Is the bird banded/marked?  If yes, provide band number:
9) Sex, if known:
10) Suspected Cause of Death:
11) Weather Condition:
12) GPS (Latitude/Longitude or UTM)
13) Carcass collected by:   Date/Time:
14) Guam Environmental Protection Agency Representative Notified:   Date/Time:
15) Department of Agriculture Representative Notified:   Date/Time:
16) Carcass delivered/disposed to:

**SER 638**

**Appendix M**

**OB/OD Groundwater Monitoring Plan**

**SER 639**

# THE UNITED STATES AIR FORCE



## FINAL

# OPEN BURN/OPEN DETONATION RANGE GROUNDWATER MONITORING PLAN FOR ANDERSEN AIR FORCE BASE, GUAM

## AUGUST 2015

PREPARED BY:



**SER 640**

**SER 641**

# THE UNITED STATES AIR FORCE

# FINAL

# OPEN BURN/OPEN DETONATION RANGE GROUNDWATER MONITORING PLAN FOR ANDERSEN AIR FORCE BASE, GUAM

# AUGUST 2015

Prepared by:

**DZSP21, LLC**
**P.O. Box GH**
**Hagatna, Guam 96932**
**Tel: 671-479-3977**
**Fax: 671-479-3990**

**SER 642**

2-286

## Table of Contents

List of Acronyms .................................................................................................................................. iii
1.0  **Introduction** .......................................................................................................................... 1-1
    1.1.  Site Introduction ............................................................................................................. 1-1
    1.2.  Purpose and Objectives ................................................................................................... 1-2
    1.3.  Plan Organization ............................................................................................................ 1-2
2.0  **AAFB and OB/OD Range Background** ...................................................................................... 2-1
    2.1  Geology ............................................................................................................................ 2-1
    2.2  Groundwater and Groundwater Seeps ........................................................................... 2-1
    2.3  Land Use, Sensitive Receptors and Essential Habitats ................................................... 2-2
    2.4  Cultural Resources ........................................................................................................... 2-2
3.0  **Groundwater Sampling and Analysis Plan** ............................................................................. 3-1
    3.1  Sampling Locations .......................................................................................................... 3-1
    3.2  Hazardous Constituent Criteria ...................................................................................... 3-3
    3.3  Sampling Phases and Frequency Schedule ..................................................................... 3-3
    3.4  Background Data Collection ............................................................................................. 3-4
        3.4.1  Groundwater Geochemistry ............................................................................... 3-4
        3.4.2  Background Water Quality / Constituent Baseline Levels ................................... 3-5
    3.5  Detection Monitoring ...................................................................................................... 3-5
    3.6  Verification Resampling ................................................................................................... 3-5
    3.7  Permit Modification for Compliance Monitoring ........................................................... 3-5
    3.8  Groundwater Flow and Direction .................................................................................... 3-5
    3.9  Monitoring Well Decommissioning ................................................................................. 3-5
4.0  **Sampling Procedures** ............................................................................................................ 4-1
    4.1  Sample Collection ............................................................................................................ 4-1
        4.1.1  Upgradient Well (Groundwater) Sampling ......................................................... 4-2
        4.1.2  Downgradient Seeps Sampling ........................................................................... 4-2
    4.2  Sampling Documentation, Handling and Packaging ........................................................ 4-3
        4.2.1  Well Sampling Form ............................................................................................ 4-3
        4.2.2  Groundwater Seeps Sampling Form .................................................................... 4-3
        4.2.3  Sample Labeling .................................................................................................. 4-3
        4.2.4  Chain-of-Custody ................................................................................................ 4-4
        4.2.5  Sample Packaging and Delivery .......................................................................... 4-4
    4.3  Equipment Decontamination .......................................................................................... 4-4
    4.4  Investigation Derived Waste ........................................................................................... 4-4
    4.5  Quality Assurance / Quality Control (QA/QC) ................................................................. 4-5
        4.5.1  Field Duplicate Samples ...................................................................................... 4-5
        4.5.2  Field Blank .......................................................................................................... 4-5
        4.5.3  Equipment Rinsate Blank .................................................................................... 4-5
        4.5.4  QA/QC Review of Data ....................................................................................... 4-5
5.0  **Statistical Analysis** ............................................................................................................... 5-1
    5.1  Inter-Well Comparisons ................................................................................................... 5-1
    5.2  Intra-Well Comparisons with Shewhart-CUSUM Control Charts ..................................... 5-1
    5.3  Groundwater Monitoring Analysis Software ................................................................... 5-1
6.0  **Record Keeping and Reporting** ............................................................................................. 6-1
    6.1  Record Keeping – Data Entry .......................................................................................... 6-1
    6.2  Reporting ......................................................................................................................... 6-1
        6.2.1  Semiannual Site Monitoring Report .................................................................... 6-1
        6.2.2  Initial Exceedance Notification Procedure .......................................................... 6-1

**SER 644**

6.2.3    Exceedance Confirmation Procedure ............................................................... 6-1
6.2.4    Other Potential Sources of Contamination ...................................................... 6-2
**7.0    *References*.................................................................................................................7-1**

**List of Tables**

Table 3-1:  Summary of Sample Locations
Table 3-2:  Hazardous Constituent Risk-Based Concentration Limits
Table 3-3:  Summary of Sampling Phases
Table 4-1:  Analytical Methods and Sample Requirements for Groundwater Geochemistry Samples
Table 4-2:  Analytical Methods and Sample Requirements for the Permit-Stipulated Monitoring Parameters

**List of Figures**

Figure 1-1:  Location Map of OB/OD Range, AAFB, Guam
Figure 2-1:  Illustration of Basal and Parabasal Groundwater
Figure 2-2:  Location Map of Tarague Embayment
Figure 3-1:  Map of Upgradient Well
Figure 3-2:  Map of Downgradient Seeps

**Appendices**

Appendix A: Andersen Air Force Base Standard Operating Procedures
Appendix B: Low Flow Double Valve Pump Field SetUp
Appendix C: Process Requirements for Sample Collection

**SER 645**

## List of Acronyms

| | |
|---|---|
| AAFB | Andersen Air Force Base |
| ACL | Alternate Concentration Limit |
| ASTM | American Society for Testing and Materials |
| CAFP | Corrective Action Feasibility Plan |
| CFR | Code of Federal Regulations |
| COC | Chain of Custody |
| DEHP | bis(2-ethylhexyl)phthalate *aka* di(2-ethylhexyl)phthalate |
| DOT | Department of Transportation |
| DTS | Dye Trace Study |
| EOD | Explosive Ordnance Disposal |
| GAR | Guam Administrative Rules |
| Guam EPA | Guam Environmental Protection Agency |
| GHPO | Guam Historic Preservation Officer |
| GHWMR | Guam Hazardous Waste Management Regulations |
| GWMP | Groundwater Monitoring Plan |
| IDW | Investigation Derived Waste |
| IRP | Installation Restoration Program |
| MCL | Maximum Contaminant Level |
| µg/L | micrograms per liter |
| MSL | mean seal level |
| NGL | Northern Guam Lens |
| NOAA | National Oceanic and Atmospheric Administration |
| OB/OD | Open Burn/Open Detonation |
| QA/QC | quality assurance/quality control |
| RCRA | Resource Conservation and Recovery Act |
| RDX | cyclotrimethylenetrinitramine *aka* hexahydro-1,3,5-trinitro-1,3,5-triazine |
| SOP | Standard Operating Procedure |
| SP | Seep |
| SSI | statistically significant increase |
| SWMU | Solid Waste Management Unit |
| USEPA | United States Environmental Protection Agency |

**SER 646**

*This page intentionally left blank.*

**SER 647**

# 1.0   Introduction

## 1.1.   *Site Introduction*

The mission of the Open Burn/Open Detonation (OB/OD) Range is to render unserviceable  ordnance, other pyrotechnic devices, and waste munitions or explosive harmless by either open burning or open detonation.  The OB/OD Range exists within the Explosive Ordnance Disposal (EOD) Range of Andersen Air  Force Base (AAFB).  Located at the extreme eastern sector of Tarague Beach on AAFB ending  just before Tagua Point (Figure 1-1), the OB/OD Range is defined as the open beach area surrounded by the Pacific Ocean to the north and limestone forest in all other directions.  The  range has a 2,400 foot radius safety zone.

The active open detonation (OD) Unit  is situated along the face of the cliff, which  allows the projection of any residue from waste ammunition or explosive detonations away from  occupied areas.  The open burn (OB) Unit is located approximately 80 feet from the adjacent limestone forest and 180 feet from the ocean, was dismantled in 2007, and is currently non-operational.



Figure 1-1: Location Map of OB/OD Range, AAFB, Guam

**SER 648**

2-292

1-1

## 1.2.   *Purpose and Objectives*

The OB/OD Range is required to comply with the Guam Environmental Protection Agency (Guam EPA) Rules and Regulations under the Guam's Solid Waste Management and Litter Control Act (10 Guam Code) and Solid Waste Disposal Act as amended by the Resource Conservation and Recovery Act (RCRA) of 1976, as amended by the Hazardous Waste Regulations promulgated under Guam EPA as well as regulations promulgated by the United States Environmental Protection Agency (USEPA) referenced in Title 40 of the Code of Federal Regulations.

This Groundwater Monitoring Plan adopted the guidance provided in the United States Environmental Protection Agency's (USEPA's) *Statistical Analysis of Groundwater Monitoring Data at RCRA Facilities* (USEPA, 2009).

In accordance with Guam EPA Operating Permit for a Hazardous Waste Management Facility (number GUS002), a site monitoring program shall be developed and consist of groundwater monitoring to ensure that any release of hazardous waste or hazardous constituents from open burning/open detonation of reactive wastes to the shallow unconfined aquifer beneath the OB/OD Range are detected. If a release is detected, plans for corrective actions would be developed and submitted separately from this Groundwater Monitoring Plan (GWMP). See Section 6.

This GWMP has been prepared to satisfy the permit requirements for a groundwater monitoring plan, and includes: (1) the well system/locations for sampling which will yield groundwater samples from the shallow unconfined aquifer which represent the quality of upgradient water and water passing the downgradient boundaries of the OB/OD Range; (2) criteria for establishing whether or not a release that may have adverse effects on human health and the environment has occurred from the OB/OD Range to groundwater; (3) sampling and analysis procedures and techniques; (4) statistical methods for conducting trend analysis on the collected groundwater data; and (5) procedures for notifying the Administrator of an exceedance of risk-based concentration limits and follow-up actions. AAFB has previously completed a Dye Trace Study for the OB/OD Range, results of which have been incorporated into this GWMP (AAFB 2006a).

## 1.3.   *Plan Organization*

This GWMP is organized into the following sections:

- **Section 1** briefly introduces the OB/OD Range and describes the purpose of the plan and the plan organization.
- **Section 2** describes the AAFB and OB/OD Range geology, groundwater and groundwater seeps, land use, and cultural significance.
- **Section 3** contains a description of the groundwater sampling and analysis plan, including proposed sample locations, hazardous constituent release criteria, sampling frequency, background data collection, detection, verification resampling, and compliance monitoring phases, and groundwater flow and direction.
- **Section 4** presents sampling procedures for the upgradient well and downgradient groundwater seeps ,, including procedures for inspecting the monitoring well and seeps, measuring water level, collecting groundwater and groundwater seeps, sample handling and documentation, decontamination of sampling equipment, and field quality assurance/quality control (QA/QC).
- **Section 5** describes the statistical analysis approach, an overview of inter-well comparisons and intra-well comparisons with Shewhart-CUSUM control charts and the proposed statistical analysis software.
- **Section 6** describes the record keeping and reporting procedures as required by the permit, and includes the semiannual site monitoring report, exceedance notification and confirmation procedures, constituent release confirmation, and other potential contamination sources.
- **Section 7** provides a list of the references.

**SER 649**

2-293

## 2.0    AAFB and OB/OD Range Background

### 2.1    Geology

AAFB is situated on an undulating limestone plateau with karst features. The geology of the Main Base consists of outcrops of the Mariana and Barrigada Limestones, underlain at the basement by the volcanic rocks of the Alutom Formation. The Pliocene- and Pleistocene-aged Mariana Limestone consists of reef and lagoonal limestone, which is clay-rich. Permeability ranges from moderate to high near the older volcanic uplands to very high in deposits that contain fissures and channels. The minor reef beach deposits are composed of mostly sand and gravel with some deposits of volcanic sand (Gingerich, 2003).

The Miocene-aged Barrigada Limestone lies beneath Mariana Limestone and is generally a deep-water deposit of medium to coarse grained textures that ranges from compact and well- lithified to extremely friable. It is the principal water-bearing unit, and contains abundant solution openings, voids, and fissures. The Eocene/Oligocene-aged Alutom Formation unconformably underlies the Barrigada Limestone and consists of well-bedded, fine-to-coarse-grained volcanic and volcanoclastic rocks (Tracey et al, 1964). The OB/OD Range exists in an area that is mainly composed of Mariana Limestone (reef beach deposits) without Barrigada Limestone.

### 2.2    Groundwater and Groundwater Seeps

Throughout most of northern Guam, fresh groundwater floats on seawater in an approximate buoyant equilibrium described by the Ghyben-Herzberg model. Practical application of this model, when combined with the effect of dynamics of the freshwater flow, will result in a lens-shaped configuration of freshwater with parabolic surfaces at both the freshwater-air interface and freshwater-seawater interface (AAFB, 2006b).

