Case No. 22-16613

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PRUTEHI LITEKYAN: SAVE RITIDIAN,

Plaintiff-Appellant,

v.

UNITED STATES DEPARTMENT OF THE AIR FORCE; FRANK KENDALL, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; and LLOYD AUSTIN, Secretary of Defense,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

Civil Case No. 22-00001, Honorable Frances M. Tydingco-Gatewood

**PLAINTIFF-APPELLANT'S FURTHER EXCERPTS OF RECORD**
**Volume 1 of 1**

DAVID L. HENKIN
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU
EARTHJUSTICE
1001 G St., NW, Suite 1000
Washington, D.C. 20001
T: (202) 745-5226
Email: tchau@earthjustice.org

Attorneys for Plaintiff-Appellant Prutehi Litekyan: Save Ritidian

May 16, 2023

INDEX TO PLAINTIFF-APPELLANT'S
FURTHER EXCERPTS OF RECORD

Prutehi Litekyan: Save Ritidian v. United States Department of the Air Force, *et al.*
Case No. 22-16613

| DATE | DISTRICT COURT DOCKET NUMBER | DOCUMENT | FURTHER EXCERPTS OF RECORD BATES STAMP NUMBER(S) |
|---|---|---|---|
| 5/2/2022 | 20-12 | Exhibit 7 to Plaintiff's Opposition to Defendants' Motion to Dismiss – **Excerpts from The Mariana Islands Training and Testing Final EIS/OEIS – Vol. 1 (May 2015)** | 3-4 |
| 5/2/2022 | 20-11 | Exhibit 6 to Plaintiff's Opposition to Defendants' Motion to Dismiss – **Excerpts from The Mariana Islands Training and Testing Final EIS/OEIS – Vol. 2 (May 2015)** | 5-6 |

i

FER-2



# The Mariana Islands Training and Testing

Environmental Impact Statement (EIS)/Overseas Environmental Impact Statement (OEIS)
United States Department of the Navy

Vol. 1

May 2015 | Final EIS/OEIS

      

Table 2.8-1: Baseline and Proposed Training Activities (continued)

| Range Activity | No Action Alternative | | | Alternative 1 | | | Alternative 2 | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of activities (per year) | Ordnance (Number per year) | Location | No. of activities (per year) | Ordnance (Number per year) | Location | No. of activities (per year) | Ordnance (Number per year) | Location |
| Land Demolitions (Improvised Explosive Device) Discovery/Disposal | 120 | None | MIRC; Guam | 120 | None | MIRC; Guam | 120 | None | MIRC; Guam |
| Land Demolitions (Unexploded Ordnance) Discovery/Disposal | 200 | 200 unexploded ordnance and neutralization charge | Navy Emergency Disposal Site | 236 | 236 unexploded ordnance and neutralization charge | 200 events, Navy Emergency Disposal Site; 36 events, Air Force Disposal Sites. (Guam) | 236 | 236 unexploded ordnance and neutralization charge | 200 events, Navy Emergency Disposal Site; 36 events, Air Force Disposal Sites. (Guam) |

[1] Orote Point Airfield, Guam; Northwest Airfield, Guam; North Airfield, Tinian
Notes: (1) Exercise is composed of various activities accounted for elsewhere within Table 2.8-1.
(2) Discussed as an embedded training activity to CHAFFEX/FLAREX in MIRC EIS/OEIS Appendix D (Air Quality Calculations and Record of Non-Applicability).
(3) CHAFF = Chaff Exercise, EIS = Environmental Impact Statement, EOD = Explosive Ordnance Disposal, EXTORP = Exercise Torpedo, FDM = Farallon de Medinilla, FLAREX = Flare Exercise, g = gram, lb. = pound, LCS = Littoral Combat Ship, MIRC = Mariana Islands Range Complex, mm = millimeters, n/a = Not Applicable, NEPM = Non-explosive Practice Munitions, NEW = Net Explosive Weight, nm = nautical miles, OEIS = Overseas Environmental Impact Statement, REXTORP = Recoverable Exercise Torpedo, SUA = Special Use Airspace



# The Mariana Islands Training and Testing

Environmental Impact Statement (EIS)/Overseas Environmental Impact Statement (OEIS)
United States Department of the Navy

Vol. 2

May 2015 | Final EIS/OEIS

      

Table 6.1-1: Summary of Environmental Compliance for the Proposed Action (continued)

| Laws, Executive Orders, International Standards, and Guidance | Status of Compliance |
|---|---|
| **Laws (continued)** | |
| The Sikes Act of 1960 (16 U.S.C. §§670a-670o, as amended by the Sikes Act Improvement Act of 1997, Public Law No. 105-85), requires military installations with significant natural resources to prepare and implement Integrated Natural Resource Management Plans (INRMPs). | The Proposed Action would be implemented in accordance with the management and conservation criteria developed in the INRMPs for the Mariana Islands Range Complex. The Proposed Action and Alternatives will not result in a requirement for an update of INRMPs outside of their normal update schedule of every 5 years. |
| Submerged Lands Act of 1953 (43 U.S.C. §§1301–1315) | The Proposed Action is consistent with regulations concerning the Submerged Lands Act. |
| Sunken Military Craft Act (Public Law 108-375, 10 U.S.C. §113 Note and 118 Stat. 2094–2098) | The Proposed Action would have no adverse effects on sunken U.S. military ships and aircraft within the Study Area. If a site is determined to be eligible for the National Register of Historic Places, the State Historic Preservation Officer would be consulted to address potential effects. See Section 3.11 (Cultural Resources) for the assessment. |
| Military Munitions Rule | The Military Munitions Rule identifies when conventional and chemical military munitions are considered solid waste under the Resource Conservation and Recovery Act (42 U.S.C. §6901 et seq.). Military munitions are not considered solid waste based on two conditions stated at 40 C.F.R. §266.202(a)(1)(i-iii). These two conditions are when munitions are used for their intended purpose and when unused munitions or a component of are subject to materials recovery activities. These two conditions cover the uses of munitions included in the Proposed Action; therefore, the Resource Conservation and Recovery Act does not apply. |
| **Executive Orders** | |
| Executive Order 11990, *Protection of Wetlands* | Implementation of the Proposed Action would have no effect on wetlands as defined in Executive Order 11990. |
| Executive Order 12898, *Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations* | The Proposed Action would not result in any disproportionately high and adverse human health or environmental effects on minority or low-income populations. See Section 3.0.5.1.1 (Resources and Issues Not Carried Forward for More Detailed Discussion) for the assessment. |
| Executive Order 12962, *Recreational Fisheries* | The Proposed Action would have no effect on federal agencies' ability to fulfill certain duties with regard to promoting the health and access of the public to recreational fishing areas. See Section 3.12 (Socioeconomics) for the assessment. |
| Executive Order 13045, *Protection of Children from Environmental Health Risks and Safety Risks* | The Proposed Action would not result in disproportionate environmental health or safety risks to children. See Section 3.0.5.1.1 (Resources and Issues Not Carried Forward for More Detailed Discussion) for the assessment. |
| Executive Order 13089, *Coral Reef Protection* | The Navy has prepared this EIS/OEIS in accordance with requirements for the protection of existing national system marine protected areas. See Section 3.8 (Marine Invertebrates) for the assessment. |
| Executive Order 13112, *Invasive Species* | The Navy has prepared this EIS/OEIS in accordance with requirements for the prevention of and eradication of invasive species. Naval vessels are exempt from 33 C.F.R. 151 Subpart D, *Ballast Water Management for Control of Non-indigenous Species in Waters of the United States*. See Section 3.10 (Terrestrial Species and Habitats) for the assessment. |