

July 12, 2024

**VIA APPELLATE CM/ECF SYSTEM**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: Notice of Delay in *Prutehi Litekyan: Save Ritidian v. United States Department of the Air Force, et al.*, No. 22-16613

Dear Ms. Dwyer:

Pursuant to the Advisory Committee Note to Ninth Circuit Rule 25-2, Plaintiff-Appellant Prutehi Litekyan: Save Ritidian hereby provides notice of delay in resolving the above-referenced appeal, which came on for hearing in Honolulu on October 6, 2023, before Judges Martha S. Berzon, Eric D. Miller, and Lawrence VanDyke. While the appeal was submitted more than nine months ago (*see* ECF No. 36), no decision on the merits has yet been issued. In the intervening months, the Air Force has continued to conduct open detonation of hazardous waste munitions on Tarague Beach under its expired 2018 permit. *See* U.S. Environmental Protection Agency, Current Open Burning/Open Detonation Facilities (last updated on May 17, 2024), *available at* https://www.epa.gov/hwpermitting/current-open-burning-open-detonation-facilities.

Respectfully submitted,

/s/ David L. Henkin
David L. Henkin
Thien T. Chau
EARTHJUSTICE

Attorneys for Appellant
Prutehi Litekyan: Save Ritidian