|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 17 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

| | |
|---|---|
| PRUTEHI GUAHAN, | No. 22-16613 |
| Plaintiff-Appellant, | D.C. No. 1:22-cv-00001 |
|  | District of Guam, |
| v. | Agana |
| UNITED STATES DEPARTMENT OF THE AIR FORCE; et al., | ORDER |
| Defendants-Appellees. | |

Before: BERZON, MILLER, and VANDYKE, Circuit Judges.

Judge Miller and Judge Berzon have voted to deny the petition for panel rehearing, and Judge VanDyke has voted to grant the petition for panel rehearing. Judge Miller has voted to deny the petition for rehearing en banc, and Judge Berzon so recommends. Judge VanDyke has voted to grant the petition for rehearing en banc. The full court was advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing or rehearing en banc, Dkt. No. 44, is DENIED.