The groundwater aquifer on northern Guam is commonly referred to as the Northern Guam Lens (NGL). The NGL occurs under two conditions, basal and parabasal. The basal groundwater lens is the portion of the freshwater lens described by the Ghyben-Herzberg model where the lower boundary of the freshwater lens directly overlies the transition zone or seawater. As the groundwater moves inland, to areas where the base of the NGL directly intercepts the rising Alutom volcanics, the Ghyben-Herzberg model no longer applies. The volcanic surface becomes the lower boundary and the fresh water that rest directly on volcanic rocks is referred to as parabasal groundwater. A general illustration of basal and parabasal groundwater is provided in Figure 2-1.

### Figure 2-1: Basal and Parabasal Groundwater



Source: *USGS Fact Sheet 2010-3084*

**SER 650**

The OB/OD Range is located approximately 150 to 200 feet from the shoreline of the Pacific Ocean. The NGL is under basal conditions at the OB/OD Range, and the freshwater lens is expected to be very thin to non-existent due to the mixing action caused by tidal fluctuations. Furthermore, due to its proximity to the ocean, the NGL at this site probably consists of a relatively thin zone of brackish water floating atop seawater.

Regionally, the groundwater flow direction in the NGL moves from the limestone/volcanic contacts of the Alutom formation toward the sea (AAFB, 2006a). The Dye Trace Study (DTS) conducted in 2006 at the OB/OD Range supports that flow direction. Dye concentrations demonstrated groundwater movement from the OB/OD Range toward the seeps located in the beach area (AAFB, 2006b). No additional aquifer tests have been conducted after the 2006 DTS since only well IRP-52 exists within a 150 meter radius of the OB/OD Range.

A DTS conducted in the AAFB Landfill Complex indicated that groundwater in the vicinity of the OB/OD Range travels through the aquifer at average velocities ranging from 20 to 36 feet per day (AAFB, 2006b). The velocities increase as the groundwater reaches the shore and exits from the seeps.[1]

## 2.3 Land Use, Sensitive Receptors and Essential Habitats

The OB/OD Range is located in a locked, fenced area of AAFB, with restricted access and precludes the building or inhabitation of any permanent structures. Human receptors are limited to EOD personnel and wildlife that occasionally access/use this site. As such, human exposures to the OB/OD Range are limited (AAFB, 2006b).

## 2.4 Cultural Resources

The OB/OD Range is located within an area of the Tarague Historic District, which has been evaluated for inclusion in the National Register of Historic Places (Earth Tech, 2003). The Tarague Historic District is a group of archaeological sites located within the Tarague Embayment. The OB/OD Range is situated in the eastern portion of the Tarague Embayment as depicted in Figure 2-2 (AAFB, 2006b).



Figure 2-2: Location Map of Tarague Embayment

---

[1] The generalized velocity of groundwater flow at the OB/OD range is presumed to increase because hydraulic conductivity increases as groundwater moves more rapidly in gravels and sands than in clay or tiny rock fractures where movement is slower (UCD, 2003). The hydraulic conductivity of the NGL can vary from speeds of 2 feet/day to over 20,000 feet/day (AAFB, 1998).

**SER 651**

## 3.0 Groundwater Sampling and Analysis Plan

### 3.1 Sampling Locations

IRP-52, which is upgradient of the OB/OD Range, shall be utilized as a background sample location (See Figure 3-1). This well was installed by the Installation Restoration Program (IRP) in October 1996 to test for contaminants at a nearby landfill (Site 11) and Solid Waste Management Unit (SWMU-29B). IRP-52 was selected to provide background samples that are representative of the quality of groundwater that has not been affected by potential contaminants from the OB/OD Range. This background location follows the *RCRA Groundwater Monitoring Draft Technical Guidance* (USEPA, 1992b).

There are no existing wells downgradient of the OB/OD Range. Installation of new downgradient wells would be problematic. As discussed in Section 2.0, the OB/OD Range is located within the Tarague Historic District where drilling to install downgradient wells would require consultation with the Guam Historic Preservation Officer (GHPO). The OD Unit is less than 150 feet from the shore (AAFB, 2006a). This proximity would make the installation of downgradient wells impractical as they would likely sustain damage from open detonation and would be located too close to the ocean.

Four groundwater seeps (SP-1, SP-2, SP-4, and SP-5) will serve as the downgradient sample locations (See Figure 3-2). These seeps were used during the Dye Trace Study (DTS) conducted in June 2006 at the OB/OD Range. Hydraulic connectivity between the upgradient well IRP-52, the OB/OD Range, and the seeps were observed during the study. The results of the DTS also recommended these seeps as groundwater monitoring locations because they demonstrated the strongest dye concentrations coming from the OB/OD Range. Further, the location of the seeps is geographically adjacent to the hazardous waste management area limits, which follows guidance conditions in the *RCRA Groundwater Monitoring Draft Technical Guidance* (USEPA, 1992b). These locations are ideal to intercept potential pathways of contaminant migration.

Table 3-1 below provides survey coordinates for the upgradient well for background data collection and the downgradient groundwater seeps which will serve as the detection monitoring points. At the time of sampling, if there is no flow at the groundwater seeps, alternate monitoring points at the nearest distance from the OD/OD Range and listed coordinates will be selected.

| Table 3-1: Summary of Sample Locations | | |
|---|---|---|
| Well/Seep[2] | Survey Coordinates[3] | |
| IRP-52 | 207653.28 Northing | 226771.98 Easting |
| SP-1 | 209814.4 Northing | 226722.5 Easting |
| SP-2 | 209833.5 Northing | 226486.0 Easting |
| SP-4 | 209938.4 Northing | 226205.9 Easting |
| SP-5 | 209953.5 Northing | 225931.0 Easting |

[2] Seep numbers obtained from Figure 2-1 of the AAFB Dye Trace Study Results at the OB/OD Range, September 2006.
[3] Seep coordinates obtained from Table 2-2 of the AAFB WP/SAP for Dye Trace Study and Groundwater Monitoring at OB/OD Range, May 2006.

**SER 652**

## Figure 3-1: Map of Upgradient Well



## Figure 3-2: Map of Downgradient Seeps



**SER 653**

## 3.2   Hazardous Constituent Criteria

The permit requires the establishment of criteria for determining whether or not a release (which   may have adverse effects on human health and the environment) has occurred from the OB/OD  Range to groundwater at the monitoring points.  The criteria must be based either on risk-based  concentration limits or background concentrations. The permit-stipulated chemicals of concern   include: lead, mercury, bis(2-ethylhexyl)phthalate (DEHP or di(2-ethylhexyl)phthalate), and  cyclotrimethylenetrinitramine (RDX or hexahydro-1, 3, 5-trinitro-1, 3, 5-triazine).  If DEHP is not  detected during the first two years of detection monitoring or its presence can be attributed to non-OB/OD Range   activities, it will be removed from the constituent list.

In order to expedite implementation of this groundwater monitoring plan, AAFB will utilize risk- based concentration limits to determine whether or not a release has occurred from the OB/OD  Range. This approach would allow AAFB to begin the detection monitoring phase immediately  after background data collection because the criteria for determining a release has been  predetermined (whereas, if background concentration limits were selected, AAFB would be  required to submit to Guam EPA proposed limits subsequent to the submittal of this GWMP).

This GWMP will use risk-based concentration limits provided by United States Environmental  Protection Agency (USEPA) as depicted in Table 3-2 to determine if a release has occurred.  The values in the table are based on the *USEPA Regional Screening Level Summary Table* (USEPA,  2011). Results from the detection monitoring phase will be compared to these values to  determine if any of the hazardous constituents pose a potential risk to human health or the  environment.

| Table 3-2: Hazardous Constituent Risk-Based Concentration Limits | |
|---|---|
| **Parameter** | **MCL (µg/L)** |
| **DEHP or bis(2-ethylhexyl)phthalate  or di(2-ethylhexyl) phthalate** | 6.0 |
| **Lead & Compounds** | 15.0 |
| **Mercury (elemental)** | 2.0 |
| **RDX or cyclotrimethylenetrinitramine or hexahydro-1,3,5-trinitro-1, 3, 5 - triazine** | 0.25[1] |
| Source: *USEPA Regional Screening Level Summary Table* (May 2011)<br>MCL – Maximum Contaminant Level<br>µg/L – microgram per liter<br>[1]   Value taken from USEPA 8330 Explosives Method Reporting Limit | |

## 3.3   Sampling Phases and Frequency Schedule

This GWMP describes three distinct phases of sampling: Background Data Collection; Detection Monitoring; and Verification Resampling. These phases were developed per permit requirements  and USEPA Technical Guidance, and are summarized in Table 3-3 below.

**SER 654**

| Table 3-3: Summary of Sampling Phases | | | | |
|---|---|---|---|---|
| **Phase** | **Frequency** | **Locations** | **Parameters** | **Number of Water Samples Collected** |
| **Background Data Collection:** Groundwater Geochemistry | Semiannually during 1st year only | IRP-52 and four seeps (SP-1, SP-2, SP-4, and SP-5) | Chloride, Sulfate, Sodium, Potassium, Magnesium, Calcium, Bicarbonate | 2 from each location |
| **Background Data Collection:** Constituent Baseline Levels | Quarterly during 1st year only | IRP-52 and four seeps (SP-1, SP-2, SP-4, and SP-5) | DEHP, Lead, Mercury, RDX | 2 from each location |
| **Detection Monitoring** | Semiannually starting the 2nd year of Implementation | IRP-52 and four seeps (SP-1, SP-2, SP- 4, and SP-5) | DEHP, Lead, Mercury, RDX | 1 from each location (including 1 blind duplicate) |
| **Verification Resampling** | Immediately upon identification of exceedance | Four seeps (SP-1, SP-2, SP-4, and SP-5); IRP-52 (only if exceedance detected) | Parameter(s) with Exceedance | 1 from each location (including 1 blind duplicate) |

## 3.4 Background Data Collection

Groundwater geochemistry data and background water quality/constituent baseline levels were collected in 2014 and 2015 under the original permit requirements.

### 3.4.1 Groundwater Geochemistry

The inorganic geochemistry of the groundwater at the OB/OD Range was analyzed using both upgradient well, IRP-52, and downgradient seep locations, SP-1, SP-2, SP-4, and SP-5. A total of two (2) water samples were taken from each location in June 2014 and March 2015. Chloride, sulfate, sodium, potassium, magnesium, calcium and bicarbonate were analyzed for their total ionic concentrations. Semiannual detection monitoring samples collected in May 2015 do not show any differences in groundwater quality between the sample locations over time. The results indicate similar geochemistry, as described in the September 2006 Dye Trace study results at the OB/OD Range, indicating that groundwater from the upgradient and the downgradient locations originate from the same source.

**SER 655**

### 3.4.2 Background Water Quality / Constituent Baseline Levels

Background water quality levels were established by taking two (2) water samples quarterly in June 2014, September 2014, November 2014, and March 2015, from the upgradient well, IRP-52, and downgradient seeps, SP-1, SP-2, SP-4, and SP-5, to establish baseline levels for background chemical concentrations or existing constituent/parameter levels (USEPA, 2009). All samples were analyzed for the parameters listed in Table 3-2 (DEHP, lead, mercury and RDX).

## 3.5    Detection Monitoring

Semiannual sampling for detection monitoring will be conducted upon completion of background data collection. During detection monitoring, one (1) water sample each from upgradient well IRP-52 and downgradient seeps SP-1, SP-2, SP-4, and SP-5, will be collected approximately 7 to 21 days following an OB/OD event and analyzed. One (1) blind duplicate shall be submitted to the laboratory for each monitoring event.

## 3.6    Verification Resampling

If the concentration levels of contaminants from a sampled seep during detection monitoring are above the risk-based concentration limit(s), a verification sample must immediately be collected at the seep where the exceedance occurred. Analytical results shall be analyzed for the contaminants that exceeded concentration limits. Sampling procedures must follow those outlined in Section 4.0. AAFB must notify Guam EPA within seven (7) days of the initial exceedance determination as stipulated in Sections IV H(4)(a) and H(4)(b) of the permit.

## 3.7    Permit Modification for Compliance Monitoring

Per Section IV H(4)(d) of the permit, if verification resampling confirms an exceedance, AAFB must submit to Guam EPA, within ten (10) days of receipt of analytical results, a written notice that identifies the concentration(s) of these contaminants at each monitoring location. AAFB must also submit a notice of intent for an application for permit modification containing a corrective action feasibility plan. See Section 6.0 for details on permit modification requirements.

## 3.8    Groundwater Flow and Direction

Per Section IV G(3) of the permit, groundwater flow rate and direction in the uppermost aquifer shall be determined at least annually. However, as discussed in Section 2.2 of this GWMP, groundwater flow rate and direction have been established for the uppermost aquifer and verified in a previous DTS conducted at the landfill complex. Groundwater elevation maps from 2003 indicate that the groundwater in the area flows in a north-northeast direction that eventually discharges into the Pacific Ocean (AAFB, 2011). A site-specific aquifer test to determine groundwater flow rate and direction is not feasible at the OB/OD Range because only well IRP-52 exists within a 150 meter radius of the OB/OD Range.[4]

---

[4] Groundwater monitoring systems, as stated in 40 CFR 258.51(a)(2), should have wells that represent the quality of ground water passing the relevant point of compliance as specified by the Director of an approved State under §258.40(d) or at the waste management unit boundary in unapproved States. Design criteria, as stated in 40 CFR 258.40(d), provides that the "relevant point of compliance by the Director of an approved State shall be no more than 150 meters from the waste management unit boundary and shall be located on land owned by the owner of the MSWLF unit."

## 3.9    Monitoring Well Decommissioning

Per Section IV B(3) of the permit, monitoring wells must be properly decommissioned and closed once they no longer serve the purpose for which they were constructed. AAFB shall submit a written statement to the Administrator providing details for abandoning wells within thirty (30) days of removal from the monitoring program and following the guidance set forth in 22 GAR, Water Resource Development and Operating Regulations (amended August 1990).

**SER 656**

Before the hole is filled, a licensed and certified well driller shall determine the well condition, details of construction, and whether there are obstructions that will interfere with filling and sealing. The certified well driller shall submit an application along with a description of the work, site map, and construction diagram of the well to be abandoned. Forty-eight (48) hours prior to the abandonment, AAFB shall notify the Administrator of the intent to commence work in order to give Guam EPA the opportunity to inspect the work and insure that proper procedures are carried out.

Wells will be sealed starting at the bottom of the well using a tremie pipe to place the appropriate fill material and impervious sealing material. All surface completions, traffic vaults, and well head materials shall also be removed.

**SER 657**

2-301

3-6

# 4.0   Sampling Procedures

## 4.1   Sample Collection

The seeps are exposed to significant tidal mixing, which would result in high chloride concentrations. It is important to minimize the intermixing of the seawater with the groundwater seeps to obtain samples that are representative of the groundwater from the aquifer beneath the OB/OD Range. To minimize this effect, all samples shall be collected thirty (30) to sixty (60) minutes[5] prior to the lowest tide (lower low water) as predicted in the charts posted by the National Oceanic and Atmospheric Administration (NOAA) found in the website: http://tidesandcurrents.noaa.gov/geo.shtml?location=1631428; and by also obtaining the current moon phase calendar during the Spring tides to find the predicted date for a new moon or full moon appearance (see website: http://www.calendar-365.com/moon/moon-calendar.html).[6] Procedures and techniques for well and seep sample collection, sample preservation and shipment, analytical procedures and chain-of-custody control are discussed in the sections below.

Table 4-1 provides a summary of analytical methods and sample requirements for samples collected during the groundwater geochemistry investigations of the background data collection phase. Table 4-2 provides a summary of the analytical methods and sample requirements for the samples collected during background data collection, detection monitoring and verification resampling phases.

| Table 4-1: Analytical Methods and Sample Requirements for Groundwater Geochemistry Samples | | | | |
|---|---|---|---|---|
| **Analyte** | **Analytical Method** | **Sample Container/Size** | **Preservative** | **Holding Time** |
| Chloride | SM 4500 $Cl^-$ | (1)500-mL Poly | None | 28 days until analysis |
| Sulfate | SM 4500 $SO_4^{2-}$ E | (1)500-mL Poly | None | 28 days until analysis |
| Sodium, Potassium, Magnesium, Calcium | 6010C | (1)1-Liter Poly | $HNO_3$ | 180 days (6 months) |
| Bicarbonate | SM 2320B | (1)1-Liter Poly | None | 14 days until analysis |

| Table 4-2: Analytical Methods and Sample Requirements for the Permit-Stipulated Parameters | | | | |
|---|---|---|---|---|
| **Analyte** | **Analytical Method** | **Sample Container/Size** | **Preservative** | **Holding Time** |
| RDX | 8330 | (2) 1-Liter Amber Glass | None | 7 days to extraction; analyze within 40 days after extraction |
| Lead | 6010C | 1-Liter Poly | $HNO_3$ | 6 months (180 days) |
| Mercury | 7470A | 500-mL Poly | $HNO_3$ | 28 days |
| DEHP | 8270C | 1-Liter Amber Glass | None | 14 days |

---

[5] Recommendation based on dye concentration levels and data that support that some seeps "turn-off" or do not have available flow during extreme low tides (AAFB, 2006a).

[6] Spring tides occur during the full moon and new moon, when the gravitational pull of the moon and sun are combined resulting in very high tides or very low tides. In the Pacific, Spring tides occur between eleven (11) and fourteen (14) days after the previous new or full moon (UK Hydrographic Office, 2011).

**SER 658**

2-302

4-1

### 4.1.1 Upgradient Well (Groundwater) Sampling

***Water Level Measurements***

The water level at IRP-52 shall be measured prior to each sampling event using a water level indicator (such as a Solinst$^{®}$) or equivalent device, by slowly lowering the probe into the monitoring well until it contacts the water surface, resulting in an audible alarm. The reading shall be obtained from an established mark on the well casing, measured to the nearest 0.01 foot. The groundwater level measurement will be recorded into a field log book. The appropriate procedure to be used by personnel for measuring groundwater levels is discussed in detail in Appendix A SOP #3, Groundwater Level Measurements.

Sea water elevations relative to mean sea level (MSL) shall also be obtained for the same period well water level measurements are obtained. Data for sea water elevations will be obtained from NOAA database at the following website: *http://tidesandcurrents.noaa.gov/geo.shtml?location=1630000*.

***Low-Flow Purging and Sampling***

Prior to collecting a sample from the upgradient well, groundwater will be purged. Low-flow purging (also commonly referred to as micro-purging, low-stress purging, low-impact purging, or minimal drawdown purging) involves the same approach and equipment as low-flow sampling.

Groundwater monitoring well IRP-52 will be purged and sampled using a portable lowflow double valve pump. During low-flow purging, field measurements (pH, temperature, and conductivity at a minimum) will be monitored. The well will be purged until field measurements have stabilized to within 10% of the previous readings.

An example of a field setup of a portable low flow double valve pump assembly is illustrated in Appendix B. Appendix C provides a breakdown of the process and a listing of SOPs to be used for sampling; Appendix A includes all the SOPs required for sampling of the upgradient well (IRP-52).

### 4.1.2 Downgradient Seeps Sampling

Appendix C provides a detailed discussion of the process and a listing of SOPs to be used for sampling; Appendix A includes all the SOPs for sampling of the downgradient seeps.

***Field Chloride Test***

Field chloride tests shall be conducted before obtaining a grab sample from the seeps using a field chloride ion test kit.

Due to the proximity of seeps (sample locations) to the Pacific Ocean, there will be significant tidal mixing. As a result, chloride concentrations will fluctuate. Chloride concentrations at the seeps will range between 500 and 5,000 mg/L; as such, a chloride reading within this range shall constitute a fresh water seep sample (AAFB, 2006b).

***Grab Sampling***

The seep samples shall be collected in accordance with SOP #2 Groundwater Seeps Sampling and by using the Semiannual Groundwater Seeps Sampling Form (Appendix A), with the exception of chloride measurements. If flow is minimal or does not allow for collection with a transfer bottle, it may be necessary to use a battery or hand-operated peristaltic pump with Teflon® hose to obtain a sample.

**SER 659**

4-2

2-303

## *4.2    Sampling Documentation, Handling and Packaging*

### 4.2.1  Well Sampling Form

All well samples collected will be documented using well sampling form.  One well sampling form  shall be completed per sample per well. At a minimum, the following information shall be noted:

- Sample Location
- Personnel Present
- Sampling Date and Time
- Time Departing Site
- Weather Conditions
- Depth-to-Water
- Sampling Device Used
- Well Appearance Description
- Purge Method
- Purge Start Time
- Purge Completion Time
- Total Purge Volume
- Well Water pH Reading
- Conductivity
- Temperature
- Estimated Flow Rate
- Water Turbidity
- Water Odor (if any)

Examples of the well sampling form can be found in Appendix A SOP #1.

### 4.2.2  Groundwater Seeps Sampling Form

All seep samples shall be documented using the Semiannual Groundwater Seeps Sampling Form.  Well measurements and well sampling methods will not apply to seep samples.  An example of the Semiannual Groundwater Seeps Sampling Formis found in Appendix A SOP #2.

### 4.2.3  Sample Labeling

To prevent misidentification of samples, all containers shall be pre-labeled. Sample identification numbers will be affixed to each sample container and entered on the chain-of-custody form.  The sample number will uniquely identify the sample to a specific location.  The labels will be filled out  using waterproof ink and be protected with clear, water-resistant tape. The labels will contain the  following information:

- Sample Date and Time;
- Sample Location;
- Analysis Required;
- Sampler's Initials.

Both field and duplicate samples shall be labeled in the same manner.  Sample identification  numbers shall be determined by the analytical laboratory. For samples requiring multiple  containers, a single sample identification number shall be used on all containers (AAFB, 2006b).

**SER 660**

### 4.2.4 Chain-of-Custody

Chain-of-Custody (COC) procedures will provide an accurate written record that can be used to trace the possession of each sample from the time it is collected until completion of all required analyses. The coolers in which samples are packed will be accompanied by a COC record. When transferring samples, the assigned personnel relinquishing and receiving them will sign, date, and note the time on the chain-of-custody record to document sample custody transfer. Details pertaining to custody procedures can be found in Appendix A, SOP #9. The chain-of-custody record will include the following types of information:

- Collection Date and Time;
- Sample Matrix;
- Sample Location;
- Number of Containers;
- Analytical Test Parameters;
- Signature of Collector;
- Signature(s) of Person(s) Involved In Chain and Dates of Possession.

### 4.2.5 Sample Packaging and Delivery

All collected samples will be packaged and delivered to a certified laboratory in a manner that will ensure the safety and integrity of every sample. Sample procedures will be in accordance with applicable federal and territorial requirements.

Each sample bottle set will be separated from other sets with a sealed plastic bag. A cooler will be used as a shipping container and the temperature of approximately 4 degrees Celsius (°C) ± 2° C maintained by using ice or frozen gel packs. The drain plug will be taped shut from the inside and outside. Paperwork accompanying the samples will be placed inside a plastic bag, sealed, and taped to the inside of the cooler lid. Custody seals will be placed across the lid and body of the cooler.

Sample transport time to a certified laboratory shall not exceed 6 hours. All shipments shall be in compliance with applicable packaging, labeling and shipping requirements as indicated in SOPs #8 and #9of Appendix A.

## 4.3 Equipment Decontamination

All sampling and measuring equipment shall be thoroughly decontaminated with distilled water and non-phosphate detergent (e.g. Liquinox or Alconox) prior to and after each use at sampling locations. The water level indicator tape shall be wiped with clean paper towels while reeling in from each well. Decontaminated sampling equipment should not be allowed to come into contact with the ground or other contaminated surface prior to sample collection. See Appendix A SOPs #1 and #10 for further information.

## 4.4 Investigation Derived Waste

All Investigation Derived Waste (IDW) generated during well purging and water sample collection activities must be properly packed in approved United States Department of Transportation (DOT) containers. The containers must be labeled to include: project name, project location, date, container contents, and emergency contact name and phone number. IDW containers and content shall be recorded in a field log. IDW shall be stored in a secure location until analytical (laboratory) results are obtained, and the IDW is accepted at a final disposal facility (hazardous or non-hazardous waste disposal facility). Maintain proper disposal manifests in project records. Filter membranes, gloves, and paper towels shall be disposed as solid waste. See Appendix A SOP #11.

**SER 661**

2-305

## *4.5   Quality Assurance / Quality Control (QA/QC)*

### 4.5.1   Field Duplicate Samples

Field duplicate samples will be collected to check for natural sample variance, and consistency of field collection techniques and laboratory analyses. Field duplicate samples will be submitted blind to the laboratory and analyzed for the same parameters as the original sample (AAFB, 2006b).

### 4.5.2   Field Blank

Field blanks will be collected and analyzed to detect contamination that may be introduced to the groundwater samples during sampling. The field blank will consist of deionized, distilled, containers. When a field blank is used to monitor ambient conditions during sampling, the container holding the field blank shall be opened, remain open throughout the process of filling all sample containers, and then closed thereafter. The sample location where the field blank is prepared will be identified on the field sampling form, along with any observations that may help explain anomalous results (i.e., potential sources of contamination). One field blank will be analyzed per 20 samples or one per day if less than 20 samples. The field blank will be handled in the same manner as the rest of the samples (AAFB, 2006b).

### 4.5.3   Equipment Rinsate Blank

Equipment rinsate blank samples will be used to assess the efficiency of the decontamination process and possible cross-contamination between samples. Equipment rinsate blanks will be collected and analyzed only when non-dedicated sampling equipment is used. Equipment rinsate blank samples will be collected by pouring laboratory-provided "analyte-free" water (distilled water) over decontaminated sampling equipment used for collecting various samples (AAFB, 2006b).

### 4.5.4   QA/QC Review of Data

Prior to statistical analysis, all data shall be reviewed by a certified laboratory QA officer for data verification and validation. QA/QC parameters will include measures of accuracy (percent recovery), precision (relative percent difference), and sample contamination (blank determination), if any. Data that appears questionable should be flagged and reevaluated by the QA officer.

All data shall then undergo a second level of review of historical trends analysis as they become available and compare those trends with new results; apparent visual outliers or other anomalies shall be flagged and reevaluated. If an apparent outlier or anomaly is detected, the data shall be reevaluated by the laboratory QA officer before accepting the result.

**SER 662**

# 5.0   Statistical Analysis

AAFB shall perform statistical analyses upon receipt of the semiannual detection monitoring laboratory results. Statistical tests shall be performed for each constituent for each well and seep. The background data collected during the first year of plan implementation will be included in the statistical tests.

The statistical analysis will include inter-well and intra-well comparisons using combined Shewhart-CUSUM control charts, an approach that gives control limits for each constituent, to monitor hazardous constituents in the groundwater. This analysis will detect trends in constituent concentrations. If a significant increase in trend is apparent, AAFB shall treat the finding as if an exceedance has been identified as stipulated in Section IV A(1)(f) of the permit.

Per Section IV F(1) of the permit, four statistical methods may be used to evaluate groundwater results: Analysis of variance (ANOVA), parametric ANOVA, tolerance or prediction interval, and control chart. According to the EPA's Unified Guidance: Statistical Analysis of Groundwater Monitoring Data, at least 50% of the data should be detectable in order to compare either well means or medians. However, results for background and the 1st semi-annual detection monitoring have been mostly non-detects rendering the ANOVA and parametric ANOVA methods not applicable for evaluating groundwater data from the OB/OD Range.

## 5.1   Inter-Well Comparisons

Inter-well comparisons will compare the concentration of each hazardous constituent from each sampling location. This comparison will be useful in identifying variability between the upgradient well and downgradient seeps, thereby better attributing an exceedance either to other potential sources of contamination (outside of the EOD) or to the OB/OD Range activities.

## 5.2   Intra-Well Comparisons with Shewhart-CUSUM Control Charts

Intra-well comparisons using Shewhart-CUSUM control charts will provide two types of analyses. First, the control charts will indicate whether or not a sample from the well or seep has exceeded the risk-based concentration levels. Second, the control charts will compare the sample results at each well and seep, with previous results and determine if concentrations of a hazardous constituent are significantly increasing.

The concentration of each monitored parameter at each well/seep will also be compared to its respective background concentration to determine if there has been a release. The comparison involves creating a plot (time vs. concentration) of the parameter on its appropriate Shewhart-CUSUM control chart.

## 5.3   Groundwater Monitoring Analysis Software

DUMPStat, a computer program, will be utilized to perform the above-described routine trend analyses of the sampling results at each well and seep. DUMPStat imports lab data for each sampling event at each well and seep, and provides complete analysis of constituents in a simple step. It utilizes algorithm calculations that can evaluate error rates for various facilities. It also automatically selects the most appropriate statistics to minimize both false positive and false negative rates. DUMPStat is consistent with EPA RCRA Subtitle C and D regulations, all applicable EPA regulations and guidance, and ASTM (American Society for Testing and Materials) D6312-98 guidance. DUMPStat utilizes prediction limits, tolerance limits, and control charts for statistical evaluation and it addresses distribution abnormalities by correcting for spatial variability in intra-well comparisons and seasonal variability over time. Per Section IV F(2)(b) of the permit, error levels of no less than 0.01 for each event or no less than 0.05 for multiple comparisons must be maintained. However, these limits only apply to ANOVA, and not tolerance limits, prediction limits, or control charts. Tolerance and prediction limits will not be used unless the distribution is abnormal, in which case, a statistical method in addition to control charts may be needed.

**SER 663**

# 6.0 Record Keeping and Reporting

## *6.1 Record Keeping – Data Entry*

AAFB shall maintain a written facility operating record for the OB/OD Range for a minimum of five (5) years. The following must be recorded:

- Monitoring, testing, and analytical data obtained from the range;
- All computations and results associated with evaluating groundwater monitoring data;
- Groundwater monitoring data collected and actual level of constituents.

## *6.2 Reporting*

### 6.2.1 Semiannual Site Monitoring Report

A semiannual site monitoring report shall be submitted to Guam EPA within sixty (60) days of receipt of analytical results of each semiannual sampling event. The following shall be included in the semiannual report:

- A description of the sampling event(s);
- Analytical results of samples collected; and
- A determination of whether or not there is an exceedance of a risk-based concentration limit.

### 6.2.2 Initial Exceedance Notification Procedure

If the semiannual results show that an exceedance of a risk-based concentration limit has occurred or if there is a significant trend toward increased concentrations, AAFB shall:

- Notify Guam EPA within seven (7) days of the determination;
- Immediately resample the groundwater in the well/seep(s) that exhibited the increase;
- Determine the concentration of the particular constituent(s) that exhibited the increase;
- AAFB may choose to establish the background value(s) for the particular constituent(s);
- AAFB may also propose changes in operating and/or monitoring procedures to address the apparent trend increase.

### 6.2.3 Exceedance Confirmation Procedure

If an exceedance of a risk-based concentration limit is confirmed by the resampling results (verification resampling) AAFB shall submit to Guam EPA, a written notice, within ten (10) days of receipt of analytical results. The notice will identify the concentration of any constituent(s) in the groundwater at each monitoring well/seep location. AAFB also must submit a notice of intent for an application for permit modification containing a corrective action feasibility plan (CAFP).

#### *Permit Modification Requirements*
The permit modification must include the following:

- An identification of the concentration of constituents found in the groundwater at each monitoring well/seep(s) at the point of compliance;
- Any proposed changes to the groundwater monitoring system at the OB/OD Range necessary to meet the requirement of compliance monitoring;
- Any proposed changes to the monitoring frequency, sampling and analysis procedures, methods or statistical procedures necessary to meet the requirements of compliance monitoring;
- For each hazardous constituent found at the point of compliance, a notice of intent to seek an alternate concentration limit (ACL) for a hazardous constituent;
- If no alternate ACL will be sought, then AAFB shall submit to Guam EPA a schedule for

**SER 664**

submittal of a CAFP in accordance with Part VI of the Guam Hazardous Waste

Management Regulations (GHWMR) (40 CFR Part 264.100) within one hundred eighty (180) days.

***Submittal of CAFP***

If AAFB chooses to submit to Guam EPA a CAFP, it must be developed in accordance with Part VI of the GHWMRs, and must be submitted to Guam EPA within one hundred eighty (180) days of confirmation of the release as discussed in Section 6.2.4.

## 6.2.4   Other Potential Sources of Contamination

If an exceedance determination of a risk-based concentration limit is confirmed by verification resampling, then AAFB may demonstrate that a source other than a regulated unit within the OB/OD Range caused the increase; or, that the increase resulted from a possible error in sampling, analysis, or evaluation.

If AAFB chooses to do this, then AAFB shall submit to Guam EPA:

- Written notice within seven (7) days that it intends to make a demonstration;
- A report, within ninety (90) days of the notice, which demonstrates that a source, other than a regulated unit within the OB/OD Range or possible error in sampling, analysis, or evaluation, caused the increase;
- An application for permit modification, within ninety (90) days of the notice, to make any appropriate changes to the groundwater monitoring program.

AAFB shall continue to monitor in accordance with this GWMP pending Guam EPA permit modification approval.

**SER 665**

## 7.0    References

AAFB, Guam.  Final Groundwater Summary Report.  August, 1998

---.  Integrated Natural Resource Management Plan for Andersen Air Force Base,  Guam.
        December, 2003.

---.  Final Basewide Sampling and Analysis Plan for Andersen Air Force Base,  Guam.
        January, 2005a.

---.  Final Basewide Quality Assurance Project Plan for Andersen Air Force Base,  Guam.
        Revision 3.0., June, 2005b.

---. Standard Operating Procedures for Andersen Air Force Base, Guam:  SOPs #1 through #11.

---.  Air Force Draft Open Burn/Open Detonation Range Dye Trace Study Results for  Andersen Air
        Force Base, Guam. September, 2006a.

---.  Final Work Plan and Sampling and Analysis Plan for Dye Trace Study and Groundwater  Monitoring
        at Open Burn and Open Detonation Range; Andersen Air Force Base, Guam.  2006b.

---.  Long-Term Groundwater Monitoring, Main Base and Marbo Annex Operable Units.
        October 2010.

---.  Work Plan, Long-Term Maintenance and Monitoring, Site 2/Landfill 2.  January 2011.

Earth Tech, Inc.  Final Integrated Cultural Resource Management Plan for Andersen Air Force
        Base, Guam. November, 2003.

Gibbons, R.D.  Statistical Tolerance Limits for Ground-water Monitoring. Groundwater 29(4),  563-
        570. 1991.

---.  Statistical Methods for Groundwater Monitoring. John Wiley & Sons, New York.  1994.

Gingerich, Stephen B., United States Geological Survey Investigations Report 03-4126, 2003
        http://pubs.usgs.gov/wri/wri034126/htdocs/wrir03-4126.html

Guam EPA.  RCRA Subpart X Permit 1: Section IV, Ground Water Monitoring for Andersen
        Air Force Base Hazardous Waste Management Facility. Permit Number GUS002. 2009.

---.  22 Guam Administrative Rules. Division II – Water Control. Water Resource Development and
        Operating Regulations, January 25, 1985 and amended August 2, 1990

Moon Calendar, Moon Phase, http://www.calendar-365.com/moon/moon-calendar.html

Mylroie, John E., John W. Jenson, Danko Taborosi, John M.U. Jocson, David T. Vann and Curt  Wexel.
        Karst Features of Guam in Terms of a General Model of Carbonate Island Karst.  Journal of
        Cave and Karst Studies 63(1): 9-22. April, 2001.

National Oceanic and Atmospheric Administration, Tides and Currents, 2011 Tide Predictions,
        http://tidesandcurrents.noaa.gov/get_predictions.shtml?year=2011&stn=4310+Guam

National Oceanic and Atmospheric Administration, Apra Harbor, Station ID 1630000,

**SER 666**

2-310

http://tidesandcurrents.noaa.gov/noaatidepredictions/NOAATidesFacade.jsp?Stationid=1630000

Naval Facilities Engineering Command, Guidance for Environmental Background Analysis, Volume III, Groundwater October 2003  http://vsp.pnnl.gov/docs/Draft_Guidance_for_Review.pdf

Tracey Jr., J.I., S.O. Schlanger, J.T. Stark, D.B. Doan, and H.G. May.  General Geology of Guam: U.S. Geological Survey Professional Paper 403-A."  U.S. Government Printing Office, Washington. 1964.

UK Hydrographic Office, Admiralty Easytide, 2011  http://easytide.ukho.gov.uk/EASYTIDE/EasyTide/Support/faq.aspx

United States EPA.  Environmental Investigations Standard Operating Procedures and Quality Assurance Manual. May, 1996.

---.  EPA Ground-Water Sampling Guidelines for Superfund and RCRA Project Managers. 1992.

---.  Management of Investigation-Derived Wastes During Site Inspections. Office of Solid Waste and Emergency Response (OSWER) Directive 9345.3-02. EPA/540/G-91/009. May, 1991.

---.  Methods for Evaluating the Attainment of Cleanup Standards. Vol. 2:  Ground Water. US Environmental Protection Agency. 1992a.

---. RCRA Groundwater Monitoring: Draft Technical Guidance. Office of Solid Waste. U.S. Environmental Protection Agency. 1992b.

---.  Regional Screening Level Summary Table. Office of Solid Waste. U.S. Environmental Protection Agency. 2011. Found online: http://www.epa.gov/reg3hwmd/risk/human/rb-concentration_table/Generic_Tables/pdf/soil2gw_sl_table_bwrun_MAY2011.pdf

---.  Statistical Analysis of Ground-Water Monitoring Data at RCRA Facilities, Unified Guidance. Office of Resource Conservation and Recovery Program Implementation and Information Division, U.S. Environmental Protection Agency. March, 2009.

---.  Statistical Methods for Evaluating the Attainment of Superfund Cleanup Standards.  Vol. 2: Groundwater Draft. US Environmental Protection Agency. 1988.

---.  Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, Draft Update IVB of SW-846.  Volume 65, Number 228. November 27, 2000.

United States Geological Survey, Groundwater Availability Study for Guam, Fact Sheet 2010- 3084, http://pubs.usgs.gov/fs/2010/3084/fs2010-3084.pdf

University of California, Davis, Division of Agriculture and Natural Resources, Publication 8083 http://groundwater.ucdavis.edu/Publications/Harter_FWQFS 8083.pdf

**SER 667**

**SER 668**

2-312

APPENDICES

APPENDIX A: AAFB STANDARD OPERATING PROCEDURES
APPENDIX B: LOW FLOW DOUBLE VALVE PUMP FIELD SET-UP
APPENDIX C: PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

**SER 669**

2-313

*This page intentionally left blank.*

**SER 670**

2-314

APPENDIX A: AAFB STANDARD OPERATING PROCEDURES

SOP #1 - Groundwater Well Sampling
SOP #2 - Groundwater Seep Sampling
SOP #3 - Groundwater Level Measurements
SOP #4 - Water Quality Field Measurements: pH
SOP #5 - Water Quality Field Measurements: Specific Conductivity
SOP #6 - Water Quality Field Measurements: Temperature
SOP #7 - Water Quality Field Measurements: Chlorides
SOP #8 - Sample Packing
SOP #9 - Sample Custody Procedures
SOP #10 - Decontamination of Sampling Equipment
SOP #11 - Investigative Derived Waste Management

**SER 671**

*This page intentionally left blank.*

**SER 672**

Standard Operating Procedure                                              August 2015
SOP #1                                                                    Page 1 of 4

| **GROUNDWATER WELL SAMPLING (IRP-52)** |
|---|

## 1.0     SCOPE AND APPLICATION

Groundwater samples collected from groundwater monitoring wells provide vital information that can be used in the evaluation of groundwater quality and movement in the aquifer. This Standard Operating Procedure is applicable only to the collection of representative groundwater samples at well IRP-52. Samples are to be collected from well IRP-52 using a low-flow double valve pump.

Groundwater sampling procedures will be split into two, purging and sampling. Purging is the process of removing stagnant water from the well prior to sampling and replacing it with groundwater from the adjacent formation. This will ensure that the sampler(s) collect a more representative sample of the actual aquifer condition.

## 2.0     EQUIPMENT

- Electronic Pump Control Unit (Solinst Model 464)
- Portable Double valve pump (Model 408 SS 1.66" diameter)
- Electronic water level indicator
- Portable nitrogen air tank
- YSI 556 Multi-probe meter (pH, specific conductance, and temperature)
- Orion Star A214 chloride meter
- pH buffer solution (4, 7, and 10)
- Specific Conductivity calibration solutions; 1,000 µS and 10,000 µS
- Deionized water
- Field Logbook and pen
- Container to containerize purged water
- Plastic sheeting
- Cotton gloves
- Nitrile gloves
- Glass beaker
- Sample bottles
- Coolers and Icepacks
- Camera
- Activity Hazard Analysis

**SER 673**

2-317

Standard Operating Procedure
SOP #1

August 2015
Page 2 of 4

| GROUNDWATER WELL SAMPLING (IRP-52) |
| --- |

### 3.0 PROCEDURES

3.1 All staff involved in the sampling of well IRP-52 will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2 Calibrate water quality instrument for pH, specific conductance, and temperature and chloride using SOPs #4, #5, #6 and #7. Record results on the Equipment Calibration Daily Log Sheet.

3.3 Lay sample bottles on a plastic sheeting.

3.4 Remove well cap.

3.5 Using an electronic water level indicator, measure the depth to water from the reference point on the top of the well casing and record the depth in hundredths of a foot in the field logbook and in the Semiannual Groundwater Sampling Form (Attachment A).

3.6 Connect the Air Supply Line to the Air fitting on the control unit. Attach the other end of the supply line to the fitting on the nitrogen air tank regulator.

3.7 Connect the Drive Line from the Air Out fitting to the fitting on the reel (drive and sample line).

3.8 Connect the Sample Line and Drive Line (from the tubing reel) to the assembled double valve pump.

3.9 Attach the stainless steel safety line (Solinst Tag Line) to the eye bolt on the double valve pump.

3.10 Attach a short (3 ft.) length of ¼" OD sample line to the sample connector located on the reel.

3.11 Using the Tag Line, carefully lower the double valve pump down the well 10 feet below the water table surface.

3.12 Press any button on the keypad to turn the Control Unit on.

3.13 Set the nitrogen gas supply regulator to 250 psi.

3.14 Set the Control Unit to 250 psi.

3.15 Set the drive/vent cycle to 75 drive and 80 cycle.

**Purging**

3.16 Start the selected drive/vent cycle.

3.17 With pump operating, monitor and record field parameters approximately once every 1 Liter. Measure temperature, pH, and specific conductivity. Record all results in the field logbook and transfer this information to the Semiannual Groundwater Sampling Form. Continue purging until the field parameters have

**SER 674**

2-318

### GROUNDWATER WELL SAMPLING (IRP-52)

stabilized. Water Chemistry is considered stabilized when the following conditions have been met for three consecutive readings:

- Change in temperature is within ± 1°C,
- pH is within ± 0.1 unit
- Conductivity is within ± 5%

**Sample Collection**

3.18    For RDX and DEHP, fill sample bottles directly from the discharge tubing.

3.19    Record the required information for each sample in the field logbook and transfer this information to the Semiannual Groundwater Sampling Form.

3.20    Immediately place the sample into a cooler with ice. Refer to SOPs #7 and #8 for sample packing/shipping and sample custody procedures, respectively.

**Decontamination**

3.21    After sampling well IRP-52 with the portable double valve pump, decontaminate pump as follows:

- With the tubing on the pump reel, scrub the outside of the pump and the tubing (submerged below the water table), with a detergent solution consisting of potable water and Liquinox, or equivalent laboratory grade detergent.
- Place the pump in a clean drum with a solution of potable water and Liquinox.
- Start the pump and pump the solution through the tubing. The water and detergent solution can be recycled in the container.
- Continue pumping for about 15 minutes. After circulating for 15 minutes, transfer the solution to the bulk IDW holding tank.
- Rinse the outside of the pump with potable water and place the pump in a clean container filled with only potable water and purge at least three to five tubing volumes.
- Do not recycle rinse water back into the drum.
- The remainder of the tubing column that was not in contact with groundwater will be thoroughly rinsed with potable water to ensure that

**SER 675**

2-319

Standard Operating Procedure                                        August 2015
SOP #1                                                              Page 4 of 4

| GROUNDWATER WELL SAMPLING (IRP-52) |
|---|

sufficient water is applied to rinse the outside of the tubing. This rinse water will be allowed to fall onto the ground.

3.22    At the end of each sampling day, pumps will be decontaminated in accordance with the procedures outlined in 3.21, wrapped or contained in plastic, and stored in an appropriate storage area. Pumps should not be stored in an area where volatile sources (e.g., household cleaning chemicals, fuels, oils) are present; pumps shall not be stored without appropriate decontamination. Prior to use, the outside of the pump and tubing should be thoroughly rinsed with clean water.

## 4.0    INVESTIGATIVE DERIVED WASTE MANAGEMENT

4.1    Purged water and decontamination fluid shall be handled in accordance with SOP #11.

4.2    Measure the chloride concentrations of all purged water, using a chloride meter, prior to disposal of purge water on the ground. If field chloride measurements exceed the USEPA National Secondary Drinking Water Regulations (NSDWR or secondary standard) value of 250 mg/L, then the purge water will be containerized and transported from the well to a temporary storage located at a designated staging area on Andersen AFB.

## 5.0    PRECAUTIONS

5.1    Protect equipment from contamination by storing on plastic sheeting or portable table.

5.2    Use a clean pair of gloves.

5.3    Avoid activities at the wellhead that may result in the introduction of foreign materials into the well.

## 6.0    ATTACHMENTS

Attachment A – Semiannual Groundwater Sampling Form

**SER 676**

SOP #1                                                                  August 2015
Attachment A                                                            Page 1 of 1

| SEMIANNUAL GROUNDWATER SAMPLING FORM |
|:---:|

**Andersen AFB Open Burning Open Detonation
Semiannual Groundwater Sampling Form
(Detection Monitoring)**

Well ID: IRP-52                                        Date:_____
Reference Point/Top of Riser Pipe:   ~2.5 feet        By:_____
Casing Diameter:                     5 inches         _____
Elevation/Depth to Top of Screen:    532 feet
Elevation/Depth to Bottom of Screen:  552 feet        Mean Sea Level: _____
Depth to Water (DTW): _____ Water Column: _____(552 – DTW = WC)

**Semiannual**

**Field Analyses: Initial Purging**

| Time | pH | Temp (°C) | Specific Conductance (μohm/cm) | Chloride (mg/L) | Flow Rate (gpm) | Volume Purged (gal.) | DTW (ft.) | Observations (Color, Odor, etc.) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**Field Analyses: During Purging**      $V = 3.14 \times r^2 \times L$;

$V$= volume, $r$= radius of pipe (0.0635m), $L$ = length of water in column in meter (total depth − depth to water)

| Time | pH | Temp (°C) | Specific Conductance (μohm/cm) | Chloride (mg/L) | Flow Rate (gpm) | Volume Purged (gal.) | DTW (ft.) | Observations (Color, Odor, etc.) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| Analysis | Bottle Size | Preservative | Quantity | Method Number | Holding Time |
|---|---|---|---|---|---|
| Lead | 1 500 mL HDPE | HNO₃ (5 ml) | 1 | 6010C | 180 days |
| Mercury | 1 500 mL HDPE | HNO₃ (5 ml) | 1 | 7470C | 28 days |
| RDX | 1 Liter Amber Glass | None | 1 | 8330 | 7 days to extraction; analyze w/in 40 days after extraction |
| DEHP | 1 Liter Amber Glass | None | 1 | 8270C | 14 days |
| **Bottle Count:** |  |  | **4** |  |  |

ENV-F-0114A Rev 0          Printed document may be obsolete – validate before use          Date last update: 8/12/15

Page 1 of 1

**SER 677**

## GROUNDWATER SEEPS SAMPLING (OB/OD RANGE)

### 1.0     SCOPE AND APPLICATION

This standard operating procedure (SOP) is to be followed when collecting groundwater samples from groundwater seeps occurring along the shorelines.

### 2.0     EQUIPMENT

- Field chloride meter
- pH, specific conductivity, and temperature meter
- GPS system
- Groundwater seeps coordinates
- Sample bottles
- Cooler and Icepack
- pH buffer solution (4, 7, and 10)
- Specific Conductivity calibration solutions; 1,000 μS and 10,000 μS
- Deionized water
- Field Logbook and pen
- Nitrile gloves
- Glass beaker
- Camera
- Activity Hazard Analysis

### 3.0     PROCEDURES

3.1     All staff involved in the sampling of the groundwater seeps sampling will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2     Locate groundwater seeps using the coordinates and the GPS system.

3.3     It may be necessary to scoop a depression in the beach sediment to allow a pool of water to form. Allow sediment to settle out, and then fill the sample bottle as described in step 3.5. If a depression cannot be scooped out, a new location will be chosen for sample collection. If there is no flow of water at the groundwater seep(s), alternate monitoring points at the nearest distance from the OB/OD Range will be selected.

3.4     Measure chloride concentration of seeps before sampling. A Chloride reading at the seeps between 500 mg/L to 5,000 mg/L constitutes a groundwater seep sample. Record chloride measurements in the field logbook.

**SER 678**

2-322

Standard Operating Procedure                                            August  2015
SOP #2                                                                  Page 2 of 2

| GROUNDWATER SEEPS SAMPLING (OB/OD RANGE) |
|---|

3.5     Collect a groundwater sample and measure pH, specific conductivity, and temperature. Record all measurements in the field logbook.

3.6     The groundwater will be collected into sample bottles as follows:

    3.6.1     Collect groundwater seeps samples for semi-volatiles by submerging the sample containers into the groundwater seeps. If flow is minimal and sample bottles cannot be submerged, collect groundwater seeps samples using a transfer container such as a glass beaker. Transfer the collected groundwater seep sample from the transfer container into the semi-volatile sample bottles, place the cap on and secure.

    3.6.2     Sample collection for mercury and lead can either be directly or by using a transfer container such a glass beaker.

    3.6.3     Record the required information for each sample on the Semiannual Groundwater Seeps Sampling Form (Attachment A). Immediately place the sample into a cooler containing ice. Refer to SOPs #8 and #9 for sample packing/shipping and sample custody procedures, respectively.

## 4.0     PRECAUTIONS

4.1     Use gloves and appropriate foot wear when collecting groundwater seeps samples. Use personal protective equipment outlined in the Activity Hazard Analysis. Avoid activities at the wellhead that may result in the introduction of foreign materials into the well.

## 5.0     ATTACHMENTS

Attachment A – Semiannual Groundwater Seeps Sampling Form

**SER 679**

2-323

SOP #2                                                                          August 2015
Attachment A                                                                    Page 1 of 1

| SEMIANNUAL GROUNDWATER SEEPS SAMPLING FORM |
|---|

**Andersen AFB Open Burning and Open Detonation**
**Semiannual Groundwater Seeps Sampling Form**
**(Detection Monitoring)**

Location (Seep ID): _____          Date: _____
Time on Site: _____          Weather Condition: _____
Time Departed Site: _____          Sample Method: _____
Low Tide Time: _____

Personnel: _____          _____
          _____          _____
          _____          _____

| Field Analyses | | | | | |
|---|---|---|---|---|---|
| Sample Time | Chloride (mg/L) | pH | Temperature (°C) | Specific Conductance (µohm/cm) | Sample Observation (Color, Odor, Etc.) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| Analysis | Bottle Size | Preservative | Quantity | Method Number | Holding Time |
|---|---|---|---|---|---|
| Lead | 1 500 mL HDPE | $HNO_3$ (5 ml) | 1 | 6010C | 180 days |
| Mercury | 1 500 mL HDPE | $HNO_3$ (5 ml) | 1 | 7470C | 28 days |
| RDX | 1 Liter Amber Glass | None | 1 | 8330 | 7 days to extraction; analyze w/in 40 days after extraction |
| DEHP | 1 Liter Amber Glass | None | 1 | 8270C | 14 days |
| **Bottle Count** |  |  | 4 |  |  |

Note:

ENV-F-0115A Rev 0          Printed document may be obsolete – validate before use          Date last updated  8/12/15

Page 1 of 1

**SER 680**

2-324

Standard Operating Procedure                                           August 2015
SOP #3                                                                    Page 1 of 2

| **GROUNDWATER LEVEL MEASUREMENTS (IRP-52)** |
|---|

## 1.0    SCOPE AND APPLICATION

This standard operating procedure (SOP) describes the procedures for measuring groundwater levels; a technique often used to evaluate the aquifer groundwater surface gradient. Groundwater measurements will be obtained by using an electronic water level indicator.

## 2.0    EQUIPMENT
- Electronic water level indicator (Solinst Model 101)
- Decontamination Equipment
- Field Logbook and pen
- Camera
- Personal protective equipment
- Activity Hazard Analysis

## 3.0    PROCEDURES

3.1    All staff involved in the sampling of well IRP-52 will read Andersen AFB Activity Hazard Analysis (AHA) and follow applicable requirements and procedures.

3.2    Water Level Measurement:

3.2.1    Prior to leaving the field office, decontaminate the probe and cable by washing with detergent and thoroughly rinsing with clean water. Decontamination will be completed in the field after measurement, consisting of rinsing the probe with detergent (such as Liquinox) and clean water.

3.2.2    Inspect well casing and locking cap for tampering, damage, rust, or odor, and make note of the conditions in the field logbook.

3.2.3    Pre-test the water indicator to ensure battery has charge and to ensure the equipment is properly working.

3.2.4    Slowly lower the probe into the monitoring well until it contacts the water surface, resulting in an audible alarm. Gently lift and lower the probe until an accurate measurement can be determined. Obtain the reading from an established mark on the well casing and measure to the nearest 0.01 feet, then record results in the field logbook and on the

**SER 681**

2-325

Standard Operating Procedure                                        August 2015
SOP #3                                                              Page 2 of 2

| GROUNDWATER LEVEL MEASUREMENTS (IRP-52) |
|---|

Semiannual Groundwater Sampling Form. Document and record any problems encountered during measurement.

**4.0     PRECAUTIONS**

4.1     Check batteries of electronic water level indicator to ensure proper operation prior to using in the field.

**5.0     ATTACHMENTS**

None

**SER 682**

2-326

Standard Operating Procedure                                          August 2015
SOP #4                                                                Page 1 of 2

| **WATER QUALITY FIELD MEASUREMENTS** |
|---|

**1.0     pH MEASUREMENT    -        SCOPE AND APPLICATION**

This standard operating procedure (SOP) will be used to obtain pH readings for all aqueous solutions, including groundwater and groundwater seeps. pH is a measurement of the hydrogen ion activity in a solution and indicates the acidity of an aqueous sample.

Measurement of pH can be used to check the quality and corrosivity of water samples, and to correlate other chemical analyses to determine probable sources. This may be a separate meter, or may be in a combination with specific conductance meter.

**2.0     EQUIPMENT**
- Portable field pH meter with probes for pH and temperature measurements
- Buffer solutions of pH 4, 7, and 10
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and pen

**3.0     PROCEDURES**

3.1     Decontaminate equipment by rinsing with deionized water.

3.2     The instrument will be cleaned, checked, and calibrated according to the equipment operations manual.

3.3     The pH meter shall be calibrated once a week, or after every 10 samples. At least two buffer solutions that bracket the expected sample pH shall be used (e.g., 7.0 and 10.0). Record calibration result in the Equipment Calibration Daily Log Sheet (Attachment A).

3.4     Obtain the water sample in a beaker, after having rinse with source water.

3.5     Rinse electrode with deionized water.

3.6     Immerse the electrode in water sample. Make sure groundwater seep is one-inch above electrode for proper measurement. Allow sample to stabilize and record pH and temperature readings in the field logbook.

3.7     Following field measurements:

3.7.1   Report and log any problems on the field logbook and in the calibration daily log sheet (Attachment A).

3.7.2   Clean all dirt off meter and inside carrying case.

**SER 683**

**WATER QUALITY FIELD MEASUREMENTS**

    3.7.3    Clean electrode and store in deionized water, or as required by the manufacturer.

## 4.0    PRECAUTIONS

4.1    When calibrating the meter, use pH buffers 4 and 7 for samples where pH is anticipated <7, and 7 and 10 when pH is anticipated >7.

4.2    Measurement of pH is temperature dependent. Therefore, the buffer temperature should be within 2 °C of sample temperatures.

4.3    Weak organic or inorganic salts, and oil and grease, interfere with pH measurements. If oil and grease are visible, note it on the sample log sheet.

4.4    Accuracy and precision are dependent on the instrument used; refer to manufacturer's manual. Expected accuracy and precision are ± 0.1 pH units.

4.5    Use buffer solutions that have not expired.

4.6    Refer to operation manual for recommended maintenance.

4.7    Keep instrument and water sample out of direct sunlight.

## 5.0    ATTACHMENTS

Attachment A – Equipment Calibration Daily Log Sheet

**SER 684**

**EQUIPMENT CALIBRATION DAILY LOG SHEET**



## Andersen AFB Open Burning Open Detonation
## Equipment Calibration Daily Log Sheet

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model | | Barometer (mmHg) http://w1.weather.gov/obhistory/PGUA.html | N/A | | | |
| | | *Conductivity/Specific Conductance/Salinity | 55 ml | | | |
| | | pH (7.0) Range 0 mV ± 50 mV | 30 ml | | | |
| | | pH (10.0) Range -165 to -180 from 7 buffer mV value | 30 ml | | | |
| | | pH (4.0) Range + 165 to + 180 from 7 buffer mV value | 3 ml (1/8") | | | |
| Chloride Meter (YSI Pro Plus) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage to the threads.
5. *Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0          Printed document may obsolete-validate before use         Date Last Update: 8/12/15

Page 1 of 1

**SER 685**

2-329

Standard Operating Procedure    August 2015
SOP #5    Page 1 of 2

| WATER QUALITY FIELD MEASUREMENTS |
|---|

**1.0    SPECIFIC CONDUCTIVITY    -    SCOPE AND APPLICATION**

This standard operating procedure (SOP) is used to obtain specific conductance measurements for aqueous solutions, including groundwater sample and groundwater seeps samples. Specific conductance is the ability of a solution to pass an electrical current. The current is primary carried by dissolved inorganic anions such as chlorides, nitrates, and sulfates, as well as cation such as sodium, calcium, and magnesium.

This may be a separate meter, or may be in a combination with temperature, and or specific conductance meters.

**2.0    EQUIPMENT**

- Portable field conductivity meter and electrode
- Calibration solutions; 1,000 µS and 10,000 µS
- Confidence solution
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

**3.0    PROCEDURES**

3.1    Decontaminate equipment by rinsing with deionized water.

3.2    The instrument will be cleaned, checked, and calibrated according to the equipment operations manual.

3.3    Calibrate the meter using the 1,000 µS and 10,000 µS calibration solutions. After calibration, Record calibration result in the Equipment Calibration Daily Log Sheet (Attachment A).

3.4    After calibration, rinse the sensors with deionized water. Rinse the sensors with a small portion of confidence solution (YSI 5580). Pour the confidence solution into a clean dry calibration cup making sure that the top vent hole of the conductivity sensor is immersed in the solution during the check. Place probes into the calibration cup and turn on instrument.

3.5    Wait about approximately 2 minutes for readings to stabilize.

**SER 686**

2-330

**WATER QUALITY FIELD MEASUREMENTS**

3.6 Take reading values and compare with values listed in the confidence solution container. If reading is within the listed range, the instrument is ready to collect data. Record results in the calibration daily log sheet.

3.7 Obtain the water sample in a beaker, after having rinse with source water.

3.8 Rinse electrode with deionized water.

3.9 Immerse the electrode in water sample. Make sure groundwater seep is one-inch above electrode for proper measurement. Allow sample to stabilize and record pH and temperature readings in the field logbook.

3.10 Following field measurements:

3.10.1 Report and record any problems in the field logbook and on the calibration daily log sheet (Attachment A).

3.10.2 Clean all dirt off meter and inside carrying case.

3.10.3 Clean electrode and store in deionized water, or as required by the manufacturer.

**4.0 PRECAUTIONS**

4.1 Use standards that have not expired.

4.2 Refer to operations manual for recommendations on calibration and maintenance.

4.3 Keep instrument and water sample out of direct sunlight.

**5.0 ATTACHMENTS**

Attachment A – Equipment Calibration Daily Log Sheet

**SER 687**

2-331

| EQUIPMENT CALIBRATION DAILY LOG SHEET |
|---|



### Andersen AFB Open Burning Open Detonation
### Equipment Calibration Daily Log Sheet

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model |  | Barometer (mmHg) http://w1.weather.gov/obhistory/PGUA.html | N/A |  |  |  |
|  |  | *Conductivity/Specific Conductance/Salinity | 55 ml |  |  |  |
|  |  | pH (7.0) Range 0 mV ± 50 mV | 30 ml |  |  |  |
|  |  | pH (10.0) Range -165 to -180 from 7 buffer mV value | 30 ml |  |  |  |
|  |  | pH (4.0) Range + 165 to + 180 from 7 buffer mV value | 3 ml (1/8") |  |  |  |
| Chloride Meter (YSI Pro Plus) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage to the threads.
5. *Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0                    Printed document may obsolete-validate before use          Date Last Update: 8/12/15

Page 1 of 1

**SER 688**

Standard Operating Procedure                                          August 2015
SOP #6                                                                Page 1 of 1

| WATER QUALITY FIELD MEASUREMENTS |
|---|

**1.0     TEMPERATURE        -        SCOPE AND APPLICATION**

This standard operating procedure (SOP) is used to obtain temperature readings for a liquid sample. Temperature measurements will be taken using a digital portable meter. This may be a separate meter, or may be in a combination with the pH, and or specific conductance meters.

**2.0     EQUIPMENT**
- Temperature meter
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

**3.0     PROCEDURES**

3.1     Multi-probe instruments (e.g., YSI or equivalent) typically have factory-calibrated temperature probes. For those probes that are not factory-calibrated, calibrate according to manufacturer's operation manual. When calibrating, use temperatures that bracket the expected range of sample temperatures. Record on Equipment Calibration Daily Log Sheet (Attachment A).

3.2     Following calibration, rinse temperature probe with deionized water.

**4.0     PRECAUTIONS**

4.1     Refer to operations manual for recommendations on calibration and maintenance.

4.2     Keep dirt off meter when not in use. Clean probe and meter prior to leaving site and before probe is immersed in another sample.

4.3     Keep instrument and water sample out of direct sunlight.

**5.0     ATTACHMENTS**

None

**SER 689**

## WATER QUALITY FIELD MEASUREMENTS

**1.0**    **<u>CHLORIDE MEASUREMENTS</u>** -      **SCOPE AND APPLICATION**

This standard operating procedure (SOP) will be used to obtain chloride readings for all aqueous solutions including groundwater and groundwater seeps.

Chloride concentrations at the groundwater seeps will range between 500 mg/L and 5,000 mg/L. A chloride reading between 500 mg/L to 5,000 mg/L constitutes a fresh water seep sample.

**2.0**    **EQUIPMENT**

- Portable field chloride meter
- Chloride calibration solution up to 1,000 mg/L
- Deionized water in squirt bottle
- Beaker or other suitable containers
- Field logbook and indelible pen

**3.0**    **PROCEDURES**

3.1    Decontaminate equipment by rinsing with deionized water.

3.2    Use a calibration solution of up to 1,000 mg/L. If reading is above 1,000 mg/L, dilution of the sample may be necessary to meet the specified range.

3.3    Calibrate the instrument at the beginning of each sampling day according to manufacturer's operation manual. Clean the probe according to manufacturer's recommendations. Record data and time of calibration on calibration daily log sheet (Attachment A).

3.4    Collect water sample in beaker and immerse chloride probe. Allow probe reading to stabilize and record chloride reading in logbook.

**4.0**    **PRECAUTIONS**

4.1    Use standards that have not expired.

4.2    Refer to operations manual for recommendations on calibration and maintenance.

4.3    Keep dirt off meter when not in use. Clean probe and meter prior to leaving site and before probe is immersed in another sample.

**SER 690**

2-334

**WATER QUALITY FIELD MEASUREMENTS**

4.4     Keep instrument and water sample out of direct sunlight.

**5.0     ATTACHMENTS**

Attachment A – Equipment Calibration Daily Log Sheet

**SER 691**

SOPs  #4, #5, #7                                                                                        August 2015
Attachment A                                                                                             Page 1 of 1

| EQUIPMENT CALIBRATION DAILY LOG SHEET |
|---|



## Andersen AFB Open Burning Open Detonation
## Equipment Calibration Daily Log Sheet

| Equipment Type and Serial No. | Date | Parameter (Unit) | Amount of Reagent | Initial Measurement | Final Measurement | Initial |
|---|---|---|---|---|---|---|
| YSI 556 Model | | Barometer (mmHg) http://w1.weather.gov/obhistory/PGUA.html | N/A | | | |
| | | *Conductivity/Specific Conductance/Salinity | 55 ml | | | |
| | | pH (7.0) Range 0 mV ± 50 mV | 30 ml | | | |
| | | pH (10.0) Range -165 to -180 from 7 buffer mV value | 30 ml | | | |
| | | pH (4.0) Range + 165 to + 180 from 7 buffer mV value | 3 ml (1/8") | | | |
| Chloride Meter (YSI Pro Plus) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**YSI 556 Model**
1. Use the transport/calibration cup (clear plastic cup) for all calibrations.
2. Rinse with distilled water and dry with clean paper towel after each calibration.
3. Pre-rinse transport cup and sensor probe with a small amount of reagent you are about to calibrate.
4. Use the proper amount of reagents to ensure sensors are completely submersed when calibrating values are entered.
4. Do not over-tighten transport cup to sensor probe as this could cause damage to the threads.
5. *Calibrating any one option will automatically calibrate the other two.

ENV-F-0118A Rev 0          Printed document may obsolete-validate before use          Date Last Update: 8/12/15

Page 1 of 1

**SER 692**

Standard Operating Procedure                                      August 2015
SOP #8                                                            Page 1 of 3

| **SAMPLE PACKING AND SHIPPING** |
|---|

### 1.0    SCOPE AND APPLICATION

This standard operating procedure is applicable to the packing and shipping of samples of all media types. Proper packing/shipping is critical to the sample Chain-of-Custody, as well as protection of the shipper and carrier.

The properly labeled samples are placed in plastic bags, put in a cooler with bubble wrap and ice, which is then taped shut. Custody seals are applied and the samples are shipped to the laboratory.

### 2.0    EQUIPMENT

- Plastic resealeable bags
- Custody seals
- Strapping tape
- Clear tape
- Bubble wrap
- Ice cooler and ice
- "This Side Up" and "Fragile" labels
- Bubble wrap or other packing/cushioning material

### 3.0    PROCEDURES

3.1    Prepare cooler(s) for shipment:
- Tape drain(s) shut with duct tape or equivalent.
- Affix "This Side Up" and "Fragile" labels on all four sides of each cooler.
- Place mailing labels with laboratory address atop of cooler(s).
- Line inside of cooler(s) with bubble wrap making sure bottom layer is at least ½ inch thick.
- Place appropriate packing lists, applicable permits and corresponding custody seals atop each cooler.

3.2    Arrange the decontaminated sample containers in groups by sample number.

3.3    Secure the appropriate sample identification/label to the sample containers.

3.4    Secure the container caps/lids with strapping tape or equivalent.

3.5    Arrange containers in front of their assigned coolers.

3.6    Wrap all glass containers in bubble wrap, and seal each container in a separate plastic resealable bag.

**SER 693**

2-337

**SAMPLE PACKING AND SHIPPING**

3.7     Arrange containers in each cooler so that they do not touch (place bubble wrap between samples as appropriate).

3.8     If ice is required to preserve the samples, it should be repackaged in a double ziploc bags and placed on and around the containers.

3.9     Fill the remaining spaces with bubble wrap or poly foam liner on top of the samples.

3.10    Sign the Chain-of-Custody (COC) record form (or obtain the signature) and indicate the time and date it will be relinquished to the carrier.

3.11    Separate the copies of the forms. One copy accompanies the cooler and one copy is held in the project file. Photocopy the COC if more than one cooler is sent. Each cooler should have a copy of COC, indicating shipper and waybill number.

3.12    Close the lid and latch the cooler.

3.13    Sign and date the custody seal. Carefully peel the custody seals from their backings and place them intact over the edge of the cooler (right front and left back). Cover the seals with clear packaging tape.

3.14    Tape the cooler shut on both ends, making several complete revolutions with packaging tape.

3.15    Attach all applicable permits, including United States Department of Agriculture (USDA) soil permit and compliance agreement, preform invoice, and shipping waybill.

3.16    Relinquish the cooler(s) to the laboratory, the overnight carrier, or commercial airlines.

3.17    Email the laboratory to inform them that a shipment was sent Attach a copy of the COCs to the email and provide the following information:

- Your name
- Project name
- Number of samples  sent to each laboratory for analysis
- Airbill numbers

This must be done immediately following sample shipment.

## 4.0    PRECAUTIONS

4.1     Perform sample packing and shipping with experienced/qualified personnel.

**SER 694**

2-338

Standard Operating Procedure | August 2015
--- | ---
SOP #8 | Page 3 of 3

**SAMPLE PACKING AND SHIPPING**

**5.0     ATTACHMENTS**

None.

**SER 695**

2-339

Standard Operating Procedure                                    August 2015
SOP #9                                                          Page 1 of 4

|                    SAMPLE CUSTODY PROCEDURES                   |
|---|

**1.0     SCOPE AND APPLICATION**

This standard operating procedure (SOP) describes the necessary steps for transferring samples through the use of Chain-of-Custody (COC) record forms. A COC record form is required, without exception, for the tracking and recording of all samples collected for on-site or off-site analysis. Use of the COC record form creates a written record that can be used to trace the possession and handling of the sample from the moment of its collection through analysis. The guideline identifies the necessary custody records and describes their completion.

The term "Chain-of-Custody" refers to procedures which ensure that evidence presented in a court of law is what it is represented to be. THE COC procedures track the evidence from the time and place it is first obtained to the courtroom. These procedures also provide an auditable trail for the evidence as it is moved and/or passes from the custody of one individual to another. In addition, procedures for consistent and detailed records facilitate the admission of evidence under Rule 803(b) of the Federal Rules of Evidence (P.L. 93-575).

**2.0     EQUIPMENT**

- COC record forms
- Idelible ink pen
- Site logbook

**3.0     PROCEDURES**

3.1     The following information must be written in the sample logbook when in-situ measurements or samples for laboratory analysis are collected:

- Project code
- Station number
- Location of station
- Date and time of measurement
- Field observations (include date and time)
- Level of personal protection (if required)

**SER 696**

2-340

## SAMPLE CUSTODY PROCEDURES

Measurements and observations shall be recorded using black or blue waterproof ink.

3.2     Sample Label

Samples, other than in-situ measurements, are removed and transported from the sample location to another location for analysis. Before removal, however, a sample is often divided into portions, depending upon the analyses to be performed. Each portion is preserved in accordance with the Groundwater Monitoring Plan. Each sample container is identified by a sample label.

The sample fills out the following information on the sample label:

- Sample Number – The unique number identifying this sample.
- Date – An eight-digit number indicating the month, day, and year of the sample collection (e.g., 06/08/2004).
- Time – A four-digit number indicating the 24-hour time of collection (e.g., 0954h is 9:54am).
- Matrix – Water, Soil, Sediment, Sludge, Leachate.
- Sample Type – Grab or composite.
- Preservation – Type, quantity, and concentration of preservative added.
- Analysis – Same as analyses on sample identification tag.
- Sample By – Name of sampler(s).

3.3     COC Procedures

After collection, separation, identification, and preservation, the sample is maintained under COC procedures until it is in the custody of the analytical laboratory and has been stored or disposed of (Attachment A).

3.4     Field Custody procedures

- Samples are collected as described in the Groundwater Monitoring Plan. Care must be taken to record precisely the sample location and to ensure that the sample number on the label exactly matches those numbers on the sample log sheet and the COC record form (Attachment A).

**SER 697**

Standard Operating Procedure                                      August 2015
SOP #9                                                           Page 3 of 4

**SAMPLE CUSTODY PROCEDURES**

- The person undertaking the actual sampling in the field is responsible for the care and custody of the samples collected until they are properly transferred or dispatched.

- When photographs are taken of the sampling as part of the documentation procedure, the name of the photographer, date, time, site location, and site description are entered sequentially in the site logbook or by use of a dry erase board or equivalent.

- Sample labels are to be completed for each sample using waterproof ink unless prohibited by weather conditions.

3.5    Transfer of Custody and Shipment

Samples are accompanied by a COC record form. When transferring the possession of samples, the individuals relinquishing and receiving will sign, date, and note the time on the record form. This record documents sample custody transfer from the sampler, often through another person, to the analyst in the laboratory. The COC record form is completed as follows:

- Enter header information (project number and name) for each station number, enter date, time, composite/grab, station location, number of containers, analytical parameters and name of sampler(s).

- Sign, date, and enter the time under "Relinquished by" entry.

- Make sure that the person receiving the sample signs the "Received by" entry, or enter the name of the carrier (e.g., UPS) under "Received by."Receiving laboratory will sign "Received for Laboratory by" on the lower line and enter the date and time.

- Enter the bill-of-lading or airbill number under COC if appropriate.

- Place the original (top, signed copy) of the COC record form, secured with packaging tape to the top inside of the appropriate sample shipping package.

- Shipping containers should be secured to ensure samples have not been disturbed during transport by using nylon strapping tape and custody seals. The custody seals should be placed on the containers so that they cannot be opened without breaking the seal.

- Complete other carrier-required shipping papers.

**SER 698**

2-342

**SAMPLE CUSTODY PROCEDURES**

The custody record is competed using waterproof ink. Any corrections are made by drawing a line through and initialing and dating the change, then entering the correct information. Erasures are not permitted.

Common carriers usually will not accept responsibility for handling COC record forms; this necessitates packing the record in the sample container (enclosed with other documentation in a plastic resealable bag). As long as custody forms are sealed inside the sample container and the custody seals are intact, commercial carriers are not required to sign off on the custody form.

The laboratory representative who accepts the incoming sample shipment signs and dates the COC record, completing the sample transfer process. It is then the laboratory's responsibility to maintain internal logbooks and custody records throughout the sample preparation and analysis.

## 4.0    PRECAUTIONS

4.1    Duplicate or field spike samples shall not be identified as such on the label, as this may compromise the quality control function.

4.2    Complete information must be supplied.

4.3    Cross-out errors with single line and initial.

## 5.0    ATTACHMENTS

Attachment A – COC record form

**SER 699**

2-343

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-4, Page 195 of 213

SOP #9
Attachment A

**CHAIN – OF – CUSTODY FORM**

**SER 700**

Case 1:22-cv-00001   Document 20-7   Filed 05/02/22   Page 88 of 101

2-344

## CHAIN OF CUSTODY

US NAVY LABORATORY

DATE : _____

COC #: _____

PAGE: ( OF )

| CUSTOMER: | ADDRESS: | PROJECT ABBREV: | Disposal Instructions |
| | | SAMPLED BY: | Shipment Method |
| POINT OF CONTACT: | CONTACT NUMBER: | UNIT/COMPANY: | Waybill Number |
| COMMENTS: | | CONTAINERS & PRESERVATIVES | # of Bottles |

TURN AROUND TIME (TAT)   URGENT (3 Days) [ ]   RUSH (7 Days) [ ]   ROUTINE (14 Days) [ ]

**SAMPLE INFORMATION**

**METHODS FOR ANALYSIS**

| No. | Sample ID / Description | Date Sampled | Time Sampled | Matrix | Composite (hr) | Grab | Sampler | | | | | | | | | | | | | | | | | TOTAL BOTTLES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |

| Relinquished By: | Unit/Company: | Date: | Time:  0915H | Laboratory Contact Information |
| Received By: | Unit/Company: | Date: | Time: | Laboratory Manager: STACY DEMACLID - 349-3457 |
| Relinquished By: | Unit/Company: | Date: | Time: | AA/Sample Custodian: MARI SABAUTA - 349-0201 |
| Received By (LAB): | Unit/Company: | Date: | Time: | LABORATORY NOTES: |

Form ID: LAB-F-0001
Revision #: 0
Revision Date: 04/10/2012

Printed document may be obsolete - validate before use
DZSP 21 Proprietary

Standard Operating Procedure | August 2015
SOP #10 | Page 1 of 2

| **DECONTAMINATION OF SAMPLING EQUIPMENT** |
|---|

**1.0  SCOPE AND APPLICATION**

The purpose of this standard operating procedure (SOP) is to provide methodology, protocol, and reference information on the proper decontamination procedures to be used on sampling equipment. Decontaminate sampling equipment used at sites that directly or indirectly contacts contaminated media at a designated area within the boundaries of the site. All decontamination activities should be documented (see Attachment A) and all efforts will be made to minimize generation of wastes during decontamination.

**2.0  EQUIPMENT**

- Liquinox or equivalent laboratory grade detergent
- Scrub brushes
- Buckets
- Rinse water
- Plastic sheeting
- Logbook and pen
- Decontamination Log Sheet (Attachment A)

**3.0  PROCEDURES**

3.1  After sampling each well with the portable double valve pump, decontaminate the pump as follows:

- With the tubing on the pump reel, scrub the outside of the pump and the tubing (submerged below the water table) with a detergent solution consisting of potable water with Liquinox, or equivalent laboratory grade detergent.
- Then place the pump in a clean drum, bucket, or other suitable container filled with a solution of potable water and Liquinox.
- Start the pump and pump the solution through the tubing. The water and detergent solution can be recycled in the container.
- Continue pumping for about a 15-minute cycle. After circulating for 15 minutes, transfer solution to the bulk IDW container.

**SER 701**

2-345

**DECONTAMINATION OF SAMPLING EQUIPMENT**

- Rinse the outside of the pump with the potable water and place the pump in a clean container filled only with potable water, and purge at least three to five tubing-volumes.
- Do not recycle rinse water back into the drums.

The remainder of tubing column that was not in contact with groundwater will be thoroughly rinsed with potable water, to ensure that sufficient water is applied to rinse the outside of the tubing. This rinse water will be allowed to fall onto the ground.

Potable water should be obtained from a routinely tested source such as the Andersen AFB water system.

3.2    At the end of each day of sampling, pumps will be decontaminated and wrapped or contained in plastic, and stored in an appropriate storage area. Pumps should not be stored in an area where volatile sources are present. Pumps shall not be stored without appropriate decontamination. Prior to use, the outside of the pump and the tubing should be thoroughly rinsed with clean potable water.

**4.0    PRECAUTIONS**

4.1    Hexane is not to be used as a rinse solvent according to Guam Environmental Protection Agency.

**5.0    ATTACHMENTS**

Attachment A – Decontamination Log Sheet

**SER 702**

SOP #10                                                                 August 2015
Attachment A                                                            Page 1 of 1

| DECONTAMINATION LOG SHEET |
|---|

**Andersen AFB Open Burning Open Detonation**
**Decontamination Log Sheet**

| Date: | Site Location: |
|---|---|
| Recorded By: | Checked By: (including the date) |

**Decontamination Checklist:**

| Equipment | Purpose of Use | Liquinox / Water Rinse | Potable Water Rinse | Type II Reagent Water Rinse | Other Water Rinse | Isopropanol/ HNO₃ (dilution) Rinse |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Decontamination Procedure Checklist (Mark Y for Yes and N for No, If No explain in comments) | Yes | No |
|---|---|---|
| Placed washing tubs on plastic sheeting? | | |
| Scrubbed sampling equipment in Liquinox/water until all visible dirt/grim grease, oil, etc. have been removed? | | |
| Rinsed sampling equipment with a final rinse using the designated water listed in the table above? | | |
| Placed decontaminated equipment on clean plastic sheeting for drying and transport? | | |
| Placed decontamination fluids in sealed container? | | |

**Comments (e.g. initial decontamination, between locations, or last decontamination for the day):**

_____
_____
_____
_____
_____

ENV-F-0119
A Rev 0            Printed document may obsolete – validate before use        Last date updated: 8/12/15

Page 1 of 1

**SER 703**

Standard Operating Procedure                                        August 2015
SOP #11                                                             Page 1 of 2

| INVESTIGATIVE DERIVED WASTE MANAGEMENT |
|---|

## 1.0    SCOPE AND APPLICATION

This standard operating procedure (SOP) describes the procedures for handling of investigative derived wastes (IDW) at Andersen AFB. IDW will be generated as a result of groundwater sampling and decontamination of sampling equipment. Water derived from purging activities will be containerized for later disposal in the publicly owned treatment works (POTW) upon receiving Base approval.

## 2.0    EQUIPMENT

- Plastic sheetings
- Waste containers
- Chloride meter

## 3.0    PROCEDURES

3.1    For purge water collected during groundwater sampling activities, the water will be collected in bulk storage containers/drums or directed to the ground surface at the well using the procedures. If low-flow sample techniques are utilized, approximately 55-gallons of purge water will be produced at the well.

3.2    If analytical data indicates any analytes above regulatory limits (safe Drinking Water Act MCLs) for the respective well, or chloride measurements are above 250 mg/L (Secondary MCL), then the purge water will be placed in a container or drum and will be transported from the well to a temporary storage tank located at a designated staging area on Andersen AFB. As needed or at the end of the groundwater sampling, the purge water will be sampled and sent to an off-island laboratory for analysis.

## 4.0    PRECAUTIONS

4.1    Read all relevant health and safety plan, work plan, Groundwater Sampling Plan.

4.2    Read all appropriate SOPs

4.3    Make sure monitoring instruments are properly calibrated and SOPs are followed for calibration.

**SER 704**

2-348

**INVESTIGATIVE DERIVED WASTE MANAGEMENT**

4.4     Ensure that proper containment is provided for cuttings that are derived from below the water table. Excess water could run off the plastic sheeting and onto the ground prior to approved disposal.

**5.0     ATTACHMENTS**

None.

**SER 705**

2-349

APPENDIX B: LOW FLOW DOUBLE VALVE PUMP FIELD SET-UP

**SER 706**

2-350

*This page intentionally left blank.*

*Andersen Air Force Base, Guam*
*Open Burn/Open Detonation Range*
*Groundwater Monitoring Plan*

APPENDIX B: LOW FLOW DOUBLE VALVE PUMP FIELD SETUP

**Low Flow Double Valve Pump Illustration**



**Low Flow Double Valve Pump Setup**



**Low Flow Double Valve Pump Setup in Field**



**SER 708**

B-1

2-352

*This page intentionally left blank.*

**SER 709**
B-2

2-353

APPENDIX C: PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

**SER 710**

2-354

*This page intentionally left blank.*

**SER 711**

2-355

APPENDIX C:
PROCESSES AND REQUIREMENTS FOR SAMPLE COLLECTION

To minimize the collection of marine water during sample collection, all samples shall be collected during the lowest tide (lower low water) as predicted in the charts posted by NOAA found in the website: http://tidesandcurrents.noaa.gov/geo.shtml?location=1631428; and by also obtaining the current moon phase calendar to find the predicted date for a quarter moon (near the new moon and full moon) appearance (see the website: http://www.calendar-365.com/moon/moon-calendar.html).

**A. MONITORING WELL SAMPLING (to be used for upgradient well)**
- SOPs needed: 1, 3, 4, 5, 6, 7, 8, 9, 10, 11
- Forms needed: Semiannual Groundwater Sampling Form, Equipment Calibration Daily Log Sheet, Chain-of-Custody Record, and Decontamination Log Sheet.
- Steps needed:
  1. Follow **SOP: 1** Groundwater Well Sampling
  2. Calibrate equipment for pH, conductivity, temperature, and chloride measurements (See **SOP: 4 through 7** Water Quality Field Measurements)
  3. Use electric water level meter (See **SOP: 3** Groundwater Level Measurements)
  4. Follow **SOP: 1** Groundwater well Sampling
     i. Purge well
     ii. Measure pH, conductivity, temperature, and chloride levels
     iii. Record results
  5. Follow **SOP: 1**, obtain samples using the Groundwater Well Sampling procedures
     i. Record information for each sample
     ii. Refer to **SOP: 8** for Sample Packing/Shipping Procedures
     iii. Refer to **SOP: 9** for Custody Procedures
  6. Follow **SOP: 1** and **SOP: 10**, for Decontamination of Sampling Equipment
  7. Follow **SOP: 11** for Investigative Derived Waste Management

**B. GROUNDWATER SEEPS SAMPLING (to be used for downgradient seeps)**
- SOPs needed: 2, 8, 9
- Forms needed: Semiannual Groundwater Seeps Sampling Form, Equipment Calibration Daily Log Sheet, and Chain-of-Custody Record
- Steps needed:
  1. Follow **SOP: 1** Groundwater Seeps Sampling
  2. Check seeps for proper water flow
  3. Check chloride concentration of seeps before sampling
  4. Use peristaltic pump with Teflon®, if necessary
  5. Collect sample and record chloride, pH, conductivity, salinity, and temperature measurements
  6. Photograph sample area and record information in field/site logbook and on the Semiannual Groundwater Seeps Sampling Form (attached)
  7. Refer to **SOP: 8** for Sample Packing/Shipping Procedures
  8. Refer to **SOP: 9** for Sample Custody Procedures

**SER 712**

2-356

*This page intentionally left blank.*

**SER 713**

2-357



GUAM ENVIRONMENTAL PROTECTION AGENCY *AHENSIAN PRUTEKSIÓN LINA'LA' GUÁHAN*
LOURDES A. LEON GUERRERO • GOVERNOR OF GUAM | JOSHUA F. TENORIO • LIEUTENANT GOVERNOR OF GUAM
WALTER S. LEON GUERRERO • ADMINISTRATOR | MICHELLE C. R. LASTIMOZA • DEPUTY ADMINISTRATOR

## OCT 1 5 2021

Brigadier General Jeremy T. Sloane
Commander 36th WG/CC
Andersen Air Force Base
Unit 14003
APO AP 96543-4003

RE:     Notice of Preliminary Decision – Andersen Air Force Base, Guam Explosive Ordnance
Disposal Open Burn/Open Detonation Facility Application

*Hafa Adai* General Sloane,

This letter serves as an Administrative Record for Notice of Preliminary Decision to neither deny nor approve the aforementioned permit application. The Guam Environmental Protection Agency (Guam EPA) has been working with Andersen's Air Force Base (AAFB) Environmental Flight during the permit application process. The permit (new and renewal) process includes Guam EPA's review for completeness, technical evaluation, drafting a permit, making the draft permit available to the public for review and comment, and a public hearing.

The AAFB EOD OB/OD Hazardous Waste Management Facility Permit expired on September 3, 2021. On March 17, 2021, Guam EPA received a request for extension to submit the permit renewal application until May 28, 2021. Guam EPA granted the extension request to be due by April 30, 2021. However, the permit renewal application was received on May 26, 2021. A Public Review and Comment Period from July 30, 2021, thru September 13, 2021, was published in the print media, and a Public Hearing was held on August 30, 2021, at this Agency. During the public comment period, Guam EPA received significant comments that warrant this Agency to address before making a final decision on the completeness and technical aspects of the permit renewal application.

Therefore, in accordance with Guam EPA Hazardous Waste Management Regulations Part X.A, which adopts by reference §270.51(d), if a permittee has submitted a timely and complete application under applicable State law and regulations, the terms and conditions of an EPA-issued RCRA permit continues in force beyond the expiration date of the permit but only until the effective date of the State's issuance or denial of a State RCRA permit.

GUAM EPA | 17-3304 Mariner Avenue Tiyan Barrigada, Guam 96913-1617 | Tel: (671) 300.4751/2 | Fax: (671) 300.4531 | epa.guam.gov
ALL LIVING THINGS OF THE EARTH ARE ONE • *MANUNU TODU I MANLÁLA'LA'*

SER 714

Like and follow guamepa

EXHIBIT 4
Case 1:22-cv-00001   Document 20-1   Filed 05/02/22   Page 1 of 2

Should you have any questions or concerns with this letter please feel free to contact the Hazardous Waste Management Program at 671-300-4751/52.

Sincerely,

WALTER S. LEON GUERRERO
Administrator

Cc:     Ms. Sarah Diebel, Environmental Flight Chief, 36 CES/CEV, AAFB
        Ms. Conchita SN Taitano, Air & Land Programs Administrator, Guam EPA
        Mr. Carl Goldstein, Guam Program Manager, USEPA Region 9
        Ms. Dani Allen-Williams, Project Officer, USEPA Region 9
        Mr. Mike Zabaneh, Environmental Engineer, USEPA Region 9
        HWMP File/CHRONO

**SER 715**

Case: 22-16613, 03/28/2023, ID: 12684075, DktEntry: 18-4, Page 210 of 213

DAVID L. HENKIN (HSBA #6876) (*Pro Hac Vice*)
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315) (*Pro Hac Vice*)
EARTHJUSTICE
1001 G St., NW, Suite 1000
Washington, D.C. 20001
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| PRUTEHI LITEKYAN: SAVE RITIDIAN, | ) | CIVIL NO. 1:22-cv-00001 |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S OPPOSITION TO |
| | ) | DEFENDANTS' MOTION TO DISMISS; |
| vs. | ) | DECLARATION OF DAVID L. HENKIN; |
| | ) | EXHIBITS 1-7 |
| UNITED STATES DEPARTMENT OF THE | ) | |
| AIR FORCE; FRANK KENDALL, Secretary | ) | |
| of the Air Force; UNITED STATES | ) | |
| DEPARTMENT OF DEFENSE; and LLOYD | ) | |
| AUSTIN, Secretary of Defense, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**SER 716**

decision." *Portland Audubon Soc. v. Endangered Species Comm.*, 984 F.2d 1534, 1548 (9th Cir. 1993). "It is a 'foundational principle of administrative law' that judicial review of agency action is limited to 'the grounds that the agency invoked when it took the action.'" *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891, 1907 (2020) (citation omitted).

Until this Court has reviewed the whole record, there is no way to assess whether the Air Force considered the MITT EIS in making the challenged decision or if Defendants' invocation of the EIS is "impermissible '*post hoc* rationalization.'" *Id.* at 1908 (citation omitted). The Air Force's regulations require the use of AF Form 813 to document whether NEPA analysis is required for proposed actions. 32 C.F.R. §§ 989.3(d)(2), 989.3(e)(4), 989.12; *see, e.g.*, Ex. 5. Assuming the Air Force gave NEPA any thought before making its decision to conduct OB/OD on Tarague Beach, the record should establish whether, in fact, the Air Force relied on the MITT EIS to satisfy its NEPA obligations. If it did, the Court would have to determine, based on the whole record, whether reliance on the MITT EIS was "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." 5 U.S.C. § 706(2)(A).[8]

## VI. THIS LAWSUIT CHALLENGES FINAL AGENCY ACTION

Defendants' argument that this lawsuit fails to challenge final agency action under the Administrative Procedure Act ("APA"), depriving this Court of jurisdiction, is based on

---

[8] While it is premature to litigate the merits, Prutehi Litekyan disputes Defendants' claim the MITT EIS studied the OB/OD activities at issue here, which require a RCRA permit. Notably, the MITT EIS expressly states that **none** of the training involving munitions disposal that it evaluated requires a RCRA permit. Ex. 6: MITT EIS at 6-3; *see also* 40 C.F.R. § 266.202(a)(1)(i). Moreover, despite the fact that the EOD Range "has been in constant use since its inception at least 20 years ago," Ex. 1 at 1-32 (¶ III.A), the MITT EIS states that, under its "no action" alternative, zero training activities involving unexploded ordnance disposal would take place at any of the "Air Force Disposal Sites." Ex. 7: MITT EIS at 2-6. The MITT EIS— which focused on training, not routine disposal of hazardous waste explosives—obviously did not study the OB/OD activities that are the subject of this lawsuit.

14

**SER 717**

Defendants' erroneous characterization of "the challenged agency action" as "the Application submitted to Guam EPA." ECF 19 at 14. As the complaint states, the challenged action is not the RCRA application itself, but rather Defendants' failure to comply with NEPA before deciding to "conduct[] open burning and open detonation … of hazardous waste munitions at the Explosive Ordnance Disposal Range … on Tarague Beach at Andersen Air Force Base." ECF 1 ¶ 1; *see also id.* ¶¶ 2-6, 60-65. Because Defendants did not prepare any NEPA document (categorical exclusion, EA/FONSI, or EIS), the complaint references the application to establish when the Air Force made its decision—uninformed by NEPA analysis—to conduct OB/OD on Tarague Beach. *See id.* ¶¶ 56-57, 60. By seeking a permit, the agency was taking affirmative steps to carry out that decision. The complaint does not, therefore, challenge the application itself, but rather Defendants' failure to act "in accordance with law, and/or without observance of procedure required by law," when they did not prepare any NEPA analysis before making their decision. *Id.* ¶ 63; *cf. LaFlamme*, 852 F.2d at 399 ("[w]e enforce NEPA under our authority to 'hold unlawful and set aside agency action, findings, and conclusions found to be ... without observance of procedure required by law.'") (citations omitted).

"To determine when an agency action is final, … [t]he core question is whether the agency has completed its decisionmaking process, and whether the result of that process is one that will directly affect the parties." *Franklin v. Massachusetts*, 505 U.S. 788, 796-97 (1992). This Court must "focus on the practical and legal effects of the agency action: '[T]he "finality element must be interpreted in a pragmatic and flexible manner."'" *Oregon Natural Desert Ass'n v. U.S. Forest Serv.*, 465 F.3d 977, 982 (9th Cir. 2006) (citations omitted).

Here, the Air Force's RCRA application establishes "the 'consummation' of the agency's decisionmaking process," *i.e.*, the Air Force's decision to conduct OB/OD at the EOD Range